

JS 44 (Rev 06/17)

# CIVIL COVER SHEET

## 18 5655

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

NOBLE DREW ALI a Jural Moorish American Religious Jural Society SHEIK C BARNES BEY Grand Governor, Disciple in Trust

**(b)** County of Residence of First Listed Plaintiff **Cook County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Moorish Legal Counsel Representative  Rubrics and Conventional International Law as prescribed in Article IV Section 1 Clause II Twp of the Constitution of the U S A  1786, Article 20 and 21supreme Law

### DEFENDANTS
Sponaugle Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE, Shivers, Mark, DBA MARK SHIVERS, Knisely, Howard F DBA HOWARD F KNISEL. See Additional Defendants page attached

County of Residence of First Listed Defendant     **Lancaster County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U S Government Plaintiff
- ☒ 3  Federal Question *(U S Government Not a Party)*
- ☐ 2  U S Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|                                              | PTF | DEF |                                                                  | PTF | DEF |
|----------------------------------------------|-----|-----|------------------------------------------------------------------|-----|-----|
| Citizen of This State                        | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State        | ☐ 4 | ☐ 4 |
| Citizen of Another State                     | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State    | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country      | ☐ 3 | ☐ 3 | Foreign Nation                                                   | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS   Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☒ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
C R P Rule 60(B) and 60(B)(6) *Defective writ Void Judgment*
Brief description of cause
Violation of inalienable Rights Under 42 U S C Civil action for deprivation of rights

### VII. REQUESTED IN COMPLAINT:

- ☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P
- **DEMAND $** *$75,000 per defendant*
- CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*

JUDGE  Knisely,Howard F, Sponaugle, Mary M     DOCKET NUMBER  SA-36-128 AND 398-2018

DATE     **DEC 24 2018**

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG JUDGE

*JFL*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

*Noble Drew Ali a Jural Relisious Society.*
*Moorish Science Temple of America (a corporate*
*Body Politic) Skeik C. Barnes Bey et al*

*Sponugle Mars Monyuvi DBA Mary Monglove*
*in his official capacity as District Justice*
*02-pl-03         See ATTACHMENT Cont.*

CIVIL ACTION

NO. **18     5655**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus - Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
   and Human Services denying plaintiff Social Security Benefits.                            ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
   exposure to asbestos.                                                                     ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
   commonly referred to as complex and that need special or intense management by
   the court. (See reverse side of this form for a detailed explanation of special
   management cases.)                                                                        (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.           ( )

*01/04/2019*        *Skeik Barnes Bey*
**Date**                                    **Pro Se Plaintiff**

*717 615-0942*                              *mstoa.pa.gov@gmail.com*
**Telephone**          **FAX Number**        **E-Mail Address**

(Civ. 660) 10/02

JFL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

18   5355

DESIGNATION FORM

*(to be used by counsel or pro se plaintiff to indicate ____ ____ ____ calendar)*

Address of Plaintiff: 932 E 79th St Chicago illinos, 60619, Religious Socuts Mailing Address P.O BOX 86606 Lancaster Pennsylvania

Address of Defendant: See Attachment

Place of Accident, Incident or Transaction: Lancaster County Pennsylvania

RELATED CASE, IF ANY:
CP.SA-000028-2018 → Vinisky, Howard F, Spomausle, Mary M. 02-01-02  1/29/2018  10/17/2018
Case Number CP.SA-000398-2018 → Judge: Milley, David          Date Terminated: 9/18/2018

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [X]  No [ ]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [X]  No [ ]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [ ]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [ ]

I certify that, to my knowledge, the within case [X] is / [ ] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE 01/04/2019   (X) Sheik Barnex Bey C.G.
*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I D # (if applicable)*

---

CIVIL: (Place a √ in one category only)

**A.   Federal Question Cases:**

1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [ ] Antitrust
5. [ ] Patent
6. [ ] Labor-Management Relations
7. [ ] Civil Rights
8. [ ] Habeas Corpus
9. [ ] Securities Act(s) Cases
10. [ ] Social Security Review Cases
11. [X] All other Federal Question Cases
   *(Please specify)* See Page 3 of Complaint
   AMENDMENT 1 Constitution ARTICLE VI Sect. 1 Clause 2  Continued on page 3 of Civil Complaint

**B.   Diversity Jurisdiction Cases:**

1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [ ] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury *(Please specify)*
7. [ ] Products Liability
8. [ ] Products Liability – Asbestos
9. [ ] All other Diversity Cases
   *(Please specify)*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

[X] Sheik Barnex Bey C.G., counsel of record *or* pro se plaintiff, do hereby certify

[X] Pursuant to Local Civil Rule 53 2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 00 exclusive of interest and costs:

[X] Relief other than monetary damages is sought.

DATE 01/04/2019   (X) Sheik Barnex Bey C.G.
*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I D # (if applicable)*

NOTE  A trial de novo will be a trial by jury only if there has been compliance with F R C P 38

*Civ 609 (5/2018)*

1 (Rev. 12/16) Complaint for a Civil Case



# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Philadelphia Division



| | | |
|---|---|---|
| NOBLE DREW ALI a Jural Religious Society, MOORISH SCIENCE TEMPLE OF AMERICA(a corporate BODY POLITIC) SHEIK C. BARNES BEY, Disciple  in trust Ibn Sheik Barnes Bey, CyhienRa ,Head of an Asiatic State of North America, An Executive Ruler, Representative of the Moorish Divine and National Movement, Successors and Heirs. | Case No. | **18    5655** |
| | | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| | ) | |
| -v- | ) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| | ) | |
| Sponugle, Mary Mongiovi DBA MARY MONGIOVI in her official capacity as District Justice 02-01-03 Shivers, Mark DBA MARK SHIVERS in his official capacity as Manheim Township Police Officer See Additional page for remaining Defendants | ) | |
| *Defendant(s)* | ) | |



FILED

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Noble Drew Ali Disciple in Trust Skeik C.Barnes Bey Exe. Ruler |
| Street Address | 932 East 79th Street/ M/A P.O Box 8606 Lancaster Pennsylvania |
| City and County | Chicago , Cook County |
| State and Zip Code | Illinois 60619 |
| Telephone Number | 717 615 0942 |
| E-mail Address | Mstoa16.pa.gov@gmail.com |

Page 1 of 7

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Spongule, Mary Mongiovi DBA MARY MONGIOVI in her |
| Job or Title *(if known)* | official capacity as District Justice 02-01-03 |
| Street Address | 1351 Elm Avenue |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17603 |
| Telephone Number | 717 299 7898 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Shivers, Mark DBA MARK SHIVERS in his |
| Job or Title *(if known)* | Official capacity as Manheim Township Police Officer |
| Street Address | 1825 Municipal Drive |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania |
| Telephone Number | 17601 |
| E-mail Address *(if known)* | rudzinskit@manheimtownshippolice.org. |

Defendant No. 3

| | |
|---|---|
| Name | Knisely, Howard F DBA HOWARD F. KNISELY in his offical |
| Job or Title *(if known)* | capacity as Busines Administrator of Tribunal Common Pleas. |
| Street Address | 50 N Duke Street |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17608 |
| Telephone Number | 717 299 8041 |
| E-mail Address *(if known)* | Lancasterpaclerkofcourts.com |

Defendant No. 4

| | |
|---|---|
| Name | Stedman W. Craig, DBA CRAIG W. STEDMAN in his official |
| Job or Title *(if known)* | Capacity as District Attorney Lancaster County |
| Street Address | 50 N Duke Street |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17608-3480- |
| Telephone Number | 717 299 8100 |

E-mail Address *(if known)*     N/A

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties     is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of     another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a     diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Constitution Amemdment 1, United States Constitution Article VI Section 1 Clause 2 ,Compact Agreement Noble Drew Ali  Free National Divine Constitution and By Laws Article I, Article VI - VII  Treaty of Peace and Friendship Articles 20-21,  1776  Free Nationl Constitution Pennsylvania 42 U.S.C Statute 1983, 18 U.S.C Satute 242, 18 U.S.C Part I -Crimes, Chapter 47  and section 1001, 18 U.S.C Statute 1604 Federal Rule for Civil Procedure 60(b)-60(b)(6)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*  ,, _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

     b.    If the defendant is a corporation
          The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

       *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

          The Affiant is seeking 75,000 per defendant. All of those who are a party to the abrogation and usurpation of Undersigned inalienable rights that are secured by the American Constitution one of the greatest documents ever made.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1 (Rev. 12/16) Complaint for a Civil Case

Claims based on deprivation of right and deprivation of rights under color of law, or claim is also base on freedom of religion and evoke the religious freedom restoration act which protects the free exercise of religion.

1)Local Municipality agencies styled as Lancaster County of Pennsylvania has on numerous occasions Denied the Moorish Americans True American Citizens, their inalienable rights to travel as a secured right and not as a privilege that is secured by a fee which is secured by one of the greatest documents ever written by our forefathers the 1774 Constitution; which is still being enforced and later adopted in by virtue of Article VI, the protections of due process and equal protection secured in the 5th Amendment and the privilege and immunities clause guaranteed in Article IV and V which a which secures private American Citizens, life liberty and the pursuit of happiness. As Moorish American we have our own Free National Government, bearing our own Free National Constitution, and Free National Name and Principles. We are an Islamic body politic under the holy and Divine laws of the Holy city of Mecca.(See Attachment A House joint resolution 0689 and House Resolution 75) we were incorporated under R.C.A 805ILCS An Act of Corporation. See Attachment (B 110/46e) we have recorded our appointment letters as Skeiks and a established religious society that has extended the Jurisdiction of the Grand Major Temple No.1 to the Lancaster County and recorded in the Lancaster Recorder of Deeds, yet the local authorities still seek authority of a Religious Society that consist of the Aboriginal inhabitant of North America. The Moorish Science Temple of America is a Lawful Religious Incorporated Organization that Noble Drew Ali issues Charters to Religious Society Subordinate Temples That are guaranteed Religious protection by the 1st Amendment of the Constitution and that the continual deprivations our rights by preferring their law over our law. By impeding our movement by threat and coerce measure of threating to taking private property that is secured in a Private irrevocable Trust.

The Moorish Science Temple of America are Law Abiders we have our own Sharia Law for it is the divine inspired word of Allah, Governed by the Koran of Mohammed and The Holy Koran of the Moorish Science Temple of America the Grand Advisor and Moderator The Great Koran of Mohammed, divinely prepared by Prophet Noble Drew Ali. Our charge is to propagate the faith and extend the learning of the Great Ali in America. The Moorish Science Temple of America through the Moorish Divine Movement of North America is a Federally and Internationally recognized a Sovereign (Allah hath instituted laws for the government of the world; He hath wonderfully varied them in all beings; and each by his nature conformeth to His will) theocratic government of aboriginals of this land that is composed of United Asiatic States throughout North South and Central America and the adjoin islands. We as Moorish Americans, descendants of the inhabitants of Africa; believe in all nationalities and creeds of men, but do not wish to amalgamate or marry into the families of the pale skin nations of Europe, neither serve the gods of their religion

Because our forefathers are the true and divine founder of the first religious creed for the redemption and the salvation of mankind on earth.

Therefore we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their salvation. While we, the Moorish Americans, are returning to Islam (Sura 5 ayatt 3 and 4 One this day have I perfected your religion for you and have chosen Islam to be your religion), which was founded by our forefathers for our earthly and divine salvation.

So in short we the Moorish Americans are practicing our religion that is the Divine Law of Allah and encompasses the Supreme law of the land The Constitution and Treaties.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The undersigned is asking for damages from all those who are involved in the process of abrogated ones rights as Private American citizens. To deprive a flesh and breathing being of the Most High whom we call Allah the inalienable rights that he has bestowed that being is a usurpation of divine law, when man dares to enslave the world, when he knows he can enjoy his tyranny but for a moment, what would he not aim at if he were immortal. Allah has given us all the choice to choose because there is no compulsory in Islam(Sura 2 ayatt 256) and however we chose will either be our penalty or our reward. The Holy Koran Teaches the sin lies in the wish and the desire not in the act  Mens Reas . The Deceit we practice every day, and wish for gold, for honor and for fame, just for your selfish selves Actus Reas, The body of these laws is about human equality, not judging man for what they look like or talk like, the tinseled coat they present to the world. Allah and master men judge by what people are and not what they appear to be. Corpus Delicit The body of the crime. The lowers courts placed a fraudulent mark on my character by placing my attribute into a data system for all those to see that the Undersigned committed a crime and sent that correspondence indicating that the undersigned is on Adult probation, to be on probation one must of commit a crime, and to be a crime three elements must be present, where is the mens reas, actus reas and corpus deliciti in a Pennsylvania Title 75 codes and statutes. The real crimes lie on ones who have converted an inalienable right that was given to them be their creator then converting the inalienable right into a privilege and attaching a fee to it. All law is a creature of the Constitution and is void and null outside the perimeters of it.

Undersigned wants all records cleared from the data base of these defective writs of judgment in the lower courts. The Undersigned wants 75.000 a piece for all defendants mentioned on this complaint.
Undersigned wants remedy to be extended to all Moorish Americans who are being impeded to travel in their private capacity to go from one point to another point exercising their inalienable rights of life liberty and the pursuit of happiness and recognized as a religious freedom if one has good reason, care and concern for others.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/19/2018

Signature of Plaintiff
Printed Name of Plaintiff          Noble Drew Ali, Disciple in Trust Sheik C. Barnes-Bey Governor

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

1 (Rev. 12/16) Complaint for a Civil Case

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sponugle, Mary Mongiovi DBA MARY MONGIOVI in her |
| Job or Title *(if known)* | official capacity as District Justice 02-01-03 |
| Street Address | 1351 Elm Avenue |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17603 |
| Telephone Number | 717 299 7898 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Shivers, Mark DBA MARK SHIVERS in his |
| Job or Title *(if known)* | Official capacity as Manheim Township Police Officer |
| Street Address | 1825 Municipal Drive |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania |
| Telephone Number | 17601 |
| E-mail Address *(if known)* | rudzinskit@manheimtownshippolice.org. |

Defendant No. 3

| | |
|---|---|
| Name | Knisely, Howard F DBA HOWARD F. KNISELY in his offical |
| Job or Title *(if known)* | capacity as Busines Administrator of Tribunal Common Pleas. |
| Street Address | 50 N Duke Street |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17608 |
| Telephone Number | 717 299 8041 |
| E-mail Address *(if known)* | Lancasterpaclerkofcourts.com |

Defendant No. 4

| | |
|---|---|
| Name | Stedman W. Craig, DBA CRAIG W. STEDMAN in his official |
| Job or Title *(if known)* | Capacity as District Attorney Lancaster County |
| Street Address | 50 N Duke Street |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17608-3480- |
| Telephone Number | 717 299 8100 |

E-mail Address *(if known)*          N/A

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties      is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of   another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a          diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Constitution Amemdment 1, United States Constitution Article VI Section 1 Clause 2 ,Compact Agreement Noble Drew Ali  Free National Divine Constitution and By Laws Article I, Article VI - VII  Treaty of Peace and Friendship Articles 20-21,  1776 Free Nationl Constitution Pennsylvania 42 U.S.C Statute 1983, 18 U.S.C Satute 242, 18 U.S.C Part I -Crimes, Chapter 47  and section 1001, 18 U.S.C Statute 1604 Federal Rule for Civil Procedure 60(b)-60(b)(6)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* „ _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

       *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    The Affiant is seeking 75,000 per defendant. All of those who are a party to the abrogation and usurpation of Undersigned inalienable rights that are secured by the American Constitution one of the greatest documents ever made.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1 (Rev. 12/16) Complaint for a Civil Case

Claims based on deprivation of right and deprivation of rights under color of law, or claim is also base on freedom of religion and evoke the religious freedom restoration act which protects the free exercise of religion.

1)Local Municipality agencies styled as Lancaster County of Pennsylvania has on numerous occasions Denied the Moorish Americans True American Citizens, their inalienable rights to travel as a secured right and not as a privilege that is secured by a fee which is  secured by one of the greatest documents ever written by our forefathers the 1774 Constitution; which is still being enforced and later adopted in by virtue of Article VI, the  protections of due process and equal protection secured in the 5th Amendment and the privilege and immunities clause guaranteed in Article IV and V which  a which secures private American Citizens, life liberty and the pursuit of happiness.

As Moorish American we have our own Free National Government, bearing our own Free National Constitution, and Free National Name and Principles. We are an Islamic body politic under the holy and Divine laws of the Holy city of Mecca.(See Attachment A House joint resolution 0689 and House Resolution 75) we were incorporated under R.C.A 805ILCS An Act of Corporation. See Attachment (B 110/46e) we have recorded our appointment letters as Skeiks and a established religious society that has extended the Jurisdiction of the Grand Major Temple No.1 to the Lancaster County and recorded in the Lancaster Recorder of Deeds, yet the local authorities still seek authority of a Religious Society that consist of the Aboriginal inhabitant of North America. The Moorish Science Temple of America is a  Lawful Religious Incorporated  Organization that Noble Drew Ali issues Charters to Religious Society Subordinate Temples  That are guaranteed Religious protection by the 1st Amendment of the Constitution and  that the  continual  deprivations  our rights by preferring their law over our law. By impeding our movement by threat and coerce measure of threating to taking private property that is secured in a Private irrevocable Trust.

The Moorish Science Temple of America are Law Abiders we have our own Sharia Law for it is the divine inspired word of  Allah,  Governed by the Koran of Mohammed and The Holy Koran of the Moorish Science Temple of America the Grand Advisor and Moderator The Great Koran of Mohammed,  divinely prepared by Prophet Noble Drew Ali. Our charge is to propagate the faith and extend the learning of the Great Ali in America. The Moorish Science Temple of America through the Moorish Divine Movement of North America is a Federally and Internationally recognized a Sovereign (Allah hath instituted laws for the government of the world; He hath wonderfully varied them in all beings; and each by his nature conformeth to His will) theocratic government of aboriginals of this land that is composed of United Asiatic States throughout North South and Central America and the adjoin islands. We as Moorish Americans, descendants of the inhabitants of Africa; believe in all nationalities and creeds of men, but do  not wish to amalgamate or marry into the families of the pale skin nations of Europe, neither serve the gods of their religion

Because our forefathers are the true and divine founder of the first religious creed for the redemption and the salvation of mankind on earth.

Therefore we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their salvation. While we, the Moorish Americans, are returning to Islam (Sura 5 ayatt 3 and 4 One this day have I perfected your religion for you and have chosen Islam to be your religion), which was founded by our forefathers for our earthly and divine salvation.

So in short we the Moorish Americans are practicing our religion that is the Divine Law of Allah and encompasses the Supreme law of the land The Constitution and Treaties.

1 (Rev. 12/16) Complaint for a Civil Case

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The undersigned is asking for damages from all those who are involved in the process of abrogated ones rights as Private American citizens. To deprive a flesh and breathing being of the Most High whom we call Allah the inalienable rights that he has bestowed that being is a usurpation of divine law, when man dares to enslave the world, when he knows he can enjoy his tyranny but for a moment, what would he not aim at if he were immortal. Allah has given us all the choice to choose because there is no compulsory in Islam(Sura 2 ayatt 256) and however we chose will either be our penalty or our reward. The Holy Koran Teaches the sin lies in the wish and the desire not in the act  Mens Reas . The Deceit we practice every day, and wish for gold, for honor and for fame, just for your selfish selves Actus Reas, The body of these laws is about human equality, not judging man for what they look like or talk like, the tinseled coat they present to the world. Allah and master men judge by what people are and not what they appear to be. Corpus Delicit The body of the crime. The lowers courts placed a fraudulent mark on my character by placing my attribute into a data system for all those to see that the Undersigned committed a crime and sent that correspondence indicating that the undersigned is on Adult probation, to be on probation one must of commit a crime, and to be a crime three elements must be present, where is the mens reas, actus reas and corpus deliciti in a Pennsylvania Title 75 codes and statutes. The real crimes lie on ones who have converted an inalienable right that was given to them be their creator then converting the inalienable right into a privilege and attaching a fee to it. All law is a creature of the Constitution and is void and null outside the perimeters of it.

Undersigned wants all records cleared from the data base of these defective writs of judgment in the lower courts. The Undersigned wants 75.000 a piece for all defendants mentioned on this complaint.
Undersigned wants remedy to be extended to all Moorish Americans who are being impeded to travel in their private capacity to go from one point to another point exercising their inalienable rights of life liberty and the pursuit of happiness and recognized as a religious freedom if one has good reason, care and concern for others.

1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Philadelphia Division

| | | |
|---|---|---|
| NOBLE DREW ALI a Jural Religious Society, MOORISH SCIENCE TEMPLE OF AMERICA(a corporate BODY POLITIC) SHEIK C. BARNES BEY, Disciple in trust Ibn Sheik Barnes Bey, CyhienRa ,Head of an Asiatic State of North America, An Executive Ruler, Representative of the Moorish Divine and National Movement, Successors and Heirs. | Case No. _____ | |
| | *(to be filled in by the Clerk's Office)* | |

*Plaintiff(s)*

**-v-**

Jury Trial: *(check one)* ☒ Yes ☐ No

Sponugle, Mary Mongiovi DBA MARY MONGIOVI in her official capacity as District Justice 02-01-03 Shivers, Mark DBA MARK SHIVERS in his official capacity as Manheim Township Police Officer See Additional page for remaining Defendants

*Defendant(s)*

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Noble Drew Ali Disciple in Trust Skeik C.Barnes Bey Exe. Ruler |
| Street Address | 932 East 79th Street/ M/A P.O Box 8606 Lancaster Pennsylvania |
| City and County | Chicago , Cook County |
| State and Zip Code | Illinois 60619 |
| Telephone Number | 717 615 0942 |
| E-mail Address | Mstoa16.pa.gov@gmail.com |

Page 1 of 7

# DEFENDANT LIST

1) Sponaugle, Mary MONGIOVI, DBA MARY MONGIOVI SPONAUGLE IN HER OFFICIAL CAPACITY DISTRICT MAGISTRATE 02-02-02 MANHIEM TOWNSHIP LANCASTER TOWNSHIP

2) Shivers, Mark, DBA MARK SHIVERS IN HIS OFFICIAL CAPACITY OF MANHIEM TOWNSHIP POLICE OFFICER LANCASTER TOWNSHIP.

3) Knisely, Howard F.DBA HOWARD F KNISELY IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRTOR OF TRIBUNIAL COMMON PLEAS, PENNSYLVANIA, COUNTY OF LANCASTER.

4) Stedman W. Craig, DBA CRAIG W. STEDMAN IN HIS OFFICIAL CAPACITY OF DISTRICT ATTORNEY OF LANCASTER COUNTY

5) Blazier Caitlin, DBA CAITLIN BLAZIER IN HER OFFICIAL CAPACITY OF DISTRICT ATTORNEY/ SOLICITOR OF LANCASTER COUNTY.

6) Blank, DBA BLANK IN OFFICIAL COMPACITY OF COURT REPORTER OF LANCASTER COUNTY.

7) Movelook, DBA MOVELOOK IN OFFICIAL CAPACITY AS CLERK OF COURTS LANCASTER PENNSYLVANIA

8) Miller, David, DBA DAVID MILLER IN HIS OFFICIAL CAPACITY OF DISTRICT MAGISTRATE 02-01-02 LANCASTER COUNTY.

9) Wilson, Mark J DBA MARK J WILSON IN HIS OFFICIAL CAPACITY AS ADDMINISTRATIVE COLLECTION ENFORCEMENT UNIT.

10) Cole, Brett I DBA BRETT I. COLE IN HIS OFFICIAL CAPACITY AS DEPUTY CHIEF OFFICE OF SUPERVISION.

11) Miller-Landon, TERI LANDON DEPUTY CHIEF OFFICE OF SDMINISTRATION SERVICES.

*CIVIL COMPLAINT DEFENDANT SHEET* (1)

# DEFENDANT LIST

12) Wagner, Andy COLLECTION ENFORCEMENT UNIT ADULT PROBATION AND PAROLE SERVICES.

*CIVIL COMPLAINT DEFENDANT SHEET* (2)

01/04/2019 MCY 1439

# Affidavit of Fact Notice of
# Certificate of Service

**United District Court**

**Eastern District of Pennsylvania**

**c/o Kate Barkman, Clerk of Courts**

**U.S Court House**

**Independence Mall West**

**601 Market Street**

**Philadelphia Pennsylvania 19106-1797**

It is Hereby Certified that service of the foregoing, *Notice Missing Components of Civil Complaint filed 12/21/2018 : Designation Form, Case Management Track Destination Form, Filing Fee* Cases has been made upon the following address by depositing a copy in the United States Republic by way of Certified Mail Priority Mail, Article Number: 7017 0190 0000 5386 8405 US 1st this day of March, 1438 M.C. (2018 C.C.Y.) addressed to

Noble Drew Ali Disciple in Trust, ~~TRUSTEE SHEIK~~,

C.Barnes Bey Grand Governor, Ordained Divine Minister,

Magistrate, a representative of the Moorish Divine and    National

Movement of North America

PG. 24

# DEFENDANT LIST

1) Sponaugle, Mary MONGIOVI, DBA MARY MONGIOVI SPONAUGLE IN HER OFFICIAL CAPACITY DISTRICT MAGISTRATE 02-02-02 MANHIEM TOWNSHIP LANCASTER TOWNSHIP

2) Shivers, Mark, DBA MARK SHIVERS IN HIS OFFICIAL CAPACITY OF MANHIEM TOWNSHIP POLICE OFFICER LANCASTER TOWNSHIP.

3) Knisely, Howard F.DBA HOWARD F KNISELY IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRTOR OF TRIBUNIAL COMMON PLEAS, PENNSYLVANIA, COUNTY OF LANCASTER.

4) Stedman W. Craig, DBA CRAIG W. STEDMAN IN HIS OFFICIAL CAPACITY OF DISTRICT ATTORNEY OF LANCASTER COUNTY

5) Blazier Caitlin, DBA CAITLIN BLAZIER IN HER OFFICIAL CAPACITY OF DISTRICT ATTORNEY/ SOLICITOR OF LANCASTER COUNTY.

6) Blank, DBA BLANK IN OFFICIAL COMPACITY OF COURT REPORTER OF LANCASTER COUNTY.

7) Movelook, DBA MOVELOOK IN OFFICIAL CAPACITY AS CLERK OF COURTS LANCASTER PENNSYLVANIA

8) Miller, David, DBA DAVID MILLER IN HIS OFFICIAL CAPACITY OF DISTRICT MAGISTRATE 02-01-02 LANCASTER COUNTY.

9) Wilson, Mark J DBA MARK J WILSON IN HIS OFFICIAL CAPACITY AS ADDMINISTRATIVE COLLECTION ENFORCEMENT UNIT.

10) Cole, Brett I DBA BRETT I. COLE IN HIS OFFICIAL CAPACITY AS DEPUTY CHIEF OFFICE OF SUPERVISION.

11) Miller-Landon, TERI LANDON DEPUTY CHIEF OFFICE OF SDMINISTRATION SERVICES.

*CIVIL COMPLAINT DEFENDANT SHEET* (1)

# DEFENDANT LIST

12) Wagner, Andy COLLECTION ENFORCEMENT UNIT ADULT PROBATION AND PAROLE

SERVICES.

*CIVIL COMPLAINT DEFENDANT SHEET* (2)

1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*      N/A

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties      is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of    another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a        diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question                        ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Constitution Amemdment 1, United States Constitution Article VI Section 1 Clause 2 ,Compact Agreement Noble Drew Ali  Free National Divine Constitution and By Laws Article I, Article VI - VII  Treaty of Peace and Friendship Articles 20-21,  1776  Free Nationl Constitution Pennsylvania 42 U.S.C Statute 1983, 18 U.S.C Satute 242, 18 U.S.C Part I -Crimes, Chapter 47  and section 1001, 18 U.S.C Statute 1604 Federal Rule for Civil Procedure 60(b)-60(b)(6)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  ,, _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

Page 3 of 7

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| NOBLE DREW ALI a Jural Moorish American Religious Jural Society SHEIK C. BARNES BEY Grand Governor, Disciple in Trust | Sponaugle Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE, Shivers, Mark, DBA MARK SHIVERS, Knisely, Howard F. DBA HOWARD F KNISEL, See Additional Defendants page attached. |

**(b)** County of Residence of First Listed Plaintiff   Cook County
         *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Lancaster County
                 *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Moorish Legal Counsel Representative  Rubrics and Conventional International Law as prescribed in Article IV Section 1 Clause Two of the Constitution of the U.S.A. 1786, Article 20 and 21 supreme Law.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government      Plaintiff | ☒ 3   Federal Question      *(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government      Defendant | ☐ 4   Diversity      *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☒ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
   C.R .P Rule 60(B) and 60(B)(6) Defective writ, void Judgment
Brief description of cause:
   Violation of Inalienable Rights Under 42 U.S.C Civil action for deprivation of rights

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $75,000 per defendant
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
Miller, David 02-01-02
JUDGE Knisely, Howard F, Sponaugle, Mary M.    DOCKET NUMBER SA-36-128 AND 398-2018

SIGNATURE OF ATTORNEY OF RECORD

| | | | | |
|---|---|---|---|---|
| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |

1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Philadelphia Division

| | |
|---|---|
| NOBLE DREW ALI a Jural Religious Society, MOORISH SCIENCE TEMPLE OF AMERICA(a corporate BODY POLITIC) SHEIK C. BARNES BEY, Disciple in trust Ibn Sheik Barnes Bey, CyhienRa ,Head of an Asiatic State of North America, An Executive Ruler, Representative of the Moorish Divine and National Movement, Successors and Heirs. | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| -v- | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| Sponugle, Mary Mongiovi DBA MARY MONGIOVI in her official capacity as District Justice 02-01-03 Shivers, Mark DBA MARK SHIVERS in his official capacity as Manheim Township Police Officer See Additional page for remaining Defendants | |
| *Defendant(s)* | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Noble Drew Ali Disciple in Trust Skeik C.Barnes Bey Exe. Ruler |
| Street Address | 932 East 79th Street/ M/A P.O Box 8606 Lancaster Pennsylvania |
| City and County | Chicago , Cook County |
| State and Zip Code | Illinois 60619 |
| Telephone Number | 717 615 0942 |
| E-mail Address | Mstoa16.pa.gov@gmail.com |

Page 1 of 7

1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sponugle, Mary Mongiovi DBA MARY MONGIOVI in her |
| Job or Title *(if known)* | official capacity as District Justice 02-01-03 |
| Street Address | 1351 Elm Avenue |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17603 |
| Telephone Number | 717 299 7898 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Shivers, Mark DBA MARK SHIVERS in his |
| Job or Title *(if known)* | Official capacity as Manheim Township Police Officer |
| Street Address | 1825 Municipal Drive |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania |
| Telephone Number | 17601 |
| E-mail Address *(if known)* | rudzinskit@manheimtownshippolice.org. |

Defendant No. 3

| | |
|---|---|
| Name | Knisely, Howard F DBA HOWARD F. KNISELY in his offical |
| Job or Title *(if known)* | capacity as Busines Administrator of Tribunal Common Pleas. |
| Street Address | 50 N Duke Street |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17608 |
| Telephone Number | 717 299 8041 |
| E-mail Address *(if known)* | Lancasterpaclerkofcourts.com |

Defendant No. 4

| | |
|---|---|
| Name | Stedman W. Craig, DBA CRAIG W. STEDMAN in his official |
| Job or Title *(if known)* | Capacity as District Attorney Lancaster County |
| Street Address | 50 N Duke Street |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17608-3480- |
| Telephone Number | 717 299 8100 |

1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*       N/A

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties     is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of   another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a        diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question          ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Constitution Amemdment 1, United States Constitution Article VI Section 1 Clause 2 ,Compact Agreement Noble Drew Ali  Free National Divine Constitution and By Laws Article I, Article VI - VII  Treaty of Peace and Friendship Articles 20-21,  1776  Free Nationl Constitution Pennsylvania 42 U.S.C Statute 1983, 18 U.S.C Satute 242, 18 U.S.C Part I -Crimes, Chapter 47  and section 1001, 18 U.S.C Statute 1604 Federal Rule for Civil Procedure 60(b)-60(b)(6)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

   a.      If the plaintiff is an individual

   The plaintiff, *(name)*  ,, _____ , is a citizen of the
   State of *(name)* _____ .

   b.      If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated
   under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)*
   _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

   a.      If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

1 (Rev. 12/16) Complaint for a Civil Case

the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Affiant is seeking 75,000 per defendant. All of those who are a party to the abrogation and usurpation of Undersigned inalienable rights that are secured by the American Constitution one of the greatest documents ever made.

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1 (Rev. 12/16) Complaint for a Civil Case

Claims based on deprivation of right and deprivation of rights under color of law, or claim is also base on freedom of religion and evoke the religious freedom restoration act which protects the free exercise of religion.

1)Local Municipality agencies styled as Lancaster County of Pennsylvania has on numerous occasions Denied the Moorish Americans True American Citizens, their inalienable rights to travel as a secured right and not as a privilege that is secured by a fee which is  secured by one of the greatest documents ever written by our forefathers the 1774 Constitution;  which is still being enforced and later adopted in by virtue of Article VI,  the protections of due process and equal protection secured in the 5th Amendment and the privilege and immunities clause guaranteed in Article IV and V which  a which secures private American Citizens, life liberty and the pursuit of happiness.

As Moorish American we have our own Free National Government, bearing our own Free National Constitution, and Free National Name and Principles. We are an Islamic body politic under the holy and Divine laws of the Holy city of Mecca.(See Attachment A House joint resolution 0689 and House Resolution 75) we were incorporated under R.C.A 805ILCS An Act of Corporation. See Attachment (B 110/46e) we have recorded our appointment letters as Skeiks and a established religious society that has extended the Jurisdiction of the Grand Major Temple No.1 to the Lancaster County and recorded in the Lancaster Recorder of Deeds, yet the local authorities still seek authority of a Religious Society that consist of the Aboriginal inhabitant of North America. The Moorish Science Temple of America is a  Lawful Religious Incorporated  Organization that Noble Drew Ali issues Charters to Religious Society Subordinate Temples  That are guaranteed Religious protection by the 1st Amendment of the Constitution and  that the  continual  deprivations  our rights by preferring their law over our law. By impeding our movement by threat and coerce measure of threating to taking private property that is secured in a Private irrevocable Trust.

The Moorish Science Temple of America are Law Abiders we have our own Sharia Law for it is the divine inspired word of  Allah,  Governed by the Koran of Mohammed and The Holy Koran of the Moorish Science Temple of America the Grand Advisor and Moderator The Great Koran of Mohammed,  divinely prepared by Prophet Noble Drew Ali. Our charge is to propagate the faith and extend the learning of the Great Ali in America. The Moorish Science Temple of America through the Moorish Divine Movement of North America is a Federally and Internationally recognized a Sovereign (Allah hath instituted laws for the government of the world; He hath wonderfully varied them in all beings; and each by his nature conformeth to His will) theocratic government of aboriginals of this land that is composed of United Asiatic States throughout North South and Central America and the adjoin islands. We as Moorish Americans, descendants of the inhabitants of Africa; believe in all nationalities and creeds of men, but do  not wish to amalgamate or marry into the families of the pale skin nations of Europe, neither serve the gods of their religion

Because our forefathers are the true and divine founder of the first religious creed for the redemption and the salvation of mankind on earth.

Therefore we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their salvation. While we, the Moorish Americans, are returning to Islam (Sura 5 ayatt 3 and 4 One this day have I perfected your religion for you and have chosen Islam to be your religion), which was founded by our forefathers for our earthly and divine salvation.

So in short we the Moorish Americans are practicing our religion that is the Divine Law of Allah and encompasses the Supreme law of the land The Constitution and Treaties.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The undersigned is asking for damages from all those who are involved in the process of abrogated ones rights as Private American citizens. To deprive a flesh and breathing being of the Most High whom we call Allah the inalienable rights that he has bestowed that being is a usurpation of divine law, when man dares to enslave the world, when he knows he can enjoy his tyranny but for a moment, what would he not aim at if he were immortal. Allah has given us all the choice to choose because there is no compulsory in Islam(Sura 2 ayatt 256) and however we chose will either be our penalty or our reward. The Holy Koran Teaches the sin lies in the wish and the desire not in the act  Mens Reas . The Deceit we practice every day, and wish for gold, for honor and for fame, just for your selfish selves Actus Reas, The body of these laws is about human equality, not judging man for what they look like or talk like, the tinseled coat they present to the world. Allah and master men judge by what people are and not what they appear to be. Corpus Delicit The body of the crime. The lowers courts placed a fraudulent mark on my character by placing my attribute into a data system for all those to see that the Undersigned committed a crime and sent that correspondence indicating that the undersigned is on Adult probation, to be on probation one must of commit a crime, and to be a crime three elements must be present, where is the mens reas, actus reas and corpus deliciti in a Pennsylvania Title 75 codes and statutes. The real crimes lie on ones who have converted an inalienable right that was given to them be their creator then converting the inalienable right into a privilege and attaching a fee to it. All law is a creature of the Constitution and is void and null outside the perimeters of it.

Undersigned wants all records cleared from the data base of these defective writs of judgment in the lower courts. The Undersigned wants 75.000 a piece for all defendants mentioned on this complaint.
Undersigned wants remedy to be extended to all Moorish Americans who are being impeded to travel in their private capacity to go from one point to another point exercising their inalienable rights of life liberty and the pursuit of happiness and recognized as a religious freedom if one has good reason, care and concern for others.

1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           12/19/2018

Signature of Plaintiff

Printed Name of Plaintiff        Noble Drew Ali, Disciple in Trust Sheik C. Barnes-Bey Governor

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 7 of 7

# DEFENDANT LIST

1) Sponaugle, Mary MONGIOVI, DBA MARY MONGIOVI SPONAUGLE IN HER OFFICIAL CAPACITY DISTRICT MAGISTRATE 02-02-02 MANHIEM TOWNSHIP LANCASTER TOWNSHIP

2) Shivers, Mark, DBA MARK SHIVERS IN HIS OFFICIAL CAPACITY OF MANHIEM TOWNSHIP POLICE OFFICER LANCASTER TOWNSHIP.

3) Knisely, Howard F.DBA HOWARD F KNISELY IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRTOR OF TRIBUNIAL COMMON PLEAS, PENNSYLVANIA, COUNTY OF LANCASTER.

4) Stedman W. Craig, DBA CRAIG W. STEDMAN IN HIS OFFICIAL CAPACITY OF DISTRICT ATTORNEY OF LANCASTER COUNTY

5) Blazier Caitlin, DBA CAITLIN BLAZIER IN HER OFFICIAL CAPACITY OF DISTRICT ATTORNEY/ SOLICITOR OF LANCASTER COUNTY.

6) Blank, DBA BLANK IN OFFICIAL COMPACITY OF COURT REPORTER OF LANCASTER COUNTY.

7) Movelook, DBA MOVELOOK IN OFFICIAL CAPACITY AS CLERK OF COURTS LANCASTER PENNSYLVANIA

8) Miller, David, DBA DAVID MILLER IN HIS OFFICIAL CAPACITY OF DISTRICT MAGISTRATE 02-01-02 LANCASTER COUNTY.

9) Wilson, Mark J DBA MARK J WILSON IN HIS OFFICIAL CAPACITY AS ADDMINISTRATIVE COLLECTION ENFORCEMENT UNIT.

10) Cole, Brett I DBA BRETT I. COLE IN HIS OFFICIAL CAPACITY AS DEPUTY CHIEF OFFICE OF SUPERVISION.

11) Miller-Landon, TERI LANDON DEPUTY CHIEF OFFICE OF SDMINISTRATION SERVICES.

*CIVIL COMPLAINT DEFENDANT SHEET* (1)

# DEFENDANT LIST

12) Wagner, Andy COLLECTION ENFORCEMENT UNIT ADULT PROBATION AND PAROLE

SERVICES.

*CIVIL COMPLAINT DEFENDANT SHEET (2)*

1
2
3
4
5
6
7

12 /21/2018 MCY 1438

# Affidavit of Fact Notice of Default

# Exhibit

# Certificate of Service

8  Shapiro, Josh DBA Josh Shapiro in his capacity

9  as State of Pennsylvania Attorney General

10  Creamery At Strawberry, Square 320

11  Harrisburg Territory, Pennsylvania Commonwealth

12  [17101] uSA

13      It is Hereby Certified that service of the foregoing, *Notice Affidavit of Mandamus,*

14  *Notice of Removal to Federal Court, Notice of Injunction, Notice of Federal Questions ,*

15  *Notice of Constitutional Challenge 5.1 Pennsylvania Title, Codes and Statutes , Notice of*

16  *Federal Civil Rules of Procedures 60(b) 60(b(2)(3)(4))  Notice of Related* Cases has been made

17  upon the following address by depositing a copy in the United States Republic by way of

Certified Mail Priority Mail, Article Number: _____ US

18  1st this day of March, 1438 M.C. (2018 C.C.Y.) addressed to:

19

20  Sponaugle, Mary Mongiovi DBA Mary Mongiovi Sponaugle

21  in her official as Ministerial Officer 02-02-03

22  1351 Elm Avenue

23  Lancaster Territory Pennsylvania Commonwealth

[17603-4632] uSA

24

25  Knisely, Howard F DBA Howard F Knisely, in his

26  official capacity as Business Administrator Common Pleas Court

27  C/O Clerk of Courts

28  50 North Duke Street

29  Lancaster Pennsylvania Commonwealth

30  Bankman Kate DBA Kate Bartman , in her office

31  Capacits as Clerk o f Court

32  united States District Court

33  Eastern District

34  Room 2609

Philadelphia Pennsylvania 19106- 1797

1  KNISELY in his official Capacity as
2  BUSINESS ADMINISTRTOR OF
   TRIBUNIAL COMMON PLEAS,
3  PENNSYLVANIA, COUNTY OF
4  LANCASTER.

5  Stedman W. Craig, DBA CRAIG W.
   STEDMAN in his official capacity of
6  DISTRICT ATTORNEY OF LANCASTER
   COUNTY
7

8  Blazier Caitlin, dba Caitlin Blazier IN HER
   OFFICIAL CAPACITY OF DISTRICT
9  ATTORNEY/ solicitor OF LANCASTER
   COUNTY.
10 BLANK, DBA Blank in official capacity of
11 Court Reporter of LANCASTER COUNTY

12 Movelook, DBA Movelook in official
13 capacity as clerk of courts Lancaster
   Pennsylvania
14 MILLERS, David ,dba David Miller in his
15 official capacity of district magistrate 02-01-
   02 LANCASTER COUNTY
16

17              *Defendant*

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33

34  *NOTICE OF WRIT OF MANDAMUS*
    *NOTICE OF INJUNCTION*
    *NOTICE OF CONSTITUTIONAL*
    *CHALLENGE OF STATE PENNSYLVANIA STATE STATUTES 5.1*
    *NOTICE OF INJUNTION*
    NOTICE OF F.C.R.C 60(B) 60 (B)(2)(3)(4)      (2)

1

2

Case No.

3

4

5

# UNITED STATES DISTRICT

6

## For the Eastern District of Pennsylvania

7

## Philadelphia Division

8

9

10

11

12    IN RE:   noble drew ali a Jural Religious Society, Moorish Science Temple of America(A Corporate

13  Body Politic) SHEIK C. Barnes Bey, Disciple in Trust Ibn sheik barnes bey, cyhienra ,head off a chartered

14  Asiatic State of North America, an Executive Ruler, Representative of the Moorish Divine and National

15  Movement of the North America , Successors and Heirs.   et al

16                                           *Affiant*

17

18    _____

19    **NOTICE OF AFFIDAVIT OF TRUTH FOR A WRIT OF MANDAMUS AND FOR STAY IN**

20                     **PENNSYLVANIA LOWER COURTS**

21

22           **RELATED CASES: SA-36-0000128-2018 AND SA-36-0000398-2018**

23    Sponaugle, Mary Mongiovi DBA MARY MONGIOVI SPONUAGLY in her official capacity as Magistrate Judge

24    02-02-03

25    Knisely, Howard F.DBA HOWARD F KNISELY in his official Capacity as BUSINESS ADMINISTRTOR OF
      TRIBUNIAL COMMON PLEAS, PENNSYLVANIA, COUNTY OF LANCASTER.

26

27                          Noble Drew Ali, Disciple in Trust ~~Trustee~~ Sheik

28                          C.Barnes Bey, an Executive Ruler, Representative

29                          of the Moorish Divine and National
                            Movement of the North America

30                          932 East 79th Chicago Illinois
                            Mailing Address

31                          P.O.B 8606

32                          Lancaster Pennsylvania 17604
                            717 615 0942

33

34

# CERTIFICATE OF INTEREST

## Affidavit of Appearance as Amicus Curie in Proceedings

### 9 Rabi'II 1438, 12/18/2018

Sheik C. Barnes Bey, Governor, Magistrate and Divine Minister, Disciple agent for Prophet Noble Drew Ali, Successors and Heirs in Trust in (Shackamaxon 41.2033° N, 77.1945° W Also Known as Pennsylvania), a Moorish Divine and National Movement of the Moorish Science Temple of America, a corporation and Adept Moorish Legal Consul Representative.

Sheik C. Barnes Bey Governor and Divine Minister has been endowed with wisdom of the said government, is in pursuant of Title 28 U.S. Code Section 2242 in manner of "Amicus Curie;" Moorish Legal Counsel Representatives in accordance to the Circle Seven[1] and the Grand Advisor[2] and Moderator Article 29 Section 1 and Section 12 Clause 1-3  Rules and Regulations of the Moorish Science Temple of America[3] an Islamic Body Politic and in accordance with Rubrics and Conventional International  Private Civil Law of 1928[4] Article 14 and 15 and as prescribed in Article Six, Section I Clause Two of the Constitution of the United Stated of America….Treaty of Peace and Friendship Morocco and United States  1786, Articles 20 and 21 being the Supreme Law.

In Peace and Friendship,

Sheik Barnes Bey Governor, Magistrate

*Holy Royal Seal:*

Sheik B Barnes Bey ordaind Divine Munister
Magistrate, Moorris Divine and National Movement

---

[1] The Circle Seven is the Moorish American   Free National Constitution for the Free National Government of the United States of the Asiatic States for North South Central America and the adjoining Islands, the Present Day Moroccan Empire.

[2] The Grand Advisor and Moderator is the Rules and Regulations for the United States of Asiatic States for North South Central America and the adjoin Islands, the Present day Moroccan Empire.

[3] Moorish Science Temple of America is a National Organization with a Rotarian Complexion as it relates to branch and subordinated temples Charters issued by the Prophet Noble Drew Ali.

[4] Codigo Derecho Internaciones Priviado ( Bustamante Codes) Pan American Conference 1928 in Havana Cuba Prophet Noble Drew Ali was recognized as the Moorish Prince Representing the Asiatic States of the Asiatic States of North South Central America  and the Adjoining Island( Atlas Islands)

1  **Noble Drew Ali**                          **CASE NO**_____**2018**
2  **Moorish Divine and National**
   **Movement of the World**
3  **932 East 79th Chicago Illinois**
4  **Mailing Address**
   **P.O.B 8606**
5  **Lancaster Pennsylvania 17602**
6  **717 615 0942**

7                    **UNITED STATES DISTRICT COURT**

8

9              **For the Eastern District of Pennsylvania**

10                       **Philadelphia Division**

11

12

13  **NOBLE   DREW ALI a Jural Religious**      Case No.: CP-36-SA-0000128-2018
                                                     CP-36-SA-0000398-2018
14  **Society, MOORISH SCIENCE TEMPLE**

15  **OF AMERICA(a corporate BODY**            **NOTICE TO REMOVE TO FEDERAL**
                                                     **COURT PURSUANT**
16  **POLITIC SHEIK C. Barnes  Bey, Disciple**       **TO 28 U.S.C § 1446**

17
    **in trust Ibn sheik barnes bey,**         **FEDERAL QUESTIONS**
18                                                  **DEPRIVATION OF RIGHTS**

19  **cyhienra ,Head Of an Asiatic State of North**
                                                        **42 USC 1983**
20  **America, An Executive Ruler,**          **18 USC 242 DEPRIVATION OF RIGHTS**
                                                    **UNDER COLOR OF LAW**
21
    **Representative of the Moorish Divine and**
22                                            **NOTICE OF AFFIDAVIT OF WRIT OF**
    **National Movement, Successors and Heirs,**         **MANDAMUS**
23

24                        **Plaintiff,**

25  **vs.**                                    **NOTICE  OF CONSTITUTIONAL**
                                               **CHALLENGE OF PENNSYLVANIA**
26  **Sponaugle, Mary Mongiovi, DBA MARY**      **TITLE 75  STATE STAUTE 5.1**
    **MONGIOVI SPONAUGLE in her official**
27  **capacity DISTRICT MAGISTRATE 02-02-**
    **02 MANHIEM TOWNSHIP LANCASTER**                **NOTICE OF**
28  **TOWNSHIP**                                     **INJUNCTION**

29
    **Shivers, Mark, DBA MARK SHIVERS in**          **NOTICE OF**
30  **his Official Capacity of MANHIEM**      **FEDERAL RULES OF PROCEDURE**
    **TOWNSHIP POLICE OFFICER**                       **60(B)(6)**
31  **LANCASTER TOWNSHIP.**

32
                                               **NOTICE OF RELATED**
33  **Knisely, Howard F.DBA HOWARD F**

34  *NOTICE OF WRIT OF MANDAMUS*
    *NOTICE OF INJUNCTION*
    *NOTICE OF CONSTITUTIONAL*
    *CHALLENGE OF STATE PENNSYLVANIA STATE STATUTES 5.1*
    *NOTICE OF INJUNTION*
    NOTICE OF F.C.R.C 60(B) 60 (B)(2)(3)(4)      (1)

# **TABLE OF CONTENTS**

TABLE OF AUTHORITY............................................................3

STATEMET OF RELATED CASES.................................................5

STATEMENT OF RELIEF SOUGHT..............................................6

ISSUES PRESENTED...............................................................8

    I.    CONSTIUTIONAL CHALLENGE OF  TITLE 75 STATE STATUTE

        AND CODES IN.........................................................15

    II.   CIVIL RULES AND PROCEEDURES 60(b) and 60(b)6.......................


INTRODUCTION ..................................................................1

FACTS NECESSARY TO UNDERSTAND THE ISSUE PRESENTED ...............4

REASONS FOR GRANTING THE WRIT...........................................9

CONCLUSION.......................................................................1

# TABLE OF AUTORITY

1) Codigo Derecho Internaciones Priviado (Bustamante Codes)

Pan American Conference 1928 in Havana Cuba Prophet Noble Drew Ali

was recognized as the Moorish Prince Representing the Asiatic State of the

Asiatic States of North South Central America and the Adjoining Island (Atlantis

Islands)……..…………………………………………………………………2

2)  Privileges and immunities Clause of the 5th Amendment Article IV…………………….6

3) Article VI Section 1 Clause 2 1786 United Constitution Section 20 and 21…………….….7

4) In re Link_A_Media Devices Corp., 662 F.3d 1221, 1222 (Fed. Cir.2011)……………….7

5) Hagans v Lavine 415 U.S. 533, Joyce v U.S. 474 2d 215…………………………………7

6) Main v Thiboutot 100. S. Ct 2501 (1980); …………………………………………

7) Basso v Utah Power and Light Co. 495 F.2d 906,910,……………………………………8

8) Grand Advisor and Moderator rules and regulations of the Moorish Science Temple of

America Article XXXIX Section 27 Clause 1…………………………………………….6

9) Grand Advisor and Moderator Rules and Regulations:

Article XXXVIII XXXV Section 19 Clause 1-2, Section 20 Clause 1-2, Section 22 …………….8

10) Article XLVIII Section 4 Clause 1-3. Grand Advisor and

Moderator………………….……...…9

11) Article XLVII Section 13 Clause 1-2. Grand Advisor and Moderator…………..…...…….9

12)  Article XLVIII Section 4 Clause 1-3. Grand Advisor and Moderator………………….9

13)  Article XLVII Section 13 Clause 1-2. Grand Advisor and Moderator………………….9

14) Article XLVII Section 14 Clause 1-2 Grand Advisor and Moderator…………………….9

15)  R.C.A 805ILCS an Act of Incorporation 110/36……………………………………….9

16) Under Rule 5.1(a) (1) (B) and (a) (2)……………………………..…………………...12

17) 1908 Hurds Revised Statute Chapter 32 statute §35,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,14

18) Congress H.J.R 75 and H.R 0698 ……….…………………………………………….16

Statutes

19) 8. U.S.C §1101, 8 U.S.C. 1408, 8 U.S.C. 8 § 1425............................................16

20) 42 U.S.C § 1983 Civil action for deprivation of law ........................................,6

21) 18 U.S.C § 242 Deprivation of rights under color of law.............................5

22) C.R.P 60(b) 60(b)(3)(4).......................................................................6

23) PA C.R.P 462(C) (1)(2)(3)....................................................................6

24) 18 U.S. Section 242...........................................................................6

# STATEMENT OF RELATED CASES

1) No appeal in or from the same civil action or proceeding in the lower court has previously been before the Federal Circuit or any other appellate court.

2) Cases SA-36-0000128 2018 and SA-36-0000398-2018 are joinder because the cases are identical in nature and are creatures of deprivation of rights under color of Law[5].

3) Man who dares enslave the world, when he knows he can enjoy the tyranny but for a moment, what would he not aim for if he were immortal[6]

# STATEMENT OF RELIEF SOUGHT

Affiant Noble Drew Ali, Disciple in Trust Trustee SHEIK C.Barnes Bey Heirs and Successors an Executive Ruler, requests that court stay, cease and desist , vacate and Dismiss

---

[5] 42 U.S.C § 1983 Civil action for deprivation of law , 18 U.S.C § 242 Deprivation of rights under color of law

[6] Grand Advisor and Moderator rules and regulations of the Moorish Science Temple of America Article XXXIX Section 27 Clause 1

the erroneous judgments entered by the lower courts  according to civil rules and procedures 60(b) Grounds for Relief from a Final Judgment, Order, or Proceeding.

Undersigned is seeking relief 60(b)(3)(4) Lower courts showed misconduct when they circumvented their own civil rules of procedures  pursuant to 462(C) (1)(2)(3) to meet the fundamental interest of the State showing favor of the state's own citizens and against citizens of other states which violates  of the  Privileges and immunities Clause of the 5th Amendment Article IV of the Federal Constitution.

The arising under the Vehicle or local traffic ordinances, other then parking offenses. The law enforcement officer who observed the alleged offenses must appear and testify. The Failure of the law enforcement officer to appear and testify shall result in the dismissal of the charges unless:

1)    The Undersigned did not waive the presence of the officer in open court.


2)    The Undersigned did not waive the presence of the law enforcement officer by filling a written waiver signed by the undersigned, with the clerk of courts.

3)    Undersigned was prepared, the reason the proceeding was continued was because the law enforcement officer had to baby sit his children. This is not sufficient grounds to continue a case

The undersigned inalienable rights have been abrogated under 42 U.S.C § 1983 and 18 U.S. Section 242 and request a motion to move the court and dismiss all cases with prejudice,

## ISSUES PRESENTED

1)  Whether this court should void the defective writs of judgment that are before the court, because the lower court is to protect against any encroachment of the Constitution secured by liberties.

2)  Whether this court should find the lower courts erred and deprived the undersigned the fundamental principles of life liberty and the pursuit of happiness that is guaranteed by the Constitution.

3) Whether this court should find that the lower courts erred when they moved without determining jurisdiction. And adjudicated upon a True American Citizen that is of Moroccan Descent but born in America and is party to the Treaty of Peace and Friend Ship, Therefore party to Article VI Section 1 Clause 2 1786 United Constitution Section 20 and 21.

4) The Undersigned is a favorite of Heaven (Envoy), whom the sons of men, thy equals, have agreed to raise to sovereign power and set a ruler over themselves; consider the ends and importance of their trust, far more than the dignity and height of thy station.

# FACTS NECESSARY TO UNDERSTAND THE ISSUE PRESENTED

## REASONS FOR GRANTING THE WRIT

A writ of mandamus is properly granted to correct the *"usurpation of judicial power." In re Link_A_Media Devices Corp., 662 F.3d 1221, 1222 (Fed. Cir.2011)* Specific to this case, The right to Travel is a secure and fundamental inalienable rights of life liberty and the pursuit of happiness that is granted by our own creator. Due process and equal protection secured by the 5th amendment have been abrogated secured in the proceedings in the lower courts nor the abrogation of 1st Amendments for freedom of religion.

1) The lower courts lacked personam territorial and subject matter on affiant's private trust property. *There is no discretion to ignore lack of jurisdiction, Hagans v Lavine 415 U.S. 533, Joyce v U.S. 474 2d 215; the law provides that once State and Federal jurisdiction have been challenged, it must be proven. Main v Thiboutot 100. S. Ct 2501 (1980); "Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910*, in which they encroached and abrogated inalienable rights secured by the American Constitution. The Supremacy Clause Article VI Section 1, Clause 20 Invalidates any state action that is in contrary to Federal Law,

which holds state statues, actions or decisions unconstitutional, When they conflict with the Constitution, laws and treaties of the United States or acts done in furtherance of them.[7]"The Constitution is the supreme law of the land, any law that is repugnant, to the Constitution is null and void *"Marbury v. Madison, 5 US 137, "Where rights secured by the Constitution are involved, and there can be no rule making or legislation. Which would abrogate them Miranda v. Arizona. Moorish Americans are private Federal Citizens. "The free national constitutional law that was enforced since 1774 declared all men equal and free[8], and if all men are declared by the free national constitution to be free and equal since that constitution has never been changed, there is no need for the application of the 14th and 15th[9] Amendments for the salvation of our people and citizens" Prophet Noble Drew Ali.*

2) The Affiant has received threat and coercion, by the lower courts, issuing a defective writs (*A writ may be voided because it is defective in language, because the court had no jurisdiction to issue the writ: Big Torts 122 nixon v. Reeves, 65 Minn 159, 67 n.W. 989, 33 L.R.A. 506. See Boviers Law Encyclopedia Rawles 3rd revision Pg. 1182)* Federal 60(b)(4) requires the void judgment made in violation of due process are void and the court where thye remedy is sought has no discretion and must vacate void judgments ab initio. *"United Stales v indoor Cultivation Equip. from high Tech Indoor Garden Supply, 55 E3d 13IIf 1317 (7th OrJ995)."* of judgment and issuing a bill of attainder[10] for a summery case by proceeding without addressing the raising of jurisdiction and caused and injury denying the affiant of due process and equal protection under the 5th Amendment of the Federal Constitution.

---

[7] MBE Essentials governing law outlines. Page 45 paragraph 6 2016

[8] 1776 Declaration of Independence We hold these truths to be-self-evident, that all Men are created equal, that they are endowed by Creator with certain inalienable , that among these are Life Liberty and the Pursuit of Happiness these .
Grand Advisor and Moderator  Rules and Regulations Article XXXVIII XXXV  Section 19 Clause 1-2  But thee, He hath distinguished with peculiar favor, and exulted thy station above all creatures. Section 20 Clause 1-2 He Hath endued thy with reason, to maintain thy dominion; he hath fitted thee with  language, to improve thy Society; Section 22 Clause  And in his laws He hath ordained as the rule of life, So kindly hath He united thy duty to thy nature that obedience to His precepts is happiness to thyself.

[9] The Moorish Americans are not party to the 14th and 15th Amendment, we are Federal Private Citizens, True American Citizens. We receive due process and equal protection through the 5th Amendment of the Federal Constitution.

[10] Federal Constitution Article IV dc

The lower courts erred when they chose to proceed under the law a Christian body politic against affiant who is a Sheiks, Executive Ruler, Ordained Divine Minister,  Moorish Legal Counsel Representatives of the Moorish Divine and National Movement, The Moorish American are the descendants of the ancient Moabites descendants of Moroccan and born in Continental America, aboriginals to the land[11].

Undersigned Submitted a document titled Affidavit of Appoint of a Special private meeting at took place in Chicago Illinois on September `15th 2017th in which the undersigned and the chairman were made ~~TRUSTEES~~ SHIEKS executive ruler of a Chartered Subordinate Religious Society respectively located in Lancaster County Pennsylvania said Document (No.1823616050)[12] was recorded in August 22 2018 in the County of Cooks Chicago Illinois recorder of deeds office.

On Our Return from Chicago as prescribed in R.C.A 805ILCS[13] An Act of Incorporation 110/36 the chairman and undersigned on September the 24th document was recorded in the county in County of Lancaster Pennsylvania under instrument Number 6419888, extending the jurisdiction of the Grand Major Temple #1 Chicago Illinois. *"The Moorish Science Temple of America is a lawfully religious organization. Any subordinate Temple that desires to receive a charter; The Prophet has them to issue to every state throughout the United States, etc."* **Article XLVIII Section 4 Clause 1-3. Grand Advisor and Moderator.** *These holy and divine laws are to be strictly preserved by the members of all the Temples, of the Moorish Science Temple of America. That they May learn to open their meetings and guide it accordingly to the principles of Love, Truth, Peace, Freedom and Justice.* ***Article XLVII Section 13 Clause 1-2. Grand Advisor and Moderator".*** *"Every subordinate Temple of the Grand Major Temple is to form under the laws of Love Truth Peace Freedom and Justice and create their own laws and*

---

[11] See HR 0689  Chicago Illinois HJR 75 Pennsylvania
[12] See Attachment
[13] See Attachment

*customs in conjunction with the Holy Prophet and the Grand Temple."*

**Article XLVII Section 14 Clause 1-2 Grand Advisor and Moderator."**

On September the 26th P.M 12:42 said instrument(6419888) was placed on the record in the Lancaster County Clerk of Courts office for **Docket No SA-36-0000128-2018** for violation statutes and codes of Title 75 § 1786§§F (Lead) Operating Vehicle Without Required financial. Driving unregistered Vehicle 75 § 1301§§ A (Lead)   Operating Without a valid Inspection 75 § 1786§§F (Lead).

On October 3 a proceeding was scheduled at 9:00 am undersigned and chairman was in attendance District Attorney informed us that the defendant officer Shivers Id No. 39389 was unable to attend because he did not have child care and District Attorney Insisted on a Continuance.

In pursuant to 462(C) pa civil rules of procedure proceedings arising under the Vehicle or local traffic ordinances, other  than parking offenses. The law enforcement officer who observed the alleged offenses must appear and testify. The Failure of the law enforcement officer to appear and testify shall result in the dismissal of the charges unless:

1) The Undersigned did not waive the presence of the officer in open court.2)

2) The Undersigned did not waive the presence of the law enforcement officer by filling a written waiver signed by the undersigned, with the clerk of courts.

3) Undersigned was prepared, the reason the proceeding was continued was because the law enforcement officer had to baby sit his children. This is not sufficient grounds to continue a case.

The following the previous events, the district attorney informed the undersigned that a notification via certified mail would be issued to address provided. Undersigned recorded in the public records of the recorder of deeds by virtue of instrument (6419888) that declared the time period of our Religious Observance,  the Executive Rulers of the Moorish Science Temple of America are required to make our yearly hajj to Chicago Illinois our present day Mecca. (Our National Constitutional Convention for all Moorish Americans Form October 15 through 21. The

lower courts intestinally scheduled proceeding periods during this time of our Religious observance Violation. "There is no mishaps law governs all events", this act constitutes a deprivation of rights secured by the free national constitution of Pennsylvania and the Free National Federal Constitution that was adopted into of the constitution dating back to the Free National Constitution of 1774 which is perpetual.

# CONSTITUTIONAL CHALLENGE OF PENNSYLVANIA STATE STAUTES 5.1

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Plaintiffs, respectfully file this Notice of Constitutional Challenge of Title 75 statues and codes concerning the usurpation of private True American inalienable rights protected by the 5th Amendment with this Court and renew and amend the notice previously provided to the Attorney General of Pennsylvania (the "Attorney General").  In support thereof Plaintiffs show as follows:

1.      This action was instituted by Plaintiffs on December, 2018 and certified mail was sent out to Defendants on December 21- 2018.

2.      By certified letter dated December 21 2018, and pursuant to Rule 5.1(a)(1)(B), Plaintiffs provided the Attorney General with a copy of the Summons and Complaint in this action and notified him that this action challenged the constitutionality of Pennsylvania Title 75 codes and statutes state statutes. A true and accurate copy of that notices is attached hereto as Exhibit A.  In that letter, Plaintiffs Communicated that they were serving a copy of the Summons and Complaint on the Attorney General pursuant to Rule 5.1(a), that the Complaint challenged the constitutionality of a state statute, and that the Complaint was filed against  Sponaugle, Mary Mongiovi, DBA MARY MONGIOVI SPONAUGLE in her official capacity as District Magistrate 02-02-02 Manheim Township, Lancaster Township, Shiver, Mark Joseph  DBA MARK SHIVERS in his official capacity of Manheim Township police Officer Lancaster Township, Knisely, Howard .DBA HOWARD F KNISELY In his Official Capacity as Business Administrator OF Tribunal  Common Pleas Court of  Pennsylvania , County of Lancaster, Stedman, W Craig, DBA CRAIG W. STEDMAN In his official Capacity of District Attorney  of  Lancaster Pennsylvania, Lancaster County, Brazier, Caitlin  DBA CAITLIN

BLAZIER in her official capacity OF District Attorney / Solicitor of Lancaster County, Blank,

DBA BLANK in official capacity of County Reporter of Lancaster County of Pennsylvania.,

Movelook DBA MOVELOOK in official capacity as Clerk of Courts Lancaster Pennsylvania,

Miller David P DBA DAVID P. MILLER in his official capacity of District Magistrate 02-01-

02 Lancaster County Pennsylvania.. In this manner, Plaintiffs complied with Rule 5.1(a)(1)(B)'s

Requirements that the Attorney General be notified that a state statute was being

Challenged through this action and that neither the State, one of its agencies, nor one of its

officers or employees had been named as a defendant.

3.      Undersigned believe the December 21, 2018 this letter satisfies their

substantive obligations Under Rule 5.1(a) (1) (B) and (a) (2). However, Plaintiffs file this Notice

to clarify that through this action, and as reflected in their Complaint, Plaintiffs are challenging

the constitutionality of Pennsylvania Title 75 Department of Motor Vehicles that is intended for

commercial use and is being applied to private citizens that are not part of the Business and not

the fundamentally secured inalienable right of life liberty and the pursuit of happiness of all

discrete private, True American Citizens under one Federal Constitution that has been adopted

into the free national constitution for the United States of the Continental America States

Republics of 1774 that is still being enforced. Because it restricts Life Liberty and the pursuit of

happiness for Private American Citizens. To the extent the time requirements set forth in Rule

5.1(c) would be triggered by this Notice, instead of by Plaintiff's December 19 2018 notice, the

Attorney General has 60 days from receipt of this Notice to intervene in this matter.

4.      In further compliance with Rule 5.1(a) (2), Plaintiffs will serve the

Attorney General with a copy of this Notice via certified mail.

# INTRODUCTION

We, The Moorish Science Temple of America first organized as The Moorish Temple of Science

in the year of 1925., and we legally incorporated as a civic organization under the laws of the

State of Illinois, November 29th 1926, The Name Moorish Temple of Science was changed to the

Moorish Science Temple of America in May, 1928 on August 1 1928 in the State of Illinois

County of Cook by virtue of 10105905 form 1099, Corporation- Religious Affidavit of

Organization, Under Hurds-Smith Revised Statutes Chapter 32 Section 36 Home Rule 805 ILCS, August, 1928 AD at 2:52 Verified Political Status ( A 1 Citizenship, Aboriginal of the Land) . Our National Organization has a Rotarian complexion as it relates to the branch Temples became obvious with the increasing number of inquiries from men and women in different sections of the country concerning the purpose of the organization.

Whereas the Moorish Science Temple of America is a Lawfully Ancient Chartered Civic and Religious Organization, Ecclesiastical body politic and founded by Prophet Noble Drew Ali in 1913 organized in 1925 and incorporated as a civic organization as a religious organization in 1928 .

Whereas every Subordinate Temple of the Grand Major Temple # 1 932 79th Street Illinois is to form under the covenant of Love Truth Peace Freedom and Justice and create their own laws and customs, in conjunction with the laws of the Prophet and the Grand Temple. Article 1 of the living Divine Constitution and By Laws: The Grand Sheik and the Chairman of the Moorish Science Temple of America are in power to make laws and enforce laws with the assistance of the Prophet and the Grand Body of the Moorish Science temple of America.

Whereas Bro. Barnes-Bey, CyhienRa is the Grand Sheik and Governor of Moorish American Society Asiatic State Shackamaxon, Subordinate Unity Temple 16 Care of 1749 Lincoln High Way East Lancaster Pennsylvania, under the Grand Major Temple #1 932 79th Street Chicago Illinois of the Asiatic States of North America..

## FACTS NECESSARY TO UNDERSTAND THE ISSUE PRESENTED

The Moorish Science Temple of America is an international federally recognized Sovereign Theocratic Islamic body politic that has how organized under 1908 Hurds Revised Statute Chapter 32 statute §35 How we organized The foregoing provision shall not apply to any religious corporation; but any church or society formed for the purpose of religious worship, may become incorporated in the manner following, to wit: Be electing or appointing according to the usages or customs, at any meeting held for the purpose, two or more of its members are Trustees Sheiks, wardens vestrymen( or such other officers whose duties are similar to those of trustee , as shall be agreeable to the usages and customs, rules or regulations of such congregation, or

Society ) not of the State, they are self-governed, our highest authority is the Great God of the Universe Allah.) and may adopt a corporate name; and upon the filing of the affidavit, as hereafter provided, it shall be and remain a body politic and corporate, by the name so adopted (The Moorish Science temple of America(See attachments of original religious organization filing of prophet noble drew ali in 1928 and the subordinate temple religious society filed under the grand major temple in 2018 all is compliance with said statute.

Take further notice of notice Hurds revised statute R.C.A 805ILC 110/46e(See attachment) The trustees of every such congregation, church, or society, under the patronage, control, direction, or supervision of any ecclesiastical body, or diocesan, or like ecclesiastical officer, after the same has become incorporated under Sections 46a to 46h, inclusive, of this Act, and their successors, *__shall have perpetual succession__* with power to adopt a common seal, which may be altered and changed at pleasure, contract, and be contracted with, sue and be sued, plead and be impleaded, by the corporate name of such congregation, in all courts, whatever; to receive, hold, dispose of, mortgage, and convey any kind of property; to *__make and adopt by-laws for their government, not inconsistent with Sections 46a to 46h, inclusive, of this Act, or with the rules and regulations of the sect or denomination having the charge or patronage of the corporation__*; and shall alone have power to make all contracts needful in the management of the temporal affairs of such congregation, church, or society: but no conveyance, or mortgage shall be made to affect, or destroy the intent of any grant, legacy, or donation, that may be made to any person, or trustee, for the use of such congregation, church, or society, or for the use of any sect, or denomination. However, this limitation on the disposition of real or personal property does not apply to the extent that a restriction imposed by a donor on the use of an institutional fund may be released by the governing board of an institution under the Uniform Prudent Management of Institutional Funds Act. *__The trustees of any corporation, organized under Sections 46a to 46h, inclusive, of this Act, which is, or may be, under the control, patronage, direction or, supervision of any ecclesiastical body, diocesan, or like officer, shall hold and control, invest or reinvest the real and personal property of such corporation, and contract with reference thereto, according to the__* "Uniform Management of Institutional Funds Act", or

***the rules, regulations, constitution, articles of association, by-laws, or canons of such
ecclesiastical body, diocesan, or like ecclesiastical officer.***

(Source: P.A. 96-29, eff. 6-30-09.)

The Moorish Americans are the Descendants of the Ancient Moabites born in America,
Moorish American Moslems. "I AM A CITIZEN OF THE U.S.A". NOBLE DREW ALI THE
PROPHET pursuant to 8. U.S.C §1101 a(21 National owing permanent  allegiance to a state. 8
U.S.C. 1408 National, but not a citizen of the United States and 8 U.S.C. 8 § 1425 of Al-
Moroccan nativity Moslems of The West' born free" on the Land that the Lord our God have
given us. We honour our Mothers and Fathers that our days may be longer upon the Earth land as
decreed by Allah(SWT). We the Moors are identified by our Holy Head Tress i.e Fez and
Turban/Crown i.e Tal boosh which shows submission to our highest spiritual authority. To our
ecclesiastical suffixes , Ali, Bey and El recognized by Congress H.J.R 75 and H.R 0698 . we are
under the Divine Laws of the Holy Koran of Mecca and pursuant Article VI of the Divine
Constitution and (By)Laws, Moorish ethics nationality, bound to the land and soil Jus soli the
ancestral blood and heredity by birthrights  Sanguine, primogeniture, by inheritance, descendant
of the autochthonous Americans and whose  genetic test reveal our ancestors are ascending from
halplogroups  L-1 through L-6[OMB 052.004, Hierarchal Code R1.01.052.004, Unique Identifier
1237-7. We are party to the Treaty of Peace and Friendship our rules and regulations state's what
title do we give our ruler in Morocco? Sultan.

Peace and Friendship Treaty of 1786 and 1836 between Morocco and the )United States,
and treaty rights and heridiments specific to 1491 Treaty of Granada(e.g Spain and Morocco; re
ratified 1991 by Spain and Morocco), the 1751 perpetual Treaty of Peace and Commerce( Great
Britain and Morocco), and the 1837 Treaty Marrakesh(e,g Treat of Peace; TS 244-2), M-1/Truth
A-1 AA222141/G-7/Treaty of Versailles.

The 'Most Favored Nation' mentioned above, from time immemorial as it pertains to
international law and commercial activity.

## Conclusion

The lower courts erred when they failed to entertain jurisdiction. And persistently deprive
the Moorish Americans of their inalienable rights under deprivation of rights and color of law.

The lower courts infringed upon the Moorish Americans 1 amendment of religion. They infringed upon international law in which they have no standing. We as the Moors of America, have our own state and rules and regulations that derive from the inspired word of Allah. The founding fathers never mentioned one's ability to travel from one place to the next because the right is so fundamental that it need not be mentioned. How does one put a license and fee on a divine right that their creator endowed them with, this not only abrogates the Constitution but it also abrogated Allah's law as well divine Law which all things are governed by in all aspects of life. If a citizen is conscious of the brotherhood of life, that all living things are bound to all living things and when you crush beneath your feet the meanest worm, you shake the throne of Allah and cause the sword of life to tremble in its sheath. This one exercises due care in all things. Because he lives his life according to the five highest principles known to man which is love truth peace and freedom and when these four principles are violated then justice must take its course.

Respectfully Submitted

Love and Peace

*Holy Seal:*

Sheik. C.Barnes-Bey Ordained Divine Minister, Magistrate
Moorish Divine and National Movement of
North America

**COMMONWEALTH OF PENNSYLVANIA**

**COUNTY OF LANCASTER PENNSYLVANIA**

**NOTARY**

**Notice**

Using a notary on this document does not constitute and adhesion, nor does it alter my status in any manner, the purpose for notary Is verification and identification only and not for entrance into any foreign jurisdiction.

**Testimonial**

I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.4904, relating to unsworn falsification to authorities.

**Jurat**

Date: 12/31, 20 18

(AFFIRMED) AND SUBSCRIBED BEFORE ME

THIS _____ 31 DAY OF ___ 2018

Deborah K Moody

Signature of official before whom affidavit was made

_____ NOTARY _____

Title of officer

My commission expires on 5/09 20 21

Commonwealth of Pennsylvania – Notary Seal
Deborah K. Moody, Notary Public
Lancaster County
My commission expires May 9, 2021
Commission number 1114756

I am: _____

Sheik Barnes-Bey, C. Ordained Divine Minister, Magistrate

Disciple in Trust Noble Drew Ali, heirs and successors

Moorish Divine and National Movement of North America

United States of Asiatic States

Moorish American Religious Society, Asiatic

State Shackamaxon Subordinate Temple #16



**THE LIBRARY OF CONGRESS**
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

**PHOTODUPLICATION SERVICE**
202-707-5640 (VOICE)
202-707-1771 (FAX)
photoduplication@loc.gov (EMAIL)

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA,** volume 8, and that the attached photocopies - the title page, the verso of the title page, and pages 100 through 105 - are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date September 26, 1990.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on November 8, 2007.

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service

BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Large

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

ARRANGED IN CHRONOLOGICAL ORDER.

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,

AND

COPIOUS NOTES OF THE DECISIONS

OF THE

# Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

INDEX TO THE CONTENTS OF EACH VOLUME,

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States;

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY,
IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

RICHARD PETERS, ESQ.,

COUNSELLOR AT LAW.

The rights and interest of the United States in the stereotype plates from which this work is printed, are hereby recognised,
acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3, 1845.

VOL. VIII.

## BOSTON:

LITTLE, BROWN AND COMPANY.

1867.

## TREATY OF PEACE AND FRIENDSHIP

### *Between the United States of America, and His Imperial Majesty the Emperor of Morocco.* (a)

January, 1787.

To all Persons to whom these Presents shall come or be made known. WHEREAS the United States of America, in Congress assembled, by their commission bearing date the twelfth day of May, one thousand seven hundred and eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full powers to confer, treat and negotiate with the Ambassador, Minister, or Commissioner of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce; to make and receive propositions for such treaty, and to conclude and sign the same, transmitting it to the United States in Congress assembled, for their final ratification; and by one other commission, bearing date the eleventh day of March, one thousand seven hundred and eighty-five, did further empower the said Ministers Plenipotentiary, or a majority of them, by writing under their hands and seals, to appoint such agent in the said business as they might think proper, with authority under the directions and instructions of the said Ministers, to commence and prosecute the said negociations and conferences for the said treaty, provided that the said treaty should be signed by the said Ministers: And whereas we, the said John Adams and Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the hand and seal of the said John Adams at London, October the fifth, one thousand seven hundred and eighty-five, and of the said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint Thomas Barclay, agent in the business aforesaid, giving him the powers therein, which, by the said second commission, we were authorized to give, and the said Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and commerce between the United States of America, and his Majesty the Emperor of Morocco, which articles, written in the Arabic language, confirmed by his said Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into the language of the said United States of America, together with the attestations thereto annexed, are in the following words, to wit:

> ROYAL
> SEAL.

In the Name of ALMIGHTY GOD.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth day of the blessed month of Shaban, in the year one thousand two hundred, trusting in God it will remain permanent.

### ARTICLE I.

We declare that both parties have agreed that this treaty, consisting

---

(a) By "an act making an appropriation for the purpose therein mentioned," passed March 3, 1791, Laws U. S. vol. 1, 214, twenty thousand dollars are appropriated for effecting a negotiation of the treaty with Morocco, September 16, 1836, post, 484.

of twenty-five articles, shall be inserted in this book, and delivered to the Honorable Thomas Barclay, the agent of the United States, now at our court, with whose approbation it has been made, and who is duly authorized on their part to treat with us concerning all the matters contained therein.

*Emperor's consent to the treaty.*

### ARTICLE II.

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy, nor fight under their colours.

*Neither party shall take commission from the enemy of the other.*

### ARTICLE III.

If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

*Regulation in case of captures.*

### ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

*Signal or pass to be given to vessels.*

### ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done without reason, the offending party shall make good all damages.

*How vessels shall be examined in time of war.*

### ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

*Citizens of the U. S. captured, to be released.*

### ARTICLE VII.

If any vessel of either party shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

*Vessels wanting supplies, to be furnished.*

### ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and re-load her cargo, without paying any duty whatever.

*Provision in case of misfortune.*

### ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is

Regulation in case of ship-wreck, and being forced into port.

then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think proper to proceed on his voyage.

## ARTICLE X.

Vessels pro-tected in cer-tain cases.

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

## ARTICLE XI.

Privileges of vessels in case of war.

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy, shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the Ameri-can vessels sailing from our ports, be their enemies Moors or Christians.

## ARTICLE XII.

Ships of war belonging to U. S. not to be examined.

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE XIII.

Ships of war to be saluted.

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE XIV.

Commerce on the footing of the most fa-voured nation.

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports when-ever they please, without interruption.

## ARTICLE XV.

Privileges of merchants.

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper.  No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE XVI.

In case of war, prisoners not to be enslaved, but exchanged.

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting.  And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

## ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

*Merchants may buy and sell all goods except those prohibited to other Christian nations.*

## ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

*Goods to be examined before sent on board, and not after, unless in case of fraud.*

## ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

*Vessels not to be detained.*

## ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

*How disputes shall be settled.*

## ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

*How crimes shall be punished.*

## ARTICLE XXII.

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

*How estates of deceased citizens shall be disposed of.*

## ARTICLE XXIII.

The consuls of the United States of America, shall reside in any seaport of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

*Consuls and their privileges.*

TREATY WITH MOROCCO. 1787.

### ARTICLE XXIV.

Regulations in case of war.

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

### ARTICLE XXV.

Duration of treaty.

This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

### ADDITIONAL ARTICLE.

Grace to the only God.

Vessels of U. S. to be protected.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to compleat it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan,(a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

THOMAS BARCLAY.

(a) The Ramadan of the year of the Hegira 1200, commenced on the 28th June, in the year of our Lord 1786.

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

JOHN ADAMS, (L. S.)
*London, January 25th*, 1787.

THOMAS JEFFERSON, (L. S.)
*Paris, January 1st*, 1787

KF50
.U5
vol 8
4th Set

Entered according to act of Congress, in the year 1846, by
CHARLES C. LITTLE & JAMES BROWN,
In the Clerk's office of the District Court of the District of Massachusetts


LIBRARY OF CONGRESS
6
SEP 26 1990
COPY
ORDER DIVISION

Replaced copy
of original

## House of Representatives
### COMMONWEALTH OF PENNSYLVANIA
### HARRISBURG

FROM:   PA House of Representatives
        Right-to-Know Office

SUBJECT:   PA Right-to-Know Law Request for House Resolution 75 of 1933

Dear Requester,

This memo is applicable to PA *Right-to-Know Law* requests for PA House Resolution 75 of 1933. Please find attached to this memo a self-authenticated copy of HR 75 of 1933. Also attached, please find copies of the corresponding House Journal pages from May 4, 1933 (the date HR 75 was passed in the House).

### Position on Statement of Certification

According to Pennsylvania Rule of Evidence 902(5): "Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:"

> (5) *"Official Publications. Books, pamphlets, or other publications purporting to be issued by public authority."*

**This means that official publications, such as House Resolutions, issued by public authority, such as the PA House of Representatives, are self-authenticating.** Therefore, no statement of certification is necessary for this document in order to use it in an official capacity.

♻ PRINTED ON RECYCLED PAPER

## THURSDAY, MAY 4, 1933

The House of Representatives met at 11:00 o'clock A. M.

The Speaker (Grover C. Talbot) in the chair.

The Chaplain, Rev. George F. Conner offered prayer.

The Journal of Thursday, May 4, 1933 was partly read.

Whereupon,

Mr. Long moved that the further reading of the Journal be dispensed with, and the Journal approved,

Which was agreed to.

Mr. Hutton offered a resolution from the Committee on Rules fixing the order of business for the day, which was twice read, as follows:

Resolved, That the order of business of the House for the Session, Thursday, May 4, 1933, shall be as follows:

1. Communications from the Governor and the Senate, reference of bills or petitions to committees; signing of bills or other papers; and clearing the table privileged at any time.

2. The asking of leave of absence.

3. The receiving reports of committees. Reports from committees may also be received immediately before or after a recess or before adjournment. (All bills reported from committee, shall be read for the first time).

4. Resolutions:

    A. House and concurrent resolutions originating in the House other than those to discharge committee from consideration of bills and fixing special orders of business.

    B. Resolution recalling bills from the Governor and the Senate, and resolutions returning bills to the Governor are privileged.

5. Motions to recommit (this motion may also be made when a bill is reached in its regular order).

6. Motions to reconsider privileged at any time.

7. Bills on second reading.

8. Bills on final passage recalled from the Governor.

9. Bills on final passage (bills on the final passage postponed calendar may be called up under this order of business).

10. Bills on third reading (bills on the third reading or final pas-

Case 5:18-cv-05655-JFL   Document 1   Filed 12/31/18   Page 64 of 156

Mr. Peters moved that the vote by which Resolution No. 80 passed the House be reconsidered.

Mr. Forrest seconded the motion.

The motion was agreed to.

Mr. Peters moved that this resolution be laid upon the table.

The motion was agreed to.

Mr. Witkin called up resolution No. 75.

The resolution was read as follows:

In the House of Representatives, April 17, 1933.

Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried into Spain the influence of its artistic temperament have become citizens of this Nation.

In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles which are necessary to make them good American citizens.

These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it

Resolved, That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and thorough Americanization of these former Moors and that in accordance with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.

On the question,

Will the House adopt the resolution?

It was adopted.

Mr. Root offered the following resolution which was twice read, considered and adopted.



HR0689                                    LRB097 16344 GRL 61607 r

1                              HOUSE RESOLUTION

2          WHEREAS, The Moorish Americans are the descendants of the
3     ancient Moabites, Hamites, and Canaanites who were permitted by
4     the Old Pharaohs of Kemet to traverse from East Africa and
5     later   formed   themselves   kingdoms   extending   from   the
6     northwestern and southwestern shores of Africa, the Atlantic
7     Islands, and onto the present-day continental Americas; and

8          WHEREAS, The indigenous Moorish Peoples of the Americas are
9     now united in order to again link themselves with the family of
10    nations; and

11         WHEREAS, The Moorish Americans, being aboriginal to the
12    territories of the North, Central, and South Americas, have
13    formed a sovereign theocratic government guided by the command
14    principles of love, truth, peace, freedom, and justice through
15    virtue of the universal right to self-determination as well as
16    with the Declaration on the Rights of Indigenous Peoples
17    guaranteed in the Charter; and

18         WHEREAS, On January 8, 1886, Noble Drew Ali was born in the
19    State of North Carolina, destined to become the first patriot
20    of his mentally enslaved Moorish American People; in 1912, he
21    was anointed as "El Hajj Sharif Abdul Ali" by the leaders of
22    Egypt and the Holy City of Mecca to return to the United States

HR0689                      -2-        LRB097 16344 GRL 61607 r

1    as the Last Prophet and Founding Father of the newly risen

2    Nation of Moorish Americans; as a result of the 13th Amendment,

3    Moorish  people  were  emancipated  from  slavery  in  1865;

4    therefore, be it


5        RESOLVED,  BY  THE  HOUSE  OF  REPRESENTATIVES  OF  THE

6    NINETY-SEVENTH GENERAL ASSEMBLY OF THE STATE OF ILLINOIS, that

7    we designate the week of January 8-15, 2012 as Moorish American

8    Week in the State of Illinois.

association or society, giving the names of such trustees, directors or managers so appointed or elected, and the term of their office, shall be filed for record in the office of the recorder of deeds in the county or counties where the business of said corporation may be carried on by such board of trustees, directors or managers.

**34b.** CHANGE OF NAME, ETC.—EFFECT OF.] § 2.  That hereafter, whenever any corporation, not for pecuniary profit, existing by virtue of any special law of this state, shall desire to avail itself of the right to change its name, to change its place of business, to enlarge or change the object for which it was formed, or to increase or decrease the number of its directors, managers or trustees, as now authorized, or as may hereafter be authorized by general law, such change shall not operate as a waiver, release or forfeiture of any of the powers, rights or privileges of such corporation granted to or secured by it under and by virtue of such special act, and all acts or parts of acts in conflict herewith are hereby repealed.

**34c.** EMERGENCY.] § 3.  Whereas, an emergency exists, therefore, this act shall take effect and be in force from and after its passage.

### RELIGIOUS CORPORATIONS.

**35.** HOW ORGANIZED.] § 35.  The foregoing provisions shall not apply to any religious corporations; but any church, congregation or society formed for the purpose of religious worship, may become incorporated in the manner following, to wit: By electing or appointing, according to its usages or customs, at any meeting held for that purpose, two or more of its members as trustees, wardens and vestrymen, (or such other officers whose powers and duties are similar to those of trustees, as shall be agreeable to the usages and customs, rules or regulations of such congregation, church or society,) and may adopt a corporate name; and upon the filing of the affidavit, as hereinafter provided, it shall be and remain a body politic and corporate, by the name so adopted.

**36.** AFFIDAVIT OF ORGANIZATION.] § 36.  The chairman or secretary of such meeting shall, as soon as may be after such meeting, make and file in the office of the recorder of deeds in the county in which such congregation, church or society is organized (which shall be recorded by such recorder) an affidavit, substantially in the following form:

STATE OF ILLINOIS, } ss.
...... County. }

I, ............ do solemnly swear (or affirm, as the case may be,) that at a meeting of the members of the (here insert the name of the church, society or congregation, as known before incorporation,) held at (here insert place of meeting), in the county of ......., and state of Illinois, on the ...... day of ...... A. D. 18 .., for that purpose, the following persons were elected (or appointed) (here insert their names) trustees, (or wardens, vestrymen or officers by whatever name they choose to adopt, with powers and duties similar to trustees,) according to the rules and usages of such (church, society or congregation). And said (church, society or congregation) adopted as its corporate name (here insert the name). And at said meeting this affiant acted as (chairman or secretary, as the case may be).

Subscribed and sworn to before me this ....... day of ...... A. D. 18 ..                (Name of affiant.)

Such affidavit, or a copy thereof duly certified by the recorder, shall be received as evidence of the due incorporation of such congregation, church or society.

**37.** TERM OF OFFICE OF TRUSTEES.] § 37.  The term of office of the trustees of any such corporation may be determined by the rules or by-laws of the congregation, church or society.

**38.** FAILURE TO ELECT TRUSTEES NOT TO DISSOLVE.] § 38.  A failure to elect trustees at any time shall not work a dissolution of such corporation, but the trustees last elected shall be considered as in office until their successors are elected.

**39.** SUBSEQUENT ELECTIONS—VACANCIES, ETC.] § 39.  All elections of trustees after the first, and elections to fill vacancies, may be called and conducted upon such notice and in such manner as may be provided by the rules, usages or by-laws of the congregation, church or society, but the qualification and number of the trustees shall, at all times, be the same as required in the thirty-fifth section of this act.  No certificate of election, after the first, need be filed for record.

**40.** REMOVAL OF TRUSTEES.] § 40.  A trustee may be removed from office by an election, called and conducted in like manner as elections for trustees, or his office declared vacant for a failure to act, immoral conduct, or for an abandonment of the faith of the congregation, church or society.

**41.** PROPERTY TO VEST IN CORPORATION, EXCEPT, ETC.] § 41.  Upon the incorporation of any congregation, church or society, all real and personal property held by any person or trustees for the use of the members thereof, shall immediately vest in


Digitized by Google

Case 5:18-cv-05655-JFL   Document 1   Filed 12/31/18   Page 68 of 156

*Not for pecuniary profit.*

altered or amended at any such annual meeting, or at any adjourned session thereof. Associations and societies which are intended to benefit the widows, orphans, heirs and devisees of deceased members thereof, and members who have received a permanent disability, and where no annual dues or premiums are required, and where the members shall receive no money as profit or otherwise, except for permanent disability, shall not be deemed insurance companies. [As amended by act approved June 4, 1889. In force July 1, 1889. L. 1889, p. 92; Legal News Ed., p. 71.

**32.** TRUSTEES—OFFICERS—BORROWING MONEY — ELECTIONS — VACANCY.] § 32. Corporations, associations and societies, not for pecuniary profit, formed under the provisions of this act, may elect trustees, directors or managers from the members thereof, in such manner, at such times and places, and for such periods, as may be provided by the certificate of incorporation, or in case such certificate does not contain such provisions, then as may be provided by the by-laws, which trustees, directors or managers shall have the control and management of the affairs and funds of the corporation, society or association. Said trustees, managers or directors may, upon consent of the corporation, society or association, expressed by the vote of a majority of the members thereof, borrow money, to be used solely for purposes of their organization, and may pledge their property therefor. Whenever trustees, managers or directors shall be elected, a certificate under the seal of the corporation, giving the names of those elected and the term of their office, shall be recorded in the office of the recorder of deeds, where the certificate of organization is recorded. Vacancies in the board of trustees, directors or managers, shall be filled in the manner provided by their by laws, and upon filling any vacancy a like certificate shall be recorded. [As amended by act approved June 4, 1889. In force July 1, 1889. L. 1889, p. 92; Legal News Ed., p. 71.

**33.** WHEN DISTRIBUTION, ETC., MAY BE MADE—DISSOLUTION.] § 33. No dividend or distribution of the property of such corporation, society or association shall be made until all debts are fully paid, and then only upon its final dissolution and surrender of organization and name; nor shall any distribution be made except by a vote of a majority of the members. When a distribution of their property is contemplated, the trustees, directors or managers shall file a statement, under oath, in the office of the recorder of deeds in the county where the business office is located, that all debts of the corporation, society or association are paid. And in case a distribution shall be made before filing such statement under oath, or if such statement shall be willfully false, said trustees, directors or managers shall be, jointly and severally, liable for the debts of such corporation, society or association. When a final dissolution of any corporation, society or association, organized by virtue of this act, has been agreed upon, the trustees, directors or managers shall file, in the office of the secretary of state, a certificate thereof, under seal of the corporation; and upon the filing of said certificate, such organization shall cease to exist.

**34.** CHANGE OF ARTICLES OF ASSOCIATION.] § 34. Any such corporation, society or association may change its articles of association, in the manner prescribed by their own rules; but no such change shall be of legal effect, until a certificate thereof, under seal *292] of such corporation, society or association, shall be filed in the office of the secretary of state, and recorded in the office of the recorder of deeds in which the original certificate was recorded.

## ORGANIZED UNDER SPECIAL CHARTERS.

AN ACT in relation to corporations, organized under special charters, not for pecuniary profit. [Approved and in force April 24, 1901. L. 1901, p. 127; Legal News Ed., p. 114.]

**34a.** BOARDS OF TRUSTEES, DIRECTORS OR MANAGERS.] § 1. *Be it enacted by the People of the State of Illinois represented in the General Assembly:* That all corporations, associations and societies, organized under or created by any special act of the legislature, not for pecuniary profit, are hereby vested with power to create boards of trustees, directors or managers, and to elect or appoint members thereof, either from their own membership or otherwise, in such manner, at such times and for such periods as may be provided by the by-laws of such corporations, associations or societies, and said boards of trustees, directors or managers, shall have such powers and perform such duties as may be prescribed by the by-laws of such corporation, association or society: *Provided,* That whenever any such trustees, directors or managers shall be elected or appointed, a certificate under the seal of the corporation,



**Information maintained by the Legislative Reference Bureau**
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws may not yet be included in the ILCS database, but they are found on this site as Public Acts soon after they become law. For information concerning the relationship between statutes and Public Acts, refer to the Guide.

Because the statute database is maintained primarily for legislative drafting purposes, statutory changes are sometimes included in the statute database before they take effect. If the source note at the end of a Section of the statutes includes a Public Act that has not yet taken effect, the version of the law that is currently in effect may have already been removed from the database and you should refer to that Public Act to see the changes made to the current law.

# BUSINESS ORGANIZATIONS
## (805 ILCS 110/) Religious Corporation Act.

(805 ILCS 110/0.01) (from Ch. 32, par. 163m)
    Sec. 0.01. Short title. This Act may be cited as the Religious Corporation Act.
(Source: P.A. 86-1324.)

(805 ILCS 110/35) (from Ch. 32, par. 164)
    Sec. 35. Any church, congregation or society formed for the purposes of religious worship, may become incorporated in the manner following: By electing or appointing, according to its usages or customs, at any meeting held for that purpose, two or more of its members as trustees, wardens and vestrymen, (or such other officers whose powers and duties are similar to those of trustees, as shall be agreeable to the usages and customs, rules or regulations of such congregation, church or society), and may adopt a corporate name; and upon the filing of the affidavit, as hereinafter provided, it shall be and remain a body politic and corporate, by the name so adopted.
(Source: P.A. 81-1509.)

(805 ILCS 110/36) (from Ch. 32, par. 165)
    Sec. 36. The chairman or secretary of such meeting shall, as soon as may be after such meeting, make and file in the office of the recorder in the county in which such congregation, church or society is organized (which shall be recorded by such recorder) an affidavit, substantially in the following form:
State of Illinois,)
                  ) ss.
.......... County.)
    I, ...., do solemnly swear (or affirm, as the case may be), that at a meeting of the members of the (here insert the name of the church, society or congregation, as known before incorporation), held at (here insert place of meeting), in the County of ...., and State of Illinois, on (insert date), for that purpose, the following persons were elected (or appointed) (here insert their names) trustees (or wardens, vestrymen or officers by whatever name they choose to adopt, with powers and duties similar to trustees), according to the rules and usages of such (church, society or congregation). And the (church, society or congregation) adopted as its corporate name (here insert the name). And at the meeting this affiant acted as (chairman or secretary, as the case may be).
    Subscribed and sworn to before me on (insert date).
                        ............... (Name of affiant).
    Such congregation, church or society may change its name or make other amendment to its original affidavit of incorporation by passing a resolution of such amendment in accordance with the rules and usages of such congregation, church or society and filing an affidavit to that effect in the office of the recorder in the county in which such congregation, church or society is located.

Such affidavit, or a copy thereof duly certified by the recorder, shall be received as evidence of the due incorporation of such congregation, church or society.
(Source: P.A. 91-357, eff. 7-29-99.)

(805 ILCS 110/37) (from Ch. 32, par. 166)
Sec. 37. The term of office of the trustees of any such corporation may be determined by the rules or by-laws of the congregation, church or society.
(Source: Laws 1871-72, p. 296.)

(805 ILCS 110/38) (from Ch. 32, par. 167)
Sec. 38. A failure to elect trustees at any time shall not work a dissolution of such corporation, but the trustees last elected shall be considered as in office until their successors are elected.
(Source: Laws 1871-72, p. 296.)

(805 ILCS 110/39) (from Ch. 32, par. 168)
Sec. 39. All elections of trustees after the first, and elections to fill vacancies, may be called and conducted upon such notice and in such manner as may be provided by the rules, usages or by-laws of the congregation, church or society. No certificate of election, after the first, need be filed for record.
(Source: Laws 1925, p. 261.)

(805 ILCS 110/40) (from Ch. 32, par. 169)
Sec. 40. A trustee may be removed from office by an election, called and conducted in like manner as elections for trustees, or his office declared vacant for a failure to act, immoral conduct, or for an abandonment of the faith of the congregation, church or society.
(Source: Laws 1871-72, p. 296.)

(805 ILCS 110/41) (from Ch. 32, par. 170)
Sec. 41. Upon the incorporation of any congregation, church or society, all real and personal property held by any person or trustees for the use of the members thereof, shall immediately vest in such corporation and be subject to its control, and may be used, mortgaged, sold and conveyed the same as if it had been conveyed to such corporation by deed; but no such conveyance or mortgage shall be made so as to affect or destroy the intent or effect of any grant, legacy or donation that may be made to such person or trustee for the use of such congregation, church or society. However, this limitation on the disposition of real or personal property does not apply to the extent that a restriction imposed by a donor on the use of an institutional fund may be released by the governing board of an institution under the Uniform Prudent Management of Institutional Funds Act.
(Source: P.A. 96-29, eff. 6-30-09.)

(805 ILCS 110/42) (from Ch. 32, par. 171)
Sec. 42. Any corporation that may be formed for religious purposes under this Act, or any law of this State, for the incorporation of religious societies, may receive land, by gift, legacy or purchase and may erect or build thereon such houses, buildings, or other improvements as it may deem necessary for the convenience and comfort of such congregation, church or society, and may lay out and maintain thereon a burying ground: but only 10 acres of such land shall be exempt from assessment for taxation, and all such land in excess of 10 acres shall be assessed at the same valuation as if it were not a part of a

cemetery; and no such property shall be used only except in the manner expressed in the gift, grant or legacy, or if no use or trust is so expressed, only for the benefit of the corporation, church or society for which it was intended.
(Source: P.A. 83-388.)

(805 ILCS 110/43) (from Ch. 32, par. 172)
Sec. 43. The trustees shall have the care, custody and control of the real and personal property of the corporation, subject to the direction of the congregation, church or society, and may, when directed by the congregation, church or society, erect houses or buildings and improvements, and repair and alter the same, and may, when so directed, mortgage, incumber, sell and convey any real or personal estate of such corporation, and enter into all lawful contracts in the name of and in behalf of such corporation: but no mortgage, incumbrance, sale or conveyance shall be made of any such estate, so as to defeat or destroy the effect of any gift, grant or legacy which may be made to such corporation; but all such gifts, grants and legacies shall be appropriated and used as directed or intended by the person or persons making the same. However, this limitation on the disposition of real or personal property does not apply to the extent that a restriction imposed by a donor on the use of an institutional fund may be released by the governing board of an institution under the Uniform Prudent Management of Institutional Funds Act.
(Source: P.A. 96-29, eff. 6-30-09.)

(805 ILCS 110/44) (from Ch. 32, par. 173)
Sec. 44. Any congregation, church or society, heretofore incorporated under the provisions of any law for the incorporation of religious societies, may become incorporated under the provisions of this act, relative to religious societies, in the same manner as if it had not previously been incorporated, in which case the new corporation shall be entitled [to] and invested with all the real and personal estate of the old corporation, in like manner and to the same extent as the old corporation, subject to all the debts contracts and liabilities. The word trustees, wherever used in this act, shall be construed to include wardens and vestrymen, or such other officers as perform the duties of trustees.
(Source: Laws 1871-72, p. 296.)

(805 ILCS 110/45) (from Ch. 32, par. 174)
Sec. 45. Any congregation, church or society, incorporated under this Act, may receive, by grant or legacy, real estate, for the purpose of holding camp meetings, and may make such improvements thereon as they may deem for their comfort and convenience. The title to such real estate shall be in such corporation, subject to like conditions as are provided in this act in regard to other real estate held by such corporation.
(Source: P.A. 83-388.)

(805 ILCS 110/46) (from Ch. 32, par. 175)
Sec. 46. The trustees, or any other persons, designated by any such congregation, church or society incorporated under this act, shall have power to publish, print, circulate, sell or give away such religious, Sabbath school and missionary tracts, periodicals or books as they may deem necessary to the promotion of religion and morality.
(Source: Laws 1871-72, p. 296.)

(805 ILCS 110/46a) (from Ch. 32, par. 176)
Sec. 46a. It shall be lawful for any congregation, church or

society, now or hereafter existing in the State of Illinois, and which is under the patronage, control, direction or supervision of any ecclesiastical body, diocesan, or like ecclesiastical officer, agreeably to the laws thereof, to become incorporated according to sections 46a to 46h, inclusive, of this act. Such ecclesiastical body, diocesan, or like ecclesiastical officer may nominate and appoint, according to the usages, customs, rules, regulations, articles of association, constitution, by-laws or canons of any ecclesiastical body, diocesan or like ecclesiastical officer, or sect, or denomination, two or more of the members of such sect, or denomination, residing within any ecclesiastical district, or diocese, to act with the presiding officer, or authorized representative of any ecclesiastical body, or with the diocesan, or like ecclesiastical officer, having jurisdiction, agreeably to the laws of any sect, or denomination, over such ecclesiastical district, or diocese, in managing the temporal affairs of such congregation, church or society. The presiding officer, or authorized representative of any ecclesiastical body, or the diocesan, or like ecclesiastical officer having jurisdiction as aforesaid, shall, by virtue of his office, be a trustee of any congregation, church, or society which shall hereafter be incorporated under sections 46a to 46h, inclusive, of this act, and which shall be under the patronage, control, direction, or supervision of any ecclesiastical body, diocesan, or like ecclesiastical officer aforesaid.
(Source: Laws 1913, p. 191.)

(805 ILCS 110/46b) (from Ch. 32, par. 177)
    Sec. 46b. The presiding officer, or duly authorized representative of any ecclesiastical body, or diocesan, or like ecclesiastical officer having jurisdiction agreeably to the laws of any sect or denomination over such ecclesiastical district or diocese, shall, as soon as may be after such appointment, make and file in the office of the recorder in the county of which such congregation, church, or society is organized, an affidavit, (which shall be recorded by such recorder), substantially in the following form:
State of Illinois,)
                  ) ss.
County of ........)
    I, ...., do solemnly swear (or affirm, as the case may be), that the following persons (here insert their names) were appointed trustees (or wardens, vestrymen, or officers, by whatever name is adopted, with powers and duties similar with trustees) of (here insert the name of the congregation, church, society or corporation) according to the usages or customs (rule, regulations, articles of association, constitution, by-laws, or canons, as the case may be) by the (synod, presbytery, conference, convention, council, episcopate, or like ecclesiastical body, or diocesan, or like ecclesiastical officer, as the case may be), (here insert the name of the congregation, church, society, sect, or denomination, having charge or control over such congregation, church, society or corporation) under and by virtue of sections 46a, 46b, 46c, 46d, 46e, 46f, 46g and 46h, of "An act concerning corporations," approved April 18, 1872, and the (church, society or congregation, or trustees) adopted as the corporate name (here insert name).
                          ................................
                          (Name of affiant and title, if any.)
    Subscribed and sworn to before me on (insert date).

    Such affidavit, or copy thereof, duly certified by the recorder, shall be received as evidence of the due incorporation

of such congregation, church or society.
(Source: P.A. 91-357, eff. 7-29-99.)

    (805 ILCS 110/46c) (from Ch. 32, par. 178)
    Sec. 46c. The successor of the presiding officer of any
ecclesiastical body, or of the diocesan, or like ecclesiastical
officer, shall, by virtue of his office, be for the time being a
trustee of such corporation in place of his predecessor, and
when the office of any other trustee becomes vacant, his
successor shall be appointed in the manner provided for in the
original selection. The number, term of office, and the
qualifications of the trustees of any such corporation, may be
determined by the usages, customs, rules, regulations, articles
of association, constitution, by-laws or canons of the
ecclesiastical body, or diocesan, or like ecclesiastical
officer. No certificate of appointment, after the first, need be
filed for record.
(Source: Laws 1913, p. 191.)

    (805 ILCS 110/46d) (from Ch. 32, par. 179)
    Sec. 46d. A trustee may be removed from office whenever his
office shall be declared vacant for a failure to act, or for
immoral conduct, or for an abandonment of the faith of the
congregation, church, society, sect, or denomination, or for
failure to observe the usages, customs, rules, regulations,
articles of association, constitution, by-laws or canons of the
congregation, church or society, or of the ecclesiastical body,
or diocesan, or like ecclesiastical officer, having jurisdiction
over any ecclesiastical district or diocese.
(Source: Laws 1913, p. 191.)

    (805 ILCS 110/46e) (from Ch. 32, par. 180)
    Sec. 46e. The trustees of every such congregation, church,
or society, under the patronage, control, direction, or
supervision of any ecclesiastical body, or diocesan, or like
ecclesiastical officer, after the same has become incorporated
under Sections 46a to 46h, inclusive, of this Act, and their
successors, shall have perpetual succession with power to adopt
a common seal, which may be altered and changed at pleasure,
contract, and be contracted with, sue and be sued, plead and be
impleaded, by the corporate name of such congregation, in all
courts, whatever; to receive, hold, dispose of, mortgage, and
convey any kind of property; to make and adopt by-laws for their
government, not inconsistent with Sections 46a to 46h,
inclusive, of this Act, or with the rules and regulations of the
sect or denomination having the charge or patronage of the
corporation; and shall alone have power to make all contracts
needful in the management of the temporal affairs of such
congregation, church, or society: but no conveyance, or mortgage
shall be made to affect, or destroy the intent of any grant,
legacy, or donation, that may be made to any person, or trustee,
for the use of such congregation, church, or society, or for the
use of any sect, or denomination. However, this limitation on
the disposition of real or personal property does not apply to
the extent that a restriction imposed by a donor on the use of
an institutional fund may be released by the governing board of
an institution under the Uniform Prudent Management of
Institutional Funds Act. The trustees of any corporation,
organized under Sections 46a to 46h, inclusive, of this Act,
which is, or may be, under the control, patronage, direction or
supervision of any ecclesiastical body, diocesan, or like
officer, shall hold and control, invest or reinvest the real and
personal property of such corporation, and contract with
reference thereto, according to the "Uniform Management of

Institutional Funds Act", or the rules, regulations, constitution, articles of association, by-laws, or canons of such ecclesiastical body, diocesan, or like ecclesiastical officer.
(Source: P.A. 96-29, eff. 6-30-09.)

    (805 ILCS 110/46f) (from Ch. 32, par. 181)
    Sec. 46f. The trustees of any corporation formed for religious purposes under Sections 46a to 46h, inclusive, of this Act, may receive land in the name of such corporation by gift, legacy or purchase, and make, erect and build thereon, such houses, buildings, or other improvements, as may be necessary for the convenience and comfort of such congregation, church, society, or corporation, and may lay out and maintain thereon a burying ground, and may maintain and build thereon schools, orphan asylums, or such other improvements or buildings as may be necessary for the educational and eleemosynary purposes of such congregation, church, society, or corporation: but such property shall not be used except in the manner expressed in the gift, grant or bequest. However, this limitation on the disposition of real property does not apply to the extent that a restriction imposed by a donor on the use of an institutional fund may be released by the governing board of an institution under the Uniform Prudent Management of Institutional Funds Act. If no use or trust is so expressed, no such property shall be used except for the benefit of the corporation, church, society, sect, or denomination for which it was intended, or for any religious, educational or eleemosynary purpose approved by such corporation, church, society, or ecclesiastical body, diocesan, or like ecclesiastical officer.
(Source: P.A. 96-29, eff. 6-30-09.)

    (805 ILCS 110/46g) (from Ch. 32, par. 182)
    Sec. 46g. Any ecclesiastical body, or diocesan, or like ecclesiastical officer, may elect, or nominate, or appoint, according to the usages, customs, rules, regulations, articles of association, constitution, by-laws or canons of such ecclesiastical body, diocesan or like ecclesiastical officer, or any sect or denomination, 2 or more members of such sect, or denomination, residing respectively in any ecclesiastical districts, or dioceses, over which such ecclesiastical body, or diocesan, or like ecclesiastical officer shall have jurisdiction, as trustees, who may become incorporated under Sections 46a to 46k, inclusive, of this Act, and may take, hold, regulate, control and dispose of any real, personal or mixed property in and outside of this State, devoted to eleemosynary, educational, cemetery or religious purposes (not exclusively belonging to, or used by, any particular congregation, church or society which as an organization, incorporated or unincorporated, is in the opinion of its trustees, wardens, vestrymen or other officers whose powers and duties are similar to trustees financially able to own and maintain such property) for the use of all of the members of the sect, or denomination within said districts, or dioceses, or for the use and benefit of such ecclesiastical body, diocesan, or like ecclesiastical officer, or of any parishes, congregations, societies, churches, missions, benevolent, charitable or educational institutions existing under or related to the same, according to Sections 46a to 46k, inclusive, of this Act, according to the Uniform Prudent Management of Institutional Funds Act, or according to the usages, customs, rules, regulations, articles of association, constitution, by-laws or canons of such ecclesiastical body, diocesan, or like ecclesiastical officer. The presiding officer or authorized representative of such ecclesiastical body or

diocesan, or like ecclesiastical officer, shall, by virtue of his office, be a trustee of any such corporation and the number, term of office and qualifications of said trustees, their removal and succession and their powers, duties and manner of appointment, shall be regulated in the manner provided in Sections 46a to 46k, inclusive, of this Act. An affidavit showing the appointment of such trustees made and executed by the presiding officer, or duly authorized representative of such ecclesiastical body, or diocesan, or like ecclesiastical officer, or such other person as may be designated by said trustees for such purpose, in substantially the same manner and form as provided in Section 46b of this Act shall be filed in the office of the recorder in the county in which the principal office or place of worship of such corporation is intended to be situated and also a duplicate copy in the office of the Secretary of State, whenever any district or diocese, under the jurisdiction or patronage of such ecclesiastical body, or diocesan, or like ecclesiastical officer, comprises more than any one county of this State or extends outside of the State.

It shall be the duty of the recorder and the Secretary of State to record such affidavits and said affidavits or copies thereof, duly certified by the recorder and Secretary of State, shall be received as evidence of the due incorporation of the organization. No affidavit of appointment after the first need be filed for record.
(Source: P.A. 96-29, eff. 6-30-09.)

(805 ILCS 110/46h) (from Ch. 32, par. 183)
Sec. 46h. The word "trustees," whenever used in this act, shall be construed to include wardens, vestrymen, or such other officers as perform the duties of trustee. The words "ecclesiastical body" shall be construed to include any synod, presbytery, conference, convention, council, episcopate, assembly, or any other regularly constituted body of a religious sect or denomination having jurisdiction or patronage of, or charge over, certain ecclesiastical districts, divisions or dioceses. The word "diocesan" shall be construed to include any bishop, archbishop, administrator, or such other ecclesiastical officer as shall be appointed according to the usages, customs, rules, regulations or canons, of any sect, or denomination to preside over and administer the affairs of any ecclesiastical district or diocese.
(Source: Laws 1913, p. 191.)

(805 ILCS 110/46i) (from Ch. 32, par. 184)
Sec. 46i. Any congregation, church or society heretofore incorporated under the provisions of any law for the incorporation of religious societies, may become incorporated under the foregoing sections from 46a to 46h, inclusive, of this act, in the same manner as if it had not previously been incorporated, in which case the trustees of the new corporation shall be entitled to, and invested with, all the real and personal estate of the old corporation, in like manner and to the same extent as the old corporation, subject to all the debts, contracts and liabilities.
(Source: Laws 1913, p. 191.)

(805 ILCS 110/46j) (from Ch. 32, par. 185)
Sec. 46j. Any church, congregation, society or corporation, heretofore or hereafter formed for religious purposes or for the purpose of religious worship under any of the provisions of this Act or under any law of this State incorporating or for the incorporation of religious corporations or societies, may receive land by gift, legacy or purchase and make, erect, and

build thereon such houses, buildings, or other improvements as may be necessary for the convenience, comfort and welfare of such church, congregation, society or corporation, and may lay out and maintain thereon a cemetery or cemeteries, or a burying ground or grounds and may maintain and build thereon schools, orphan asylums, or such other improvements or buildings as may be necessary for the educational, eleemosynary, cemetery and religious purposes of such congregation, church, society or corporation; but no such property shall be used except in the manner expressed in the gift, grant or legacy. However, this limitation on the disposition of real property does not apply to the extent that a restriction imposed by a donor on the use of an institutional fund may be released by the governing board of an institution under the Uniform Prudent Management of Institutional Funds Act. Or if no use or trust is so expressed, no such property shall be used except for the benefit of the congregation, corporation, church or society, for which it was intended, or for such religious, educational or eleemosynary purpose as may be approved by such congregation, church, society or corporation or the ecclesiastical body having jurisdiction or patronage of or charge over such congregation, corporation, church or society.

Any corporation, heretofore or hereafter formed for religious purposes under any of the provisions of this Act or under any other law of this State incorporating or for the incorporation of religious corporations or societies, which now or hereafter owns, operates, maintains or controls a cemetery or cemeteries, or a burial ground or grounds, is hereby authorized and empowered to accept by gift, grant, contribution, payment, or legacy, or pursuant to contract, any sum of money, funds, securities or property of any kind, or the income or avails thereof, and to hold the same in trust in perpetuity for the care of such cemetery or cemeteries, burial ground or grounds, or for the care of any lot, grave or crypt therein; or for the special care of any lot, grave or crypt or of any family mausoleum or memorial, marker, or monument in such cemetery or cemeteries, burial ground or grounds. No gift, grant, legacy, payment or other contribution shall be invalid by reason of any indefiniteness or uncertainty as to the beneficiary designated in the instrument creating the gift, grant, legacy, payment or other contribution. If any gift, grant, legacy, payment or other contribution consists of non-income producing property, such corporation is authorized and empowered to sell such property and to invest the funds obtained in accordance with the provisions of the Uniform Prudent Management of Institutional Funds Act, or the provisions of the next succeeding paragraph.

The trust funds authorized by this Section shall be held intact and, unless otherwise restricted by the terms of the gift, grant, legacy, contribution, payment, contract or other payment shall be invested, from time to time reinvested, and kept invested by such corporation in such investments as are authorized by the Uniform Prudent Management of Institutional Funds Act, and according to such standards as are prescribed, for trustees under that Act and the "Trusts and Trustees Act", approved September 10, 1973, as amended, and the net income only from such investments shall be allocated and used for the purposes set forth in the paragraph immediately preceding; but the trust funds authorized by this Section may be commingled and may also be commingled with any other trust funds received by such corporation for the care of the cemetery or cemeteries, or burial ground or grounds, or for the care or special care of any lot, grave, crypt, private mausoleum, memorial, marker, or monument whether received by gift, grant, legacy, contribution, payment, contract or other conveyance heretofore or hereafter made to such corporation.

The trust funds authorized by this Section, and the income therefrom, shall be exempt from taxation and exempt from the operation of the laws against perpetuities and accumulations.
(Source: P.A. 96-29, eff. 6-30-09.)

(805 ILCS 110/46k) (from Ch. 32, par. 186)
Sec. 46k. Nothing contained in sections 46a to 46k, inclusive, of this act shall be construed as limiting, restricting, or curtailing the rights or powers of any corporation to take or hold real or personal property which has been or may be incorporated under any general law of this state for the purpose of establishing or conducting a university, college, academy or other institution of learning, or as affecting or limiting in any particular the rights or powers granted to any such corporation by an act entitled, "An act to revise the law in relation to universities, colleges, academies and other institutions of learning," approved March 24, 1874, in force July 1, 1874.
(Source: Laws 1913, p. 191.)

(805 ILCS 110/47)
Sec. 47. Liability.
(a) The members of a corporation organized under this Act shall not be personally liable for any debt or obligation of the corporation.
(b) No director, officer, or trustee of a corporation organized under this Act shall be liable, and no cause of action may be brought, for damages resulting from the exercise of judgment or discretion in connection with the duties or responsibilities of the director, officer, or trustee, unless (i) the director, officer, or trustee earns in excess of $5,000 per year from his or her duties as director, officer, or trustee, other than reimbursement for actual expenses, or (ii) the act or omission involved willful or wanton conduct.
(c) No person who, without compensation other than reimbursement for actual expenses, renders services to or for a corporation organized under this Act shall be liable, and no cause of action may be brought, for damages resulting from an act or omission in rendering such services unless the act or omission involved willful or wanton conduct.
(d) As used in this Section, "willful or wanton conduct" means a course of action that shows an actual or deliberate intention to cause harm or that, if not intentional, shows an utter indifference to or conscious disregard for the safety of others or their property.
(e) Nothing in this Section is intended to bar any cause of action against the corporation or to change the liability of the corporation arising out of an act or omission of any director, officer, or person exempt from liability for negligence under this Section.
(Source: P.A. 89-81, eff. 1-1-96.)

(805 ILCS 110/50) (from Ch. 32, par. 187)
Sec. 50. As used in this section, the term "Eastern Orthodox Church", also known as the "Greek Orthodox Church", includes the following established and operating jurisdictions of that church:
(a) The jurisdictions of the Orthodox Ecumenical Patriarchate of Constantinople, Apostolic Orthodox Patriarchate of Antioch, Patriarchate of Moscow, Patriarchate of Alexandria, Patriarchate of Yugoslavia (Serbia), Patriarchate of Jerusalem, exercised in the Americas including the United States and possessions, by their duly authorized exarch, metropolitan, archbishop or bishop.

(b)  The jurisdiction of the autonomous churches which operate in Greece, Yugoslavia (Serbia), Rumania and Bulgaria exercised in the Americas including the United States and possessions, by their duly authorized exarch, metropolitan, archbishop or bishop.

(c) The jurisdiction of the Ukranian Orthodox Church of the United States of America, exercised in the Americas including the United States and possessions, by its duly authorized exarch, metropolitan, archbishop or bishop.

This Act shall apply to all churches, congregations, parishes, committees and other religious organizations governed by jurisdictions, archdioceses and dioceses of the Eastern Orthodox Church adhering to and maintaining the apostolic and historic communion, doctrine, disciplines, canon law, tradition, worship and unity of the Eastern Orthodox Church and such churches, congregations, parishes and committees and societies thereof may be incorporated pursuant to this Act.
(Source: Laws 1955, p. 2112.)

(805 ILCS 110/51) (from Ch. 32, par. 188)
Sec. 51. If the usages, customs, rules, regulations or canons of any religious organization require that any subordinate body of that organization obtain the permission of any hierarch, archbishop, bishop, administrator or other official or officials of the organization before incorporating, such permission may be set forth in the affidavit provided for in Section 36 or Section 46b of this Act, whichever may be applicable, as evidence of incorporation under this Act.
(Source: Laws 1955, p. 2112.)

*Duplicate Copy*



**Lancaster County**
Ann M. Hess
Recorder of Deeds
150 N. Queen St.
Suite 315
Lancaster, PA 17603
Phone: 717-299-8238
Fax: 717-299-8393

INSTRUMENT # : 6419888
RECORDED DATE: 09/24/2018 09:51:01 AM



3974864-00191

**LANCASTER COUNTY ROD**

## OFFICIAL RECORDING COVER PAGE
Page 1 of 5

| | |
|---|---|
| **Document Type:** MISC - NON MORTGAGE | **Transaction #:** 3824799 - 1 Doc(s) |
| **Transaction Reference:** | **Document Page Count:** 4 |
| **Document Reference:** | **Operator Id:** lgordon |
| **RETURN TO: ()** <br> **\*\*PLEASE NOTE:** Recorded documents with completed Cover Pages are returned via email to the email address(es) identified above. | **SUBMITTED BY: ()** |

LANCASTER COUNTY, PA   2018 SEP 26   PM 12:42   CLERK OF COURTS

**\* PROPERTY DATA:**
Parcel ID #:

Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**

| **FEES / TAXES:** | | |
|---|---|---|
| RECORDING FEE: MISC - NON MORTGAGE | $13.00 | |
| CRC #6544 | $2.00 | |
| RIF #6543 | $3.00 | |
| WRIT TAX | $0.50 | |
| **Total:** | **$18.50** | |

INSTRUMENT # : 6419888
RECORDED DATE: 09/24/2018 09:51:01 AM

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Lancaster County, Pennsylvania.



*Ann M Hess*

**Ann M. Hess**
**Recorder of Deeds**

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always controls.
\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT AFTER RECORDING FOR ADDITIONAL INFORMATION

MOORISH SCIENCE TEMPLE NO. 16

1749 Lincoln Highway East

Lancaster Pennsylvania 17602

Doc# 1823616050 Fee $60.00

KAREN A. YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 08/24/2018 02:55 PM  PG:  1 OF 1

## AFFIDAVIT OF APPOINTMENT pursuant to 805 ILCS 110/46B

State of Illinois
County of COOK }ss.

*I*, C.BARNES BEY, ....................do solemnly affirm that at a meeting of the members of the **MOORISH SCIENCE TEMPLE OF AMERICA** held at 932 East 79th Street Chicago, County of Cook, and State of Illinois on October 15th, 2017, the following persons, BARNES BEY (A Corporation Sole) AND PETERS EL (A Corporation) were appointed **SHEIKS and ecclesiastical officers of** the **MOORISH SCIENCE TEMPLE NO. 16** according to the rules and usages of **the MOORISH SCIENCE TEMPLE OF AMERICA** by the Ecclesiastical Body of **The Moorish Science Temple of America under and by virtue of § 46a, 46b, 46c, 46d, 46e, 46f, 46g, and 46h 805 ILCS 110 of "An act concerning corporations," approved   April 18,  1872.**

And such **MOORISH SCIENCE TEMPLE OF AMERICA** adopted as its corporate name the following **MOORISH SCIENCE TEMPLE No. 16. COUNTY OF LANCASTER PENNSYLVANIA**. The ecclesiastical officers SHEIKS will exercise any power or powers of appointment in repose confidence of the whole estate at law and in equity on the following terms: **by reason of document ss. No. 10105905**. In pursuance and by perfect virtue of the authority and powers in me vested by the Great Koran of Mohammed, I hereby appoint the following Moorish American to serve in the following capacity:

OFFICERS: SHEIKS NAMES & TITLES:

BRO. BARNES BEY - GRAND SHEIK / GRAND GOVERNOR
DIVINE MINISTER

SIS. PETERS EL SHEIKESS / ASSISTANT GRAND SHEIK / CHAIRMAN
DIVINE MINISTER

MEMBERS: NAMES AND TITLES:

BROTHER D. DAVIS BEY- ASSISTANT CHAIRMAN

BROTHER T. BRYANT BEY- SECRETARY/ CHIEF MUFTI

SISTER C. JONES BEY– ASSISTANT SECRETARY

BROTHER W. RUDE EL- MEDIA PRODUCTION/ MUFTI

MEMBERS CONTINUED: BRO. S. LEE EL, BRO. D. WHITE EL,
BANKS, BRO. A. WILLAMS EL, BRO. E. ONEAL EL

~~Unless the appointee has served its purpose well, resigns or is removed from office, the time of performance or until a~~ successor is duly appointed. Appointment was made in **Chicago in the County of Cook and the State of Illinois**, be it remembered that on this 10 th  day of August , in the year A.D. 2018.

And at said meeting, this affiant acted as Presiding Officer, C. BARNES BEY

Affiant Signature

Subscribed and Affirmed to be Before me this

_____ 10 ____ day of August /A.D. 20 18

Notary Public Deborah K Moody

Commonwealth of Pennsylvania – Notary Seal
Deborah K. Moody, Notary Public
Lancaster County
My commission expires May 9, 2021
Commission number 1114756

**See Hurd's Rev. Stat, Chap 32, §36 \*or appointed †Or Warden, vestrymen, or whatever name they may adopt. See also §805 ILCS 110/46a through 805 ILCS 110/46h.**

# ARTICLES OF INCORPORATION OF
## MOORISH SCIENCE TEMPLE NO.16, AN ECCLESIASTIC BODY - CORPORATION SOLE

### ARTICLE 1.
The name of the Religious Ecclesiastic Body-Corporation Sole is **Moorish Science Temple No.16**

### ARTICLE 2.
The duration of this Religious Ecclesiastic Body Politic-Corporation Sole is PERPETUAL.

### ARTICLE 3.
The name and address of the registered office/agent in Illinois:
Name: Moorish Science Temple of America
Street Address: Kingdom of Heaven
Mailing Address: 932 E 79th Street
City: Chicago          State: Illinois          Zip: exempted

### ARTICLE 4.
This ecclesiastic body deriving its authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali, in America" The divine word of Allah Coming Forth By Day and Night".

### ARTICLE 5.
The name of the Office of Overseer is CyhienRa Barnes Bey©™ whose office is also incorporated under the authority of the Pre-Dynastic Text "Coming forth by Day and Night".

### ARTICLE 6.
The manner in which any vacancy occurring in the incumbency of the Overseer as required by the rules of this ecclesiastic body politic must be filled by succession.

### ARTICLE 7.
The Address of its principal office is: c/o 728 New Holland Avenue Lancaster Pennsylvania Zip Exempt

### ARTICLE 8.
The name and address of the incorporator is Moorish Science Temple of America at 932 E 79th Street, Chicago Illinois zip exempted.

### ARTICLE 9.
Daytime Phone Number: (717) 615-0942), Email: mstoa16.pa.gov@gmail.com

### ARTICLE 10.
I hereby Affirm, under the penalty of perjury and in harmony with Divine Law, International Law and in harmony with the laws of the State of Illinois, by virtue of sections 46a, 46b, 46c, 46d, 46e, 46f, 46g and 46h, of "An act concerning corporations," approved April 18, 1872, that the facts contained in these articles are true to the best of my knowledge and belief, and hereby executed in good faith, and attached is a certified copy of the original of the incorporator's Certificate of Appointment as Overseer, duly attested.

Done this 21st day of the ninth month, in the year two thousand eighteen.

By: _____

Moorish Science Temple of America;
Incorporator

**ACKNOWLEDGMENT**

"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

State of Pennsylvania          )
County of Lancaster ) ss.

On _September 21 2018_ before me, _Deborah K Moody_, Notary Public, personally appeared **Barnes Bey, CyhienRa** who proved to me on the basis of satisfactory evidence to be the [person(s)] whose [name(s)] is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their [signature(s)] on the instrument the [person(s)], or the entity upon behalf of which the [person(s)] acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Deborah K Moody_, Notary Public. (Seal)

Commonwealth of Pennsylvania – Notary Seal
Deborah K. Moody, Notary Public
Lancaster County
My commission expires May 9, 2021
Commission number 1114756

**Lancaster County**
Ann M. Hess
Recorder of Deeds
150 N. Queen Street
Suite 315
Lancaster, PA  17603
Phone: 717-299-8238
Fax: 717-299-8393



INSTRUMENT # : 6424814
RECORDED DATE: 10/22/2018 02:30:57 PM



3980610-0022O

**LANCASTER COUNTY ROD**

| OFFICIAL RECORDING COVER PAGE | | Page 1 of 10 |
|---|---|---|
| **Document Type:**   MISC - NON MORTGAGE | **Transaction #:** | 3829165 - 3 Doc(s) |
| **Transaction Reference:** | **Document Page Count:** | 9 |
| **Document Reference:** | **Operator Id:** | sharpej |

| **RETURN TO:**  (Email) | **SUBMITTED BY:** |
|---|---|
| | |

**\* PROPERTY DATA:**
Parcel ID #:

Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**

| | |
|---|---|
| **FEES / TAXES:**<br>RECORDING FEE: MISC - NON<br>MORTGAGE              $13.00<br>CRC #6544              $2.00<br>RIF #6543              $3.00<br>WRIT TAX              $0.50<br>EXTRA PAGE FEE              $10.00<br>**Total:**              $28.50 | INSTRUMENT # : 6424814<br>RECORDED DATE: 10/22/2018 02:30:57 PM<br><br>I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Lancaster County, Pennsylvania.<br><br>  *Ann M. Hess*<br><br>**Ann M. Hess**<br>**Recorder of Deeds** |

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

**NOTE: If document data differs from cover sheet, document data always controls.**
**\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT AFTER RECORDING FOR ADDITIONAL INFORMATION.**

Digitally signed 12/20/2018 by lancaster.county.rod@keller.us

*Certified and Digitally Signed*

eCertified copy of recorded # 6424814 (page 1 of 10)
Lancaster County Recorder of Deeds

10/22/2018 02:30:57 PM                    Document #6424814                    LANCASTER COUNTY

**GRAND GOVERNOR OFFICE**
of ASIATIC STATE SHACKAMAXON
c/o Moorish Divine & National Movement
of North America
P.O BOX 8606
Lancaster, Pennsylvania. united States of America
[17604]



Doc# 1829244025 Fee $72.00

KAREN A.YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 10/15/2018 11:01 AM  PG:  1 OF 5

AFFIDAVIT OF APPOINTMENT pursuant to §805 ILCS 110/46B

County of COOK} ss.

I, SHEIK C.BARNES BEY , ..................... do affirm that at a meeting of the members of **MOORISH SCIENCE TEMPLE OF AMERICA** held at Cook County, at 932 E. 79th St in the City of Chicago, State of Illinois, the following persons were appointed **SHEIK [Ecclesiastical Officers]**, **BARNES BEY(A Corporate Sole)** and **NOBLE DREW ALI (A Corporate Sole)** will act with the powers as Trustees and overseers of the **GRAND GOVERNOR OFFICE** of ASIATIC STATE SHACKAMAXON, (an ecclesiastical body) according to the rules and usages of the ecclesiastical body the **MOORISH SCIENCE TEMPLE OF AMERICA** under and by virtue of §805 ILCS 110/46a through 805 ILCS 110/46h

And such **MOORISH SCIENCE TEMPLE OF AMERICA**, adopted as its corporate name: **MOORISH SCIENCE TEMPLE No. 16** in the COUNTIES OF LANCASTER, YORK, DAUPHIN, CUMBERLAND PHILADELPHIA, SCKUKILL, BERKS, BUCKS, ALLEGANY, NEW CUMBERLAND, STATE OF PENSYLVANIA, united States of America and will operate as *the local Ecclesiastical government to govern all temporal affairs of all officers and members of any society of the said Ecclesiastical government's jurisdiction (41.2033° North, 77.1945° West) pursuant to §805 ILCS 110/46e*. This incorporation has been effected under the express permission of **MOORISH SCIENCE TEMPLE OF AMERICA** according to its rules and usages.

I hereby designate and appoint the Trustees and overseers of the **BARNES BEY** CYHIENRA JUBA, TR as agent(s) an d successors authorized and empowered to act and execute documents on behalf of said corporation sole (a) to execute stocks powers and to assign and endorse for transfer certificates representing stocks, bonds or securities now registered or hereafter registered in the name of said corporation sole and (b) to establish trading accounts with stock brokerage firms and to designate those with authority to initiate transactions through such accounts.

In pursuance and by perfect virtue of the authority and powers in me vested by the Great Koran of Mohammed. I hereby appoint the following Moorish Americans to serve in the following capacity:

ECCLESIASTICAL OFFICERS: SHEIKS NAMES & TITLES:

BRO. C BARNES BEY- GRAND GOVERNOR-TRUSTEE/OVERSEER

SIS. M. PETERS EL SECRETARY OF THE GRAND GOVERNOR

OFFICE OF ASIATIC STATE SHACKAMAXON

The ecclesiastical officers, SHEIKS will exercise any power(s) of appointment in repose confidence of the whole estate at law and in equity on the following terms: by reason of document § No.10105905 Book 521, Page 579, and Form1099. Unless the appointee(s) has served its purpose well, resigns or is removed from office, the time of performance or until a successor is duly appointed. Appointment was made in **Chicago in the County of Cook and the State of Illinois**, be it remembered that on this 13th day of October, in the year of 2018. And at said meeting, this affiant acted as, Presiding Officer, C.BARNES BEY

Affiant Signature:

Subscribed and /Affirmed to before me this

13th ___ Day of ___

October ___ A.D. 2018

Notary Public ___ Xiomara E Vasquonolo

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
XIOMARA E VIZCARRONGO, Notary Public
City of Lancaster, Lancaster County
My Commission Expires Sept. 30, 2019

See Hurd's Rev. Stat, Chap 32, §36 *or appointed †Or Warden, vestrymen, or whatever name they may adopt. See also §805 ILCS 110/46a through 805 ILCS 110/46h.

RECORDED AND ATTACHED 169
ON OCTOBER 15th 2018 10th PAGE AUDEY

eCertified copy of recorded # 6424814 (page 2 of 10)
Lancaster County Recorder of Deeds

1 of 9

## ARTICLES OF INCORPORATION OF
## BARNES BEY
## AN ECCLESIASTIC BODY- CORPORATION SOLE

**ARTICLE 1.**
The name of the Religious Ecclesiastic Body-Corporation Sole is:
**BARNES BEY**

**ARTICLE 2.**
The duration of this Religious Ecclesiastic Body-Corporation Sole is PERPETUAL.

**ARTICLE 3.**
The name and address of the registered office/agent in Illinois:
Name: **Moorish Science Temple of America**
Street Address: 932 East 79th St. [60619]
City: Chicago                State: Illinois                Zip: exempted

**ARTICLE 4.**
This ecclesiastic body of creation is based on and under the authority of the Divine Constitution & By-laws of The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and the truth of the Great Prophet of Ali, in America. *(See our Authority filed for the record in the State of Illinois, Cook County Form 1099-Book 321-page 579 as #I0105905 via The Religious Corp. Act. See also Hurd's Rev. Stat.Chapter 32, §36 or appointed Or Warden, vestrymen, or WHATEVER NAME THEY MAY ADOPT.)*

**ARTICLE 5.**
The name of the Office of Overseer is: Sheik Barnes Bey ©™ whose office is also incorporated under the authority of The Divine Constitution & By-laws of The Moorish Science Temple of America which deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and the truth of the Great Prophet of Ali, in America.
Pursuant to **§805 ILCS 110/46e.** The manner in which any vacancy occurring in the incumbency of the Overseer as required by the rules of this ecclesiastic body must be filled by succession.

**ARTICLE 7.**
The address of its principal office is:
c/o Moorish Science Temple 16 P.O. Box 8606
County of Lancaster. Pennsylvania. united States of America [17604]

**ARTICLE 8**
The name and address of the incorporator is: **Moorish Science Temple of America**
at 932 East 79th St. Chicago, Illinois. [zip exempted.]

**ARTICLE 9.**
Daytime Phone Number: 717.615.0942 Email: mstoa16.pa.gov@gmail.com

**ARTICLE 10.**
I hereby Affirm, under the penalty of perjury and in harmony with Divine Law, International Law and in harmony with the laws of the *State of Illinois, by virtue of sections 46a, 46b, 46c, 46d, 46e, 46f, 46g and 46h, of "An act concerning corporations," approved April 18, 1872,* that the facts contained in these articles are true to the best of my knowledge and belief, and hereby executed in good faith, and attached is a certified copy of the original of the incorporator's Certificate of Appointment as Overseer duly attested.
Done this eighteenth day of the tenth month, in the year two thousand eighteen.

By: _____
Moorish Science Temple of America;
incorporator

ACKNOWLEDGMENT

"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

State of Illinois )
County of COOK   ) ss.

On 10-19-18 before me, MARIA GOMEZ, Notary Public, personally appeared Sheik C. Barnes Bey, who proved to me on the basis of satisfactory evidence to be the (person(s)) whose (name(s)) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their [signature(s)] on the instrument the [person(s)] or the entity upon behalf of which the [person(s)] acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

NOTARY FOR BARNES BEY only

WITNESS my hand and official seal. Signature _____ . Notary Public. (Seal)>>>
Chqo IL

OFFICIAL SEAL
MARIA GOMEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 01/05/21

eCertified copy of recorded # 6424814 (page 3 of 10)
Lancaster County Recorder of Deeds

# ARTICLES OF INCORPORATION OF
## NOBLE DREW ALI
## AN ECCLESIASTIC BODY- CORPORATION SOLE

### ARTICLE 1.
The name of the Religious Ecclesiastic Body-Corporation Sole is:
**NOBLE DREW ALI**

### ARTICLE 2.
The duration of this Religious Ecclesiastic Body-Corporation Sole is PERPETUAL.

### ARTICLE 3.
The name and address of the registered office/agent in Illinois:
Name: **Moorish Science Temple of America**
Street Address: 932 East 79th St. [60619]
City: Chicago                    State: Illinois                    Zip: exempted

### ARTICLE 4.
This ecclesiastic body of creation is based on and under the authority of the Divine Constitution & By-laws of The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and the truth of the Great Prophet of Ali, in America. *(See our Authority filed for the record in the State of Illinois, Cook County Form 1099-Book 521- page 579 as #I0105905 via The Religious Corp. Act. See also Hurd's Rev. Stat.Chapter 32, §36 or appointed Or Warden, vestrymen, or WHATEVER NAME THEY MAY ADOPT)*

### ARTICLE 5.
The name of the Office of Overseer is: **Sheik Barnes Bey** ©™ whose office is also incorporated under the authority of The Divine Constitution & By-laws of The Moorish Science Temple of America which deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and the truth of the Great Prophet of Ali, in America.
Pursuant to **§805 ILCS 110/46e.** The manner in which any vacancy occurring in the incumbency of the Overseer as required by the rules of this ecclesiastic body must be filled by succession.

### ARTICLE 7.
The address of its principal office is:
c/o **Moorish Science Temple 16** P.O. Box 8606
County of Lancaster, Pennsylvania, united States of America [17604]

### ARTICLE 8
The name and address of the incorporator is: **Moorish Science Temple of America**
at 932 East 79th St, Chicago, Illinois, [zip exempted.]

### ARTICLE 9.
Daytime Phone Number: 717.615.0942 Email: mstoa16.pa.gov@gmail.com

### ARTICLE 10.
I hereby Affirm, under the penalty of perjury and in harmony with Divine Law, International Law, and in harmony with the laws of the *State of Illinois, by virtue of sections 46a, 46b, 46c, 46d, 46e, 46f, 46g and 46h, of "An act concerning corporations," approved April 18, 1872,* that the facts contained in these articles are true to the best of my knowledge and belief, and hereby executed in good faith, and attached is a certified copy of the original of the incorporator's Certificate of Appointment as Overseer, duly attested.
Done this eighteenth day of the tenth month, in the year two thousand eighteen.

By: _____
Moorish Science Temple of America,
Incorporator

### ACKNOWLEDGMENT

"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

State of Illinois )
County of COOK    ) ss.

On 10-18-18 before me, MARIA GOMEZ, Notary Public, personally appeared Sheik C. Barnes Bey, who proved to me on the basis of satisfactory evidence to be the [person(s)] whose [name(s)] is/are subscribed to the within instrument and acknowledged to me that he/she/they execute i the same in his/her/their authorized capacity(ies), and that by his/her/their (signature(s)] on the instrument the [person(s)], or the entity upon behalf of which the [person(s)] acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

NOTARY FOR BEY BARNES

WITNESS my hand and official seal. Signature _____, Notary Public. (Seal)>>>
CHGO IL

**OFFICIAL SEAL**
**MARIA GOMEZ**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/05/21

3 of 7

10/22/2018 02:30:57 PM                    Document #6424814                    LANCASTER COUNTY

## ARTICLES OF INCORPORATION OF
### GRAND GOVERNOR OFFICE of ASIATIC STATE SHACKAMAXON
### AN ECCLESIASTIC BODY- CORPORATION SOLE

### ARTICLE 1.
The name of the Religious Ecclesiastic Body-Corporation Sole is:
**GRAND GOVERNOR OFFICE of ASIATIC STATE SHACKAMAXON.**

### ARTICLE 2.
The duration of this Religious Ecclesiastic Body-Corporation Sole is PERPETUAL.

### ARTICLE 3.
The name and address of the registered office/agent in Illinois:
Name: **Moorish Science Temple of America**
Street Address: 932 East 79th St. [60619]
City: Chicago                State: Illinois                Zip: exempted

### ARTICLE 4.
This ecclesiastic body of creation is based on and under the authority of the Divine Constitution
& By-laws of The Moorish Science Temple of America deriving its power and authority from the
Great Koran of Mohammed to propagate the faith and extend the learning and the truth of the
Great Prophet of Ali, in America. *(See our Authority filed for the record in the State of Illinois, Cook County Form 1099-Book 531*
*page 579 as #10105905 via The Religious Corp. Act. See also Hurd's Rev. Stat Chapter 32, §36 or appointed Or Warden, vestrymen, or WHATEVER*
*NAME THEY MAY ADOPT.)*

### ARTICLE 5.
The name of the Office of Overseer is: **Sheik Barnes Bey** ©™ whose office is also incorporated
under the authority of The Divine Constitution & By-laws of The Moorish Science Temple of
America which deriving its power and authority from the Great Koran of Mohammed to
propagate the faith and extend the learning and the truth of the Great Prophet of Ali, in America.
Pursuant to §§805 ILCS 110/46e. The manner in which any vacancy occurring in the
incumbency of the Overseer as required by the rules of this ecclesiastic body must be filled by
succession.

### ARTICLE 7.
The address of its principal office is:
c/o **Moorish Science Temple 16** P.O. Box 8606
County of Lancaster, Pennsylvania, united States of America [17604]

### ARTICLE 8
The name and address of the incorporator is: **Moorish Science Temple of America**
at 932 East 79th St, Chicago, Illinois, [zip exempted.]

### ARTICLE 9.
Daytime Phone Number: 717.615.0942 Email: mstoa16.pa.gov@gmail.com

### ARTICLE 10.
I hereby Affirm, under the penalty of perjury and in harmony with Divine Law, International Law
and in harmony with the laws of the *State of Illinois, by virtue of sections 46a, 46b, 46c, 46d, 46e,*
*46f, 46g and 46h, of "An act concerning corporations," approved April 18, 1872,* that the facts
contained in these articles are true to the best of my knowledge and belief, and hereby executed in
good faith, and attached is a certified copy of the original of the incorporator's Certificate of
Appointment as Overseer, duly attested.
Done this eighteenth day of the tenth month, in the year two thousand eighteen.

By: _Barnes Bey_
Moorish Science Temple of America,
Incorporator

ACKNOWLEDGMENT

*"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the*
*document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."*

**State of Illinois )**
**County of COOK     ) ss.**

On 10-19-18 before me, MARIA GOMES, Notary Public, personally appeared
Sheik C. Barnes Bey, who proved to me on the basis of satisfactory evidence to be the [person(s)] whose [name(s)] is/are subscribed
to the within instrument and acknowledged to me that he/she/they execute1 the same in his/her/their authorized capacity(ies), and that
by his/her/their [signature(s)] on the instrument the [person(s)], or the entity upon behalf of which the [person(s)] acted, executed the
instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

NOTARY FOR BARNES BEY Only

WITNESS my hand and official seal signature _____, Notary Public. [Seal]>>>

OFFICIAL SEAL
MARIA GOMEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 01/05/21



10/22/2018  02:30:57 PM                    Document #6424814                    LANCASTER COUNTY

## ARTICLES OF INCORPORATION OF
## ROYAL NOBLE DREW ALI MOORISH SHEIKS
## AN ECCLESIASTIC BODY- CORPORATION SOLE

**ARTICLE 1.**
The name of the Religious Ecclesiastic Body-Corporation Sole is:
**ROYAL NOBLE DREW ALI MOORISH SHEIKS**

**ARTICLE 2.**
The duration of this Religious Ecclesiastic Body-Corporation Sole is PERPETUAL.

**ARTICLE 3.**
The name and address of the registered office/agent in Illinois:
Name: **Moorish Science Temple of America**
Street Address: 932 East 79th St. [60619]
City: Chicago          State: Illinois          Zip: exempted

**ARTICLE 4.**
This ecclesiastic body of creation is based on and under the authority of the Divine Constitution & By-laws of The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and the truth of the Great Prophet of Ali, in America. (*See our Authority filed for the record in the State of Illinois, Cook County Form 1099-Book 521-page 579 as 910105905 via The Religious Corp. Act. See also Ward's Rev. Stat.Chapter 32, §36 or appointed Or Warden, vestrymen, or WHATEVER NAME THEY MAY ADOPT.*)

**ARTICLE 5.**
The name of the Office of Overseer is: **Sheik Barnes Bey** ©™ whose office is also incorporated under the authority of The Divine Constitution & By-laws of The Moorish Science Temple of America which deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and the truth of the Great Prophet of Ali, in America.
Pursuant to **§805 ILCS 110/46e**, The manner in which any vacancy occurring in the incumbency of the Overseer as required by the rules of this ecclesiastic body must be filled by succession.

**ARTICLE 7.**
The address of its principal office is:
c/o **Moorish Science Temple 16** P.O. Box 8606
County of Lancaster, Pennsylvania, united States of America [17604]

**ARTICLE 8**
The name and address of the incorporator is: **Moorish Science Temple of America**
at 932 East 79th St, Chicago, Illinois, [zip exempted.]

**ARTICLE 9.**
Daytime Phone Number: 717.615.0942 Email: mstoa16.pa.gov@gmail.com

**ARTICLE 10.**
I hereby Affirm, under the penalty of perjury and in harmony with Divine Law, International Law, and in harmony with the laws of the *State of Illinois, by virtue of sections 46a, 46b, 46c, 46d, 46e, 46f, 46g and 46h, of "An act concerning corporations," approved April 18, 1872,* that the facts contained in these articles are true to the best of my knowledge and belief, and hereby executed in good faith, and attached is a certified copy of the original of the incorporator's Certificate of Appointment as Overseer, duly attested.
Done this eighteenth day of the tenth month, in the year two thousand eighteen.

By: _____
Moorish Science Temple of America,
Incorporator

ACKNOWLEDGMENT

"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

State of Illinois )
County of COOK    ) ss.

On _10-19-18_ before me, _MARIA GOMG_, Notary Public, personally appeared **Sheik C. Barnes Bey**, who proved to me on the basis of satisfactory evidence to be the [person(s)] whose [name(s)] is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their [signature(s)] on the instrument the [person(s)], or the entity upon behalf of which the [person(s)] acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

NOTARY FOR BARNES-BEY ONLY

WITNESS my hand and official seal. Signature _____ Notary Public. (Seal)>>>

OFFICIAL SEAL
MARIA GOMEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/05/21





**ALLAH**





# DEGREE OF ADEPT

*In Defense of the Everlasting Gospel*

Greetings,

The Council of the Brotherhood convened and Jesus stood before the Hierophant. He answered all the questions that were asked with clearness and with power. The Hierophant exclaimed, "Your wisdom is the wisdom of the Gods. Why seek for wisdom in the halls of men?" And Jesus said, "In every way of life I would walk; in every hall of learning I would sit; the heights that any man has gained, these I would gain. What any man has suffered I would meet, that I may know the griefs, the disappointments and the sore temptations of my brother man; that I may know just how to succor those in need. I pray you brothers, let me go into your dismal crypts; and I would pass the hardest of your tests." The master said, "Take then the vow of secret brotherhood."

This is to certify that _Brother C. Barnes Bey_ has been Six times before the B.A.R. Six times a mighty conqueror and has been found qualified "Tried and Found True" to enter the Chamber of the Dead, and Meet the Great Grand Hierophant for furthering their learning.

By virtue of the authority vested in the Most Holy Prophet, Noble Drew Ali and the Great Grand Assembly, of the Adept, Chamber of the Moorish Science Temple of America, 3rd Heaven. _Brother C. Barnes Bey_ has been appointed to the Station of Sheik; and has taken on the Holy Name of _Brother C Barnes Bey_. On this _15th_ day of _October_ in the year of _2017_ at the Grand-Major Temple also known as Home Office: Chicago "Mecca" Illinois. This Degree of Adept and Appointment of Sheik expires only when the bearer violates their Sacred Affirmation, the Rules and Regulations of the Moorish Science Temple of America after a "Fair Trial".

In testimony whereof I have hereunto subscribed and affixed the Seal of the said Moorish Science Temple of America and the Seal of the Moorish Divine and National Movement of North America.

Master Adept & Hierophant



10/22/2018  02:30:57 PM        Document #6424814                    LANCASTER COUNTY



**ALLAH**





# DEGREE OF ADEPT
### *In Defense of the Everlasting Gospel*

Greetings,

The Council of the Brotherhood convened and Jesus stood before the Hierophant. He answered all the questions that were asked with clearness and with power. The Hierophant exclaimed. "Your wisdom is the wisdom of the Gods. Why seek for wisdom in the halls of men?" And Jesus said, "In every way of life I would walk; in every hall of learning I would sit; the heights that any man has gained, these I would gain. What any man has suffered I would meet, that I may know the griefs, the disappointments and the sore temptations of my brother man; that I may know just how to succor those in need. I pray you brothers, let me go into your dismal crypts; and I would pass the hardest of your tests." The master said, "Take then the vow of secret brotherhood."

This is to certify that ___Sister M. Peters El___ has been Six times before the B.A.R. Six times a mighty conqueror and has been found qualified "Tried and Found True" to enter the Chamber of the Dead and Meet the Great Grand Hierophant for furthering their learning.

By virtue of the authority vested in the Most Holy Prophet, Noble Drew Ali and the Great Grand Assembly of the Adept Chamber of the Moorish Science Temple of America 3rd Heaven. ___Sister M. Peters El___ has been appointed to the Station of Sheik; and has taken on the Holy Name of ___Sister M. Peters El___. On this __15th__ day of ___October___ in the year of __2017__ at the Grand Major Temple also known as Home Office; Chicago "Mecca" Illinois. This Degree of Adept and Appointment of Sheik expires only when the bearer violates their Sacred Affirmation, the Rules and Regulations of the Moorish Science Temple of America after a "Fair Trial".

In testimony whereof I have hereunto subscribed and affixed the Seal of the said Moorish Science Temple of America and the Seal of the Moorish Divine and National Movement of North America.



Master Adept & Hierophant

eCertified Copy Recorded # 6424814 (page 8 of 10)
Lancaster County Recorder of Deeds

10/22/2018  02:30:57 PM                    Document #6424814                    LANCASTER COUNTY











State of Illinois,

County of COOK

STATE OF ILLINOIS
COOK COUNTY
FILED FOR RECORD

1928 AUG 1  PM 2 52

AND RECORDED IN
BOOK                    PAGE

I, NOBLE DREW ALLI

do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE
OF AMERICA

held at Chicago

in the County of Cook and State of Illinois, on the 20th

Day of July A. D. 1928, for that purpose, the following persons were

appointed Grand SHEIKS

according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALLI, MEALY EL, MALL BEY, LOVETT BEY, AND FOREMAN BEY.

The Moorish Science Temple of America deriving its power and authority

from the Great Koran of Mohammed to propagate the faith and extend the

learning and truth of the Great Prophet of Alli in America.  To anoint

appoint and consecrate missionaries of the prophet and to establish the

faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA
adopted as its

corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA

And At said meeting, this affiant acted as Presiding officer

Subscribed and Sworn to Before me,        Drew Ali

day of

A. D. 19

Notary Public





**Lancaster County**
Ann M. Hess
Recorder of Deeds
150 N. Queen Street
Suite 315
Lancaster, PA  17603
Phone: 717-299-8238
Fax: 717-299-8393



INSTRUMENT # : 6424812
RECORDED DATE: 10/22/2018 02:30:55 PM



3980608-0023W

**LANCASTER COUNTY ROD**

**OFFICIAL RECORDING COVER PAGE**

Page 1 of 3

| | |
|---|---|
| **Document Type:**   MISC - NON MORTGAGE | **Transaction #:**   3829165 - 3 Doc(s) |
| **Transaction Reference:** | **Document Page Count:**   2 |
| **Document Reference:** | **Operator Id:**   sharpej |
| **RETURN TO:** (Email) | **SUBMITTED BY:** |

**\* PROPERTY DATA:**
Parcel ID #:

Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**

**FEES / TAXES:**
RECORDING FEE: MISC - NON
MORTGAGE                              $13.00
CRC #6544                             $2.00
RIF #6543                             $3.00
WRIT TAX                              $0.50
**Total:**                               $18.50

INSTRUMENT # : 6424812
RECORDED DATE: 10/22/2018 02:30:55 PM

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office in
Lancaster County, Pennsylvania.



*Ann M. Hess*

**Ann M. Hess**
**Recorder of Deeds**

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

**NOTE: If document data differs from cover sheet, document data always controls.**
**\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT AFTER RECORDING FOR ADDITIONAL**
**INFORMATION.**

ly signed 12/28/2018 by lancastercounty.reddigtalsite.us

ertified and Digitally Signed

eCertified copy of recorded # 6424812 (page 1 of 3)
Lancaster County Recorder of Deeds

10/22/2018 02:30:55 PM                    Document #6424812                    LANCASTER COUNTY

ROYAL NOBLE DREW ALI MOORISH
SHEIKS

728 New Holland Avenue

Lancaster Pennsylvania 17602



Doc# 1829244023 Fee $60.00

KAREN A.YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 10/19/2018 10:59 AM  PG:  1 OF 1

AFFIDAVIT OF APPOINTMENT pursuant to §805 ILCS 110/46B

State of Illinois
County of COOK} ss.

⸗I, C.NETER BEY. ..................... do affirm that at a meeting of the members of **MOORISH SCIENCE TEMPLE OF AMERICA** held at Cook County, at 932 E. 79th St in the City of Chicago, State of Illinois, the following persons were appointed **SHEIK [Ecclesiastical Officers}, .NETER BEY (A Corporate Sole) AND .NAJAT EL (A Corporate Sole)** of the OFFICE of the ROYAL NOBLE DREW ALI MOORISH SHEIKS according to the rules and usages of the ecclesiastical body the MOORISH SCIENCE TEMPLE No. 16 under and by virtue of §805 ILCS 110/46a through 805 ILCS 110/46h.

And such **MOORISH SCIENCE TEMPLE No. 16**, adopted as its corporate name: **ROYAL NOBLE DREW ALI MOORISH SHEIKS. COUNTIES OF LANCASTER, DAULPHIN, YORK, BERKS, BUCKS CHESTER, CUMBERLAND, LEHIGH AND PHILADELPHIA, PENNSYLVANIA.** As agent(s) and successors authorized and empowered to act and execute documents on behalf of said corporation sole (a) to execute stocks powers and to assign and endorse for transfer certificates representing stocks, bonds or securities now registered or hereafter registered in the name of said corporation sole and (b) to establish trading accounts with stock brokerage firms and to designate those with authority to initiate transactions through such accounts. The ecclesiastical officers will exercise any and all power of appointment in repose confidence of the whole estate at law and in equity on the following terms: **by reason of document No. 10105905. In pursuance and by perfect virtue of the authority and powers in me vested by the Great Koran of Mohammed, I hereby appoint the following Moorish Americans Moslems to serve in the following capacity:**

ECCLESIASTICAL OFFICERS: SHEIKS NAMES & TITLES:

NETER BEY- GRAND ROYAL SHEIK

NAJAT EL - ROYAL SHEIKESS

Unless the appointee(s) has served its purpose well, resigns or is removed from office, the time of performance or until a successor is duly appointed. Appointment was made in **Chicago in the County of Cook and the State of Illinois**, be it remembered that on this 28th day of September, in the year A.D. 2018.

And at said meeting, this affiant acted as, Presiding Officer, C.NETER BEY

Affiant Signature:

Subscribed and Affirmed to before me this

28 Day of Sept A.D. 20 18

Notary Public

Commonwealth of Pennsylvania – Notary Seal
Deborah K. Moody, Notary Public
Lancaster County
My commission expires May 9, 2021
Commission number 1114756

See Hurd's Rev. Stat, Chap 32, §36 *or appointed †Or Warden, vestrymen, or whatever name they may adopt. See also §805 ILCS 110/46a through 805 ILCS 110/46h.

1 of 2

eCertified copy of recorded # 6424812 (page 2 of 3)
Lancaster County Recorder of Deeds

10/22/2018 02:30:55 PM                    Document #6424812                    LANCASTER COUNTY

STATE OF ILLINOIS
COOK COUNTY
FILED FOR RECORD

'22 AUG 1  PM 2 52

AND RECORDED IN
BOOK          PAGE
RECORDED

**State of Illinois,** } ss.
County of COOK.

I, NOBLE DREW ALLI

do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE

OF AMERICA _____ held at Chicago

in the County of _Cook_____, and State of Illinois, on the __20th__

day of __July_____ A. D. 19 28, for that purpose, the following persons were

duly appointed _____ Trustees SHEIKS

_____ according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALLI, MEALY EL, MALL BEY, LOVETT BEY, AND FOREMAN BEY.

The Moorish Science Temple of America deriving its power and authority

from the Great Koran of Mohammed to propagate the faith and extend the

learning and truth of the Great Prophet of Alli in America.  To annant

appoint and consecrate missionaries of the prophet and to establish the

FAITH OF MOHAMMED in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA

corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA _____ adopted as its

And at said meeting, this affiant acted as Presiding officer

Subscribed and Sworn to Before me,                *Drew Ali*

_____ day of _____

_____ A. D. 19 28

*Netta W. Connell*

Notary Public

eCertified copy of recorded # 6424812 (page 3 of 3)
Lancaster County Recorder of Deeds



# The Holy Koran

## OF THE

# Moorish Science Temple Of America



Divinely Prepared By The Noble Prophet

## DREW ALI

*By the guiding of his father, God, Allah; the great God of the universe. To redeem man from his sinful and fallen stage of humanity back to the highest plane of life with his father God, Allah.*

**48**            **THE DIVINE INSTRUCTIONS**

3. Learn to esteem as thou ought; then art thou near the pinnacle of wisdom.

4. Think not, with the fool, that nothing is more valuable; nor believe, with the pretended wise, that thou oughtest to condemn it. Love it not thyself, but for the good it may be of to others.

5. Gold cannot buy it for thee neither mines of diamonds purchase back the moment thou hast now lost it. Employ the succeeding ones in virtue.

6. Say not that it were best not to have been born: or, if born that it has been best to die early; neither dare thou to ask of thy Creator, "Where has been the evil, had I not existed?" Good is thy power, the want of good is evil; and if thy question be just, lo, it condemneth thee.

7. Would the fish swallow the bait if he knew the hook were hidden therein? Would the lion enter the toils if he saw they were prepared for him? So neither, were the soul to perish with this clay, neither would a merciful Father have created him; know hence thou shalt live afterwards.

8. As the bird, enclosed in the cage before he seeth it, yet teareth not his flesh against its sides; so neither labor thou vainly to run the state thou art in, but know it is allotted thee. and be content with it.

9. Though its ways are uneven, yet they are not all painful. Accommodate thyself to all; and where there is the least appearance of evil, suspect the greatest danger.

10. When thy bed is straw, thou sleepest in security; but when thou stretcheth thyself on roses beware of the thorns.

11. A good death is better than an evil life; strive therefore, to live as long as thou oughtest, not as long as thou canst. While thy life is to others worth more than thy death, it is thy duty to preserve it.

12. Complain not, with the fool, of the shortness of thy time: remember, with thy days thy cares are shortened.

13. Take from the period of thy life the useless part of it, and what remaineth?

14. Take off the time of thine infancy, thy second infancy of age, thy sleep, thy thoughtless hours, thy days of sickness; and, even at thy fullness of years, how few seasons hast truly numbered!

15. He who gave thee life as a blessing, shortened it to make it even more so.

16. To what end would longer life have served thee? Wishest thou to have had an opportunity of more vices? As to the good, will not He who limited thy span, be satisfied with the fruits of it?

17. To what end, O child of sorrow, wouldst thou live longer. To breathe, to eat. to see the world? All this thou hast done often already. Too frequent repetition, is it not tiresome? Or is it not superfluous?

18. Wouldst thou improve thy wisdom and thy virtue? Alas! What art thou to know? Or who is it that shall teach thee? Badly thou employest the little thou hast; dare not, therefore, to complain that the more is not given thee.

19. Repine not at thy want of knowledge; it must perish within the grave. Be honest here, thou shalt be wise hereafter.

# THE DIVINE INSTRUCTIONS

19. But thee, He hath distinguished with peculiar favor; and exalted thy station above all creatures.

20. He hath endued thee with reason, to maintain thy dominion; he hath fitted thee with language, to improve thy society; and exalted thy mind with the powers of meditation, to contemplate and adore His inimitable perfections.

21. And in the laws He hath ordained as the rule of life, so kindly hath He united thy duty to thy nature that obedience to His precepts is happiness to thyself.

22. O praise His goodness with songs of thanksgiving, and meditate in silence on the wonders of His love; let thy heart overflow with gratitude and acknowledgment, let the language of thy lips speak praise and adoration, let the actions of thy life show thy love to His law.

23. Allah is just and righteous, and will judge the earth with equity and truth.

24. Hath He established his laws in goodness and mercy, and shall He not punish the transgressors thereof?

25. O think not, bold men, because thy punishment is delayed, that the arm of Allah is weakened; neither flatter thyself with hopes that He winketh at thy doings.

26. His eye pierceth the secrets of every heart, and He rememebereth them forever; He respecteth not the persons or the stations of men.

27. The high and the low, the rich and the poor, the wise and the ignorant, when the soul hath shaken off the cumbrous shackles of this mortal life, shall equality receive, from the sentence of just and everlasting retribution, according to their works.

28. Then shall the wicked tremble and be afraid; but the heart of the righteous shall rejoice in His judgements.

29. O fear Allah, therefore, all the days of thy life, and walk in the paths which He hath opened before thee. Let prudence admonish thee, let temperance restrain, let justice guide thy hand, benevolence warm thy heart, and gratitude to Heaven inspire thee with devotion. These shall give thee happiness in thy present state, and bring thee to the mansions of eternal felicity in the paradise of Allah.

30. This is the true economy of Human Life.

# CHAPTER XXXVI
## HOLY INSTRUCTIONS FROM THE PROPHET
## KNOW THYSELF

1. Weak and ignorant as thou art, O man, humble as thou oughtest to be, O child of the dust, wouldst thou raise thy thoughts to infinite wisdom? Wouldst thou see omnipotence displayed before thee? Contemplate thine frame.

2. Fearfully and wonderfully art thou made; praise therefore thy Creator with awe, and rejoice before Him with reverence.

3. Wherefore of all creatures art thou only erect, but that thou shouldst behold his works? Wherefore art thou to behold, but that thou mayest admire them? Wherefore to admire but that thou mayest adore their and thy Creator?

4. Wherefore is consciousness reposed on thee alone, and whence is it derived to thee?

13. Fear and dismay, which robs thy countenance of its ruddy splendor, avoid guilt, and thou shalt know that fear is beneath thee, that dismay is unnamely.

14. Wherefore to thee alone speaks shadows in the vision of the pillow? Reverence them; for know that dreams are from on high.

15. Thou man alone canst speak. Wonder at thy glorious prerogative; and pay to Him who gave it to thee a rational and welcome praise, teaching thy children wisdom, instructing the offspring of thy loins in piety.

# CHAPTER XXXVIII
## HOLY INSTRUCTIONS FROM THE PROPHET
### THE SOUL OF MAN

1. The blessing, 0 man, of thy external part is health, vigor and proportion. The greatest of these is health. What health is to the body even that is honesty to the soul.

2. That thou hast a soul is of all knowledge the most certain of all truths the most plain unto thee. Be meek, be grateful for it. Seek not to know it perfectly. It is inscrutable.

3. Thinking, understanding, reasoning, willing, call not these the soul. They are its actions, but they are not its essence.

4. Raise it not too high, that thou be not despised. Be not thou like unto those who fall by climbing; neither debase it to the sense of brutes, nor be thou like to the horse and the mule, in whom there is no understanding.

5. Search it by its faculties: know it by its virtues. They are more in number than the hairs of thy head; the stars of heaven are not to be counted with them.

6. Think not with Arabia, that one soul is parted among all men; neither believe thou with the sons of Egypt that every man hath many; know, that as thy heart, so also thy soul is one.

7. Doth not the sun harden the clay? Doth it not also soften the wax? As it is one sun that worketh both, even so it is one soul willeth contraries.

8. As the moon retaineth her nature, though darkness spread itself before her face as a curtain; so the soul remaineth perfect, even in the bosom of a fool.

9. She is immortal; she is unchangeable; she is alike in all. Health calleth her forth to show her loveliness, and application anointeth her with the oil of wisdom.

10. Although she shall live after thee, think not she was born before thee. She was created with thy flesh, and formed with thy brain.

11. Justice could not give her to thee exalted by virtues, nor mercy deliver her to thee deformed by vices. These must be thine, and thou must answer for them.

12. Suppose not death can shield thee from examination; think not corruption can hide thee from inquiry. He who formed thee of thou knowest not what, can he not raise thee from thou knowest not what again?

13. Perceiveth not the cock the hour of midnight? Exalteth he not his voice to tell thee it is morning? Knoweth not the dog the footsteps of his master? Flieth not the wounded goat unto the herb that healeth him? Yet when these die, their spirit returneth to dust; thine alone surviveth.

# FROM THE HOLY PROPHET

14. Envy not to these their senses, because quicker than thine own. Learn that the advantage lieth not in possessing good things, but in the knowing to use them.

15. Hadst thou the ear of the stag, or were thine eyes as strong and piercing as the eagles didst thou equal the hound in smell, or could the ape resign to thee his taste, or could the tortoise her feeling; yet without reason what would they avail thee? Perish not all these like their kindred?

16. Hath any one of them the gift of speech? Can any say unto thee, "Therefore did I do?"

17. The lips of the wise are as the doors of a cabinet; no sooner are they opened but treasures are poured out before thee.

18. Like unto trees of gold arranged in beds of silver are wise sentences uttered in due season.

19. Canst thou think too greatly of thy soul? Or can too much be said in its praise? It is the image of Him who gave it.

20. Remember thou its dignity forever; forget not how great a talent is committed to thy charge.

21. Whatsoever may do good, may also do harm. Beware that thou direct its course to virtue.

22. Think not that thou canst lose her in a crowd; suppose not that thou canst bury her in thy closet. Action is her delight, and she will not be withheld from it.

23. Her motion is perpetual; her attempts are universal; her agility is not to be suppressed. Is it at the uttermost parts of the earth? She will have it. Is it beyond the regions of the stars? Yet will her eye discover it, Inquiry is her delight. As one who traverseth the burning sands, in search of water, so is the soul that thirsteth after knowledge.

24. Guard her for she is rash; restrain her, for she is irregular; correct her, for she is outrageous; more supple is she than water, more flexible than wax, more yielding than air. Is there aught that can bind her?

25. As a sword in the hand of a mad man, even so is the soul to him who wanteth discretion.

26. The end of her search is truth; her means to discover it are reason and experience. But are not these weak, uncertain and fallacious? How then shall she attain unto it?

27. General opinion is no proof of truth, for the generality of men are ignorant.

28. Perception of thyself, the knowledge of Him who create thee, the sense of worship thou owest unto Him. Are not these plain before thy face? And, behold! What is there more that men needeth to know?

## CHAPTER XXXIX
### HOLY INSTRUCTIONS FROM THE PROPHET
### PINNACLE OF WISDOM

1. As the eye of the morning to the lark, as the shade of the evening to the owl, as honey to the bee, or as the carcass to the vulture even such is life unto the heart of man.

2. Though bright, it dazzleth not; though obscure, it displeaseth not; though sweet, it cloyeth not; though corrupt, it forbiddeth not, yet who is he that knoweth its true value?

# CHAPTER XLIII
## HOLY INSTRUCTIONS FROM THE PROPHET
### THE INSUFFICIENCY OF KNOWLEDGE

1. If there is anything lovely, if there is anything desirable, if there is anything within the reach of man that is worthy of praise, is it not knowledge? And yet who is it that attaineth it?

2. The statesman proclaimeth that he hath it; the ruler of the people claimeth the praise of it -- but findeth the subject that he posssesseth it?

3. Evil is not requisite to man; neither can vice be necessary to be tolerated; yet how many evils are permitted by the connivance of the laws; how many crimes committed by the decree of the council!

4. But be wise, 0 ruler, and learn, 0 thou that are to command the nations! One crime authorized by thee is worse than the escape of ten from punishment.

5. When the people are numerous, when thy sons increase about thy table; sendest thou them not out to slay the innocent, and to fall before the sword of him whom they have not offended?

6. If the objects of thy desire demanding the lives of a thousand sayeth thou not: "I will have it." Surely thou forgetteth that He who created thee, created also these; and that their blood is as rich as thine?

7. Sayeth thou, that justice cannot be executed without wrong? Surely thine own words condemn thee.

8. Thou who flattereth with false hopes the criminal that he may confess his guilt, art not thou unto him a criminal? Or art thou guiltless, because he cannot punish it?

9. When thou commandest to the torture him whom is but suspected of ill, dareth thou to remember, that thou mayest rack the innocent?

10. Is thy purpose answered by the event? Is thy soul satisfied with his confession? Pain will enforce him to say what is not, as easy as what is, and anguish hath caused innocence to accuse herself.

11. That thou mayest not kill him without cause, thou dost worse than kill him; that thou mayest prove if he be guilty, thou detsroyeth him innocent.

12. 0 blindness to all truth! 0 insufficiency of the wisdom of the wise! Know, when thy judge shall bid thee account for this, thou shalt wish ten thousand guilty to have gone free, rather than one innocent to stand forth against thee.

13. Insufficient as thou art to the maintenance of justice, how shalt thou arrive at the knowledge of truth? How shalt thou ascend to the footstep of her throne?

14. As the owl is blinded by the radiance of the sun, so shall the brightness of her countenance dazzle thee in thy approaches.

15. If thou wouldst mount onto her throne, first bow thyself at her footstool. If thou wouldst arrive at the knowledge of her, first inform thyself of thine own ignorance.

16. More worth is she than pearls, therefore seek her carefully; the emerald and the sapphire, and the ruby are as dirt beneath her feet; therefore pursue her manfully.

# FROM THE HOLY PROPHET

5. Couldst thou choose for thyself, would thy Creator lay before thee all that thy hear could ask for, would happiness then remain with thee, or would joy always dwell in thy gates'

6. Alas! Thy weakness forbiddeth it; thy infirmity declareth against it. Variety is to the in the place of pleasure; but that which permanently delighteth, must be permanent.

7. When that is gone, thou repenteth the loss of it; though, while it was with thee, thou despiseth it.

8. That which succeedeth it, hath no more pleasure to thee; and thou afterwards quarrelet with thyself for preferring it; behold the only circumstances in which thou arrest not!

9. Is there anything in which thy weakness appeareth more, than in desiring things? It i in the possessing, and in the using of them.

10. Good things cease to be good in our enjoyment of them. What nature meant pur sweets, are sources of bitterness to us, from our delights arise pain, from our joys, sorrow.

11. Be moderate in the enjoyment, and it shall remain in thy possession; let thy joy b founded on reason, and to its end shall sorrow be a stranger.

12. The delights of love are ushered in by sighs, and they terminate in languishment an dejection. The objects thou burnedeth for, nauseates with satiety; and no sooner hast tho possessed it, but thou art weary of its presence.

13. Join esteem to thy admiration, unite friendship with the love; so shalt thou find in th end content so absolute, that it surpasseth raptures, tranquility more worth than ecstasy.

14. Allah hath given thee no good, without its admixture of evil; but he hath given the also the means of throwing off the evil from it.

15. As joy is not without its alloy of pain, so neither is sorrow without its portion o pleasure. Joy and grief, though unlike, are united. Our own choice only can give them to u entirely.

16. Melancholy itself often giveth delight, and the extremity of joys are mingled with tears.

17. The best things in the hands of a fool may be turned to his destruction; and out of th worst, the wise will find means of good.

18. So blended is weakness in thy nature, 0 man, that thou hast not strength either to b good nor to be evil, entirely. Rejoice that thou canst not excel in evil, and let the good that i within thy reach content thee.

19. The virtues are allotted to various stations. Seek not after impossibilities, nor griev that thou canst not possess them all.

20. Wouldst thou at once have the liberality of the rich, and the contentment of the poor' Shall the wife of thy bosom be despised because she showeth not the virtues of the widow?

21. If thy father sink before thee in the divisions of thy country, can at once thy justic destroy him, and thy duty save his life?

22. If thou behold thy brother in the agonies of slow death, is not mercy to put a period to his life? And is it not also death to be his murderer?

23. Truth is but one; thy doubts are of thine own raising. He who made virtues what they are, planted in thee a knowledge of their pre-eminence. Act as thy soul dictates to thee, and the end shall be always right.

worship under their own vine and fig tree. After the principles of the holy and divine laws of their forefathers.

9. All nations of the earth in these modern days are seeking peace, but there is but one true and divine way that peace may be obtained in these days, and it is through Love, Truth, Peace, Freedom, and Justice being taught universally to all nations, in all lands.

# CHAPTER XLVII
## EGYPT, THE CAPITAL EMPIRE OF THE DOMINION OF AFRICA

1. The inhabitants of Africa are the descendants of the ancient Canaanites from the land of Canaan.

2. Old man Cush and his family are the first inhabitants of Africa who came from the land of Canaan.

3. His father Ham and his family were second. Then came the word Ethiopia, which means the demarcation line of the dominion of Amexem, the first true and divine name of Africa. The dividing of the land between the father and the son.

4. The dominion of Cush, North-East and South-East Africa and North-West and South-West was his father's dominion of Africa.

5. In later years many of their bretheren from Asia and the Holy Lands joined them.

6. The Moabites from the land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite, and Amorite bretheren who sojourned from the land of Canaan seeking new homes.

7. Their dominion and inhabitation extended from North-East and South-West Africa, across great Atlantis even unto the present North, South, and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean.

8. The River Nile was dredged and made by the ancient Pharaohs of Egypt, in order to trade with the surrounding kingdoms. Also the Niger river was dredged by the great Pharaoh of Egypt in those ancient days for trade, and it extends eastward from the River Nile, westward across the great Atlantic. It was used for trade and transportation.

9. According to all true and divine records of the human race there is no Negro, black, or colored race attached to the human family, because all the inhabitants of Africa were and are of the human race, descendants of the ancient Canaanite nation from the holy land of Canaan.

10. What your ancient forefathers were, you are today without doubt or contradiction.

11. There is no one who is able to change man from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself.

12. These holy and divine laws are from the Prophet, Noble Drew Ali, the founder of the uniting of the Moorish Science Temple of America.

13. These laws are to be strictly preserved by the members of all the Temples, of the Moorish Science Temple of America. That they will learn to open their meeting and guide it according to the principles of Love, Truth, Peace, Freedom and Justice.

# FROM THE HOLY PROPHET

14. Every subordinate Temple of the Grand-Major Temple is to form under the covena of Love, Truth, Peace, Freedom and Justice; and to create their own laws and customs, conjunction with the laws of the Holy Prophet and the Grand Temple. I, the Prophet, Nob Drew Ali, was sent by the great God, Allah, to warn all Asiatics of America to repent fro their sinful ways; before that great and awful day that is sure to come.

15. The time has come when every nation must worship under its own vine and fig tre and every tongue must confess his own.

16. Through sin and disobedience every nation has suffered slavery, due to the fact th they honored not the creed and principles of their forefathers.

17. That is why the nationality of the Moors was taken away from them in 1774 and t word negro, black and colored, was given to the Asiatics of America who were of Moori descent, because they honored not the principles of their mother and father, and strayed aft the gods of Europe of whom they knew nothing.

## THE END OF TIME AND THE FULFILLING OF
## THE PROPHESIES

1. The last Prophet in these days is Noble Drew Ali, who was prepared divinely in d time by Allah to redeem men from their sinful ways; and to warn them of the great wra which is sure to come upon the earth.

2. John the Baptist was the forerunner of Jesus in those days, to warn and stir up the nati· and prepare them to receive the divine creed which was to be taught by Jesus.

3. In these modern days there came a forerunner of Jesus, who was divinely prepared t the great God-Allah and his name is Marcus Garvey, who did teach and warn the nations o the earth to prepare to meet the coming Prophet; who was to bring the true and divine Cree of Islam, and his name is Noble Drew Ali who was prepared and sent to this earth by Allal to teach the old time religion and the everlasting gospel to the sons of men.

That every nation shall and must worship under their own vine and fig tree, and return to their own and be one with their Father God-Allah.

4. The Moorish Science Temple of America is a lawfully religious organization. A subordinate Temple that desires to receive a charter; the Prophet has them to issue to eve state throughout the United States, etc.

5. That the world may hear and know the truth, that among the descendants of Africa the is still much wisdom to be learned in these days for the redemption of the sons of men und Love, Truth, Peace, Freedom, and Justice.

6. We, as clean and pure nation descended from the inhabitants of African, do not desi to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve t gods of their religion, because our forefathers are the true and divine founders of the fi religious creed, for the redemption and salvation of mankind on earth.

7. Therefore we are returning the Church and Christianity back to the European Natioi as it was prepared by their forefathers for their earthly salvation.

| Charge | | | | | LANCASTER | | | | 47602 |

**REGISTRATION AND CERTIFICATE OF TITLE REQUIRED**

| Nature of Offense | | | | | | | TITLE 75 | |
|---|---|---|---|---|---|---|---|---|
| OPERATED VEHICLE WITH PA REGISTRATION EXPIRED MORE THAN 60 DAYS. EXPIRED 05/2016 | | | | | 67 PA Code | | Section 1301 | Subsection A |
| | | | | | Ref. 49 CFR | | FINE | $75.00 |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | | E.M.S. | $10.00 |
|---|---|---|---|---|---|---|---|---|
| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. No | Lab Serv. Requested No | SURCHARGE | $45.00 |
| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions Rain | COSTS | $39.50 |
| Location ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | | | | | J.C.P./A,T.J. | $22.00 |

| Route | Dir. of Travel E | Interstate No | County LANCASTER | | Twp-Boro-City LANCASTER TWP | | Total Due | $191.50 |
|---|---|---|---|---|---|---|---|---|
| Speed Timing Device Operator | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None | |
| Stopped By Marked | | Observed By Marked | Speed Detection Type | | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. | |
| Remarks | | | | | | | | |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer OFF    SHIVERS | E - F I L E D | Officer ID NO. 39398 |
|---|---|---|

**THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE**

| MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number (717) 569-6401 |
|---|---|---|

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a.   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
b.   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
c.   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us  to make a payment.
OR
e.   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. §1543(b) (Driving while operating privilege is suspended or revoked).
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:     E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:
1.   Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).
2.   If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.
3.   If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.
4.   Your check or money order must be made payable to:

Magisterial District No.   02-2-03          Do Not Send Cash

- - - - - - - - - - - - - - - - - - - - - - - - Cut across dotted line - - - - - - - - - - - - - - - - - - - - - - -

## MAIL IN PORTION

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

a. i plead NOT GUILTY and request a trial _____                   Mail To:

_____
signature                                      Magisterial District No.   02-2-03

b. i plead GUILTY _____                                  1351 ELM AVE
_____                                           LANCASTER, PA 17603
CYHIENRA      J          signature
BARNES-BEY

OFF      SHIVERS            01/28/2018       Car #

No Contract

E0027164-4

Exhibit C(2)

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No.  02-2-03

1351 ELM AVE

LANCASTER, PA 17603

(717) 299-7898

**TRAFFIC CITATION**

CITATION NO.

**E0027164-4**

ISSUED   **01/28/2018**

| Defendant's First Name CYHIENRA | Middle Name J | Last Name BARNES-BEY | Suffix | Driver's Number 22710312 | CDL No | State PA | Sex M |

| Defendant's Street Address 1749 LINCOLN HWY E # 2 | City LANCASTER | State PA | Zip Code 17602 | Primary Phone No. | 2nd Phone No |

| PRIMARY VEHICLE | Veh. Reg. No. ZGR5247 | Reg. Yr. 2016 | State PA | Model Yr. 2001 | Make FORD | Model FORD-EC2 | Style Van | Color White |
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |

| Owner/Lessee or Carrier BARNES-BEY | First Name CYHIENRA | Middle Name J | Suffix |
| Owner Street Address 1749 LINCOLN HWY E # 2 | City LANCASTER | State PA | Zip Code 17602 |

Charge
REGISTRATION AND CERTIFICATE OF TITLE REQUIRED

Nature of Offense
OPERATED VEHICLE WITH PA REGISTRATION EXPIRED MORE THAN 60 DAYS. EXPIRED 05/2016

TITLE 75

| | 87 PA Code | Section 1301 | Subsection A |
| Ref. 49 CFR | | FINE | $75.00 |

| Actual Speed MPH | Posted Speed MPH | Timing Device | Fine Doubled Due To | | E.M.S. | $10.00 |
| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. No | Lab Serv. Requested No | SURCHARGE | $45.00 |
| Comm Veh No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt No | Incident Number | Weather Conditions Rain | COSTS | $39.50 |
| Location ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | | | | | J.C.P./A.T.J | $22.00 |

| Route | Dir. of Travel E | Interstate No | County LANCASTER | Twp-Boro-City LANCASTER TWP | Total Due | $191.50 |
| Speed Timing Device Operator | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None |
| Stopped By Marked | Observed By Marked | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |

Remarks

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code ( 18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

Officer
**OFF  SHIVERS**          E - F I L E D

Officer ID NO.
**39399**

THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number (717) 569-6401

**RIGHTS AND OBLIGATIONS**

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a.  PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
b.  PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
c.  Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
d.  PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us  to make a payment.
OR
e.  PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3716, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:    E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

**INSTRUCTIONS FOR RESPONSE BY MAIL**

If you intend to respond by mail:
1.  Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).
2.  If you PLEAD NOT GUILTY, enclose a check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.
3.  If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.
4.  Your check or money order must be made payable to:

Magisterial District No.  02-2-03          Do Not Send Cash

- - - - - - - - - - - - - - - - Cut across dotted line - - - - - - - - - - - - - - - - -
**MAIL IN PORTION**

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**DL-38 DEFENDANT'S COPY**

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-2-03 |
| MDJ Name: | Honorable Mary Mongiovi Sponaugle |
| Address: | 1351 Elm Avenue<br>Lancaster, PA 17603 |
| Telephone: | 717-299-7898 |

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Docket No:   MJ-02203-TR-0000293-2018
Issued Dt:   02/08/2018

**REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR
FAILURE TO RESPOND TO A CITATION OR SUMMONS
OR PAY FINES AND COSTS IMPOSED**

You have failed to respond to a citation or summons or pay any fines or costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

**THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS**

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0027164-4 | 01/28/2018 | ON WABANK RD 328 FEET NORTH | 75 § 1301 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| REGISTRATION AND CERTIFICATE OF TITLE REQUIRED | $ 191.50    OR | $ 50.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | | |
|---|---|---|---|---|
| 22710312 | ☐ | PA | | |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

| STREET ADDRESS |
|---|
| 1749 Lincoln Hwy E # 2 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 176C2 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| ZGR5247 | PA | 2016 | Ford | Van |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING   ☐ HAZARDOUS MATERIALS   ☐ COMMERCIAL VEHICLE

**SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE**

You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

_No Contract_

February 08, 2018                    *Mary Mongiovi Sponaugle*
Date                                  Magisterial District Judge Mary Mongiovi Sponaugle

INSTRUCTIONS:
1.  This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
    NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-2-03".
2.  You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3.  Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

Exhibit C(1)

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No. 02-2-03

1351 ELM AVE

LANCASTER, PA 17603

(717) 299-7898

**TRAFFIC CITATION**

CITATION NO.

**E0027165-5**

ISSUED    01/28/2018

| Defendant's First Name CYHIENRA | Middle Name J | | Last Name BARNES-BEY | | Suffix | Driver's Number | CDL No | State PA | Sex M |
|---|---|---|---|---|---|---|---|---|---|

| Defendant's Street Address 1749 LINCOLN HWY E # 2 | City LANCASTER | State PA | Zip Code 17602 | | nary Phone No. | 2nd Phone No |

| PRIMARY VEHICLE | Veh. Reg No. ZGR6247 | Reg. Yr. 2016 | State PA | Model Yr. 2001 | Make FORD | Model FORD-EC2 | Van | Color White |
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |

| Owner/Lessee or Carrier BARNES-BEY | First Name CYHIENRA | Middle Name J | Suffix |
|---|---|---|---|

| Owner Street Address 1749 LINCOLN HWY E # 2 | City LANCASTER | State PA | Zip Code 17602 |
|---|---|---|---|

| Charge REQUIRED FINANCIAL RESPONSIBILITY | | | TITLE 75 |
|---|---|---|---|

| Nature of Offense OPERATED A MOTOR VEHICLE WITHOUT THE REQUIRED FINANCIAL RESPONSIBILITY. DEF OPERATD A VEHICLE ON ROADWAY WITHOUT MOTOR VEHICLE INSURANCE. | 67 PA Code | Section 1786 | Subsection F |
| | Ref. 49 CFR | FINE | $300.00 |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | E.M.S. | $10.00 |
| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. No | Lab Serv. Requested No | SURCHARGE | $45.00 |
| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions Rain | COSTS | $0.00 |
| Location ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | | | | | J.C.P./A.T.J | $22.00 |

| Route | Dir. of Travel E | Interstate No | County LANCASTER | | Twp-Boro-City LANCASTER TWP | | Total Due | $377.00 |
| Speed Timing Device Operator | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None |
| Stopped By Marked | Observed By Marked | | Speed Detection Type | | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |

| Remarks |
|---|

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer OFF    SHIVERS | E-FILED | | Officer ID N0. 39398 |
| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number (717) 569-6401 |

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a.  PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.

OR

b.  PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.

OR

c.  Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.

OR

d.  PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

OR

e.  PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).

2. If you fail to appear for trial, the trial may be held in your absence.

3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.

4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.

5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.

6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.

7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.

8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:    E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:

1.  Detach and complete the portion below with your signature on the appropriate plea line (a or b.).

2.  If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.

3.  If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.

4.  Your check or money order must be made payable to:

Magisterial District No.  02-2-03                    **Do Not Send Cash**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Cut across dotted line

## MAIL IN PORTION

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.

Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.

I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

Mail To:

a. I plead NOT GUILTY and request a trial _____

signature

Magisterial District No.  02-2-03

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No. 02-2-03

1351 ELM AVE

LANCASTER, PA 17603

(717) 299-7898



**TRAFFIC CITATION**

CITATION NO.

**E0027165-5**

ISSUED     **01/28/2018**

| Defendant's First Name CYHIENRA | Middle Name J | | Last Name BARNES-BEY | | Suffix | Driver's Number 22710312 | | CDL No | State PA | Sex M |
|---|---|---|---|---|---|---|---|---|---|---|
| Defendant's Street Address 1749 LINCOLN HWY E # 2 | | City LANCASTER | | | State PA | Zip Code 17602 | nary Phone No. | | 2nd Phone No | |

| PRIMARY VEHICLE | Veh. Reg. No. ZGR5247 | Reg. Yr. 2016 | State PA | Model Yr. 2001 | Make FORD | | Model FORD-EC2 | Style Van | | Color White |
|---|---|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | | Style | | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | | Style | | | Color |

| Owner/Lessee or Carrier BARNES-BEY | First Name CYHIENRA | Middle Name J | | Suffix |
|---|---|---|---|---|
| Owner Street Address 1749 LINCOLN HWY E # 2 | City LANCASTER | | State PA | Zip Code 17602 |

| Charge REQUIRED FINANCIAL RESPONSIBILITY | | **TITLE 75** | |
|---|---|---|---|
| Notes OPERATED A MOTOR VEHICLE WITHOUT THE REQUIRED FINANCIAL RESPONSIBILITY. DEF OPERATD A VEHICLE ON ROADWAY WITHOUT VEHICLE INSURANCE. | 67 PA Code | Section **1786** | Subsection F |
| | Ref. 49 CFR | FINE | **$300.00** |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | | E.M.S. | **$10.00** |
|---|---|---|---|---|---|---|---|---|
| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. No | Lab Serv. Requested No | SURCHARGE | **$45.00** |
| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions Rain | COSTS | **$0.00** |
| Location ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | | | | | J.C.P./A.T.J | **$22.00** |

| Route | Dir. of Travel E | Interstate No | County LANCASTER | | Twp-Boro-City LANCASTER TWP | | Total Due | **$377.00** |
|---|---|---|---|---|---|---|---|---|
| Speed Timing Device Operator | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None | |
| Stopped By Marked | Observed By Marked | | Speed Detection Type | | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. | |

| Remarks |
|---|
| |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa C.S. § 4904) relating to unsworn falsification to authorities.

| Officer OFF   SHIVERS | E - F I L E D | Officer ID No. 39398 |
|---|---|---|
| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number (717) 569-6401 |

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a.   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.

OR

b.   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.

OR

c.   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.

OR

d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us  to make a payment.

OR

e.   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).

2. If you fail to appear for trial, the trial may be held in your absence.

3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.

4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified will result in the issuance of a summons.

5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.

6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3716, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident results when in an active work zone, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.

7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.

8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:     E.M.S. - Emergency Medical Services Act

SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506

J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:

1. Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).

2. If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.

3. If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.

4. Your check or money order must be made payable to.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Magisterial District No.   02-2-03                              Do Not Send Cash

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**DL-38 DEFENDANT'S COPY**

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-2-03 |
| MDJ Name: | Honorable Mary  Mongiovi Sponaugle |
| Address: | 1351 Elm Avenue |
| | Lancaster, PA  17603 |
| Telephone: | 717-299-7898 |

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA  17602

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Docket No:  MJ-02203-TR-0000294-2018
Issued Dt:  02/08/2018

—

### REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR FAILURE TO RESPOND TO A CITATION OR SUMMONS OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0027165-5 | 01/28/2018 | ON WABANK RD 328 FEET NORTH ( | 75 § 1786 §§ F |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | | IF TRIAL REQUESTED |
|---|---|---|---|
| REQUIRED FINANCIAL RESPONSIBILITY | $ 377.00 | OR | $ 385.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | | |
|---|---|---|---|---|
| 22710312 | ☐ | PA | | |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | |

STREET ADDRESS
1749 Lincoln Hwy E # 2

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17602 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| ZGR5247 | PA | 2016 | Ford | Van |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING   ☐ HAZARDOUS MATERIALS   ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at **http://ujsportal.pacourts.us** to make a payment.

February 08, 2018
_____
Date

*Mary Mongiovi Sponaugle*
_____
Magisterial District Judge Mary Mongiovi Sponaugle

INSTRUCTIONS:
1.   This violation may be disposed of without a trial by paying the fine and costs shown above.  Payment of fine and costs prescribed is a plea of guilty.
     NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-2-03".
2.   You are entitled to a trial.  If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty.  You will be notified of a trial date.  If you do not appear, your security will be forfeited.
3.   Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

Exhibit B(1)

| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | | | | Color | |
|---|---|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | | Color | |

| Owner/Lessee or Carrier | | First Name | | Middle Name | | |
|---|---|---|---|---|---|---|
| BARNES-BEY | | CYHIENRA | | J | | Suffix |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 |

**Charge**
OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION    **TITLE 75**

| Nature of Offense | | 67 PA Code | Section | Subsection |
|---|---|---|---|---|
| OPERATED VEHICLE WITHOUT A CERTIFIED INSPECTION DISPLAYED ON VEHICLE. | | | 4703 | A |
| | | Ref. 49 CFR | FINE | |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | | E.M.S. | $10.00 |
|---|---|---|---|---|---|---|---|---|

| Offense Date | Time | Day | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. | Lab Serv. Requested | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|
| 01/28/2018 | 13:22 | Sunday | | | No | No | | |

| Comm. Veh. | HazMat | Juvenile | Parents Notified | Accident Rpt. | Incident Number | Weather Conditions | COSTS | $0.00 |
|---|---|---|---|---|---|---|---|---|
| No | No | No | No | No | | Rain | | |

| Location | | | | J.C.P./A.T.J | $22.00 |
|---|---|---|---|---|---|
| ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | | | |

| Route | Dir. of Travel | Interstate | County | | Twp-Boro-City | |
|---|---|---|---|---|---|---|
| | E | No | LANCASTER | | LANCASTER TWP | **Total Due** |

| Speed Timing Device Operator | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity |
|---|---|---|---|---|---|---|---|
| | | | | | | | None |

| Stopped By | Observed By | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |
|---|---|---|---|---|---|
| Marked | Marked | | | | |

| Remarks |
|---|
| |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer | | | Officer ID NO. |
|---|---|---|---|
| OFF   SHIVERS | | E - F I L E D | 39398 |

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number | Phone Number |
|---|---|---|---|
| | | PA0360800 | (717) 569-6401 |

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a.   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
b.   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting collateral for your appearance as the Magisterial District Judge shall require.
OR
c.   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at  http://ujsportal.pacourts.us  to make a payment.
OR
e.   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:      E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:
1.   Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).
2.   If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.
3.   If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.
4.   Your check or money order must be made payable to:

**Magisterial District No.   02-2-03**                     **Do Not Send Cash**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
✂ Cut across dotted line
**MAIL IN PORTION**
Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

a. I plead NOT GUILTY and request a trial _____          Mail To:
                                        signature
                                                                       Magisterial District No.  02-2-03
b. I plead GUILTY _____                              1351 ELM AVE
                        signature                                      LANCASTER, PA 17603
CYHIENRA         J              BARNES-BEY

OFF    SHIVERS                  01/28/2018          Car #                        E0027166-6

02-14-2018

EXhibit A(2)

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No. 02-2-03

1351 ELM AVE
LANCASTER, PA 17603

(717) 299-7898



**TRAFFIC CITATION**

CITATION NO.
**E0027166-6**

ISSUED   01/28/2018

| Defendant's First Name CYHIENRA | Middle Name J | Last Name BARNES-BEY | Suffix | Driver's Number 22710312 | | CDL No | State PA | Sex M |
|---|---|---|---|---|---|---|---|---|
| Defendant's Street Address 1749 LINCOLN HWY E # 2 | City LANCASTER | | State PA | Zip Code 17602 | ary Phone No. | 2nd Phone No | | |

| PRIMARY VEHICLE | Veh. Reg. No. ZGR8247 | Reg. Yr 2016 | State PA | Model Yr. 2001 | Make FORD | | Model FORD-EC2 | Van | Color White |
|---|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | | Style | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | | Style | | Color |

| Owner/Lessee or Carrier BARNES-BEY | | First Name CYHIENRA | | Middle Name J | | | Suffix |
|---|---|---|---|---|---|---|---|
| Owner Street Address 1749 LINCOLN HWY E # 2 | | City LANCASTER | | | | State PA | Zip Code 17602 |

Charge
**OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION**

| Nature of Offense **OPERATED VEHICLE WITHOUT A CERTIFIED INSPECTION DISPLAYED ON VEHICLE.** | | | | | | 67 PA Code | TITLE 75 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Section 4703 | Subsection A |
| | | | | | | Ref. 49 CFR | FINE | |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | | E.M.S. | $10.00 |
|---|---|---|---|---|---|---|---|---|
| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | | Vehicle Weight lbs. | Permitted Weight lbs | Filed on Info. Rec'd No | Lab Serv. Requested No | SURCHARGE $45.00 |
| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions Rain | | COSTS $0.00 |
| Location ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | | | | | | J.C.P./A.T.J $22.00 |

| Route | Dir. of Travel E | Interstate No | County LANCASTER | | Twp-Boro-City LANCASTER TWP | | Total Due | |
|---|---|---|---|---|---|---|---|---|
| Speed Timing Device Operator | | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None |
| Stopped By Marked | Observed By Marked | | Speed Detection Type | | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. | |

Remarks

verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904
f the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer OFF   SHIVERS | E-FILED | Officer ID NO. 39398 |
|---|---|---|
| HIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 |
| | | Phone Number (717) 569-6401 |

**RIGHTS AND OBLIGATIONS**

This citation will be filed with the magisterial district judge whose address appears above.

. Within ten (10) days of the receipt of this citation, you must

.  PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total
ue plus $8.00 of the offense charged is under the Vehicle Code, or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.

PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.

PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified,
by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.
OR
PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are
arged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).
If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the
uance of a summons or a warrant for your arrest.
OR
If you plead guilty or are found guilty of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371,
41, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident
ort is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.
If you are found guilty by the Magisterial District Judge, or you plead guilty and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common
eas.
If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the
ove address or telephone number. We are unable to provide transportation.

Explanation of Terms:    E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

**INSTRUCTIONS FOR RESPONSE BY MAIL**

u intend to respond by mail,
Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).
f you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified
check or money order for collateral  must be in the amount of $50.00  You will be notified by mail of your trial date.
If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due
result in the issuance of a warrant for your arrest.
Your check or money order must be made payable to

Magisterial District No.   02-2-03        Do Not Send Cash

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**DL-38 DEFENDANT'S COPY**

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-2-03 |
| MDJ Name: | Honorable Mary Mongiovi Sponaugle |
| Address: | 1351 Elm Avenue Lancaster, PA 17603 |
| Telephone: | 717-299-7898 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Docket No:    MJ-02203-TR-0000295-2018
Issued Dt:    02/08/2018

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR FAILURE TO RESPOND TO A CITATION OR SUMMONS OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0027166-6 | 01/28/2018 | ON WABANK RD 328 FEET NORTH | 75 § 4703 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION | $100.00 OR | $ 50.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE |
|---|---|---|
| 22710312 | ☐ | PA |

| LAST NAME | FIRST NAME | | |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

STREET ADDRESS
1749 Lincoln Hwy E # 2

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17602 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| ZGR5247 | PA | 2016 | Ford | Van |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING ☐ HAZARDOUS MATERIALS ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

February 08, 2018
_____
Date

*Mary Mongiovi Sponaugle*
_____
Magisterial District Judge Mary Mongiovi Sponaugle

INSTRUCTIONS:
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-2-03".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

Exhibit A(1)

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**DL-38 DEFENDANT'S COPY**

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

| Mag. Dist. No: | MDJ-02-2-03 |
|---|---|
| MDJ Name: | Honorable Mary Mongiovi Sponaugle |
| Address: | 1351 Elm Avenue Lancaster, PA 17603 |
| Telephone: | 717-299-7898 |

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Docket No: MJ-02203-TR-0000293-2018
Issued Dt: 02/08/2018

---

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR FAILURE TO RESPOND TO A CITATION OR SUMMONS OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines or costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. E 0027164-4 | DATE OF VIOLATION 01/28/2018 | LOCATION OF VIOLATION ON WABANK RD 328 FEET NORTH ( | CHARGE, SECTION AND SUBSECTION VIOLATED 75 § 1301 §§ A |
|---|---|---|---|

| DESCRIPTION OF VIOLATION REGISTRATION AND CERTIFICATE OF TITLE REQUIRED | FINE, COSTS AND RESTITUTION $ 191.50   OR | IF TRIAL REQUESTED $ 50.00 |
|---|---|---|

| DRIVERS LICENSE NUMBER 22710312 | CDL ☐ | STATE PA | |
|---|---|---|---|

| LAST NAME Barnes-Bey | FIRST NAME Cyhienra | MI J. | SEX Male |
|---|---|---|---|

| STREET ADDRESS 1749 Lincoln Hwy E # 2 | | | |
|---|---|---|---|

| CITY Lancaster | STATE PA | ZIP CODE 17602 | |
|---|---|---|---|

| REGISTRATION NO. ZGR5247 | STATE PA | REG. YEAR 2016 | MAKE Ford | VEHICLE TYPE Van |
|---|---|---|---|---|

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING   ☐ HAZARDOUS MATERIALS   ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

February 08, 2018
Date

*Mary Mongiovi Sponaugle*
Magisterial District Judge Mary Mongiovi Sponaugle

**INSTRUCTIONS:**
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-2-03".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

1

| Charge | | | | | LANCASTER | | | PA | 117602 |
|---|---|---|---|---|---|---|---|---|---|
| REGISTRATION AND CERTIFICATE OF TITLE REQUIRED | | | | | | | | TITLE 75 | |
| Nature of Offense | | | | | | 67 PA Code | | Section 1301 | Subsection A |
| OPERATED VEHICLE WITH PA REGISTRATION EXPIRED MORE THAN 60 DAYS. EXPIRED 05/2016 | | | | | | Ref. 49 CFR | | FINE | $75.00 |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | | | E.M.S. | $10.00 |
|---|---|---|---|---|---|---|---|---|---|
| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. No | | Lab Serv. Requested No | SURCHARGE | $45.00 |
| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions Rain | | COSTS | $39.50 |
| Location ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | | | | | | J.C.P./A.T.J | $22.00 |

| Route OFF | Dir. of Travel E | Interstate No | County LANCASTER | | Twp-Boro-City LANCASTER TWP | | | Total Due | $191.50 |
|---|---|---|---|---|---|---|---|---|---|
| Speed Timing Device Operator | | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None | |
| Stopped By Marked | Observed By Marked | | Speed Detection Type | | Station Equip. Tested | | Date Equip. Tested | Speed Equip. Serial No. | |
| Remarks | | | | | | | | | |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer OFF    SHIVERS | E-FILED | Officer ID NO. 39398 |
|---|---|---|

THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number (717) 569-6401

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a. PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
b. PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
c. Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
d. PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://uisportal.pacourts.us to make a payment.
OR
e. PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:   E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:
1. Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).
2. If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.
3. If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.
4. Your check or money order must be made payable to:

Magisterial District No.   02-2-03                              Do Not Send Cash

- - - - - - - - - - - - - - - - - - - - - - - - - - ✂ Cut across dotted line - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAIL IN PORTION

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

Mail To:
I plead NOT GUILTY and request a trial _____
                                        signature
I plead GUILTY _____            Magisterial District No.   02-2-03
                  signature                 1351 ELM AVE
YHIENRA       J        BARNES-BEY          LANCASTER, PA 176__

F    SHIVERS
        01/28/2018            Car #                                    E0027164-4

Exhibit C(2)

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**DL-38 DEFENDANT'S COPY**

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-2-03 |
| MDJ Name: | Honorable Mary Mongiovi Sponaugle |
| Address: | 1351 Elm Avenue |
| | Lancaster, PA 17603 |
| Telephone: | 717-299-7898 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Docket No: MJ-02203-TR-0000294-2018
Issued Dt: 02/08/2018

### REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR
### FAILURE TO RESPOND TO A CITATION OR SUMMONS
### OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines or costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0027165-5 | 01/28/2018 | ON WABANK RD 328 FEET NORTH | 75 § 1786 §§ F |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| REQUIRED FINANCIAL RESPONSIBILITY | $ 377.00 OR | $ 385.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | | |
|---|---|---|---|---|
| 22710312 | ☐ | PA | | |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | |

| STREET ADDRESS |
|---|
| 1749 Lincoln Hwy E # 2 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17602 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| ZGR5247 | PA | 2016 | Ford | Van |

| OFFENSE OCCURED WHILE DRIVING/TRANSPORTING | ☐ HAZARDOUS MATERIALS | ☐ COMMERCIAL VEHICLE |
|---|---|---|

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

February 08, 2018
Date

*Mary Mongiovi Sponaugle*
Magisterial District Judge Mary Mongiovi Sponaugle

INSTRUCTIONS:
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-2-03".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

COMMONWEALTH OF PENNSYLVANIA

CITATION NO.

**E0027165-5**

Magisterial District No.   02-2-03

1351 ELM AVE

LANCASTER, PA  17603

(717) 299-7898

## TRAFFIC CITATION

ISSUED     01/28/2018

| Defendant's First Name | Middle Name | | Last Name | | Suffix | Driver's Number | CDL | State | Sex |
|---|---|---|---|---|---|---|---|---|---|
| CYHIENRA | J | | BARNES-BEY | | | 22710312 | No | PA | M |

| Defendant's Street Address | | City | | State | Zip Code | Primary Phone No. | 2nd Phone No |
|---|---|---|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | | LANCASTER | | PA | 17602 | | |

| PRIMARY VEHICLE | Veh. Reg No. | Reg. Yr. | State | Model Yr. | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|
| | ZGR5247 | 2016 | PA | 2001 | FORD | FORD-ECZ | Van | White |

| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
|---|---|---|---|---|---|---|---|---|

| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
|---|---|---|---|---|---|---|---|---|

| Owner/Lessee or Carrier | First Name | Middle Name | Suffix |
|---|---|---|---|
| BARNES-BEY | CYHIENRA | J | |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 |

**Charge**
REQUIRED FINANCIAL RESPONSIBILITY                                                                   TITLE 75

| Nature of Offense | 67 PA Code | Section | Subsection |
|---|---|---|---|
| OPERATED A MOTOR VEHICLE WITHOUT THE REQUIRED FINANCIAL RESPONSIBILITY. DEF OPERATD A VEHICLE ON ROADWAY WITHOUT INSURANCE. | | 1786 | F |
| | Ref. 49 CFR | FINE | $300.00 |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | E.M.S. | $10.00 |
|---|---|---|---|---|---|

| Offense Date | Time | Day | Vehicle Weight | Permitted Weight | Filed on Info. Rec'd. | Lab Serv. Requested | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|
| 01/28/2018 | 13:22 | Sunday | lbs. | lbs. | No | No | | |

| Comm. Veh. | HazMat | Juvenile | Parents Notified | Accident Rpt. | Incident Number | Weather Conditions | COSTS | $0.00 |
|---|---|---|---|---|---|---|---|---|
| No | No | No | No | No | | Rain | | |

| Location | J.C.P./A.T.J | $22.00 |
|---|---|---|
| ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | |

| Route | Dir. of Travel | Interstate | County | | Twp-Boro-City | | Total Due | $377.00 |
|---|---|---|---|---|---|---|---|---|
| | E | No | LANCASTER | | LANCASTER TWP | | | |

| Speed Timing Device Operator | Miles Followed | Miles Timed | Secs. Timed | Special Activity |
|---|---|---|---|---|
| | | | | None |

| Stopped By | Observed By | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |
|---|---|---|---|---|---|
| Marked | Marked | | | | |

| Remarks |
|---|
| |

I verify the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer | | E-FILED | Officer ID NO. |
|---|---|---|---|
| OFF   SHIVERS | | | 39398 |

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number | Phone Number |
|---|---|---|---|
| | | PA0360800 | (717) 569-6401 |

## RIGHTS AND OBLIGATIONS
This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a.   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR

b.   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR

c.   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR

d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.
OR

e.   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).

2. If you fail to appear for trial, the trial may be held in your absence.

3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.

4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.

5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.

6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.

7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.

8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:     E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:

1. Detach and complete the portion below with your signature on the appropriate plea line.
2. If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.
3. If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.
4. Your check or money order must be made payable to:

Magisterial District No.   02-2-03                    Do Not Send Cash

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Cut across dotted line
## MAIL IN PORTION
Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

a. I plead NOT GUILTY and request a trial _____                                          Mail To:
signature                             Magisterial District No.   02-2-03

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**DL-38 DEFENDANT'S COPY**

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-2-03 |
| MDJ Name: | Honorable Mary Mongiovi Sponaugle |
| Address: | 1351 Elm Avenue |
| | Lancaster, PA 17603 |
| Telephone: | 717-299-7898 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Docket No: MJ-02203-TR-0000295-2018
Issued Dt: 02/08/2018

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR
## FAILURE TO RESPOND TO A CITATION OR SUMMONS
## OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0027166-6 | 01/28/2018 | ON WABANK RD 328 FEET NORTH ( | 75 § 4703 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION | $100.00 OR | $ 50.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | | |
|---|---|---|---|---|
| 22710312 | ☐ | PA | | |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

| STREET ADDRESS | | | |
|---|---|---|---|
| 1749 Lincoln Hwy E # 2 | | | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17602 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| ZGR5247 | PA | 2016 | Ford | Van |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING ☐ HAZARDOUS MATERIALS ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

February 08, 2018
_____
Date

*Mary Mongiovi Sponaugle*
_____
Magisterial District Judge Mary Mongiovi Sponaugle

INSTRUCTIONS:
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-2-03".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

1

| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |

| Owner/Lessee or Carrier | First Name | | Middle Name | | Suffix |
|---|---|---|---|---|---|
| BARNES-BEY | CYHIENRA | | J | | |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 |

| Charge | | | |
|---|---|---|---|
| OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION | | | TITLE 75 |

| Nature of Offense | | 67 PA Code | Section | Subsection |
|---|---|---|---|---|
| OPERATED VEHICLE WITHOUT A CERTIFIED INSPECTION DISPLAYED ON VEHICLE. | | | 4703 | A |
| | | Ref. 49 CFR | FINE | |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | E.M.S. | $10.00 |
|---|---|---|---|---|---|---|

| Offense Date | Time | Day | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. | Lab Serv. Requested | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|
| 01/28/2018 | 13:22 | Sunday | | | No | No | | |

| Comm. Veh. | HazMat | Juvenile | Parents Notified | Accident Rpt. | Incident Number | Weather Conditions | COSTS | $0.00 |
|---|---|---|---|---|---|---|---|---|
| No | No | No | No | No | | Rain | | |

| Location | | J.C.P./A.T.J | $22.00 |
|---|---|---|---|
| ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | |

| Route | Dir. of Travel | Interstate | County | | Twp-Boro-City | | Total Due |
|---|---|---|---|---|---|---|---|
| | E | No | LANCASTER | | LANCASTER TWP | | |

| Speed Timing Device Operator | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None |
|---|---|---|---|---|---|

| Stopped By | Observed By | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |
|---|---|---|---|---|---|
| Marked | Marked | | | | |

| Remarks |
|---|
| |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer | | | Officer ID N0. |
|---|---|---|---|
| OFF SHIVERS | E - F I L E D | | 39398 |

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number (717) 569-6401 |
|---|---|---|---|

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

. Within ten (10) days of the receipt of this citation, you must:

. PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
. PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
. Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
. PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.
OR
. PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).
If you fail to appear for trial, the trial may be held in your absence.
If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 1341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.
If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:    E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

you intend to respond by mail:
Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).
If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified r check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.
If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due y result in the issuance of a warrant for your arrest.
Your check or money order must be made payable to:

Magisterial District No.  02-2-03          Do Not Send Cash

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Cut across dotted line

### MAIL IN PORTION

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

lead NOT GUILTY and request a trial _____                                        Mail To:
                                    signature
                                                                    Magisterial District No.  02-2-03
lead GUILTY _____                                        1351 ELM AVE
                                    signature                       LANCASTER, PA 17603
IENRA        J              BARNES-BEY

    SHIVERS                     01/28/2018          Car #                                E0027166-6

Exhibit A(2)

# SHERIFF'S OFFICE OF LANCASTER COUNTY



**Christopher Leppler**
*Sheriff*

**Christopher Riggs**
*Chief Deputy*

**Michael Armer**
*Lieutenant*

**Brad Harris**
*Solicitor*

FINAL NOTICE

Cyhienra Jub Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

# FINAL NOTICE OF ARREST WARRANT

February 22, 2018

THIS IS YOUR FINAL NOTICE.

BE ADVISED THAT OUR OFFICE HAS RECEIVED A WARRANT FOR YOUR ARREST. THIS WARRANT ORIGINATED FROM THE MAGISTERIAL DISTRICT COURT LISTED BELOW.

YOU ARE REQUIRED TO ACT NOW BY CONTACTING THE MAGISTERIAL DISTRICT JUDGE BELOW TO ADDRESS THIS WARRANT. FAILURE TO DO SO WILL RESULT IN YOUR ARREST AND POSSIBLE INCARCERATION IN THE LANCASTER COUNTY PRISON.

PLEASE DO NOT SEND ANY MONEY TO THE SHERIFF'S OFFICE. YOU MUST PAY IN PERSON AT THE MAGISTERIAL DISTRICT OFFICE LISTED BELOW.

**Warrant Details**

| | |
|---|---|
| **Case:** | MJ-02203-TR-0000295-2018 |
| **Type:** | Traffic |
| **Issued:** | 02/21/2018 |
| **Reason:** | Fail to Respond (Bench Warrant) |

**District Court:   02-2-03**

Mary Mongiovi Sponaugle, Esq.

(717) 299-7898

1351 Elm Avenue
Lancaster, PA 17603-4632

RESPECTFULLY,

CHRISTOPHER LEPPLER
SHERIFF OF LANCASTER COUNTY

LANCASTER COUNTY COURTHOUSE
50 NORTH DUKE STREET, P.O. BOX 83480
LANCASTER, PA 17608
(717) 723-4929

# SHERIFF'S OFFICE OF LANCASTER COUNTY

**Christopher Leppler**
*Sheriff*

**Christopher Riggs**
*Chief Deputy*



**Michael Armer**
*Lieutenant*

**Brad Harris**
*Solicitor*

FINAL NOTICE

Cyhienra Jub Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

## FINAL NOTICE OF ARREST WARRANT

February 22, 2018

THIS IS YOUR FINAL NOTICE.

BE ADVISED THAT OUR OFFICE HAS RECEIVED A WARRANT FOR YOUR ARREST. THIS WARRANT ORIGINATED FROM THE MAGISTERIAL DISTRICT COURT LISTED BELOW.

YOU ARE REQUIRED TO ACT NOW BY CONTACTING THE MAGISTERIAL DISTRICT JUDGE BELOW TO ADDRESS THIS WARRANT. FAILURE TO DO SO WILL RESULT IN YOUR ARREST AND POSSIBLE INCARCERATION IN THE LANCASTER COUNTY PRISON.

PLEASE DO NOT SEND ANY MONEY TO THE SHERIFF'S OFFICE. YOU MUST PAY IN PERSON AT THE MAGISTERIAL DISTRICT OFFICE LISTED BELOW.

| **Warrant Details** | | **District Court:** 02-2-03 |
|---|---|---|
| **Case:** | MJ-02203-TR-0000294-2018 | Mary Mongiovi Sponaugle, Esq. |
| **Type:** | Traffic | (717) 299-7898 |
| **Issued:** | 02/21/2018 | 1351 Elm Avenue |
| **Reason:** | Fail to Respond (Bench Warrant) | Lancaster, PA 17603-4632 |

RESPECTFULLY,

CHRISTOPHER LEPPLER
SHERIFF OF LANCASTER COUNTY

LANCASTER COUNTY COURTHOUSE
50 NORTH DUKE STREET, P.O. BOX 83480
LANCASTER, PA 17608
(717) 723-4929

   

Salvation                                    Allah                                                        Unity

THE UNITED STATES OF ASIATIC STATES OF NORTH AMERICA GOVERNMENT NORTHWEST AFRICA.
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
MOORISH SCIENCE TEMPLE
GRAND MAJOR TEMPLE # 1 952 79TH STREET CHICAGO ILLINOIS
SUBORDINATE TEMPLE UNITY TEMPLE #16
MOORISH AMERICAN SOCIETY FREE ASIATIC STATE
SHACK AMAXON
GRAND SHEIK VIZAR OFFICE
BRO.BARNES BEY, CYHIENRA JUBA
GOVENORS VIZAR OFFICE
BRO. BARNES-BEY, CYHIENRA JUBA
CHAIRMANS VIZAR OFFICE
SIS. PETERS EL, MICHELLE ALIMATOU

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL- NOTICE TO PRINCIPAL IS NOTICE TO THE AGENT

CHALLENGE OF JURISDICTION

|  |  |
|---|---|
| Sponaugle. Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE, MINISTERIAL OFFICER, FOR THE FOREIGN EROPEAN OCCUPATIONAL TRADING CORPORATE COMPANY uSA FOREIGN TO THE DEJURE U.S.A. AN AMERICAN STATE OF THE CONTINENTAL ORGANZATIONAL STATE OF THE AMERICAN STATE.<br><br>        Plaintiff,<br><br>        vs<br><br>CyhienRa N Bey Authorized Representative Sui Juris in Propria Personia for King Juba and Ruth The Moabite Trust: Barnes- Bey, CyhienRa. | Case No.: 003<br><br>AFFADAVIT OF FACT OF TRUTH<br><br>NUNC PRO TUNC<br><br>WRIT OFCERTIORARI |

RE:    GROSS ERROR IN JUDGEMNET
        MINISTERIAL OFFICER MOVED WITH
        OUT ADDRESSING CHALLENGE OF JURISDICTION
        PERSONAM, TERITORIUM, SUBJECT MATTERAND
        IN REM, A VIOLATION OF THE CONSTITUTION FOR THE
        UNITED STATES FOR AMERICA AND THE FREE
        NATIONAL CONSTITUTION OF PENNSYLVANIA.
        TITLE 246 CHAPTER 300 RULE 302(VENUE)

RE:     United States Postal Service Certified Mail
       **# 7017 1450 0001 2347 45563 Exhibit A**
       United States Postal Service Return Receipt Request
       **# 9590 9402 3427 7275 0679 90 Exhibit B**
       Product Tracking and Reporting
       **Signature 1of 3 Exhibit C**

WRIT OF - 1
DIPLOMATIC CORESPONDENCE, RELATIONS ACT 761.03, ENVOY OF THE U.S.A.S
VIENNA CONFERENCE ARTICLE 14    HEADS OF STATES ENVOY

C   Exhibits : A-1  4of 4 pages

⑦

Salvation                          Allah                                    Unity

**RE: Docket Number "MJ-02203-TR-0000295-2018, MJ-TR-0000294-2018, MJ-TR-0000293-2018**

**RE: Averment of Jurisdiction Quo Warranto dated.**

**COMES NOW,** Special appearance not  submission to the court in order within the bounds of the law, not to be adjudicated upon, but merely to clear a matter up, Natural Person, In Propria Persona, Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another).I AM, Bro. C. Neter Bey Trustee, authorized Representative for king Juba and Ruth the Moabite trust and Head of State, Bro. Barnes-Bey, CyhienRa GS/ Governor of the Moorish Science Temple of America Unity Temple No. 16 Subordinate Temple of the Grand Majors Temple No. 1, a Religious and Civic Ecclesiastic Islamic Body Politic Organization Moorish Science Temple of America Temple Number 16, Moorish Divine and National Movement of the World. Our Authority 10105905 Corporation Religious Affidavit of Organization Form 1099, State of Illinois, County of Cook, 19218 Aug 1 P: M 2:52 Salomes Jaonwskic). I come before you in Special Closed Venue, I have sensitive information to disclose, which may cause a public uproar and I do not want to disrespect the court. I am a member and represent members of the Moorish American Society of Moorish American Moslems (HJR 75 April 17th, 1933, Adopted, to take on our Moorish American Titles of El, Bey, Ali).

**Substantive Point 1 Jurisdiction Title 246 Chapter 300 Rule 302 (Venue) Rule 314 (Appearance not being a waiver of venue)**

Whereas a Notarized Affirmed Affidavit was postdated on 02/20/2018 United States Postal service 1 Day Domestic, Certified, Return Receipt Request (See Exhibit) and was presented before Sponaugle, Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE Ministerial Officer 02 02 03, Was presented with a series of substantive points that were to be addressed point for point. She was allotted ten days (10) to answer such question.  One of the substantive points to

WRIT OF - 2

DIPLOMATIC CORESPONDENCE, RELATIONS ACT 761.03, ENVOY OF THE U.S.A.S
VIENNA CONFERENCE ARTICLE 14    HEADS OF STATES ENVOY

be addressed was Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered. See, **McNutt v. General Motors Acceptance Corp., 298 U.S. 178 (1936). MAXFIELD v. LEVY, 4 U.S. 330 (1797), 4 U.S. 330 (Dall.) 2 Dall. 381 2 U.S. 381 1 L.Ed. 424.**

**Whereas** Sponaugle, Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE Ministerial Officer  02 02 03, Proceeded in error and this request has not been Honored – Sponaugle, Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE Ministerial Officer  is aware of a Jurisdictional challenge to her Authority and is obliged to raise Sua Sponte ( on her own motion) because Tribunal is  without proper jurisdiction and cannot proceed at all, but can only note the Jurisdictional Defect and dismiss the  case **Capron v. Van Norden 2 Cranch 6 U.S 126,2 led 229)** (All claims, petitions, suits, fillings with any third party corporations regarding said credit history be dismissed with prejudice and expunged .

Whereas on 02/08 Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE Ministerial Officer 02 2 03 correspondence was received via Pitney Bowes Meter Stamp without canceled U.S. Postal Stamp. Form was titled DL-38 DEFFENDANTS COPY FOR FAILURE TO RESPOND, in which Affiant returned to issuer with NO Contract Affixed along with a 3-cent stamp monetizing the document placing it under the jurisdiction of the United Postal Union.

Whereas on 02/26/2018, Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE Ministerial Officer 02 2 03 moved in gross error when altered the documents of the original E-files :
E 0027166-6, E 0027166-5, E 0027166-4, documents and resending them to the mailing address, she then proceeded and unlawfully plead for Affiant, who is Su Juris in Propia Persona, Foreign to her jurisdictional reach.

WRIT OF - 3
DIPLOMATIC CORESPONDENCE, RELATIONS ACT 761.03, ENVOY OF THE U.S.A.S
VIENNA CONFERENCE ARTICLE 14    HEADS OF STATES ENVOY



**Substantive Point 2 Defective Writ**

Whereas on 2/21/2018 Sponaugle, Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE

Ministerial Officer 02 02 03, issued a defective writ   Proceeding Affiant in Pro Se without the

explicit consent of the Affiant without Jurisdiction being determined if tribunal is competent to

hear subject matter, in which she does not, the conveyance in questions is private property of a

foreign express trust foreign to the jurisdiction to USA.

Whereas on 3/21/2018 Sponaugle, Mary Mongiovi DBA MARY MONGIOVI SPONAUGLE

Ministerial Officer 02 02 03, issued a defective writ grossly in error, proceeding with a trial with

out addressing challenge of subject, territorium and personam and in rem  jurisdiction via Quo

Warranto. *"If a court grants relief, which under the circumstances it hasn't any authority to*

*grant, its judgment is to that extent void."* **(1 Freeman on Judgments, 120c.)** *"A void judgment*

*is no judgment at all and is without legal effect."* **(Jordon v. Gilligan, 500 F.2d 701, 710 (6th**

**Cir. 1974)** *"a court must vacate any judgment entered in excess of its jurisdiction."* **(Lubben v.**

**Selective Service System Local Bd. No. 27, 453 F.2d 645 (1st Cir. 1972.**


*"A void judgment does not create any binding obligation. Federal decisions addressing void*

*state court judgments (Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L ed 370.)"*

*"An order that exceeds the jurisdiction of the court, is void, or voidable, and can be attacked in*

*any proceeding in any court where the validity of the judgment comes into issue. (See Rose v.*

Himely (1808) 4 Cranch 241, 2 L ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565;

Thompson v. Whitman (1873) 18 Wall 457, 21 l ED 897; Windsor v. McVeigh (1876) 93 US

274, 23 L ed 914; McDonald v. Mabee (1917) 243 US 90, 37 Sct 343, 61 L ed 608.  U.S. v.

Holtzman, 762 F.2d 720 (9th Cir. 1985)

**Substantive Point Three Default Letter Issued**

On March 19 2018 a Default letter was sent to Sponaugle, Mary Mongiovi DBA MARY
MONGIOVI SPONAUGLE Ministerial Officer 02 02 03, for failure to respond to Affidavit of
Truh Quo Warranto Nature of Discovery that was sent via U.S Postal Service Certified Return
Receipt 1351 Elm Street Lancaster Pennsylvani

WRIT OF - 4
    DIPLOMATIC CORESPONDENCE, RELATIONS ACT 761.03, ENVOY OF THE U.S.A.S
        VIENNA CONFERENCE ARTICLE 14    HEADS OF STATES ENVOY



Salvation                    Allah                                    Unity

Board Of Trustees:

I am: 

CyhienRa N. Bey, (Trustee) Authorize Representative of
King Juba and Ruth. The Moabite Trust (Foreign   Express
Trust)
Natural Person, In Propria Persona:
Re: Barnes-Bey, CyhienRa Juba
Ens Legis: CYHIENRA JUBA BARNES – BEY
All Rights Reserved without Prejudice or Recourse
Trustees Assume No liability in any capacity for Trust what
so ever.

I am: 

Alimatou N. El, (Trustee) Authorize Representative of
King Juba and Ruth. The Moabite Trust (Foreign Express
Trust)
Natural Person, In Propria Persona:
Re: Barnes-Bey, CyhienRa Juba,
Ens Legis: CYHIENRA JUBA BARNES-BEY
All Rights Reserved without Prejudice or Recourse
Trustees Assume No liability in any capacity for Trust what so ever

WRIT OF - 5

DIPLOMATIC CORESPONDENCE, RELATIONS ACT 761.03, ENVOY OF THE U.S.A.S
VIENNA CONFERENCE ARTICLE 14   HEADS OF STATES ENVOY



⑦

Salvation                          Allah                                          Unity



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER PENNSYLVANIA
NOTARY

Notice

Using a notary on this document does not constitute and adhesion, nor does it alter my status in any manner, the purpose for notary Is verification and identification only and not for entrance into any foreign jurisdiction.

Testimonial

I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.4904, relating to unsworn falsification to authorities.

Jurat

Date: 4/16, 20 18

(AFFIRMED) AND SUBSCRIBED BEFORE ME
THIS 16 th DAY OF April, 2018

Marilyn Lopez
Signature of official before whom affidavit was made

Notary
Title of officer

My commission expires on 12/23 20 19

Commonwealth of Pennsylvania – Notary Seal
Marilyn Lopez, Notary Public
Lancaster County
My commission expires December 23, 2019
Commission number 1295330

Board of Trustees Corporate Soul Foreign Private Trust King Juba and Ruth Moabite Trust

I am:

CyhienRa N.Bey, (Trustee)Authorize Representative
Natural Person, In Propria Persona:
Re: Barnes•Bey, CyhienRa
Ens Legis: CYHIENRA JUBA BARNES-BEY
All Rights Reserved without Prejudice or Recourse
Trustees Assume No Liability for trust in any  capacity what so ever.

I am:

Alimatou N. El, (Trustee)Authorize Representative
Natural Person, In Propria Persona:
Re: Barnes-Bey, CyhienRa
Ens Legis: CYHIENRA JUBA BARNES-BEY
All Rights Reserved without Prejudice or Recourse
Trustees Assume No Liability for trust in any capacity what so ever.

Trustees Moorish Science Temple (SHEIKS)

I am:

Bro. Barnes•Bey, C. Grand Sheik / Governor
United States of Asiatic States
Autonomous Moorish American Society, Asiatic State Shackamaxon Subordinate Temple #16
Of the Grand Major Temple #1
932 79th Street Chicago Illinois

I am:

Sis. Peters•El, M. Sheik/ Chairman
United States of Asiatic States
Autonomous Moorish American Society, Asiatic State Shackamaxon Subordinate Temple #16
Of the Grand Major Temple #1 Chicago Illinois
932 79th Street Chicago Illinois

WRIT OF - 6

DIPLOMATIC CORESPONDENCE, RELATIONS ACT 761.03, ENVOY OF THE U.S.A.S
VIENNA CONFERENCE ARTICLE 14    HEADS OF STATES ENVOY

⑦

OFFICE OF THE
# DISTRICT ATTORNEY OF LANCASTER COUNTY

TELEPHONE
**717-299-8100**

FAX
**717-295-3693**



LANCASTER COUNTY COURTHOUSE
50 NORTH DUKE STREET
PO BOX 83480
LANCASTER, PA 17608-3480

CRAIG W. STEDMAN
DISTRICT ATTORNEY

October 04, 2018

Cyhienra J. Barnes-Bey
PO Box 8606
Lancaster, PA 17604

> Commonwealth of Pennsylvania vs.
> Cyhienra J. Barnes-Bey
> Docket Number: CP-36-SA-0000128-2018
> Charge:
> 1: Oper Veh W/O Req'd Financ Resp
> 1: Operat Veh W/O Valid Inspect
> 1: Dr Unregist Veh

    You are hereby notified that a hearing in the above case will be held before a Judge of the Court of Common Pleas of Lancaster County, Criminal Division on **Wednesday, October 17, 2018 at 9:00 am** in **Courtroom 3 (3rd Floor)** at the Lancaster County Courthouse, 50 North Duke St., Lancaster, Pennsylvania at which time and place you are required to be present.

<u>**As of January 1, 2017, you may not bring cell phones or other electronic devices into the Lancaster County Courthouse.**</u>

    If you do not appear, your appeal may be dismissed, resulting in forfeiture of any fines and costs which you may have advanced. In the alternative, trial may be held in your absence. If such a re-hearing results in a finding of guilty, the penalty imposed may exceed that penalty imposed by a District Justice, when the Court deems it appropriate to do so.

<u>**Please arrive 15 minutes prior to the time of the hearing.**</u>

Very truly yours,

OFFICE OF THE DISTRICT ATTORNEY

cc: File

OFFICE OF THE
# DISTRICT ATTORNEY OF LANCASTER COUNTY

TELEPHONE
**717-299-8100**

FAX
**717-295-3693**



CRAIG W. STEDMAN
DISTRICT ATTORNEY

LANCASTER COUNTY COURTHOUSE
50 NORTH DUKE STREET
PO BOX 83480
LANCASTER, PA 17608-3480

August 31, 2018

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Commonwealth of Pennsylvania vs.
Cyhienra J. Barnes-Bey
Docket Number: CP-36-SA-0000128-2018
Charge:
1: Oper Veh W/O Req'd Financ Resp
1: Operat Veh W/O Valid Inspect
1: Dr Unregist Veh

You are hereby notified that a hearing in the above case will be held before a Judge of the Court of Common Pleas of Lancaster County, Criminal Division on **Wednesday, October 03, 2018 at 9:00 am** in **Courtroom 10 (4th Floor)** at the Lancaster County Courthouse, 50 North Duke St., Lancaster, Pennsylvania at which time and place you are required to be present.

<u>**As of January 1, 2017, you may not bring cell phones or other electronic devices into the Lancaster County Courthouse.**</u>

If you do not appear, your appeal may be dismissed, resulting in forfeiture of any fines and costs which you may have advanced. In the alternative, trial may be held in your absence. If such a re-hearing results in a finding of guilty, the penalty imposed may exceed that penalty imposed by a District Justice, when the Court deems it appropriate to do so.

<u>**Please arrive 15 minutes prior to the time of the hearing.**</u>

Very truly yours,

OFFICE OF THE DISTRICT ATTORNEY

cc: File

ISLAM 

UNITY 

*Duplicate*

**Meeting Hours**
Friday Afternoon, 7:30 to 9pm Sunday from 2 to 4:00pm
**"We are Uplifting Fallen Humanity"**

*UNITY TEMPLE NO. 6 LANCASTER, PA*

# Moorish Science Temple of America
## Grand-Major Temple

### Prophet Noble Drew Ali, Founder

**Home Office: 932 E. 79th St. Chicago Illinois 60619**

To whom this matter may Concern:

Re:Affidavit of Truth

Re: CP-36-SA-OOOO128-2018

Re:" Adviszandum", "Curia adviaria vult" Side Bench, Private matter to be heard in Judges quarters for sensitive information.

**Comes Now,** Special Restricted Appearance, not in subjection to admiralty or maritime jurisdictions within the bounds or the law, not to be adjudicated upon, but merely to clear matters up. I, Sheik Bro. Barnes Bey, CyhienRa, Grand Sheik/ Magistrate (Vizar) Representative of the Moorish Divine and National Movement in North America is a Moorish-American Moslem a member of the Moorish Science Temple Unity Temple No.16 Subordinated Temple with the extened Jurisdiction of the Grand Major Temple No. 1 932 79th Street Chicago Illinois  he  has taken his (Shahada) declaration of faith as a Moslem and is under the Divine Laws (Shari-ah.)

The Moorish Science Temple, Moorish Divine and Notional Movement in North America Founded by the Holy and Divine Prophet  in 1913 Incorporated Nov. 26 1926 and then Registered in the County of Cook Chicago Illinois Corporation of Religious Organization 1928  August 1 P.M 2:52 is a lawfully charterd Religious Organization deriving its powers and authority from the Great Koran of Mohammed to propagate the faith and extend the leanring and truth of the Great Prophet of Ali in America. Act 2 of our Divine Constitution and By-laws statesAs a member she is duty bound to perseve these holy and divine laws.

The Moorish Science Temple Moorish Divine and National Movement in North America is an International Ecclesiastical Govermental Islamic Body Politic (Free  Islamic Asiatic State).

We the Moorish Science Temple, Moorish Divine and National Movement in North America are a Private Organizationa and are requesting Advizandum in this matter also known as Curia adviaria vult to discus the particulars in the Judges quarters.

In Honour,

CLERK OF COURTS
2018 JUL 11 AM 8:56
LANCASTER COUNTY, PA

Sheik Barnes Bey, C. J , Grand Sheik/ Magestrate  Subordinate Temple Unity Temple No. 16  of the Grand Major Temple #1 932 79ᵗʰ Street Chicago Illinois

Signature: _____

Sheik Sis Peters El, Michelle A.N/ Chairman/ Assistant Magistrate Subordinate Temple Unity Temple No. 16 of the Grand Major Temple No. 1 932 79ᵗʰ Street Chicago Illinoise

Signature: _____

Date:     07/11/ 2018

Affixed Seals:

OFFICE OF THE DISTRICT ATTORNEY
PO BOX 83480
50 NORTH DUKE STREET
LANCASTER, PA 17608-3480



**9314 8699 0430 0051 4382 07**

RETURN RECEIPT (ELECTRONIC)

Total Postage: $5.63

CYHIENRA J. BARNES-BEY
PO BOX 8606
LANCASTER, PA 17604-8606

Reference Number: SA-128-2018

Commonwealth of Pennsylvania
Court of Common Pleas
County of Lancaster
2nd Judicial District



**Itemized Account of Fines, Costs, Fees, and Restitution**

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

---

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/O Bro C Barnes-Bey, Grand Sheik, Grand Gov.,
O.D.M.
P.O. Box 8606
Lancaster, PA 17604

Docket No:     CP-36-SA-0000128-2018

**Assessments to be paid by Cyhienra J. Barnes-Bey**

**Costs/Fees**

| Description | Distribution Account | Assessment Balance |
|---|---|---|
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $10.00 |
| Miscellaneous Issuances | CTY | $18.00 |
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $10.00 |
| Miscellaneous Issuances | CTY | $18.00 |
| Sheriff Cost - Summary - 6411AB1211 (Lancaster) | LANCASTER COUNTY | $2.00 |
| Summary Appeal Filing - 6444AB1211 (Lancaster) | LANCASTER COUNTY | $0.00 |
| Hearing Costs | CTY | $8.00 |
| ATJ | COMM - ATJ | $6.00 |
| PA Transportation Trust Surcharge | COMM - PA TRANSPORTATION TRUST FUN | $45.00 |
| Clerk of Court Auto Fee-Costs 6593AAB1211 (Lan) | LANCASTER COUNTY | $5.00 |
| CAT/MCARE/General Fund | COMM - MCARE | $45.00 |
| County Court Cost (Act 204 of 1976) | CTY | $22.00 |
| Judicial Computer Project | COMM - JCP | $8.00 |
| DA Cost - Summary - 6411AB1211 (Lancaster) | LANCASTER COUNTY | $10.00 |
| Prosecution Cost - 6411AB1211 (Lancaster) | LANCASTER COUNTY | $5.00 |
| State Court Costs (Act 204 of 1976) | COMM - COST | $8.75 |
| JCPS | COMM - JCPS | $21.25 |
| Clerk of Court Auto Fee-Filing-6593AAB1211 (Lan) | LANCASTER COUNTY | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | COMM - CST1 | $8.75 |
| OAG - JCP | COMM - OAG | $2.50 |
| CJES | COMM - CJES | $2.50 |
| CAT/MCARE/General Fund | COMM - MCARE | $45.00 |
| Clerk Cost - Summary - 6411AB1211 (Lancaster) | LANCASTER COUNTY | $27.50 |
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $10.00 |
| DA Administration Fee - 6421AB130019021 (Lan) | LANCASTER COUNTY | $25.00 |
| Miscellaneous Issuances | CTY | $18.00 |
| | | **$381.25** |

**Fines**

| Description | Distribution Account | Assessment Balance |
|---|---|---|
| Title 75, Motor Vehicle (Motor License Fund) | MC | $150.00 |
| Title 75, Motor Vehicle (Motor License Fund) | COMM - MLF | $12.50 |
| Title 75, Motor Vehicle (Motor License Fund) | COMM - MLF | $37.50 |
| Title 75, Motor Vehicle (Motor License Fund) | MC | $12.50 |
| Title 75, Motor Vehicle (Motor License Fund) | MC | $37.50 |

Court of Common Pleas - Lancaster County
Lancaster County Courthouse
50 North Duke Street
P.O. Box 83480

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us/epay* to make a payment and learn more.

CPCMS 2123
Printed: 10/25/2018  2:53:03PM

1



FREE INTERPRETER
www.pacourts.us/language-rights

Summary Appeal Dkt. No. _1898-2018_

Defendant _Cahienra S. Barnes-Bey_

Citation No _E 0089164-4_

Citation No _E 0089165-5_

Citation No _E 0089166-6_

Summary Hearing Held _____

Date _____

Judge _____

D.A.\SOL. _____

Def. Atty. _____

Reporter _____

Clerk _____

Bench Warrant Issued _____   Bench Warrant Dismissed _____
Bail Forfeited _____   Bail Reinstated _____

COUNT: _1_   OFFENSE _Dr Unreg Veh_ _____ Nol Pros _____ Merges with _____
Committed: ____yr ____mo ____days ____hrs TO ____yr ____mo ____days
Probation: ____yr ____mo ____days ____hrs   Serve At LCP ____ SCI ____
FINE _75_ & Costs ___   CONC (cc) _____
RESTITUTION _____   CONS (cs) _____

Appeal Sustained \ Charges Dismissed \ Officer Failed to Show   RULE 462 C _____
Appeal Dismissed \ DJ Sentence Reinstated \ Deft. Failed to Show   RULE 462 D _____
Defendant W/D Appeal \ DJ Sentence Reinstated   RULE 462 E _____
Deft. Found (RULE 462 F) ____ Guilty _____   Not Guilty _____

COUNT: _2_   OFFENSE _Co Veh w/o Fin Resp_ _____ Nol Pros _____ Merges with _____
Committed: ____yr ____mo ____days ____hrs TO ____yr ____mo ____days
Probation: ____yr ____mo ____days ____hrs   Serve At LCP ____ SCI ____
FINE _300_ & Costs ___   CONC (cc) _____
RESTITUTION _____   CONS (cs) _____

Appeal Sustained \ Charges Dismissed \ Officer Failed to Show   RULE 462 C _____
Appeal Dismissed \ DJ Sentence Reinstated \ Deft. Failed to Show   RULE 462 D _____
Defendant W/D Appeal \ DJ Sentence Reinstated   RULE 462 E _____
Deft. Found (RULE 462 F) ____ Guilty _____   Not Guilty _____

COUNT: _3_   OFFENSE _Dr Veh w/o Insp_ _____ Nol Pros _____ Merges with _____
Committed: ____yr ____mo ____days ____hrs TO ____yr ____mo ____days
Probation: ____yr ____mo ____days ____hrs   Serve At LCP ____ SCI ____
FINE _25_ & Costs ___   CONC (cc) _____
RESTITUTION _____   CONS (cs) _____

Appeal Sustained \ Charges Dismissed \ Officer Failed to Show   RULE 462 C _____
Appeal Dismissed \ DJ Sentence Reinstated \ Deft. Failed to Show   RULE 462 D _____
Defendant W/D Appeal \ DJ Sentence Reinstated   RULE 462 E _____
Deft. Found (RULE 462 F) ____ Guilty _____   Not Guilty _____

Conditions: _____
_____
_7/4/18 cost+  10/2/18 cost+_

Prepared by: _____   Judge: _____
Clerk                                               J.

rev. 10/29/03

COC-0005

**Commonwealth of Pennsylvania**
v.
**Cyhienra J. Barnes-Bey**

**Itemized Account of Fines, Costs, Fees, and Restitution**

Docket No: CP-36-SA-0000128-2018

**Assessments to be paid by Cyhienra J. Barnes-Bey**

Title 75, Motor Vehicle (Motor License Fund)

MAKE CHECKS PAYABLE TO
LANCASTER CO. BUREAU OF COLLECTIONS

| Distribution Account | Assessment Balance |
|---|---|
| COMM - MLF | $150.00 |
| | **$400.00** |

Balance Due:                          **$781.25**

I hereby certify that as of the date indicated below Cyhienra J. Barnes-Bey is indebted to the County of Lancaster for the sum of $781.25 which is the balance due of all fines, costs, fees, and restitution that have accrued as of this date in the above-captioned case. You are obligated to notify the Clerk of Courts Office within 48 hours of any address change.  Failure to change your address could result in additional cost being assessed to your account.

**View your case on-line at ujsportal.pacourts.us**

Original Case Balance: **$830.25**

_____          _____
Date                                                    (Signature of Issuing Authority)

Court of Common Pleas - Lancaster County
Lancaster County Courthouse
50 North Duke Street
P.O. Box 83480

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us/epay* to make a payment and learn more.

CPCMS 2123
Printed: 10/30/2018  1:26:47PM

2



FREE INTERPRETER
www.pacourts.us/language-rights

# COURT OF COMMON PLEAS OF LANCASTER COUNTY

**Adult Probation and Parole Services**
**Office of Administrative Services**
**Collections Enforcement Unit**



| Brett I. Cole | Mark J. Wilson | Teri Miller-Landon |
|---|---|---|
| **Deputy Chief** | **Chief** | **Deputy Chief** |
| **Office of Supervision Services** | | **Office of Administrative Services** |

## PAYMENT NOTICE

Date:        11/21/2018

Client:      Cyhienra J. Barnes-Bey

Address:    728 NEW Holland Ave
            Lancaster PA 17602

Re:          FINES AND COSTS INFORMATION #: CP-36-SA-0000128-2018

Our records indicate that you have failed to make payments per Court order. Therefore you are directed to remit:

<u>$781.25 by 12/21/2018</u>

Failure to comply with this notice will result in further action.

<u>**Failure to comply with this notice may result in contempt of court and the following sanctions may apply:
violation of probation/parole, suspension of driver's license, reported to the credit bureau, reported to a
collections agency resulting in a 25% increase in your balance, issuance of a bench warrant, and
incarceration.**</u>

Payments are to be made in person or via mail to:

APPS/COLLECTIONS ENFORCEMENT UNIT          BUREAU OF COLLECTIONS
40 E. KING ST.                             P.O. BOX 83480
LANCASTER, PA 17602                        LANCASTER, PA 17608-3480

Payments may also be made online. Please visit https://ujsportal.pacourts.us

\* \* \* CHANGES IN ADDRESS AND/OR EMPLOYMENT MUST BE REPORTED WITHIN 72 HOURS \* \* \*

Any questions relating to this notice should be directed to **(717) 824-8539**

**Andy Wagner**
**Collections Enforcement Unit**
**Adult Probation and Parole Services**
**Monday - Friday 8:30 am - 5:00 pm**

SALVATION                          OUR GOD                          UNITY

# Affidavit of Appearance as Amicus Curie in Proceedings

**Rabi' I 1438, 11/14/2018**

*SA-0000398-2018*

Sheik  C, Barnes Bey,  Governor, Magistrate and Divine Minister, Disciple agent for Prophet

Noble Drew Ali, Successors and Heirs in Trust in (PENNSYLVANIA), a Moorish Divine and

National Movement of the Moorish Science Temple of America, a corporation and Adept

Moorish Legal Consul  Representative.


Sheik C. Barnes Bey Governor and Divine Minister has been endowed with wisdom of

the said government, is in pursuant of Title 28 U.S. Code Section 2242 in manner of "Amicus

Curie;" *Moorish Legal Counsel Representatives* in accordance with Rubrics and Conventional

International Law as prescribed in Article Six, Clause Two of the Constitution of the United

Stated of America....Treaty of Peace and Friendship Morocco and United States of America of

1786, Articles 20 and 21 being the Supreme Law.



In Peace and Friendship,

Sheik Barnes Bey Governor, Magistrate

*Holy Seal:*



CLERK OF COURTS
2018 NOV 14  PM 12: 16
LANCASTER COUNTY, PA

Holy and Divine Prophet Noble Drew Ali The Founder and Uniting of the Moorish Science Temple
Supreme Head

DIPLOMATIC CORESPONDENCE, RELATIONS ACT 761.03, ENVOY OF THE U.S.A.S
VIENNA CONFERENCE ARTICLE 14  HEADS OF STATES

7

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**Summary Trial Notice**

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike |
| | Lancaster, PA  17601 |
| Telephone: | 717-569-8774 |

Cyhienra J. Barnes-Bey
728 NEW Holland Ave
Lancaster, PA  17602

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

| | |
|---|---|
| Docket No: | MJ-02102-TR-0004836-2018 |
| Case Filed: | 9/18/2018 |
| Comp/Cit #: | E 0033561-3 |

| Charge(s) |
|---|
| 75 § 1543 §§ A (Lead)        DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED |

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Monday, October 15, 2018** | Place: Magisterial District Court 02-1-02,  Lancaster |
|---|---|
| | 2205 Oregon Pike |
| Time: **10:30 AM** | Lancaster, PA  17601 |
| | 717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s).  The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney.  You have the right to have any witnesses present.  It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution.  You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

September 28, 2018                  

Date                                   Magisterial District Judge Miller

**This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.**

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**Summary Trial Notice**

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
728 NEW Holland Ave
Lancaster, PA 17602

Docket No:   MJ-02102-TR-0004834-2018
Case Filed:  9/18/2018
Comp/Cit #:  E 0033528-5

| Charge(s) |
|---|
| 75 § 1786 §§ F (Lead)    REQUIRED FINANCIAL RESPONSIBILITY |

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| | |
|---|---|
| **Date: Monday, October 15, 2018**<br><br>**Time: 10:30 AM** | Place:  Magisterial District Court 02-1-02,  Lancaster<br>2205 Oregon Pike<br>Lancaster, PA 17601<br>717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s).  The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney.  You have the right to have any witnesses present.  It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution.  You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

September 28, 2018
_____
Date

_____
Magisterial District Judge Miller

**This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.**

MDJS 308
Printed: 09/28/2018 3:26:38PM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753



**Summary Trial Notice**

,MONWEALTH OF PENNSYLVANIA
JNTY OF LANCASTER

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike |
| | Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Cyhienra J. Barnes-Bey
728 NEW Holland Ave
Lancaster, PA 17602

| | |
|---|---|
| Docket No: | MJ-02102-TR-0004833-2018 |
| Case Filed: | 9/18/2018 |
| Comp/Cit #: | E 0033527-4 |

**Charge(s)**

75 § 1301§§ A (Lead)    REGISTRATION AND CERTIFICATE OF TITLE REQUIRED

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Monday, October 15, 2018** | Place:  Magisterial District Court 02-1-02,  Lancaster |
|---|---|
| Time: **10:30 AM** | 2205 Oregon Pike |
| | Lancaster, PA 17601 |
| | 717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution. You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.

Should you fail to appear for your summary trial, a warrant may be issued for your arrest.



September 28, 2018
Date

Magisterial District Judge Miller

**This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.**

MDJS 308
Printed: 09/28/2018  3:26:38PM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

OFFICE OF THE
# DISTRICT ATTORNEY OF LANCASTER COUNTY

TELEPHONE
**717-299-8100**

FAX
**717-295-3693**



CRAIG W. STEDMAN
DISTRICT ATTORNEY

LANCASTER COUNTY COURTHOUSE
50 NORTH DUKE STREET
PO BOX 83480
LANCASTER, PA 17608-3480

August 31, 2018

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Commonwealth of Pennsylvania vs.
Cyhienra J. Barnes-Bey
Docket Number: CP-36-SA-0000128-2018
Charge:
1: Oper Veh W/O Req'd Financ Resp
1: Operat Veh W/O Valid Inspect
1: Dr Unregist Veh

You are hereby notified that a hearing in the above case will be held before a Judge of the Court of Common Pleas of Lancaster County, Criminal Division on **Wednesday, October 03, 2018 at 9:00 am** in **Courtroom 10 (4th Floor)** at the Lancaster County Courthouse, 50 North Duke St., Lancaster, Pennsylvania at which time and place you are required to be present.

**As of January 1, 2017, you may not bring cell phones or other electronic devices into the Lancaster County Courthouse.**

If you do not appear, your appeal may be dismissed, resulting in forfeiture of any fines and costs which you may have advanced. In the alternative, trial may be held in your absence. If such a re-hearing results in a finding of guilty, the penalty imposed may exceed that penalty imposed by a District Justice, when the Court deems it appropriate to do so.

**Please arrive 15 minutes prior to the time of the hearing.**

Very truly yours,

OFFICE OF THE DISTRICT ATTORNEY

cc: File

OFFICE OF THE
# DISTRICT ATTORNEY OF LANCASTER COUNTY

TELEPHONE
717-299-8100

FAX
717-295-3693



LANCASTER COUNTY COURTHOUSE
50 NORTH DUKE STREET
PO BOX 83480
LANCASTER, PA 17608-3480

CRAIG W. STEDMAN
DISTRICT ATTORNEY

October 04, 2018

Cyhienra J. Barnes-Bey
PO Box 8606
Lancaster, PA 17604

Commonwealth of Pennsylvania vs.
Cyhienra J. Barnes-Bey
Docket Number: CP-36-SA-0000128-2018
Charge:
1: Oper Veh W/O Req'd Financ Resp
1: Operat Veh W/O Valid Inspect
1: Dr Unregist Veh

     You are hereby notified that a hearing in the above case will be held before a Judge of the Court of Common Pleas of Lancaster County, Criminal Division on **Wednesday, October 17, 2018 at 9:00 am** in **Courtroom 3 (3rd Floor)** at the Lancaster County Courthouse, 50 North Duke St., Lancaster, Pennsylvania at which time and place you are required to be present.

     <u>**As of January 1, 2017, you may not bring cell phones or other electronic devices into the Lancaster County Courthouse.**</u>

     If you do not appear, your appeal may be dismissed, resulting in forfeiture of any fines and costs which you may have advanced. In the alternative, trial may be held in your absence. If such a re-hearing results in a finding of guilty, the penalty imposed may exceed that penalty imposed by a District Justice, when the Court deems it appropriate to do so.

<u>**Please arrive 15 minutes prior to the time of the hearing.**</u>

Very truly yours,

OFFICE OF THE DISTRICT ATTORNEY

cc: File

OFFICE OF THE DISTRICT ATTORNEY
PO BOX 83480
50 NORTH DUKE STREET
LANCASTER, PA 17608-3480



9314 8699 0430 0051 4382 07

RETURN RECEIPT (ELECTRONIC)

Total Postage: $5.63

CYHIENRA J. BARNES-BEY
PO BOX 8606
LANCASTER, PA 17604-8606

Reference Number: SA-128-2018

| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | | Color |
|---|---|---|---|---|---|---|---|
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | Color |

| Owner/Lessee or Carrier | First Name | Middle Name | Suffix |
|---|---|---|---|
| BARNES-BEY | CYHIENRA | J | |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 |

**Charge**
**OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION** | **TITLE 75**

| Nature of Offense | | | |
|---|---|---|---|
| OPERATED VEHICLE WITHOUT A CERTIFIED INSPECTION DISPLAYED ON VEHICLE. | 67 PA Code | Section 4703 | Subsection A |

| | # | Ref. 49 CFR | FINE |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | E.M.S. | $10.00 |
|---|---|---|---|---|---|---|

| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. No | Lab Serv. Requested No | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|

| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions Rain | COSTS | $0.00 |
|---|---|---|---|---|---|---|---|---|

| Location | | |
|---|---|---|
| ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | J.C.P./A.T.J | $22.00 |

| Route | Dir. of Travel E | Interstate No | County LANCASTER | Twp-Boro-City LANCASTER TWP | Total Due |
|---|---|---|---|---|---|

| Speed Timing Device Operator | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None |
|---|---|---|---|---|---|---|

| Stopped By Marked | Observed By Marked | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |
|---|---|---|---|---|---|

**Remarks**

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer | | | Officer ID N0. |
|---|---|---|---|
| OFF   SHIVERS | E - F I L E D | | 39398 |

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number (717) 569-6401 |
|---|---|---|---|

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:
a.   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
b.   PLEAD NOT GUILTY by appearing before the proper Magisterial Distnct Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
c.   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us  to make a payment.
OR
e.   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:   E.M.S. – Emergency Medical Services Act
SURCHARGE – Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. – Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:
1.   Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).
2.   If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.
3.   If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.
4.   Your check or money order must be made payable to:

| Magisterial District No.  02-2-03 | Do Not Send Cash |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - Cut across dotted line - - - - - - - - - - - - - - - - - - - - - - - - -

## MAIL IN PORTION

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

a. I plead NOT GUILTY and request a trial _____
                                                    signature

b. I plead GUILTY _____
                          signature

CYHIENRA          J          BARNES-BEY

Mail To:

Magisterial District No.  02-2-03
1351 ELM AVE
LANCASTER, PA 17603

OFF   SHIVERS          01/28/2018          Car#

E0027166-6

02-14-2018

Exhibit A(2)

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No.  02-2-03

**1351 ELM AVE**
**LANCASTER, PA  17603**
(717) 299-7898



**TRAFFIC CITATION**

CITATION NO.

**E0027166-6**

ISSUED     **01/28/2018**

| Defendant's First Name **CYHIENRA** | Middle Name **J** | | Last Name **BARNES-BEY** | | Suffix | Driver's Number **22710312** | | CDL **No** | State **PA** | Sex **M** |
|---|---|---|---|---|---|---|---|---|---|---|

| Defendant's Street Address **1749 LINCOLN HWY E # 2** | | City **LANCASTER** | | State **PA** | Zip Code **17602** | Primary Phone No. | | 2nd Phone No |
|---|---|---|---|---|---|---|---|---|

| PRIMARY VEHICLE | Veh. Reg. No. **ZGR5247** | Reg. Yr **2016** | State **PA** | Model Yr. **2001** | Make **FORD** | | Model **FORD-EC2** | Style **Van** | | | Color |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | | | Style | | | Color **White** |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | | | Style | | | Color |

| Owner/Lessee or Carrier **BARNES-BEY** | | First Name **CYHIENRA** | | Middle Name **J** | | Suffix |
|---|---|---|---|---|---|---|

| Owner Street Address **1749 LINCOLN HWY E # 2** | City **LANCASTER** | | State **PA** | Zip Code **17602** |
|---|---|---|---|---|

**Charge**
OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION

| Nature of Offense **OPERATED VEHICLE WITHOUT A CERTIFIED INSPECTION DISPLAYED ON VEHICLE.** | | **TITLE 75** | |
|---|---|---|---|
| 67 PA Code | Section **4703** | Subsection **A** |
| | Ref. 49 CFR | FINE |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | | | E.M.S. | **$10.00** |
|---|---|---|---|---|---|---|---|---|---|
| Offense Date **01/28/2018** | Time **13:22** | Day **Sunday** | Vehicle Weight lbs. | Permitted Weight lbs | Filed on Info. Rec'd **No** | Lab Serv. Requested **No** | | SURCHARGE **$45.00** |
| Comm. Veh. **No** | HazMat **No** | Juvenile **No** | Parents Notified **No** | Accident Rpt. **No** | Incident Number | Weather Conditions **Rain** | | COSTS **$0.00** |
| Location **ON WABANK RD 328 FEET NORTH OF LEFEVER AVE** | | | | | | | | J.C.P./A.T.J **$22.00** |

| Route | Dir. of Travel **E** | Interstate **No** | County **LANCASTER** | | Twp-Boro-City **LANCASTER TWP** | | | |
|---|---|---|---|---|---|---|---|---|
| Speed Timing Device Operator | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity **None** | Total Due |
| Stopped By **Marked** | Observed By **Marked** | | Speed Detection Type | | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. | |
| Remarks | | | | | | | | |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer **OFF     SHIVERS** | E - F I L E D | Officer ID NO. **39398** |
|---|---|---|

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number **PA0360800** | Phone Number **(717) 569-6401** |
|---|---|---|---|

**RIGHTS AND OBLIGATIONS**

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

   a.  PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code, or it the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
   b.  PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
   c.  Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
   d.  PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at  http://ujsportal.pacourts.us  to make a payment.
OR
   e.  PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of  75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).

2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S § 1501, a violation of 75 Pa.C.S § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:     E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

**INSTRUCTIONS FOR RESPONSE BY MAIL**

If you intend to respond by mail:
1. Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).
2. If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.
3. If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.
4. Your check or money order must be made payable to:

Magisterial District No.  02-2-03                    Do Not Send Cash

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



## DL-38 DEFENDANT'S COPY

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-2-03 |
| MDJ Name: | Honorable Mary  Mongiovi Sponaugle |
| Address: | 1351 Elm Avenue |
| | Lancaster, PA  17603 |
| Telephone: | 717-299-7898 |

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA  17602

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Docket No:   MJ-02203-TR-0000295-2018
Issued Dt:   02/08/2018

### REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR
### FAILURE TO RESPOND TO A CITATION OR SUMMONS
### OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0027166-6 | 01/28/2018 | ON WABANK RD 328 FEET NORTH | 75 § 4703 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION | $100.00   or | $ 50.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | DATE OF BIRTH |
|---|---|---|---|
| 22710312 | ☐ | PA | 05/22/1969 |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

STREET ADDRESS
1749 Lincoln Hwy E # 2

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17602 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| ZGR5247 | PA | 2016 | Ford | Van |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING    ☐ HAZARDOUS MATERIALS    ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

February 08, 2018
Date

*Mary Mongiovi Sponaugle*
Magisterial District Judge Mary Mongiovi Sponaugle

INSTRUCTIONS:
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-2-03".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

1

Exhibit A(1)

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No.  02-2-03

1351 ELM AVE

LANCASTER, PA  17603

(717) 299-7898

**TRAFFIC CITATION**

CITATION NO.

E0027165-5

ISSUED   01/28/2018

| Defendant's First Name CYHIENRA | Middle Name J | Last Name BARNES-BEY | | Suffix | Driver's Number 22710312 | CDL No | State PA | Sex M |
|---|---|---|---|---|---|---|---|---|

| Defendant's Street Address 1749 LINCOLN HWY E # 2 | City LANCASTER | State PA | Zip Code 17602 | ry Phone No. | 2nd Phone No |
|---|---|---|---|---|---|

| PRIMARY VEHICLE | Veh. Reg. No. ZGR5247 | Reg. Yr. 2016 | State PA | Model Yr. 2001 | Make FORD | Model FORD-EC2 | Style Van | Color White |
|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |

| Owner/Lessee or Carrier BARNES-BEY | | First Name CYHIENRA | Middle Name J | | Suffix |
|---|---|---|---|---|---|
| Owner Street Address 1749 LINCOLN HWY E # 2 | | City LANCASTER | | State PA | Zip Code 17602 |

Charge
REQUIRED FINANCIAL RESPONSIBILITY                    TITLE 75

| Nature of Offense OPERATED A MOTOR VEHICLE WITHOUT THE REQUIRED FINANCIAL RESPONSIBILITY. DEF OPERATD A VEHICLE ON ROADWAY WITHOUT VEHICLE INSURANCE. | 67 PA Code | Section 1786 | Subsection F |
|---|---|---|---|
| | Ref. 49 CFR | FINE | $300.00 |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | E.M.S. | $10.00 |
|---|---|---|---|---|---|---|---|
| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. No | Lab Serv. Requested No | SURCHARGE | $45.00 |
| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions Rain | COSTS | $0.00 |
| Location ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | | | | | J.C.P./A.T.J | $22.00 |

| Route | Dir. of Travel E | Interstate No | County LANCASTER | | Twp-Boro-City LANCASTER TWP | | Total Due | $377.00 |
|---|---|---|---|---|---|---|---|---|
| Speed Timing Device Operator | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None | |
| Stopped By Marked | Observed By Marked | | Speed Detection Type | | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. | |

Remarks

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer OFF   SHIVERS | E - F I L E D | Officer ID NO. 39398 |
|---|---|---|

**THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE**  | MANHEIM TOWNSHIP POLICE DEPARTMENT

| ORI Number PA0360800 | Phone Number (717) 569-6401 |

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a.   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.

OR

b.   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.

OR

c.   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.

OR

d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us  to make a payment.

OR

e.   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).

2. If you fail to appear for trial, the trial may be held in your absence.

3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.

4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.

5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.

6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1601, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.

7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.

8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide counsel.

Explanation of Terms:      E.M.S. - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa.C.S. § 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:

1.   Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).

2.   If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.

3.   If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.

4.   Your check or money order must be made payable to:

Magisterial District No.  02-2-03                    **Do Not Send Cash**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
✂ Cut across dotted line

## MAIL IN PORTION

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations. Further, I represent that I make this plea knowingly, voluntarily, and intelligently.

a. I plead NOT GUILTY and request a trial _____                    Mail To:

signature                    Magisterial District No.  02-2-03

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No.  02-2-03

1351 ELM AVE

LANCASTER, PA 17603

(717) 299-7898

**TRAFFIC CITATION**

CITATION NO.

**E0027165-5**

ISSUED    01/28/2018

| Defendant's First Name | Middle Name | Last Name | Suffix | Driver's Number | CDL | State | Sex |
|---|---|---|---|---|---|---|---|
| CYHIENRA | J | BARNES-BEY | | 22710312 | No | PA | M |

| Defendant's Street Address | City | | State | Zip Code | imary Phone No. | 2nd Phone No |
|---|---|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | | PA | 17602 | | |

| PRIMARY VEHICLE | Veh. Reg. No. | Reg. Yr. | State | Model Yr. | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|
| | ZGR5247 | 2016 | PA | 2001 | FORD | FORD-EC2 | Va. | White |

| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Owner/Lessee or Carrier | First Name | Middle Name | Suffix |
|---|---|---|---|
| BARNES-BEY | CYHIENRA | J | |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 |

| Charge | | TITLE 75 |
|---|---|---|
| REQUIRED FINANCIAL RESPONSIBILITY | | |

| Offense | 67 PA Code | Section | Subsection |
|---|---|---|---|
| OPERATED A MOTOR VEHICLE WITHOUT THE REQUIRED FINANCIAL RESPONSIBILITY. DEF OPERATD A VEHICLE ON ROADWAY WITHOUT VEHICLE INSURANCE. | | 1786 | F |
| | Ref. 49 CFR | FINE | $300.00 |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | | | E.M.S. | $10.00 |
|---|---|---|---|---|---|---|---|---|

| Offense Date 01/28/2018 | Time 13:22 | Day Sunday | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. No | Lab Serv. Requested No | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|

| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions Rain | COSTS | $0.00 |
|---|---|---|---|---|---|---|---|---|

| Location | | J.C.P./A.T.J | $22.00 |
|---|---|---|---|
| ON WABANK RD 328 FEET NORTH OF LEFEVER AVE | | | |

| Route | Dir. of Travel E | Interstate No | County LANCASTER | Twp-Boro-City LANCASTER TWP | Total Due | $377.00 |
|---|---|---|---|---|---|---|

| Speed Timing Device Operator | | | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity None |
|---|---|---|---|---|---|---|---|---|

| Stopped By Marked | Observed By Marked | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |
|---|---|---|---|---|---|

Remarks

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

| Officer | | Officer ID NO. |
|---|---|---|
| OFF   SHIVERS | E-FILED | 39398 |

THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE

| MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number (717) 569-6401 |
|---|---|---|

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation, you must:

a.   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.

OR

b.   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.

OR

c.   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.

d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us  to make a payment.

OR

e.   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. § 1543(b) (Driving while operating privilege is suspended or revoked).

2. If you fail to appear for trial, the trial may be held in your absence.

3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.

4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.

5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.

6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S. §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S. § 3362 when occurring in an active work zone.

7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.

8. If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number. We are unable to provide transportation.

Explanation of Terms:    E.M.S. = Emergency Medical Services Act

SURCHARGE = Funds are distributed pursuant to 75 Pa.C.S. § 6506

J.C.P /A.T.J = Judicial Computer Project/Access to Justice

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail:

1. Detach and complete the portion below with your signature on the appropriate plea line (a. or b.).

2. If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs. If the Total Due is not specified your check or money order for collateral must be in the amount of $50.00. You will be notified by mail of your trial date.

3. If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation. Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest.

4. Your check or money order must be made payable to:

Magisterial District No.  02-2-03          Do Not Send Cash

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**DL-38 DEFENDANT'S COPY**

| Mag. Dist. No: | MDJ-02-2-03 |
|---|---|
| MDJ Name: | Honorable Mary  Mongiovi Sponaugle |
| Address: | 1351 Elm Avenue |
| | Lancaster, PA  17603 |
| Telephone: | 717-299-7898 |

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA  17602

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Docket No:   MJ-02203-TR-0000294-2018
Issued Dt:   02/08/2018

### REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR FAILURE TO RESPOND TO A CITATION OR SUMMONS OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | | CHARGE, SECTION AND SUBSECTION VIOLATED | |
|---|---|---|---|---|---|
| E 0027165-5 | 01/28/2018 | ON WABANK RD 328 FEET NORTH | | 75 § 1786 §§ F | |
| DESCRIPTION OF VIOLATION | | | | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
| REQUIRED FINANCIAL RESPONSIBILITY | | | | $ 377.00 OR | $ 385.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | | | |
|---|---|---|---|---|---|
| 22710312 | ☐ | PA | | | |
| LAST NAME | | FIRST NAME | | MI | SEX |
| Barnes-Bey | | Cyhienra | | J. | |
| STREET ADDRESS | | | | | |
| 1749 Lincoln Hwy E # 2 | | | | | |
| CITY | | STATE | | ZIP CODE | |
| Lancaster | | PA | | 17602 | |
| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE | |
| ZGR5247 | PA | 2016 | Ford | Van | |
| OFFENSE OCCURED WHILE DRIVING/TRANSPORTING | | ☐ HAZARDOUS MATERIALS | ☐ COMMERCIAL VEHICLE | | |

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

February 08, 2018
Date

*Mary Mongiovi Sponaugle*
Magisterial District Judge Mary Mongiovi Sponaugle

INSTRUCTIONS:
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-2-03".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

Exhibit "B(1)"



17604-860606

Cyhienta J. Burnes-Bey
616 Moorish Science Temple No 16
Care of Bro C. Burns Bey Grand Shirk
P.O. Box 8606
Lorac Pa 17605

Return in 7 days if not delivered
Return Service Requested

David P. Miller Esq.
MAGISTERIAL DISTRICT
2205 Oregon Pike
Lancaster, PA 17601-46

CERTIFIED MAIL®

US POSTAGE $006.67⁹

ZIP 17608
011E12660091

WALZ

To reorder, please call (800) 552-2011
and reference Envelope # 38790

10-13
10-18
10-28

**ARY APPEAL**

Commonwealth of Pennsylvania
Court of Common Pleas
County of Lancaster
2nd Judicial District



# Itemized Account of Fines, Costs, Fees, and Restitution

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/O Bro C Barnes-Bey, Grand Sheik, Grand Gov.,
O.D.M.
P.O. Box 8606
Lancaster, PA  17604

Docket No:        CP-36-SA-0000128-2018

**Assessments to be paid by Cyhienra J. Barnes-Bey**

| Costs/Fees | Distribution Account | Assessment Balance |
|---|---|---|
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $10.00 |
| Miscellaneous Issuances | CTY | $18.00 |
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $10.00 |
| Miscellaneous Issuances | CTY | $18.00 |
| Sheriff Cost - Summary - 6411AB1211 (Lancaster) | LANCASTER COUNTY | $2.00 |
| Summary Appeal Filing - 6444AB1211 (Lancaster) | LANCASTER COUNTY | $0.00 |
| Hearing Costs | CTY | $8.00 |
| ATJ | COMM - ATJ | $6.00 |
| PA Transportation Trust Surcharge | COMM - PA TRANSPORTATION TRUST FUN | $45.00 |
| Clerk of Court Auto Fee-Costs 6593AAB1211 (Lan) | LANCASTER COUNTY | $5.00 |
| CAT/MCARE/General Fund | COMM - MCARE | $45.00 |
| County Court Cost (Act 204 of 1976) | CTY | $22.00 |
| Judicial Computer Project | COMM - JCP | $8.00 |
| DA Cost - Summary - 6411AB1211 (Lancaster) | LANCASTER COUNTY | $10.00 |
| Prosecution Cost - 6411AB1211 (Lancaster) | LANCASTER COUNTY | $5.00 |
| State Court Costs (Act 204 of 1976) | COMM - COST | $8.75 |
| JCPS | COMM - JCPS | $21.25 |
| Clerk of Court Auto Fee-Filing-6593AAB1211 (Lan) | LANCASTER COUNTY | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | COMM - CST1 | $8.75 |
| OAG - JCP | COMM - OAG | $2.50 |
| CJES | COMM - CJES | $2.50 |
| CAT/MCARE/General Fund | COMM - MCARE | $45.00 |
| Clerk Cost - Summary - 6411AB1211 (Lancaster) | LANCASTER COUNTY | $27.50 |
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $10.00 |
| DA Administration Fee - 6421AB130019021 (Lan) | LANCASTER COUNTY | $25.00 |
| Miscellaneous Issuances | CTY | $18.00 |
| | | **$381.25** |
| **Fines** | | |
| Title 75, Motor Vehicle (Motor License Fund) | MC | $150.00 |
| Title 75, Motor Vehicle (Motor License Fund) | COMM - MLF | $12.50 |
| Title 75, Motor Vehicle (Motor License Fund) | COMM - MLF | $37.50 |
| Title 75, Motor Vehicle (Motor License Fund) | MC | $12.50 |
| Title 75, Motor Vehicle (Motor License Fund) | MC | $37.50 |

Court of Common Pleas - Lancaster County
Lancaster County Courthouse
50 North Duke Street
P.O. Box 83480

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us/epay* to make a payment and learn more.



# SUMMARY APPEAL COURT SHEET

Summary Appeal Dkt. No. _188-2018_          Date _10/17/18_
Defendant _Quhieoro J. Barnes-Bey_        Judge _KRISPIN_
Citation No _E 0027164-4_                  D.A.\SOL. _FRAZIER_
Citation No _E 0027165-5_                  Def. Atty. _PIT SC_
Citation No _E 0027166-6_                  Reporter _KRINK_
Summary Hearing Held _____         Clerk _MOVCHOCK_

Bench Warrant Issued _____  Bench Warrant Dismissed _____
Bail Forfeited _____  Bail Reinstated _____

COUNT: _1_   OFFENSE _Dr Unreg Veh_____ Nol Pros _____ Merges with _____
_TR 243-18_  Committed: _____yr _0_ mo _____ days _____ hrs TO _____yr _____ mo _____ days
             Probation: _____yr _____ mo _____ days _____ hrs   Serve At LCP___ SCI ___
             FINE _75_ & Costs_____   CONC (cc) _____
             RESTITUTION _____   CONS (cs) _____

Appeal Sustained \ Charges Dismissed \ Officer Failed to Show      RULE 462 C _____
Appeal Dismissed \ DJ Sentence Reinstated \ Deft. Failed to Show   RULE 462 D _____
Defendant W/D Appeal \ DJ Sentence Reinstated                      RULE 462 E _____
Deft. Found (RULE 462 F)      Guilty _____      Not Guilty _____

COUNT: _2_   OFFENSE _Co Veh w/o Fin Resp_ Nol Pros _____ Merges with _____
_TR 244-18_  Committed: _____yr _____ mo _____ days _____ hrs TO _____yr _____ mo _____ days
             Probation: _____yr _____ mo _____ days _____ hrs   Serve At LCP___ SCI ___
             FINE _300_ & Costs    CONC (cc) _____
             RESTITUTION _____   CONS (cs) _____

Appeal Sustained \ Charges Dismissed \ Officer Failed to Show      RULE 462 C _____
Appeal Dismissed \ DJ Sentence Reinstated \ Deft. Failed to Show   RULE 462 D _____
Defendant W/D Appeal \ DJ Sentence Reinstated                      RULE 462 E _____
Deft. Found (RULE 462 F)      Guilty _____      Not Guilty _____

COUNT: _3_   OFFENSE _Dr Veh w/o Insp_____ Nol Pros _____ Merges with _____
_TR 245-18_  Committed: _____yr _____ mo _____ days _____ hrs TO _____yr _____ mo _____ days
             Probation: _____yr _____ mo _____ days _____ hrs   Serve At LCP___ SCI ___
             FINE _25_ & Costs    CONC (cc) _____
             RESTITUTION _____   CONS (cs) _____

Appeal Sustained \ Charges Dismissed \ Officer Failed to Show      RULE 462 C _____
Appeal Dismissed \ DJ Sentence Reinstated \ Deft. Failed to Show   RULE 462 D _X_
Defendant W/D Appeal \ DJ Sentence Reinstated                      RULE 462 E _____
Deft. Found (RULE 462 F)      Guilty _____      Not Guilty _____

Conditions: _____
_____
_7/11/18 cont'd   10/11/18 cont'd_
_____

Prepared by: _Movchock_____          Judge: _____
                  Clerk                                              J.

rev. 10/29/03                                                     COC-0005

**Commonwealth of Pennsylvania**
**v.**
**Cyhienra J. Barnes-Bey**

**Itemized Account of Fines, Costs, Fees, and Restitution**

Docket No: CP-36-SA-0000128-2018

**Assessments to be paid by Cyhienra J. Barnes-Bey**

| Distribution Account | Assessment Balance |
|---|---|
| COMM - MLF | $150.00 |
| | $400.00 |

Title 75, Motor Vehicle (Motor License Fund)

MAKE CHECKS PAYABLE TO
LANCASTER CO. BUREAU OF COLLECTIONS

| | |
|---|---|
| **Balance Due:** | **$781.25** |

I hereby certify that as of the date indicated below Cyhienra J. Barnes-Bey is indebted to the County of Lancaster for the sum of $781.25 which is the balance due of all fines, costs, fees, and restitution that have accrued as of this date in the above-captioned case. You are obligated to notify the Clerk of Courts Office within 48 hours of any address change.  Failure to change your address could result in additional cost being assessed to your account.

**View your case on-line at ujsportal.pacourts.us**

Original Case Balance:  **$830.25**

_____     _____
Date                                (Signature of Issuing Authority)

Court of Common Pleas - Lancaster County
Lancaster County Courthouse
50 North Duke Street
P.O. Box 83480

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us/epay* to make a payment and learn more.



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**Summary Trial Notice**

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike |
| | Lancaster, PA  17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
728 NEW Holland Ave
Lancaster, PA  17602

Docket No:   MJ-02102-TR-0004837-2018
Case Filed:  9/18/2018
Comp/Cit #:  E 0033562-4

| Charge(s) | |
|---|---|
| 75 § 1372 §§ 3 (Lead) | UNAUTHORIZED TRANSFER OR USE OF REGISTRATION |

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Monday, October 15, 2018** | Place: Magisterial District Court 02-1-02,  Lancaster |
|---|---|
| | 2205 Oregon Pike |
| Time: **10:30 AM** | Lancaster, PA  17601 |
| | 717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s).  The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney.  You have the right to have any witnesses present.  It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution.  You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

September 28, 2018
Date



Magisterial District Judge Miller



**This District Court Office is not fully accessible to persons using wheelchairs.  If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at http://ujsportal.pacourts.us to make a payment.**

MDJS 308
Printed: 09/28/2018  3:26:38PM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



**Summary Trial Notice**

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike |
| | Lancaster, PA  17601 |
| Telephone: | 717-569-8774 |

Cyhienra J. Barnes-Bey
728 NEW Holland Ave
Lancaster, PA  17602

| | |
|---|---|
| Docket No: | MJ-02102-TR-0004838-2018 |
| Case Filed: | 9/18/2018 |
| Comp/Cit #: | E 0033563-5 |

| Charge(s) | |
|---|---|
| 75 § 4703 §§ A (Lead) | OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION |

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| | |
|---|---|
| **Date: Monday, October 15, 2018** | Place:   Magisterial District Court 02-1-02,  Lancaster |
| | 2205 Oregon Pike |
| **Time: 10:30 AM** | Lancaster, PA  17601 |
| | 717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s).  The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney.  You have the right to have any witnesses present.  It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution.  You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

September 28, 2018                       
_____       _____
Date                                        Magisterial District Judge Miller

**This District Court Office is not fully accessible to persons using wheelchairs.  If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at http://ujsportal.pacourts.us to make a payment.**

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

# Notice of Language Rights



Language Access Coordinator
50 N. Duke Street PO Box 83480 Lancaster, PA 17608
717-390-7753
languageaccess@co.lancaster.pa.us

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.