# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Philadelphia Division



| | |
|---|---|
| NOBLE DREW ALI a Jural Religious Society, MOORISH SCIENCE TEMPLE OF AMERICA(a corporate BODY POLITIC) SHEIK C. BARNES BEY, Disciple in trust Ibn Sheik Barnes Bey, CyhienRa ,Head of an Asiatic State of North America, An Executive Ruler, Representative of the Moorish Divine and National Movement, Successors and Heirs.<br><br>*Plaintiff(s)*<br><br>-v-<br><br>Sponugle, Mary Mongiovi DBA MARY MONGIOVI in her official capacity as District Justice 02-01-03 Shivers, Mark DBA MARK SHIVERS in his official capacity as Manheim Township Police Officer See Additional page for remaining Defendants<br><br>*Defendant(s)* | Case No.   **5:18-cv-5655**<br>*(to be filled in by the Clerk's Office)*<br><br><br>Jury Trial: *(check one)*   ☒ Yes   ☐ No<br><br><br>**FILED**<br>FEB 1 5 2019<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Noble Drew Ali Disciple in Trust Skeik C.Barnes Bey Exe. Ruler |
   | Street Address | 932 East 79th Street/ M/A P.O Box 8606 Lancaster Pennsylvania |
   | City and County | Chicago , Cook County |
   | State and Zip Code | Illinois 60619 |
   | Telephone Number | 717 615 0942 |

    E-mail Address   Mstoa16.pa.gov@gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Spongle, Mary Mongiovi DBA MARY MONGIOVI in her |
| Job or Title *(if known)* | official capacity as District Justice 02-01-03 |
| Street Address | 1351 Elm Avenue |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17603 |
| Telephone Number | 717 299 7898 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Shivers, Mark DBA MARK SHIVERS in his |
| Job or Title *(if known)* | Official capacity as Manheim Township Police Officer |
| Street Address | 1825 Municipal Drive |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania |
| Telephone Number | 17601 |
| E-mail Address *(if known)* | rudzinskit@manheimtownshippolice.org. |

Defendant No. 3

| | |
|---|---|
| Name | Knisely, Howard F DBA HOWARD F. KNISELY in his offical |
| Job or Title *(if known)* | capacity as Busines Administrator of Tribunal Common Pleas. |
| Street Address | 50 N Duke Street |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17608 |
| Telephone Number | 717 299 8041 |
| E-mail Address *(if known)* | Lancasterpaclerkofcourts.com |

Defendant No. 4

| | |
|---|---|
| Name | Stedman W. Craig, DBA CRAIG W. STEDMAN in his official |
| Job or Title *(if known)* | Capacity as District Attorney Lancaster County |
| Street Address | 50 N Duke Street |
| City and County | Lancaster County |

Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

|  |  |
|---|---|
| State and Zip Code | Pennsylvania 17608-3480- |
| Telephone Number | 717 299 8100 |
| E-mail Address *(if known)* | N/A |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Constitution Amemdment 1, United States Constitution Article VI Section 1 Clause 2 ,Compact Agreement Noble Drew Ali Free National Divine Constitution and By Laws Article I, Article VI - VII  Treaty of Peace and Friendship Articles 20-21, 1776 Free Nationl Constitution Pennsylvania 42 U.S.C Statute 1983, 18 U.S.C Satute 242, 18 U.S.C Part I -Crimes, Chapter 47 and section 1001, 18 U.S.C Statute 1604 Federal Rule for Civil Procedure 60(b)-60(b)(6)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* ,,                                                   , is a citizen of the State of *(name)*                               .

b.     If the plaintiff is a corporation

The plaintiff, *(name)*                          , is incorporated under the laws of the State of *(name)*                        ,
and has its principal place of business in the State of *(name)*          .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)*         , is a citizen of the State of *(name)*         . Or is a citizen of *(foreign nation)*

    b. If the defendant is a corporation

        The defendant, *(name)*         , is incorporated under the laws of the State of *(name)*         , and has its principal place of business in the State of *(name)*

        Or is incorporated under the laws of *(foreign nation)* and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

> The Claimant is seeking 250,000 in their official and individual capacity for each current and future defendants. All of those who are a party to the abrogation and usurpation of Undersigned inalienable rights that are secured by the American Constitution one of the greatest documents ever made.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**Response to Notice to Use Magistrate Judge in complaint**
Noble Drew Ali disciple in trust, heirs and successors do not agree to or promote the use of a none article III Magistrate Judge to preside over any aspect of our complaint, we are well aware that both parties must agree to the use of a Magistrate Judge and we do not.

The Claims in this complaint and request for injunction are based on the deprivation of right and deprivation of rights under color of law, our claim are also based on freedom of religion and evoke the religious freedom restoration act which protects the free exercise of religion.

1) Local Municipality agencies styled as Lancaster County of Pennsylvania etc. and all municipalities styled as such content throughout the free national governments throughout the continental united States, have in the past and continue on numerous occasions to; deny and abrogate the Moorish Americans American Moslems heirs and successors, True American Citizens, our inalienable rights that

guarantees and secures life liberty and the pursuit of happiness by the American Constitution. A secured right is not a privilege that is secured by a fee, thus abrogates one of the greatest documents ever written by our forefathers the 1774 Constitution; which is still being enforced and later adopted in by virtue of Article VI, the protections of due process and equal protection secured in the 5th Amendment and the privilege and immunities clause guaranteed in Article IV and V which secures private American Citizens, life liberty and the pursuit of happiness.

As Moorish American Moslems heirs and successors we have: our own free national government, bearing our own free national constitution, our own flag, customs, Free National Name and Principles. We are an Islamic body politic under the Holy and Divine laws of the Holy city of Mecca.(See Attachment A House joint resolution 0689 and House Resolution 75) we were incorporated under R.C.A 805ILCS An Act of Corporation. See Attachment (B 110/46e) we have recorded our appointment letters as SHEIKS disciples in trust, and established religious societies throughout the continental United States of Asiatics in North west Asia that extend the Jurisdiction of the Grand Major Temple No.1 to each perspective County and recorded in the Recorder of Deeds in that County per R.C.A 805 ILCS, yet the local authorities still seek authority of a Religious Society that consist of the Aboriginal inhabitant of the Continental North America. The Moorish Science Temple of America is a Lawful Religious Incorporated Organization that Noble Drew Ali the Moorish Prince, issues Charters to Religious Society Subordinate Temples are guaranteed Religious protection by the 1st Amendment of the Constitution and the continual deprivations our rights by preferring their law over our law. By impeding our movement, usufructing our properties, compulsion of contracts by threat and coerce measure of threating to confiscate private property that is secured in a Private irrevocable Trust.

The Moorish Science Temple of America, Moorish Science Temple are Law Abiders we derive our Power and Authority from the Great Koran of Mohammad we have our own Sharia Law for it is the divine inspired word of Allah, Governed by the Koran of Mohammed and The Holy Koran of the Moorish Science Temple of America the Grand Advisor and Moderator The Great Koran of Mohammed, divinely prepared by Prophet Noble Drew Ali The Moorish Prince. Our charge is to propagate the faith and extend the learning of the Great Ali in America. The Moorish Science Temple of America through the Moorish Divine Movement of North West Asia is a Federally and Internationally recognized as Sovereign (Allah hath instituted laws for the government of the world; He hath wonderfully varied them in all beings; and each by his nature conformity to His will) theocratic government of aboriginals Moorish inhabitants of this land that is composed of North West Asia of Asiatic States throughout North South and Central Asia and the adjoin islands.

We as Moorish Americans Moslems heirs, successors, descendants of the inhabitants of North west Asia; gave birth to all nationalities and creeds of men, but do not wish to amalgamate or marry into the families of the pale skin nations of Europe, neither serve the gods of their religion. Because our forefathers are the true and divine founder of the first religious creed for the redemption and the salvation of mankind on earth. Therefore we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their salvation. While we, the Moorish Americans Moslems, are returning to Islam (Sura 5 ayatt 3 and 4 One this day have I perfected your religion for you and have chosen Islam to be your religion), which was founded by our forefathers for our earthly and divine salvation.

So in short we the Moorish Americans are practicing our religion that is the Divine Law of Allah and encompasses the Supreme law of the land The American Constitution and Treaties.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

   1988 to Present events

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

The defendants have violated our inalienable rights by compulsion of spurious demands of drivers license, passports, wage garnishments, liens on property and many other statutes and codes that have led to the loss of herediments corpal and incorporeal employment, which has affected revenue for the families and and are still causing injuries that have put some into homeless situations, incarceration from warrants that have been signed by non-judges (corum non-judice), divorce, time away from our Moorish American Asiatic children and some Moorish American Asiatic children have been separated from their Moorish American Asiatic mothers and Moorish American Asiatic fathers and sometimes the whole Moorish American Asiatic family. These spurious actions were and are currently being violated by the Christian Union Society Free National Governments and County agencies operating outside the framework of the American Constitution Which Each Union Free National Government has sworn to uphold. These Fictitious organizations are not operating in the best interest for the Moorish American Moslems heirs and successors the Natural Inhabitants of this land here in Northwest Asia   who are imposing and evoking pretensions of evoking in North west Asia, their own laws of origin to determine here in Northwest Asia , their civil status, as a contractual capacity, to except this possibility amounts to creating a state within a state, and to placing ourselves the Moorish American Moslems almost under the copulation regime, which Europe imposed for centuries on the nations of Asia corporations acting out as real lawmakers and enforcers, forced for centuries on the nations of Asia corporations acting out as real lawmakers and enforcers, forced upon each and every plaintiff that they had no Constitutional rights in the Union Free National Governments courts, And presumed that their Free National Government Supremes Over the Free National Government of the United States of Asiatic in Northwest Asia which is not the truth. Without the descent flag( the red flag with the five pointed star in the Center, that represents the five highest principles known by man Love Truth Peace Freedom and Justice) there is no divine title of government in which we live here on these shores of North west Asia. Our Flag gave birth the American Flag the Blue canopy and white solar stars, red stripes that represents the 7 Moorish Families the white Stripes that represent the 6 European Families. Morocco was the first to recognize the 13 colonies as a Nation, and we forged a treaty with the United States, treaty of Peace and Friendship in 1787, Articles 20 and 21 continually are abrogated. We are instructed by our Prophet Noble Drew Ali the Moorish Prince , that the title that we give to our ruler in Moroccan Empire is Sultan

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The lower courts erred when they failed to entertain jurisdiction when jurisdiction was raised. And persistently deprive the Moorish Americans of their inalienable rights under deprivation of rights and color of law, abrogation of the American Constitution, abrogation of the Peace and Friendship Treaty Articles 20 and 21 ( Vessels of the Moroccan Empire Noble Drew Ali the Moorish Prince, Heirs and Successors) , Violation of Heads of state Vienna Conference . The lower courts infringed upon the Moorish Americans Moslems heirs and successors 1 amendment of religion. They infringed upon international law in which they have no standing. We as the Islamic Union Society Moors of America heirs and successors, have our own Free National government Divine Constitution and bylaws our rules and regulations that derive from the inspired word of Allah the great Koran and Mohammad. The founding fathers never mentioned one's ability to travel from one place to the next because the right is so fundamental that it need not be mentioned. How does one put a license and fee on a divine right that their creator endowed them with, this not only abrogates the Constitution but it also abrogated Allah divine Law which all things are governed by in all aspects of life. If a citizen is conscious of the brotherhood of life, that all living things are bound to all living things and when you crush beneath your feet the meanest worm, you shake the throne of Allah and cause the sword of life to tremble in its sheath. We as True Moorish Americans Moslems exercises due care in all things. The son can no longer blind the father when the father returns to the science of light. Because he lives his life according to the five highest principles known to man which is love truth peace and freedom and when these four principles are violated then justice must take its course

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages

The Plaintiff is asking for damages from all those who are involved in the process of abrogated ones rights as Private True American citizens. To deprive a flesh and breathing being of the Most High whom we call Allah the inalienable rights that he has bestowed upon us the Moorish American Moslem that is being a usurpation of divine law, when man dares to enslave the world, when he knows he can enjoy his tyranny but for a moment, what would he not aim at if he were immortal. Allah has given us all the choice to choose because there is no compulsory in Islam (Sura 2 Ayat 256) and however we chose will either be our penalty or our reward. The Holy Koran Teaches the sin lies in the wish and the desire not in the act Mens Reas . The Deceit we practice every day, and wish for gold, for honor and for fame, just for your selfish selves Actus Reas, The body of these laws is about human equality, not judging man for what they look like or talk like, the tinseled coat they present to the world. Allah and master men judge by what Men are and not what they appear to be. Corpus Delicit The body of the crime.

The lowers courts placed a fraudulent marks on our character by placing our attribute into a data system for all those to see that the Plaintiffs committed crimes and send correspondence indicating that the plantiffs are on Adult probation, fraudulent debt collecting practices, converting civic procedures to criminal procedures, etc to be on probation one must of commit a crime, and to be a crime three elements must be present, where is the mens reas, actus reas and corpus deliciti in a Pennsylvania Title 75 codes and statutes title IV D Programs, Social Security Insurance Trust Programs, Birth Certificate CUSIP Programs etc. The real crimes lie on the ones who have converted an inalienable right that was given to them be their creator then converting the inalienable right into a privilege and attaching a fee to it. All law is a creature of the Constitution and is void and null outside the perimeters of it.

Claimants wants all records cleared from the data base of these defective writs of judgment in the lower courts. The Claimants wants 250,000 from each defendants and future defendants mentioned on this complaint.
Claimants want indefinite injunction and restraining order from all defendants and future defendants
Claimants wants remedy to be extended to all Moorish Americans who are being impeded to travel in their private capacity to go from one point to another point exercising their inalienable rights of life liberty and the pursuit of happiness and recognized as a religious freedom if one has good reason, care and concern for others.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/12/2018

Signature of Plaintiff

Printed Name of Plaintiff      Noble Drew Ali, Disciple in Trust Sheik C. Barnes-Bey Governor

**B.**     **For Attorneys**

Date of signing:

    Signature of Attorney
    Printed Name of Attorney
    Bar Number
    Name of Law Firm
    Street Address
    State and Zip Code
    Telephone Number
    E-mail Address

# DEFENDANT LIST

1) SPONAUGLE, MARY MONGIOVI, DBA MARY MONGIOVI SPONAUGLE IN HER OFFICIAL CAPACITY DISTRICT MAGISTRATE 02-02-02 MANHIEM TOWNSHIP LANCASTER TOWNSHIP

2) SHIVERS, MARK, DBA MARK SHIVERS IN HIS OFFICIAL CAPACITY OF MANHIEM TOWNSHIP POLICE OFFICER LANCASTER TOWNSHIP.

3) KNISELY, HOWARD F. DBA HOWARD F KNISELY IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRTOR OF TRIBUNIAL COMMON PLEAS, PENNSYLVANIA, COUNTY OF LANCASTER.

4) STEDMAN W. CRAIG, DBA CRAIG W. STEDMAN IN HIS OFFICIAL CAPACITY OF DISTRICT ATTORNEY OF LANCASTER COUNTY

5) BLAZIER CAITLIN, DBA CAITLIN BLAZIER IN HER OFFICIAL CAPACITY OF DISTRICT ATTORNEY/ SOLICITOR OF LANCASTER COUNTY.

6) BLANK, DBA BLANK IN OFFICIAL COMPACITY OF COURT REPORTER OF LANCASTER COUNTY.

7) MOVELOOK, DBA MOVELOOK IN OFFICIAL CAPACITY AS CLERK OF COURTS LANCASTER PENNSYLVANIA

NOTICE OF CONSTITUTIONAL AFFIDAVIT
CHALLENGE OF STATE STATUTES 5 1
NOTICE OF AFFIDAVIT OF INJUNTION (1)

# DEFENDANT LIST

8) MILLERS, DAVID, DBA DAVID MILLER IN HIS OFFICIAL CAPACITY OF DISTRICT MAGISTRATE 02-01-02 LANCASTER COUNTY.

9) WILSON, MARJ J DBA MARK J WILSON IN HIS OFFICIAL CAPACITY AS ADDMINISTRATIVE COLLECTION ENFORCEMENT UNIT.

10) COLE, BRETT I DBA BRETT I. COLE IN HIS OFFICIAL CAPACITY AS DEPUTY CHIEF OFFICE OF SUPERVISION.

11) MILLER-LANDON, TERI LANDON DEPUTY CHIEF OFFICE OF SDMINISTRATION SERVICES.

12) WAGNER, ANDY COLLECTION ENFORCEMENT UNIT ADULT PROBATION AND PAROLE SERVICES.

13) Snyder dba SNYDER IN HIS OFFICIAL CAPACITY AS POLICE OFFFFICER, MANHIEM TOWNSHIPS POLICE DEPARTMENT

14) Rudzinski Tom dba TOM RUDZINSKI IN HIS OFFICIAL CAPACITY AS POLICE CHIEF MANHIEM TOWNSHIP LANCASTER PENNSYLVANIA.

15) DAVID KILGORE IN HIS OFFICIAL CAPACITY AS DIRECTOR CALIFORNIA CHILD SUPPORT SERVICES d/b/a DAVID KILGORE

*NOTICE OF CONSTITUTIONAL AFFIDAVIT*
*CHALLENGE OF STATE STATUTES 5 1*
*NOTICE OF AFFIDAVIT OF INJUNTION* (2)

## DEFENDANT LIST

16) MARSHALL RIEGER IN HIS OFFICIAL CAPACITY AS COMMISIONER OF LOS ANGELES COUNTY SUPERIOR COURT DBA MARSHALL RIEGER

17) Davis Dezeray dba DEZERAY DAVIS IN HER OFFICIAL CAPACITY AS PARENT

18) Steven J. Golightly IN HIS OFFICIAL CAPACITY Director, Los Angeles County CSSD dba STEVEN J. GOLIGHTLY 5500 S. Eastern Ave. Commerce, CA 90040

19) Department of Child Support Services P.O. Box 419064 Rancho Cordova, CA 95741-9064

20) Michael Wilkening as in HIS Official capacity as SECRETARY of the California Department of Health Care Services dba MICHAEL WILKENING P.O. Box 997413, MS 0000 Sacramento, CA 95899

21) NAKISHA DICKENS 545 Chestnut Ave #117 Long Beach, Ca 90802 600 COMMONWEALTH LOS ANGELES 90005

22) SHERRI CARTER IN HER CAPACITY AS DEPUTY CLERK OF SUPERIOR COURT OF CALIFORNIA SOUTH DISTRICT DBA SHERRI CARTER 275 Magnolia Ave Long Beach, Ca 9080

NOTICE OF CONSTITUTIONAL AFFIDAVIT
CHALLENGE OF STATE STATUTES 5 1
NOTICE OF AFFIDAVIT OF INJUNTION (3)

# DEFENDANT LIST

*NOTICE OF CONSTITUTIONAL AFFIDAVIT CHALLENGE OF STATE STATUTES 5 1*
*NOTICE OF AFFIDAVIT OF INJUNTION* (4)