IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOBLE DREW ALI A, MOORISH SCIENCE TEMPLE OF AMERICA AND SHEIK C. BARNES BEYs, | : : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION : DOCKET NO. 18-05655 : |
| MARY MONGIOVI, MARK SHIVERS, HOWARD F. KNISELY, CRAIG W. STEDMAN, CAITLIN BLAZIER, ALAN BLANK, MOVELOOK, DAVID MILLER, MARK J. WILSON, BRETT I. COLE, TERI LANDON-MILLER, ANDY WAGNER, SNYDER, TOM RUDZINSKI, DAVID KILGORE, MARSHALL RIEGER, DEZERAY DAVIS, STEVEN J. GOLIGHTLY, DEPARTMENT OF CHILD SUPPORT SERVICES, MICHAEL WILKENING, NAKISHA DICKENS AND SHERRI CARTER | : : : : : : : : : : : : |
| Defendants. | : : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of David J. MacMain, Esquire of The MacMain Law Group, LLC as counsel on behalf of Defendants, Craig W. Stedman, Caitlin Blazier, Alan Blank, David Miller, Mark Wilson, Brett I. Cole, Teri Landon-Miller, and Andy Wagner in the above matter.

**THE MACMAIN LAW GROUP, LLC**

Dated: <u>March 8, 2019</u>        By:    <u>*/s/ David J. MacMain*</u>
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Craig W. Stedman, Caitlin Blazier, Alan Blank, David Miller, Mark Wilson, Brett I. Cole, Terri Landon-Miller and Andy Wagner*

## **CERTIFICATE OF SERVICE**

I, David J. MacMain, Esquire, hereby certify that on this 8th day of March 2019, a copy of the foregoing *Entry of Appearance* was served upon the following via first class mail:

Noble Drew Ali
Moorish Science Temple of America
Sheik C. Barnes Bey
PO Box 8606
Lancaster, PA 17604
*Pro Se Plaintiff*

**THE MACMAIN LAW GROUP, LLC**

Dated: <u>March 8, 2019</u>    By:    */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Craig W. Stedman, Caitlin Blazier, Alan Blank, David Miller, Mark Wilson, Brett I. Cole, Terri Landon-Miller and Andy Wagner*