UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

Case No.: **5:18-cv-5655**

NOBLE DREW ALI, et al

    *Plaintif,*

*Vs*

DAVID MILLER, et al

    *Defendant,*

   *See defendants list*

**NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUANT TO TITLE 28 § 1441(C)(1)(A) JOINDER OF RELATED CASES CONSTITUTION AND TREATIES**

MJ-02102-TR-0000013-2019
MJ-02102-TR-0000014-2019
MJ-02102-TR-0000015-2019

MJ-02102-TR-00000633-2019
E 0036908-4
MJ-02102-TR-00000634-2019
E 0036909-5
MJ-02102-TR-00000635-2019
E 0036910-6
MJ-021002-TR-0000630-2019
E 0036720-5

**TITLE 28 U.S.C §1331 FEDERAL --QUESTION CONSTITUTION AND TREATIES**

RE: REMOVAL TO FEDEARAL COURT TITLE 28 U.S.C § 1441 (C)(1)(A) JOINDER RELATED CASES, TITLE 28 U.S.C § 1331 FEDERAL QUESTIONS CONSTITUTION AND QUESTIONS.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35

## NOTICE OF AFFIDAVIT

**REMOVAL TO FEDERAL COURT PURSUANT TO TITLE 28 § 1331 FEDERAL QUESTIONS AND TREATIES AND TITLE 28 § 1441 (C)(1)(A) JOINDER OF RELATED CASES CONSTITUTION AND TREATIES, TITLE 28 RULE 5.1 CONSTITUTIONAL CHALLENGE TO STATUTES AND CODES OF TITLE 75**

We are in receipt of your inter office politics correspondence titled Summary Trial (MDJS 308), business letter head with no signature and another piece of correspondence with same letter head stating coercion threat and duress . The above cases are removed pursuant to **Title 28 § 1441 (C)(1)(A)** *Joinder of related cases*, **Title 28 § 1331** *Federal Questions, the district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States* and are challenged by way of **Title 28 Rule 5-1 Constitution Challenge,** *Statutes and codes,* State of Pennsylvania Title 75. The above cases have been removed from state court to Federal court with a signed procedure dated January 15th 2019 by United States District Judge Article III  Joseph Leeson Jr. **Case No. 5:18-cv-5655.**

**Chain of evidence mail delivery via United States Republic Postal Service**

It is certified that the service of the foregoing, **Notice of Affidavit Removal to Federal Court pursuant Title 28 § 1441 (C )(1)(A) Joinder Related Cases and Title 28 § 1331 Federal Questions** has been made upon February 27th 2019  and delivered March 1st  2019 to the address by depositing a copy in the United States Republic Postal Service by way of **First Class, Certified Mail and Return Receipt, Article numbers  70170190000053868313 and: 9590940243038190674902 respectively** to address 2205 Oregon Pike, Lancaster Pennsylvania, 17601-4606  and also foregoing **2 WAVIOR OF SUMMONS FORMS, COMPLAINT AND INJUNCTION PURSUANT TO F.R.C.P RULE 4(d) WAVIOR OF SUMMONS** has been made upon February 27th 2019  and delivered March 1st  2019  to the following address by depositing  a copy in the United States Republic Postal Service by way of **First Class, Certified Mail, Article 70170190000053868313** to address 2205 Oregon Pike, Lancaster Pennsylvania, 17601-4606  *(See Annexed. A)*

Comes now in special appearance not in subjection to this court; however to clear a matter up. I  Sheik C. Barnes Bey, Governor, Magistrate and Divine Minister, Disciple in trust for Prophet Noble Drew Ali Moorish Prince, Successors and heirs in trust in (Shackamaxon 41.2033° N, 77 1945° W also known as Pennsylvania), a Jural Religious Society in the Moorish Divine and National Movement of the Moorish Science Temple, a corporate body politic (State within a State) and Adept Moorish Legal Consul Representative.

Claimant raises federal questions and  removes these civil cases to federal court  and joinder related state cases: **MJ-02102-TR-0000013-2019, MJ-02102-TR-0000014-2019, MJ-02102-TR-0000015-2019,  MJ-02102-TR-00000633-2019  E 0036908-4, MJ-02102-TR-00000634-2019 E 0036909-5, MJ-02102-TR-00000635-2019 E 0036910-6, MJ-021002-TR-0000630-2019 E 0036720-5** *(See Annexed  C and D)* **to existing Civil action and Injunction case number 5:18-cv-5655 that has been removed from State to Federal Jurisdiction** , These cases abrogate life liberty and the pursuit of happiness which is enamored in the American Constitution of 1774 and the Treaty of Peace and Friendship which is still enforced today.

I certify that this Affidavit is right and exact and is being sent to you on the date below.

Date: 03/07/2019

Noble Drew Ali, Disciple in Trust Sheik C Barnes Bey Grand Governor an Executive Ruler of the Grand Body

_____

Sheik C.Barnes Bey Grand Governor, an Executive Ruler of the Grand Body

_____

Noble Drew Ali,
Moorish Science Temple No 16
P.O Box 8606
Lancaster, Pennsylvania, 17604

_____

sheikbarnesbey@mstoa16shackamaxon.org
mstoa16.pa.gov@gmail.com

_____

(717)615 0942

# UNITED STATES DISTRICT COURT

## FOR THE

### EASTERN DISTRICT OF PHILADELPHIA

Case No.: **5:18-cv-5655**

NOBLE DREW ALI,  et al

*Plaintif,*

*Vs*

DAVID MILLER,  et al

*Defendant,*

*See defendants list*

**NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUANT TO TITLE 28§ 1441, § (C)(1)(A) JOINDER OF RELATED CASES CONSTITUTION AND TREATIES**

**MJ-02102-TR-0000013-2019**
**MJ-02102-TR-0000014-2019**
**MJ-02102-TR-0000015-2019**

**MJ-02102-TR-00000633-2019**
**E 0036908-4**
**MJ-02102-TR-00000634-2019**
**E 0036909-5**
**MJ-02102-TR-00000635-2019**
**E 0036910-6**
**MJ-021002-TR-0000630-2019**
**E 0036720-5**

**TITLE 28 U.S.C §1331 FEDERAL   -
QUESTION CONSTITUTION AND TREATIES**

RE:   **F.R.C.P RULE: 4 2 WAVIORS OF SUMMONS FORMS, COMPLAINT     AND INJUNCTION**
CERTIFIED MAIL: 70170190000053868313
RETURN RECEIPT: 959094024303819067490 2

RE:   **REMOVAL TO FEDEARAL COURT TITLE 28 U.S.C § 1441 (C)(1)(A)
JOINDER RELATED CASES, TITLE 28 U.S.C § 1331 FEDERAL
QUESTIONS CONSTITUTION AND QUESTIONS.
CERTIFIED MAIL: 70170190000053868313**

NOTICE OF AFFIDAVIT
**REMOVAL TO FEDERAL COURT PURSUIANT TO TITLE 28 § 1331 FEDERAL QUESTIONS AND TREATIES AND TITLE 28 § 1441 (C)(1)(A) JOINDER OF RELATED CASES CONSTITUTION AND TREATIES, TITLE 28 RULE 5.1 CONSTITUTIONAL CHALLENGE TO STATUTES AND CODES OF TITLE 75**

We are in receipt of your inter office politics correspondence titled Summary Trial (MDJS 308), business letter head with no signature and another piece of correspondence with same letter head stating coercion threat and duress . The above cases are removed pursuant to **Title 28 § 1441 (C)(1)(A)** *Joinder of related cases*, **Title 28 § 1331** *Federal Questions, the district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States* and are challenged by way of **Title 28 Rule 5-1 Constitution Challenge,** *Statutes and codes,* State of Pennsylvania Title 75  The above cases have been removed from state court to Federal court with a signed procedure dated January 15th 2019 by United States District Judge Article III  Joseph Leeson Jr. **Case No. 5:18-cv-5655.**

**Chain of evidence mail delivery via United States Republic Postal Service**

It is certified that the service of the foregoing, **Notice of Affidavit Removal to Federal Court pursuant Title 28 § 1441 (C )(1)(A) Joinder Related Cases and Title 28 § 1331 Federal Questions** has been made upon February 27th 2019  and delivered March 1st 2019 to the address by depositing a copy in the United States Republic Postal Service by way of **First Class, Certified Mail and Return Receipt, Article numbers  70170190000053868313 and: 95909402043038190674902 respectively** to address 2205 Oregon Pike, Lancaster Pennsylvania, 17601-4606  and also foregoing **2 WAVIOR OF SUMMONS FORMS, COMPLAINT AND INJUNCTION PURSUIANT TO F.R.C.P RULE 4(d) WAVIOR OF SUMMONS** has been made upon February 27th 2019  and delivred March 1st 2019  to the following address by depositing  a copy in the United States Republic Postal Service by way of **First Class, Certified Mail, Article 70170190000053868313** to address 2205 Oregon Pike, Lancaster Pennsylvania, 17601-4606  (*See Annexed. A*)

Comes now in special appearance not in subjection to this court; however to clear a matter up  I  Sheik C. Barnes Bey, Governor, Magistrate and Divine Minister, Disciple in trust for Prophet Noble Drew Ali Moorish Prince, Successors and heirs in trust in (Shackamaxon 41.2033° N, 77.1945° W also known as Pennsylvania), a Jural Religious Society in the Moorish Divine and National Movement of the Moorish Science Temple, a corporate body politic (State within a State) and Adept Moorish Legal Consul Representative.

Whereas we raise the Federal Questions of improper venue,  Jurisdiction to this administrative tribunal, that entertains unconstitutional statutes and codes that diametrically opposes the American Constitution of 1774 and lacks Jurisdiction to entertain Constitutional law and Treaties pursuant to the adopted constitution ratified 1791 by virtue of  Article VI Clause 2 "and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding". We have not nor do we agree to enter into a plea or any other contract what so ever, nor did we agree to trial in this improper venue (*Annexed: B*)  This is notice, that these cases are removed and will be handled in a proper venue, joined with **Federal Civil Case: 5:18-CV-5655**

I, Sheik C. Barnes Bey Governor and Divine Minister has been endowed with wisdom of the said government,  in pursuant to Title 28 U.S. Code Section 2242 in manner of "Amicus Curie;" Moorish Legal Counsel Representatives in accordance to the Circle Seven ( Divine Constitution and By Laws)  and the Grand Advisor and Moderator Article 29 Section 1 and Section 12 Clause 1-3  Rules and Regulations of the Moorish Science Temple  an Islamic Body Politic and in accordance with Rubrics and Conventional International  Private Civil Law of 1928  Article 14 and 15 and as prescribed in Article Six, Section 1 Clause Two of the

1   Constitution of the United States. ..Treaty of Peace and Friendship Morocco and United States
2   1786, Articles 20 and 21 being the Supreme Law.

3       Pursuant to Foreign Relations and intercourse Title 22 Chapter 2 section 141 Judiciary
    Authority generally ( territories formerly a part of the former Ottoman Empire ( Now the Current
4   Moroccan Empire ( Northwest and Southwest shores of Africa ) and Title 22 Chapter 2 section
    143 General jurisdiction in Civil cases. The district courts shall have original jurisdiction of all
5   civil actions arising under the Constitution, laws, or treaties of the United States. Such
6   jurisdiction shall embrace all controversies between citizens of the United States, or others,
    provided by such treaties.
7
    Claimant raises federal questions and  removes these civil action to federal court and joinder
8   related state cases: MJ-02102-TR-0000013-2019, MJ-02102-TR-0000014-2019, MJ-02102-
9   TR-0000015-2019,  MJ-02102-TR-00000633-2019 E 0036908-4, MJ-02102-TR-00000634-
    2019 E 0036909-5, MJ-02102-TR-00000635-2019 E 0036910-6,  MJ-021002-TR-00000630-
10  2019 E 0036720-5 (See Annexed C and D) to existing Civil action and Injunction  case
11  number 5:18-cv-5655 that has been removed from State to Federal Jurisdiction , These
    cases abrogate life liberty and the pursuit of happiness which is enamored in the American
12  Constitution of 1774 and the Treaty of Peace and Friendship which is still enforced today.

13  I certify that this Affidavit is right and exact and is being sent to you on the date below.
14
15  Date: 03/07/2019
16
17  (X) Sheik Barnes Bey C: Grand Governor  O. D. Minister
    Noble Drew Ali, Disciple in Trust Sheik C  Barnes Bey Grand Governor an Executive Ruler of
18  the Grand Body

19
20  _____
    Sheik C.Barnes Bey Grand Governor, an Executive Ruler of the Grand Body
21
22  _____
23  Noble Drew Ali,
    Moorish Science Temple No.16
24  P O Box 8606
    Lancaster, Pennsylvania, 17604
25
26  _____
27  sheikbarnesbey@mstoa16shackamaxon.org
    mstoa16.pa.gov@gmail.com
28
29  _____
    (717)615 0942
30

31
32
33
34
35  NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUIANT TO TITLE 28 U S C § 1441 (C)
    (1)(A) JOINDER OF RELATED CASES
                3.
    REMOVAL TO FEDERAL COURT TITLE 28 U S C  § 1331 FEDERAL QUESTIONS

**ALERT: PAYMENT TRANSACTIONS ON SOME APPLICATIONS WILL BE TEMPORARILY UNAVAI...**

# USPS Tracking®

**FAQs ›** (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package **+**

**Tracking Number:** 70170190000053868313

Remove ✕

**Expected Delivery by**

# FRIDAY

# 1
MARCH
2019 ⓘ

by

# 8:00pm ⓘ



## ✅ Delivered

March 1, 2019 at 1:17 pm
Delivered, Left with Individual
LANCASTER, PA 17601

**Get Updates** ⌄

---

**Text & Email Updates**      ⌄

---

**Tracking History**      ⌃

**March 1, 2019, 1:17 pm**
Delivered, Left with Individual
LANCASTER, PA 17601
Your item was delivered to an individual at the address at 1:17 pm on March 1, 2019 in LANCASTER, PA
17601.

**March 1, 2019**
In Transit to Next Facility

*Anneled: A*
*Waiver of Summons and Complaint &*
*In Junction*

**February 28, 2019, 3:16 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

**February 27, 2019, 10:17 pm**
Arrived at USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

**February 27, 2019, 5:34 pm**
USPS in possession of item
LANCASTER, PA 17604

---

## Product Information                                                ⌃

| **Postal Product:** | **Features:** | **See tracking for related item: 9590940243038190674902** |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940243038190674902) |

Feedback

---

**See Less ⌃**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

• See images* of incoming mail.

• Automatically track the packages you're expecting.

• Set up email and text alerts so you don't need to enter tracking numbers.

• Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and
mailpieces that are processed appID=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

Feedback



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Miller David J. bit*

David Miller 02-01-02
2205 Oregon Pike
Lancaster, Pennsylvania
17601 - 4606

9590 9402 4303 8190 6749 02

2. Article Number *(Transfer from service label)*

7017 0190 0000 5386 8313

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Denise Halder*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
*Denise Haldeman*

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
  )0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



ALERT: PAYMENT TRANSACTIONS ON SOME APPLICATIONS WILL BE TEMPORARILY UNAVAI...

# USPS Tracking®

**FAQs ›** (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70170190000053867378                                   Remove ✕

**Expected Delivery by**

# FRIDAY

# 1 MARCH 2019 ⓘ   by 8:00pm ⓘ



## ✅ Delivered

March 1, 2019 at 1:17 pm
Delivered, Left with Individual
LANCASTER, PA 17601

---

### Text & Email Updates                                                    ⌄

### Tracking History                                                        ⌃

**March 1, 2019, 1:17 pm**
Delivered, Left with Individual
LANCASTER, PA 17601
Your item was delivered to an individual at the address at 1:17 pm on March 1, 2019 in LANCASTER, PA
17601.

**March 1, 2019**
In Transit to Next Facility

*Removal to Federal Court*

**February 28, 2019, 3:16 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

**February 27, 2019, 10:17 pm**
Arrived at USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

**February 27, 2019, 5:36 pm**
USPS in possession of Item
LANCASTER, PA 17604

---

**Product Information** ∨

---

**See Less** ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



# The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

## Sign Up

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and
mailpieces that are processed through USPS automated equipment. **app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**



COMMONWEALTH OF PENNSYLVANIA

Magisterial District No.  02-1-02

2205 OREGON PK

LANCASTER, PA  17601

(717) 569-8774



**TRAFFIC CITATION**

CITATION NO.

**E0036720-5**

ISSUED   02/19/2019

| Defendant's First Name | Middle Name | Last Name | Suffix | Driver's Number | CDL | State | Sex |
|---|---|---|---|---|---|---|---|
| CYHIENRA | J | BARNES-BEY | | 22710312 | NO | PA | M |

| Defendant's Street Address | City | State | Zip Code | D O B | Primary Phone No | 2nd Phone No |
|---|---|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 | 05/22/1969 | | |

| | Veh  Reg No | Reg  Yr | State | Model Yr | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|
| PRIMARY VEHICLE | | | | 2000 | CHEV | CHEV-SLV | PICKUP | ALUMINUM/SILV |
| TRAILING UNIT 1 | Veh  Reg No | Reg  Yr | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh  Reg No | Reg  Yr | State | Make | | Style | | Color |

| Owner/Lessee or Carrier | First Name | Middle Name | Suffix |
|---|---|---|---|
| BARNES-BEY | CYHIENRA | J | |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 |

| Charge | TITLE 75 |
|---|---|
| DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED | |

| Nature of Offense | 67 PA Code | Section | Subsection |
|---|---|---|---|
| OPERATION OF VEHICLE WITH SUSPENDED OR REVOKED LICENSE-2ND OR SUBSEQUENT OFFENSE, 5 PRIOR 1543 | | 1543 | A |
| | Ref  49 CFR | FINE | |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | E M S | $10.00 |
|---|---|---|---|---|---|---|

| Offense Date 02/19/2019 | Time 22:49 | Day TUESDAY | Vehicle Weight lbs | Permitted Weight lbs | Filed on Info  Rec'd NO | Lab Serv  Requested NO | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|

| Comm  Veh NO | HazMat NO | Juvenile NO | Parents Notified NO | Accident Rpt NO | Incident Number | Weather Conditions NO ADVERSE CONDITIONS | COSTS | $40.50 |
|---|---|---|---|---|---|---|---|---|

| Location ON NEW HOLLAND AVE 100 FEET EAST OF PLEASURE RD | | J C P/J A T J | $22.00 |
|---|---|---|---|

| Route | Dir  of Travel E | Interstate NO | County LANCASTER | Twp-Boro-City MANHEIM TWP | Total Due | |
|---|---|---|---|---|---|---|

| Speed Timing Device Operator | Miles Followed | Miles Timed | Secs  Timed | Special Activity NONE |
|---|---|---|---|---|

| Stopped By MARKED | Observed By MARKED | Speed Detection Type | Station Equip Tested | Date  Equip  Tested | Speed Equip  Serial No |
|---|---|---|---|---|---|

Confidential Information Section

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief  This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa C S  § 4904) relating to unsworn falsification to authorities  I certify this filing complies with the UJS Case Records Public Access Policy

| Officer OFF     BENDER | Officer ID N0 85 |
|---|---|

**THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE**   MANHEIM TOWNSHIP POLICE DEPARTMEN

| | 1825 MUNICIPAL DRIVE LANCASTER, PA 17601 | ORI Number PA0360800 | Phone Number (717) 569-6401 |
|---|---|---|---|

**RIGHTS AND OBLIGATIONS**

This citation will be filed with the magisterial district Judge whose address appears above.

1  Within ten (10) days of the receipt of this citation, you must.

a    PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code, or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial

OR

b    PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require

OR

c    Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.

OR

d    PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal  Visit the portal at http://ujsportal.pacourts.us  to make a payment

OR

e    PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa C S § 1543(b) (Driving while operating privilege is suspended or revoked)

2  If you fail to appear for trial, the trial may be held in your absence.

3  If you have been charged with a summons under the Vehicle Code, failure to respond within the time specified above will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest

4  If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.

5  If you plead guilty or are found guilty, points may be assessed against your driver's record  An accumulation of points may result in the suspension of your driving privilege

6  Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa C S  §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa C S § 1501, a violation of 75 Pa C S § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S § 3362 when occurring in an active work zone

7  If you are found guilty by the Magisterial District Judge or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.

8  If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number  We are unable to provide transportation

Explanation of Terms    E M S - Emergency Medical Services Act

SURCHARGE - Funds are distributed pursuant to 75 Pa C S  § 6506

J C P/J A T J - Judicial Computer Project/Access to Justice

AOPC 406-95 (Rev  04/2018)    **DEFENDANT'S COPY**

Due plus $8 00 if the offense charged is un...

b    PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge di...

OR

c    Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50 00 collateral

OR

d    PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal Visit the portal at http://ujsportal.pacourts.us  to make a payment

OR

e    PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa C S § 1543(b) (Driving while operating privilege is suspended or revoked)
2  If you fail to appear for trial, the trial may be held in your absence
3  If you have been charged with a summary offense and fail to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest
4  If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons
5  If you plead guilty or are found guilty, points may be assessed against your driver's record  An accumulation of points may result in the suspension of your driving privilege
6  Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa C S §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa C S § 1501, a violation of 75 Pa C S § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S § 3362 when occurring in an active work zone
7  If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas
8  If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number  We are unable to provide transportation

Explanation of Terms        E M S - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa C S  § 6506
J C P/ATJ - Judicial Computer Project/Access to Justice

AOPC 406-95 (Rev  04/2018)

# DEFENDANT'S COPY

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail
1    Detach and complete the portion below with your signature on the appropriate plea line (a  or b )
2    If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8 00 costs if the Total Due is not specified your check or money order for collateral must be in the amount of $50 00  You will be notified by mail of your trial date
3    If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation  Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest
4    Your check or money order must be made payable to.

Magisterial District No.  02-1-02                    Do Not Send Cash

- - - - - - - - - - - - - - - - - - - - - - - Cut across dotted line - - - - - - - - - - - - - - - - - - - - -

## MAIL IN PORTION

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded.
I understand the notice and my rights and obligations  Further, I represent that I make this plea knowingly, voluntarily, and intelligently

a  I plead NOT GUILTY and request a trial

_____
signature

b  I plead GUILTY

_____
signature

CYHIENRA        J        BARNES-BEY

OFF    BENDER                02/19/2019        Car #

Mail To

Magisterial District No  02-1-02

2205 OREGON PK
LANCASTER, PA  17601

E0036720-5

## COMMONWEALTH OF PENNSYLVANIA

Magisterial District No.   02-1-02

2205 OREGON PK

LANCASTER, PA  17601

(717) 569-8774



### TRAFFIC CITATION

**CITATION NO.**

**E0036909-5**

**ISSUED**   02/19/2019

| Defendant's First Name | Middle Name | Last Name | Suffix | Driver's Number | CDL | State | Sex |
|---|---|---|---|---|---|---|---|
| CYHIENRA | J | BARNES-BEY | | 22710312 | NO | PA | M |

| Defendant's Street Address | City | State | Zip Code | DOB | Primary Phone No | 2nd Phone No |
|---|---|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 | 05/22/1969 | | |

| PRIMARY VEHICLE | Veh Reg No. | Reg Yr | State | Model Yr 2000 | Make CHEV | Model CHEV-SLV | Style PICKUP | Color ALUMINUM/SILV |
|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 1 | Veh Reg No | Reg Yr | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh Reg No | Reg Yr | State | Make | | Style | | Color |

| Owner/Lessee or Carrier | First Name | Middle Name | Suffix |
|---|---|---|---|
| BARNES-BEY | CYHIENRA | J | |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 |

**Charge**
REQUIRED FINANCIAL RESPONSIBILITY

| Nature of Offense | 67 PA Code | TITLE 75 | | |
|---|---|---|---|---|
| OPERATED A MOTOR VEHICLE WITHOUT THE REQUIRED FINANCIAL RESPONSIBILITY, DEF ADMITTED NO INSURANCE | | Section 1786 | Subsection E | |
| | Ref 49 CFR | FINE | $300.00 | |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | E M S | $10.00 |
|---|---|---|---|---|---|---|

| Offense Date 02/19/2019 | Time 22:49 | Day TUESDAY | Vehicle Weight lbs | Permitted Weight lbs | Filed on Info Rec'd NO | Lab Serv. Requested NO | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|

| Comm Veh NO | HazMat NO | Juvenile NO | Parents Notified NO | Accident Rpt NO | Incident Number | Weather Conditions NO ADVERSE CONDITIONS | COSTS | $0.00 |
|---|---|---|---|---|---|---|---|---|

| Location | | | | | JCP/ATJ | $22.00 |
|---|---|---|---|---|---|---|
| ON NEW HOLLAND AVE 100 FEET EAST OF PLEASURE RD | | | | | | |

| Route E | Dir of Travel | Interstate NO | County LANCASTER | Twp-Boro-City MANHEIM TWP | | | Total Due | $377.00 |
|---|---|---|---|---|---|---|---|---|
| Speed Timing Device Operator | | | | Miles Followed | Miles Timed | Secs Timed | Special Activity NONE | |
| Stopped By MARKED | Observed By MARKED | | Speed Detection Type | Station Equip Tested | | Date Equip Tested | Speed Equip Serial No | |

Confidential Information Section

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa C S  § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

| Officer | | Officer ID NO |
|---|---|---|
| OFF   BENDER | | 85 |

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE   MANHEIM TOWNSHIP POLICE DEPARTMEN | ORI Number PA0360800 | Phone Number (717) 569-6401 |
|---|---|---|
| 1525 MUNICIPAL DRIVE, LANCASTER, PA 17601 | | |

### RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1 Within ten (10) days of the receipt of this citation, you must

a   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the vehicle Code, or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial

b   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require

c   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral

d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at  http://ujsportal.pacourts.us  to make a payment

e   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa C S  § 1543(b) (Driving while operating privilege is suspended or revoked)

2  If you fail to appear for trial, the trial may be held in your absence

3  If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest

4  If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons

5  If you plead guilty or are found guilty, points may be assessed against your driver's record  An accumulation of points may result in the suspension of your driving privilege

6  Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa C S  §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736. subsequent convictions of 75 Pa C S  § 1501, a violation of 75 Pa C S  § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S  § 3362 when occurring in an active work zone

7  If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas

8  If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number  We are unable to provide transportation

Explanation of Terms     E M S - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa C S  § 6506

b   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral as your appearance as the Magisterial District Judge shall require

**OR**

c   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50 00 collateral

**OR**

d   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified or by making payments online through Pennsylvania's Unified Judicial System web portal  Visit the portal at  http://ujsportal.pacourts.us  to make a payment

**OR**

e   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, a violation of 75 Pa C S  § 1543(b) (Driving while operating privilege is suspended or revoked)
2  If you fail to appear for trial, the trial may be held in your absence
3  If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest
4  If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons
5  If you plead guilty or are found guilty, points may be assessed against your driver's record  An accumulation of points may result in the suspension of your driving privilege
6  Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa C S  §§ 137*, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa C S  § 1501, a violation of 75 Pa C S  § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S  § 3362 when occurring in an active work zone
7  If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas
8  If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number  We are unable to provide transportation

Explanation of Terms   E M S - Emergency Medical Services Act
                       SURCHARGE - Funds are distributed pursuant to 75 Pa C S  § 6506
                       J C P/A T J - Judicial Computer Project/Access to Justice

AOPC 406-95 (Rev 04/2018)          **DEFENDANT'S COPY**

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail
1   Detach and complete the portion below with your signature on the appropriate plea line (a  or b )
2   If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8 00 costs  If the Total Due is not specified your check or money order for collateral must be in the amount of $50 00  You will be notified by mail of your trial date
3   If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation  Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest
4   Your check or money order must be made payable to

Magisterial District No.   02-1-02                                    Do Not Send Cash

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                        Cut across dotted line
                    **MAIL IN PORTION**
    Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below
    Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded
    I understand the notice and my rights and obligations  Further, I represent that I make this plea knowingly, voluntarily, and intelligently

                                                                              Mail To

a  I plead NOT GUILTY and request a trial _____
                                    signature                    Magisterial District No.  02-1-02
                                                                 2205 OREGON PK
b  I plead GUILTY                                                LANCASTER, PA  17601
                                    signature

**CYHIENRA**    J          **BARNES-BEY**                                      E0036909-5

OFF    BENDER            02/19/2019        Car #

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No.  02-1-02

2205 OREGON PK

LANCASTER, PA 17601

(717) 569-8774

**TRAFFIC CITATION**

CITATION NO.

**E0036908-4**

ISSUED  02/19/2019

| Defendant's First Name | | Middle Name | | Last Name | | | Suffix | Driver's Number | | CDL | State | Sex |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CYHIENRA | | J | | BARNES-BEY | | | | 22710312 | | NO | PA | M |

| Defendant's Street Address | | City | | | State | Zip Code | | DOB | | Primary Phone No | 2nd Phone No | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | | LANCASTER | | | PA | 17602 | | 05/22/1969 | | | | |

| PRIMARY VEHICLE | Veh Reg No | Reg Yr | State | Model Yr 2000 | Make CHEV | | Model CHEV-SLV | | Style PICKUP | | | Color ALUMINUM/SILV | |

| TRAILING UNIT 1 | Veh Reg No | Reg Yr | State | Make | | Style | | | Color | |

| TRAILING UNIT 2 | Veh Reg No | Reg Yr | State | Make | | Style | | | Color | |

| Owner/Lessee or Carrier | | | First Name | | | Middle Name | | | Suffix |
|---|---|---|---|---|---|---|---|---|---|
| BARNES-BEY | | | CYHIENRA | | | J | | | |

| Owner Street Address | | City | | State | Zip Code |
|---|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | | LANCASTER | | PA | 17602 |

| Charge | | |
|---|---|---|
| OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION | TITLE 75 | |

| Nature of Offense | | 67 PA Code | Section Subsection |
|---|---|---|---|
| OPERATE VEHICLE WITH EXPIRED INSPECTION, NO INSPECTION | | | 4703 A |

Ref Sec/CFR

FINE

| Actual Speed | Allowed Speed | Timing Device | Fine Doubled Due To | | | | | |
|---|---|---|---|---|---|---|---|---|
| MPH | MPH | | | | | | EMS | $10.00 |

| Offense Date | Time | Day | Vehicle Weight | Permitted Weight | Filed on Info Rec'd | Lab Serv Requested | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|
| 02/19/2019 | 22:49 | TUESDAY | lbs | lbs | NO | NO | | |

| Comm Veh | HazMat | Juvenile | Parents Notified | Accident Rpt | Incident Number | Weather Conditions | COSTS | $0.00 |
|---|---|---|---|---|---|---|---|---|
| NO | NO | NO | NO | NO | | NO ADVERSE CONDITIONS | | |

| Location | | |
|---|---|---|
| ON NEW HOLLAND AVE 100 FEET EAST OF PLEASURE RD | JCP/ATJ | $22.00 |

| Route | Dir of Travel | Interstate | County | | Twp-Boro-City | | |
|---|---|---|---|---|---|---|---|
| E | | NO | LANCASTER | | MANHEIM TWP | Total Due | |

| Speed Timing Device Operator | | Miles Followed | Miles Timed | Secs. Timed | Special Activity |
|---|---|---|---|---|---|
| | | | | | NONE |

| Stopped By | Observed By | Speed Detection Type | Station Equip Tested | Date Equip Tested | Speed Equip. Serial No |
|---|---|---|---|---|---|
| MARKED | MARKED | | | | |

Confidential Information Section

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa C S § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

| Officer | | | | Officer ID N0 |
|---|---|---|---|---|
| OFF   BENDER | | E - F I L E D | | 85 |

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMEN | ORI Number | Phone Number |
|---|---|---|---|
| | 1825 MUNICIPAL DRIVE LANCASTER, PA 17601 | PA0360500 | (717) 569-6401 |

**RIGHTS AND OBLIGATIONS**

This citation will be filed with the magisterial district judge whose address appears above.

1  Within ten (10) days of the receipt of this citation, you must

a    PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code, or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial

OR

b    PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require

OR

c    Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral

OR

d    PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal  Visit the portal at  http://ujsportal.pacourts.us.  to make a payment

OR

e    PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa C S § 1543(b) (Driving while operating privilege is suspended or revoked)

2  If you fail to appear for trial, the trial may be held in your absence

3  If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest

4  If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons

5  If you plead guilty or are found guilty, points may be assessed against your driver's record  An accumulation of points may result in the suspension of your driving privilege

6  Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa C S §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa C S § 1501, a violation of 75 Pa C S § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S § 3362 when occurring in an active work zone

7  If you are found guilty by the Magisterial District Judge, or you plead guilty and you wish to appeal you have THIRTY (30) days to file an appeal for a trial in the Court of Common

| Location | | | | | | | |
|---|---|---|---|---|---|---|---|
| ON NEW HOLLAND AVE 100 FEET EAST OF PLEASURE RD | | | | | | | $22.00 |

| Route | Dir of Travel | Interstate | County | | Twp-Boro-City | | | |
|---|---|---|---|---|---|---|---|---|
| | E | NO | LANCASTER | | MANHEIM TWP | | | Total Due |

| Speed Timing Device Operator | | Miles Followed | Miles Timed | Secs Timed | Special Activity |
|---|---|---|---|---|---|
| | | | | | NONE |

| Stopped By | Observed By | Speed Detection Type | | Station Equip Tested | Date Equip Tested | Speed Equip Serial No |
|---|---|---|---|---|---|---|
| MARKED | MARKED | | | | | |

Confidential Information Section

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa C S § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy

| Officer | | | Officer ID N0 |
|---|---|---|---|
| OFF BENDER | E - F I L E D | | 85 |

**THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE**

| MANHEIM TOWNSHIP POLICE DEPARTMEN | ORI Number | Phone Number |
|---|---|---|
| 1825 MUNICIPAL DRIVE LANCASTER, PA 17601 | PA0360500 | (717) 569-6401 |

## RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1 Within ten (10) days of the receipt of this citation, you must.

a PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8 00 if the offense charged is under the Vehicle Code, or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial

OR

b PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require

OR

c Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50 00 collateral

OR

d PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal Visit the portal at http://ujsportal.pacourts.us. to make a payment

OR

e PLEAD GUILTY by appearing before the proper Magisterial District Judge or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa C S § 1543(b) (Driving while operating privilege is suspended or revoked)

2 If you fail to appear for trial, the trial may be held in your absence

3 If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest

4 If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons

5 If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege

6 Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa C S, §§ 1371, 3341, 3345, 3367 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa C S § 1501, a violation of 75 Pa C S § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S § 3362 when occurring in an active work zone

7 If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas

8 If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number We are unable to provide transportation

Explanation of Terms   E M S - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa C S § 6506
J C P /A T J - Judicial Computer Project/Access to Justice

AOPC 406-95 (Rev 04/2018)

## DEFENDANT'S COPY

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail

1 Detach and complete the portion below with your signature on the appropriate plea line (a or b)

2 If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due, as specified, plus $8.00 costs if the Total Due is not specified your check or money order for collateral must be in the amount of $50.00 You will be notified by mail of your trial date

3 If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest

4 Your check or money order must be made payable to

Magisterial District No. 02-1-02                              **Do Not Send Cash**

- - - - - - - - - - - - - - - - - - - - - - Cut across dotted line - - - - - - - - - - - - - - - - - - - - - -

## MAIL IN PORTION

Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below
Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded
I understand the notice and my rights and obligations Further, I represent that I make this plea knowingly, voluntarily, and intelligently

Mail To

a I plead NOT GUILTY and request a trial

_____
signature

Magisterial District No. 02-1-02
2205 OREGON PK
LANCASTER, PA 17601

b I plead GUILTY

_____
signature

| CYHIENRA | J | BARNES-BEY |
|---|---|---|
| OFF | BENDER | 02/19/2019 | Car # |

E0036908-4

COMMONWEALTH OF PENNSYLVANIA

Magisterial District No.   02-1-02

2205 OREGON PK

LANCASTER, PA 17601

(717) 569-8774



**TRAFFIC CITATION**

CITATION NO.

**E0036910-6**

ISSUED   **02/19/2019**

| Defendant's First Name | | Middle Name | | Last Name | | | Suffix | Driver's Number | | CDL | State | Sex |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CYHIENRA | | J | | BARNES-BEY | | | | 22710312 | | NO | PA | M |

| Defendant's Street Address | | City | | | State | Zip Code | | D O B | | Primary Phone No | | 2nd Phone No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | | LANCASTER | | | PA | 17602 | | 05/22/1969 | | | | |

| PRIMARY VEHICLE | Veh Reg No | Reg Yr. | State | Model Yr | Make | | Model | | Style | | Color | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2000 | CHEV | | CHEV-SLV | | PICKUP | | ALUMINUM/SILV | |

| TRAILING UNIT 1 | Veh Reg No | Reg Yr | State | Make | | Style | | | | Color | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| TRAILING UNIT 2 | Veh Reg No | Reg Yr | State | Make | | Style | | | | Color | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Owner/Lessee or Carrier | First Name | | Middle Name | | Suffix |
|---|---|---|---|---|---|
| BARNES-BEY | CYHIENRA | | J | | |

| Owner Street Address | City | | State | Zip Code |
|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | | PA | 17602 |

| Charge | | |
|---|---|---|
| REGISTRATION AND CERTIFICATE OF TITLE REQUIRED | | TITLE 75 |

| Nature of Offense | | 67 PA Code | Section | Subsection |
|---|---|---|---|---|
| OPERATED VEHICLE WITH NO PA REGISTRATION | | | 1301 | A |
| | | Ref 49 CFR | FINE | $75.00 |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | E M S. | $10.00 |
|---|---|---|---|---|---|---|

| Offense Date 02/19/2019 | Time 22:49 | Day TUESDAY | Vehicle Weight lbs | Permitted Weight lbs | Filed on Info Rec'd NO | Lab Serv Requested NO | SURCHARGE | $45.00 |
|---|---|---|---|---|---|---|---|---|

| Comm Veh NO | HazMat NO | Juvenile NO | Parents Notified NO | Accident Rpt NO | Incident Number | Weather Conditions NO ADVERSE CONDITIONS | COSTS | $0.00 |
|---|---|---|---|---|---|---|---|---|

| Location ON NEW HOLLAND AVE 100 FEET EAST OF PLEASURE RD | | J.C.P./A.T.J. | $22.00 |
|---|---|---|---|

| Route | Dir of Travel E | Interstate NO | County LANCASTER | | Twp-Boro-City MANHEIM TWP | Total Due | $152.00 |
|---|---|---|---|---|---|---|---|

| Speed Timing Device Operator | Miles Followed | Miles Timed | Secs. Timed | Special Activity NONE |
|---|---|---|---|---|

| Stopped By MARKED | Observed By MARKED | Speed Detection Type | Station Equip Tested | Date Equip Tested | Speed Equip Serial No |
|---|---|---|---|---|---|

| Confidential Information Section | | | | | |
|---|---|---|---|---|---|

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa C S  § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy

| Officer OFF   BENDER | E - F I L E D | Officer ID N0 85 |
|---|---|---|

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE   MANHEIM TOWNSHIP POLICE DEPARTMEN | ORI Number PA0360800 | Phone Number (717) 569-6401 |
|---|---|---|

1025 MUNICIPAL DRIVE LANCASTER  PA 17601

This citation will be filed with the magisterial district judge whose address appears above.

**RIGHTS AND OBLIGATIONS**

1  Within ten (10) days of the receipt of this citation, you must

a    PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the offense charged is under the Vehicle Code, or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial
OR

b    PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require
OR

c    Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral
OR

d    PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal  Visit the portal at  http://ujsportal.pacourts.us  to make a payment

e    PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa C S  § 1543(b) (Driving while operating privilege is suspended or revoked)

2  If you fail to appear for trial, the trial may be held in your absence

3  If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest

4  If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons

5  If you plead guilty or are found guilty, points may be assessed against your driver's record  An accumulation of points may result in the suspension of your driving privilege

6  Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa C S  §§ 1531, 3341, 3345, 3367, 3718, 3733, 3734  3736, subsequent convictions of 75 Pa C S  § 1501, a violation of 75 Pa C S  § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S  § 3362 when occurring in an active work zone

7  If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas

8  If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number  We are unable to provide transportation

Explanation of Terms    E M S - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa C S  § 6506
J C P./A T J - Judicial Computer Project/Access to Justice

MARKED ☐   MARKED ☐   Station Equip Tested   Date Equip Tested   Speed Equip   SerialNo

Confidential Information Section

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa C S § 4904) relating to unsworn falsification to authorities. I certify that this filing complies with the UJS Case Records Public Access Policy

| Officer | | Officer ID N0 |
|---|---|---|
| OFF    BENDER | E - FILED | 85 |

**THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE** MANHEIM TOWNSHIP POLICE DEPARTMEN

| | ORI Number | Phone Number |
|---|---|---|
| 1025 MUNICIPAL DRIVE LANCASTER, PA 17601 | PA0360800 | (717) 569-6401 |

### RIGHTS AND OBLIGATIONS

This citation will be filed with the magisterial district judge whose address appears above.

1 Within ten (10) days of the receipt of this citation, you must

a   PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8 00 if the offense charged is under the Vehicle Code, or if the Total Due is not specified, by forwarding the sum of $50 00 as collateral for your appearance at trial
OR

b   PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR

c.   Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral
OR

d.   PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal  Visit the portal at http://ujsportal.pacourts.us  to make a payment
OR

e.   PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa C S § 1543(b) (Driving while operating privilege is suspended or revoked)

2  If you fail to appear for trial, the trial may be held in your absence

3  If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.

4  If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons

5  If you plead guilty or are found guilty, points may be assessed against your driver's record  An accumulation of points may result in the suspension of your driving privilege

6  Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa C S §§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa C S § 1501, a violation of 75 Pa C S § 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S § 3362 when occurring in an active work zone

7  If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas

8  If you are disabled and require a reasonable accommodation to gain access to the magisterial district court and its services, please contact the magisterial district court at the above address or telephone number  We are unable to provide transportation

Explanation of Terms     E M S  - Emergency Medical Services Act
SURCHARGE - Funds are distributed pursuant to 75 Pa C S  § 6506
J C P /A T J - Judicial Computer Project/Access to Justice

AOPC 406-95 (Rev 04/2018)

# DEFENDANT'S COPY

## INSTRUCTIONS FOR RESPONSE BY MAIL

If you intend to respond by mail

1   Detach and complete the portion below with your signature on the appropriate plea line (a  or b )

2   If you PLEAD NOT GUILTY, your check or money order for collateral must be in the amount reported as Total Due as specified, plus $8 00 costs  If the Total Due is not specified your check or money order for collateral  must be in the amount of $50 00  You will be notified by mail of your trial date

3   If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due as specified on the citation  Failure to remit the full amount reported as Total Due may result in the issuance of a warrant for your arrest

4   Your check or money order must be made payable to

**Magisterial District No.  02-1-02**          **Do Not Send Cash**

- - - - - - - - - - - - - - - - - - - - - - - - Cut across dotted line - - - - - - - - - - - - - - - - - - - -

### MAIL IN PORTION

**Place this portion of the citation and your check or money order in an envelope and mail to the magisterial district office set forth below.**

**Failure to indicate a plea when forwarding an amount equal to the Total Due as specified on the citation, will result in a guilty plea being recorded**

I understand the notice and my rights and obligations  Further, I represent that I make this plea knowingly, voluntarily, and intelligently

a  I plead NOT GUILTY and request a trial _____        Mail To
                                    signature                            Magisterial District No.  02-1-02
                                                                        2205 OREGON PK
b  I plead GUILTY _____                                   LANCASTER, PA  17601
                        signature

| | | |
|---|---|---|
| CYHIENRA   J   BARNES-BEY | | E0036910-6 |
| OFF    BENDER | 02/9/2019   Car # | |