| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF LANCASTER |  | **Summary Trial Notice** |
|---|---|---|

| Mag Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

| Docket No: | MJ-02102-TR-0000630-2019 |
|---|---|
| Case Filed: | 2/20/2019 |
| Comp/Cit #: | E 0036720-5 |

*Notice of Removal Removal to Federal Court - 5:18-CV-5655 pursuant to Title 28 U.S.C §1441(C)(A)(1) Joinder of Related Cases Title 28 U.S.C §1331 Federal Questions District Court original Jurisdiction Constitution and Treaties*

**Charge(s)**

| 75 § 1543 §§ A (Lead) | DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED |
|---|---|

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Wednesday, March 13, 2019** | Place: Magisterial District Court 02-1-02, Lancaster<br>2205 Oregon Pike<br>Lancaster, PA 17601<br>717-569-8774 |
|---|---|
| Time: **1:30 PM** | |

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $0 00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney. If you are unable to afford an attorney, one will be appointed for you, pursuant to Pa.R.Crim.P.122(A). You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

If you have any questions, please call the above office immediately.
Should you fail to appear for your summary trial, a warrant may be issued for your arrest

February 20, 2019
Date

*D. P. Miller* (signature)
Magisterial District Judge Miller

This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.



| COMMONWEALTH OF PENNSYLVANIA | | CITATION NO.: E0036720-5 |
|---|---|---|
| Magisterial District No. MDJ-02-1-02 |  | Docket Number Assigned by Court: |
| 2205 Oregon Pike | | MJ-02102-TR-0000630-2019 |
| Lancaster, PA 17601 | | ISSUED: 02/19/2019 |
| 717-569-8774 | **TRAFFIC CITATION** | |

| Defendant's First Name | Middle Name | Last Name | Suffix | Driver's Number | CDL | State | Sex |
|---|---|---|---|---|---|---|---|
| Cyhienra | J. | Barnes-Bey | | 22710312 | NO | PA | M |

| Defendant's Address Street | City | State | Zip Code | D.O.B. | Primary Phone No. | 2nd Phone No. |
|---|---|---|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 | 05/22/1969 | | |

| PRIMARY VEHICLE | Veh. Reg. No. | Reg. Yr | State | Model Yr. 2000 | Make CHEV | Model CHEV-SLV | Style Pickup | Color Silver/Alumin |
|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr | State | Make | | Style | | Color |

| Owner/Lessee or Carrier | First Name | Middle Name | Suffix |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 1749 LINCOLN HWY E # 2 | LANCASTER | PA | 17602 |

| Charge | | |
|---|---|---|
| DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED | | TITLE 75 |

| Nature of Offense | 67 PA Code | Section | Subsection |
|---|---|---|---|
| OPERATION OF VEHICLE WITH SUSPENDED OR REVOKED LICENSE-2ND OR SUBSEQUENT OFFENSE, 5 PRIOR 1543 | Ref. 49 CFR | 1543 | A |
| | | FINE | |

| Actual Speed | Allowed Speed | Timing Device | Fine Doubled Due To | | E.M.S. | $ 10.00 |
|---|---|---|---|---|---|---|
| Offense Date 02/19/2019 | Time 22:49 | Day Tuesday | Vehicle Weight lbs. | Permitted Weight lbs. | File on Info. Rec'd No | Lab Serv Requested No | SURCHARGE | $ 45.00 |
| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number | Weather Conditions No Adverse Conditions | COSTS | $ 40.50 |

| Location | J.C.P./A.T.J. | $ 22.00 |
|---|---|---|
| ON NEW HOLLAND AVE 100 FEET EAST OF PLEASURE RD | | |

| Route | Dir of Travel E | Interstate No | County Lancaster | Twp-Boro-City Manheim Township | Total Due | |
|---|---|---|---|---|---|---|

| Speed Timing Device Operator | Miles Followed | Miles Timed | Secs. Timed | Special Activity None |
|---|---|---|---|---|
| Stopped By Marked | Observed By Marked | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |

Confidential Information Section

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code ( 4904) relating to the unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy

| Officer Bender | E-FILED | Officer ID No. 42683 |
|---|---|---|
| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | MANHEIM TOWNSHIP POLICE DEPARTMENT | ORI Number PA0360800 | Phone Number 7175696401 |

### RIGHTS AND OBLIGATIONS
**This citation will be filed with the magisterial district judge whose address appears above.**

1 Within ten (10) days of the receipt of this citation you must:
a. PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $8.00 if the of charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
**OR**
b. PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
**OR**
c. Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
**OR**
d. PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments through Pennsylvania's Unified Judicial System web portal. Visit the portal at <http://ujsportal.pacourts.us> to make a payment.
**OR**
e. PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because of the offense with which you are charged carries a ma sentence of imprisonment, for example, a violation of 75 Pa.C.S § 1543(b) (Driving while operating privilege is suspended or revoked.)
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified above will result in the suspension of your driver's license, the issuance of a summ for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S.§§ 1371, 3341, 3345, 3367, 3718, 37 3736, subsequent convictions of Pa.C.S.§ 3361 when occurring in an active work zone and an accident report is submitted by the police, subsequent convictions of 75 Pa. C.S § 1501, a violation of 75 Pa.C when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa C S § 3362 when occurring in an active work zone.
7 If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require assistance, please contact the Magisterial District office shown above.

Explanation of Terms:
E.M.S. - Emergency Medical Service Act
SURCHARGE - Funds distributed pursuant to 75 Pa C S § 6506
J C P /A.T.J. - Judicial Computer Project/Access to Justice

**FEB 2 0 2019**

# Notice of Language Rights



Language Access Coordinator
50 N. Duke Street PO Box 83480 Lancaster, PA 17608
717-390-7753
languageaccess@co.lancaster.pa.us

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務，如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية:** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ਪੰਜਾਬੀ/India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

# COMMONWEALTH OF PENNSYLVANIA

## COUNTY OF LANCASTER

MANHEIM TOWNSHIP

### DAVID P. MILLER
#### MAGISTERIAL DISTRICT JUDGE
Magisterial District 02-1-02
2205 Oregon Pike
Lancaster, PA 17601

OFFICE.
TEL (717) 569-8774
FAX (717) 569-8721

TO: Cyhienra J Barnes-Bey
FROM: District Justice David P. Miller's Office
SUBJECT: Docket No: TR 630-19
DATE: 2-20-19

You have been charged with Driving Under Suspension by the Manheim Township Police Department. A copy of the citation and summons are enclosed.
As a result of your driving record and previous violations of Driving Under Suspension, you are considered a habitual offender and may be subject to incarceration if convicted of this charge. Attached is a hearing notice telling your date and time of trial. Information on how to obtain counsel is also enclosed.
Your appearance at this trial is *mandatory.* If you have further questions, please contact this office immediately. Thank you.

# COMMONWEALTH OF PENNSYLVANIA

### COUNTY OF LANCASTER

MANHEIM TOWNSHIP

## DAVID P. MILLER

MAGISTERIAL DISTRICT JUDGE

Magisterial District 02-1-02
2205 Oregon Pike
Lancaster, PA 17601

OFFICE:
TEL (717) 569-8774
FAX (717) 569-8721

2-20-19
DATE

Cyhienra J. Barnes-Bey
DEFENDANT

Dus Multiple
CHARGE

3/13/19 @ 1:30pm
HEARING DATE

The above named defendant is eligible to apply for a public defender for the above captioned summary case due to the *likelihood* of imprisonment.

District Judge David P. Miller
Magisterial District 02-1-02
Comm. Exp. 1/18

# IMPORTANT NOTICE TO DEFENDANT

**IF YOU WANT TO APPLY FOR A PUBLIC DEFENDER,** You must go **in person** to:

BAIL ADMINISTRATION OFFICE
Second Floor, Old Courthouse
50 North Duke Street
Lancaster, PA 17602

PHONE: (717) 295-3584

Public Defender applications are accepted Monday through Friday, 8:30 AM to 4:00 PM. When you make application, you **MUST** bring the following things with you (if they apply):

1. Copy of charges (citation or complaint)
2. Proof of **ANY** income you receive (pay check stubs, a statement from your employer, DPA forms, Unemployment Compensation forms, SSI/Social Security forms etc.)

**WHEN YOU APPLY FOR A PUBLIC DEFENDER**, BE PREPARED TO PROVIDE THE FOLLOWING INFORMATION. If you are married and living with your spouse, all questions must be answered as they apply to both of you. You must show proof of all income received.

## BANK ACCOUNT INFORMATION

Name of bank
Type of account(s) and account number(s)
Account balances

## EMPLOYMENT INFORMATION

Name, address and telephone number of employer
Hourly rate of pay, weekly gross and net income

## OTHER INCOME INFORMATION

DPA (welfare) information
Unemployment Compensation information

## DEBT INFORMATION

List of creditors and amounts owed
Verification of outstanding bills/debts
Complete list of weekly/monthly expenses

## HOUSING INFORMATION

Rent or mortgage information
Name of person you live with

## SUPPORT INFORMATION

Names and ages of all people you legally support

**IF YOU WANT TO HIRE A PRIVATE LAWYER**, but you don't know whom to call, you can contact:

LAWYER REFERRAL SERVICE
Lancaster Bar Association
28 East Orange Street
Lancaster, PA. 17602

PHONE: (717) 393-0737

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF LANCASTER |  | **Summary Trial Notice** |
|---|---|---|

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

| Docket No: | MJ-02102-TR-0000635-2019 |
|---|---|
| Case Filed: | 2/20/2019 |
| Comp/Cit #: | E 0036910-6 |

*Notice of Removal to Federal Court pursuant to Title 28 U.S.C §1441 (c)(A)(1) Joinder of Related Cases. Title 28. U.S.C §1331 Federal Question, district Court original Jurisdiction Constitution and Treaties 5:18-CV-5655*

Charge(s)

75 § 1301 §§ A (Lead)      REGISTRATION AND CERTIFICATE OF TITLE REQUIRED

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Wednesday, March 13, 2019**<br>Time: **1:30 PM** | Place: Magisterial District Court 02-1-02, Lancaster<br>2205 Oregon Pike<br>Lancaster, PA 17601<br>717-569-8774 |
|---|---|

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution. You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

February 20, 2019
Date

_____
Magisterial District Judge Miller

This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

MDJS 308
Printed: 02/20/2019 10:20:33AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

# Notice of Language Rights



Language Access Coordinator
50 N. Duke Street PO Box 83480 Lancaster, PA 17608
717-390-7753
languageaccess@co.lancaster.pa.us

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے أوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# Summary Trial Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike  Lancaster, PA  17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA  17602

| | |
|---|---|
| Docket No: | MJ-02102-TR-0000634-2019 |
| Case Filed: | 2/20/2019 |
| Comp/Cit #: | E 0036909-5 |

*[Handwritten]: Notice of Removal to Federal Court. 5:18-CV-5655 Pursuant to Title 28 U.S.C § 1441(C)(A)(1). Joinder of Related cases. Title 28 U.S.C § 1331 Federal Questions District Court original Jurisdiction Constitution Treaties*

**Charge(s)**

75 § 1786 §§ F (Lead)   REQUIRED FINANCIAL RESPONSIBILITY

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Wednesday, March 13, 2019** | Place: | Magisterial District Court 02-1-02, Lancaster |
|---|---|---|
| Time: **1:30 PM** | | 2205 Oregon Pike  Lancaster, PA  17601  717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s).  The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney.  You have the right to have any witnesses present.  It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution.  You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

February 20, 2019
Date

_____
Magisterial District Judge Miller

This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.



# Notice of Language Rights



Language Access Coordinator
50 N. Duke Street PO Box 83480 Lancaster, PA 17608
717-390-7753
languageaccess@co.lancaster.pa.us

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی/Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اُوتے فراہم کیتیاں رابطے دیاں معلوماتاں نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français:** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# Summary Trial Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Docket No:   MJ-02102-TR-0000633-2019
Case Filed:  2/20/2019
Comp/Cit #:  E 0036908-4

*Notice of Removal to Federal Court Pursuant to Title 28 U.S.C. §1441 (c)(A)(1) Joinder of Related Cases Title 28 U.S.C. §1331 Federal Question District Court original Jurisdiction 5:18-CV-5655 Constitution & Treaties*

**Charge(s)**

| 75 § 4703 §§ A (Lead) | OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION |

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Wednesday, March 13, 2019** | Place: Magisterial District Court 02-1-02, Lancaster<br>2205 Oregon Pike<br>Lancaster, PA 17601<br>717-569-8774 |
|---|---|
| Time: **1:30 PM** | |

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution. You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

February 20, 2019
Date

_____
Magisterial District Judge Miller

This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

MDJS 308
Printed: 02/20/2019 10:20:33AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF LANCASTER |  | **Summary Trial Notice** |
|---|---|---|

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Docket No: MJ-02102-TR-0000013-2019
Case Filed: 1/2/2019
Comp/Cit #: E 0035643-6

### Charge(s)

| 75 § 1301 §§ A (Lead) | REGISTRATION AND CERTIFICATE OF TITLE REQUIRED |
|---|---|

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: Monday, February 11, 2019 | Place: Magisterial District Court 02-1-02, Lancaster |
|---|---|
| Time: 2:30 PM | 2205 Oregon Pike<br>Lancaster, PA 17601<br>717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution. You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

January 11, 2019
Date

Magisterial District Judge Miller

This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.



| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF LANCASTER |  | **Summary Trial Notice** |

| | |
|---|---|
| Mag. Dist. No: MDJ-02-1-02<br>MDJ Name: Honorable David P. Miller<br>Address: 2205 Oregon Pike<br>Lancaster, PA 17601<br>Telephone: 717-569-8774 | Commonwealth of Pennsylvania<br>v.<br>Cyhienra J. Barnes-Bey |

Cyhienra J. Barnes-Bey
1749 Lincoln Hwy E # 2
Lancaster, PA 17602

Docket No: MJ-02102-TR-0000015-2019
Case Filed: 1/2/2019
Comp/Cit #: E 0035731-3

**Charge(s)**

75 § 1786 §§ F (Lead)    REQUIRED FINANCIAL RESPONSIBILITY

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Monday, February 11, 2019** | Place: Magisterial District Court 02-1-02, Lancaster |
|---|---|
| Time: **2:30 PM** | 2205 Oregon Pike<br>Lancaster, PA 17601<br>717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution. You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

January 11, 2019
Date

Magisterial District Judge Miller

This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

MDJS 308
Printed: 01/11/2019 2:47:34PM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF LANCASTER



# Summary Trial Notice

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania  
v.  
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey  
1749 Lincoln Hwy E # 2  
Lancaster, PA 17602

Docket No: MJ-02102-TR-0000014-2019  
Case Filed: 1/2/2019  
Comp/Cit #: E 0035644-0

| Charge(s) | |
|---|---|
| 75 § 1543 §§ A (Lead) | DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED |

A Summary Trial has been scheduled for the above captioned case to be held on/at:

| Date: **Monday, February 11, 2019** | Place: | Magisterial District Court 02-1-02, Lancaster |
|---|---|---|
| Time: **2:30 PM** | | 2205 Oregon Pike<br>Lancaster, PA 17601<br>717-569-8774 |

This court has received your plea of NOT GUILTY to the above summary violation(s). The sum of $0.00 has been accepted as collateral for your appearance at trial.

You have the right to be represented by an attorney. You have the right to have any witnesses present. It is your responsibility to notify your attorney and/or witnesses of this trial date/time.

Failure to appear for your trial shall constitute consent to trial in your absence and if you are found guilty, the collateral deposited shall be forfeited and applied toward the fines, costs, and restitution. You shall have the right to appeal within 30 days for a trial de novo.

If you have any questions, please call the above office immediately.  
Should you fail to appear for your summary trial, a warrant may be issued for your arrest.

January 11, 2019  _____  
Date                      Magisterial District Judge Miller

This District Court Office is not fully accessible to persons using wheelchairs. If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

MDJS 308  
Printed: 01/11/2019 2:47:34PM



FREE INTERPRETER  
www.pacourts.us/language-rights  
717-390-7753

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF LANCASTER |  | **ORDER IMPOSING SENTENCE** |
|---|---|---|

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
c/o Sheik C. Barnes Bey Grand Governor, Ordained
Divine Min.
P.O. Box 8606

Docket No: MJ-02102-TR-0000013-2019
Case Filed: 1/2/2019
OTN:

### Charge(s)
75 § 1301 §§ A (Lead)    Dr Unregist Veh

### THIS IS TO NOTIFY YOU THAT:
On February 11, 2019, your trial on the above charge(s) was held in the Magisterial District Court listed above in your absence pursuant to Pa. R.Crim.P 455. You were found guilty and sentenced to the following:

### Fines, Costs, and Restitution
(Payments shall be made at the Magisterial District Court listed above. Payment is due immediately unless a payment plan schedule has been established and issued by the Magisterial District Judge.)

| Collateral Amount | $0.00 | | | | |
|---|---|---|---|---|---|
| Fines: | $75.00 | Fines: | $0.00 | Fines: | $75.00 |
| Costs: | $125.50 | Costs: | $0.00 | Costs: | $125.50 |
| Restitution: | $0.00 | Restitution: | $0.00 | Restitution: | $0.00 |
| **Total** | **$200.50** | **Paid to date** | **$0.00** | **Case Balance** | **$200.50** |

*due by: 3-13-19*

You have the right to appeal to the Court of Common Pleas within 30 days for a trial de novo. If you choose to file an appeal, you must appear for the trial de novo in the Court of Common Pleas or your appeal may be dismissed. If you are found not guilty, any money previously paid in this case will be returned to you. If you have any questions, please call this office immediately.

February 11, 2019
Date

*[signature]*
Magisterial District Judge Miller

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at
*http://ujsportal.pacourts.us* to make a payment.

MDJS 581
Printed: 02/11/2019 3:39:13PM

1

 **FREE INTERPRETER**
www.pacourts.us/language-rights
717-390-7753

COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF LANCASTER



# ORDER IMPOSING SENTENCE

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Cyhienra J. Barnes-Bey  
Moorish Science Temple No. 16  
c/o Sheik C. Barnes Bey Grand Governor, Ordained Divine Min.  
P.O. Box 8606

Commonwealth of Pennsylvania  
v.  
Cyhienra J. Barnes-Bey

Docket No:   MJ-02102-TR-0000014-2019  
Case Filed:   1/2/2019  
OTN:

### Charge(s)

| 75 § 1543 §§ A (Lead) | Driv While Oper Priv Susp Or Revoked |
|---|---|

**THIS IS TO NOTIFY YOU THAT:**

On February 11, 2019, your trial on the above charge(s) was held in the Magisterial District Court listed above in your absence pursuant to Pa. R.Crim.P 455. You were found guilty and sentenced to the following:

### Fines, Costs, and Restitution

(Payments shall be made at the Magisterial District Court listed above. Payment is due immediately unless a payment plan schedule has been established and issued by the Magisterial District Judge.)

| Collateral Amount: | $0.00 | | | | |
|---|---|---|---|---|---|
| Fines: | $500.00 | Fines: | $0.00 | Fines: | $500.00 |
| Costs: | $77.00 | Costs: | $0.00 | Costs: | $77.00 |
| Restitution: | $0.00 | Restitution: | $0.00 | Restitution: | $0.00 |
| Total | $577.00 | Paid to date | $0.00 | Case Balance | $577.00 |

*due by: 3-13-19*

Your conviction of the above charge(s) calls for a mandatory suspension of your operating privilege. Per the notification requirement of 75 Pa.C.S. § 1540(a), this suspension shall be effective within 60 days.

You have the right to appeal to the Court of Common Pleas within 30 days for a trial de novo. If you choose to file an appeal, you must appear for the trial de novo in the Court of Common Pleas or your appeal may be dismissed. If you are found not guilty, any money previously paid in this case will be returned to you. If you have any questions, please call this office immediately.

February 11, 2019  
Date

Magisterial District Judge Miller

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

MDJS 581  
Printed: 02/11/2019 3:40:18PM

1



FREE INTERPRETER  
www.pacourts.us/language-rights  
717-390-7753

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# ORDER IMPOSING SENTENCE

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
c/o Sheik C. Barnes Bey Grand Governor, Ordained
Divine Min.
P.O. Box 8606

Docket No: MJ-02102-TR-0000015-2019
Case Filed: 1/2/2019
OTN:

### Charge(s)
75 § 1786 §§ F (Lead)     Oper Veh W/O Req'd Financ Resp

**THIS IS TO NOTIFY YOU THAT:**
On February 11, 2019, your trial on the above charge(s) was held in the Magisterial District Court listed above in your absence pursuant to Pa. R.Crim.P 455. You were found guilty and sentenced to the following:

### Fines, Costs, and Restitution
(Payments shall be made at the Magisterial District Court listed above. Payment is due immediately unless a payment plan schedule has been established and issued by the Magisterial District Judge.)

| Collateral Amount: | $0.00 | | | | |
|---|---|---|---|---|---|
| Fines: | $300.00 | Fines: | $0.00 | Fines: | $300.00 |
| Costs: | $77.00 | Costs: | $0.00 | Costs: | $77.00 |
| Restitution: | $0.00 | Restitution: | $0.00 | Restitution: | $0.00 |
| Total | $377.00 | Paid to date | $0.00 | Case Balance | $377.00 |

*due by: 3-13-19*

You have the right to appeal to the Court of Common Pleas within 30 days for a trial de novo. If you choose to file an appeal, you must appear for the trial de novo in the Court of Common Pleas or your appeal may be dismissed. If you are found not guilty, any money previously paid in this case will be returned to you. If you have any questions, please call this office immediately.

February 11, 2019
Date

_____
Magisterial District Judge Miller

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at
http://ujsportal.pacourts.us to make a payment.

MDJS 581
Printed: 02/11/2019 3:41:08PM

1



FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

David P. Miller Esq., Magisterial District Judge
**MAGISTERIAL DISTRICT COURT 02-1-02**
2205 Oregon Pike
Lancaster, PA 17601-4606

Return in 7 days if not delivered
Return Service Requested

NEOPOST
02/04/2019
US POSTAGE $000.80

FIRST CLASS MAIL

ZIP 17601
041M11289211

Noble Drew Ali
Moorish Science Temple No. 16
P.O Box 8606
Lanc Pa 17604

i760488606 BO32

---

David P Miller Esq , Magisterial District Judge
**MAGISTERIAL DISTRICT COURT 02-1-02**
2205 Oregon Pike
Lancaster, PA 17601-4606

Return in 7 days if not delivered
Return Service Requested

HARRISBURG PA 171
04 FEB 2019 PM 8

NEOPOST
02/04/2019
US POSTAGE $000.65

FIRST CLASS MAIL

ZIP 17601
041M11289211

Moorish Science Tempe No. 16
c/o Sheik C. Carnes Bey Grand Governor
Ordained Divine Minister
P.O. Box 8606
Lancaster, PA 17601

i760488606