30 Jumada II 1439 MCY
March 7, 2019 CCY

# NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUIANT TO TITLE 28 § 1441 (C)(A)(1) JOINDER OF RELATED CASED AND TITLE 28 § 1331 FEDERAL QUESTIONS

Exhibit
Certificate of Service

Clerk of Court ED Pa
James A. Bryne U.S Courthouse
Room 2609
601 Market Street
Philadelphia, Pennsylvania 19106

It is Hereby Certified that service of the foregoing, **NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUIANT TO TITLE 28 § 1441 (C)(1)(A) JOINDER RELATED CASE AND TITLE 28 § 1331 FEDERAL QUESTIONS CONSTITUTION, LAWS AND TREATIES** has been made upon the following address by depositing a copy in the United States Republic by way of First Class Certified Mail, Return Receipt, Article Numbers: 70170190000053868313 / 9590 9402 4303 8190 6749 71 U.S.A. 7th day of March, 1439 M.C. (2019 C.C.Y.) addressed to:

David Miller in his official capacity as District Justice
020102
2205 Oregon Pike
Lancaster Pennsylvania Commonwealth 17601-4606

17601-4606RE: 70170190000053868351 / 9590 9402 4303 8190 6749 64

*Holy Seal*

(X) Sheik Barnes Bey, C. Grand Governor, O.D. Minister
Noble Drew Ali Disciple in trust, Sheik C. Barnes Bey Grand Governor, heirs and successors, an Executive Ruler of the Grand Body, Consul Ordained Divine Minister.