Noble Drew Ali
Moorish Science Temple No. 16
Discyple in Trust Sheik C. Barnes Bey
Exe. Ruler, Grand Governor.
P.O. Box 8606
Lancaster Pennsylvania 17604

7017 0190 0000 5386 8269

U.S. POSTAGE PAID
FCM LG ENV
LANCASTER, PA
17601
MAR 08, 19
AMOUNT
$7.20
R2305K142130-09

Clerk of Courts E.D. Pa
James A Byrne U.S. Courthouse
601 Market St
Room 2609
Philadelphia Pennsylvania 19106