ALERT: PAYMENT TRANSACTIONS ON SOME APPLICATIONS WILL BE TEMPORARILY UNAVAI...

# USPS Tracking®

FAQs ❯ (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package ＋

**Tracking Number:** 70170190000053867385

Remove ✕

**Expected Delivery by**

# FRIDAY

# 1
MARCH
2019 ⓘ

by
# 8:00pm ⓘ

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

LANCASTER, PA 17603

| | | |
|---|---|---|
| Certified Mail Fee | $3.50 | 0610 |
| | $2.80 | 13 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.90 | 02/27/2019 |
| Total Postage and Fees | $8.20 | |

Sent To
*Shamesie Abus 02-07-03*
Street and Apt. No., or PO Box No.
*1315 Sim Avenue*
City, State, ZIP+4®
*Lancaster Pennsylvania 1765-*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 0190 0000 5386 7385

## ✓ Delivered

March 1, 2019 at 11:49 am
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17603

Get Updates ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                         ⌃

**March 1, 2019, 11:49 am**
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17603
Your item was delivered to the front desk, reception area, or mail room at 11:49 am on March 1, 2019 in
LANCASTER, PA 17603.

**February 28, 2019, 4:54 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

*(A1)*

*(Annexed Article : B*

# USPS Tracking®

**FAQs ›** (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package **+**

**Tracking Number:** 70170190000053867439

Remove ✕

**Expected Delivery by**

# FRIDAY

# 1
MARCH
2019 ⓘ

by

**8:00pm** ⓘ



## ⊘ Delivered

March 1, 2019 at 11:45 am
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17601

Get Updates ⌄

---

**Text & Email Updates**            ⌄

---

**Tracking History**            ⌃

**March 1, 2019, 11:45 am**
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17601
Your item was delivered to the front desk, reception area, or mail room at 11:45 am on March 1, 2019 in
LANCASTER, PA 17601.

**February 28, 2019, 3:18 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70170190000053867422

Remove ✕

**Expected Delivery by**

# FRIDAY

# 1 MARCH 2019 ⓘ

by

# 8:00pm ⓘ

## ✓ Delivered

March 1, 2019 at 11:03 am
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17603

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**March 1, 2019, 11:03 am**
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17603
Your item was delivered to the front desk, reception area, or mail room at 11:03 am on March 1, 2019 in
LANCASTER, PA 17603.

**February 28, 2019, 4:56 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

# USPS Tracking®

**FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package +

**Tracking Number:** 70170190000053867392

Remove ✕

**On Time**

**Expected Delivery on**

# FRIDAY

# 1
MARCH
2019 ⓘ

by
# 8:00pm ⓘ

## ✅ Delivered

March 1, 2019 at 1:07 pm
Delivered, Left with Individual
LANCASTER, PA 17602

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**March 1, 2019, 1:07 pm**
Delivered, Left with Individual
LANCASTER, PA 17602
Your item was delivered to an individual at the address at 1:07 pm on March 1, 2019 in LANCASTER, PA 17602.

**March 1, 2019, 9:45 am**
Out for Delivery
LANCASTER, PA 17602

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70170190000053867347

Remove ✕

**On Time**

**Expected Delivery on**

# FRIDAY
# 1
MARCH
2019 ⓘ
by
**8:00pm** ⓘ



## ✓ Delivered

March 1, 2019 at 11:45 am
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17601

Get Updates ⌄

---

### Text & Email Updates ⌄

---

### Tracking History ⌃

**March 1, 2019, 11:45 am**
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17601
Your item was delivered to the front desk, reception area, or mail room at 11:45 am on March 1, 2019 in
LANCASTER, PA 17601.

**March 1, 2019, 9:40 am**
Out for Delivery
LANCASTER, PA 17601

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70170190000053868290

Remove ✕

**Expected Delivery by**

# FRIDAY

## 1 MARCH 2019 ⓘ

**by 8:00pm** ⓘ

## ⊘ Delivered

March 1, 2019 at 11:45 am
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17601

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**March 1, 2019, 11:45 am**
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17601
Your item was delivered to the front desk, reception area, or mail room at 11:45 am on March 1, 2019 in LANCASTER, PA 17601.

**February 28, 2019, 3:16 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

# USPS Tracking®

**FAQs ›** (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70170190000053867361                    Remove ✕

**Expected Delivery on**

# MONDAY

# 4 MARCH 2019 ⓘ

by
## 8:00pm ⓘ



### ✓ Delivered

March 4, 2019 at 7:54 pm
Delivered
LANCASTER, PA 17608

Get Updates ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                        ⌃

**March 4, 2019, 7:54 pm**
Delivered
LANCASTER, PA 17608
Your item was delivered at 7:54 pm on March 4, 2019 in LANCASTER, PA 17608.

**March 2, 2019, 3:54 pm**
Available for Pickup
LANCASTER, PA 17608

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70170190000053867408

Remove X

**Expected Delivery on**

# MONDAY

# 4 MARCH 2019 ⓘ

by

# 8:00pm ⓘ

⊘ **Delivered**

March 4, 2019 at 7:54 pm
Delivered
LANCASTER, PA 17608

Get Updates ⌄

---

## Text & Email Updates    ⌄

---

## Tracking History    ⌃

**March 4, 2019, 7:54 pm**
Delivered
LANCASTER, PA 17608
Your item was delivered at 7:54 pm on March 4, 2019 in LANCASTER, PA 17608.

**March 2, 2019, 3:54 pm**
Available for Pickup
LANCASTER, PA 17608

# USPS Tracking®

**FAQs ›** (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70170190000053867354

Remove ✕

## Expected Delivery by

# FRIDAY

# 1 MARCH 2019 ⓘ

## by 8:00pm ⓘ

## ⊘ Delivered

March 1, 2019 at 1:07 pm
Delivered, Left with Individual
LANCASTER, PA 17602

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**March 1, 2019, 1:07 pm**
Delivered, Left with Individual
LANCASTER, PA 17602
Your item was delivered to an individual at the address at 1:07 pm on March 1, 2019 in LANCASTER, PA 17602.

**March 1, 2019**
In Transit to Next Facility

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70170190000053868306

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:12 pm on March 4, 2019 in LANCASTER, PA 17601.

### ✓ Delivered

March 4, 2019 at 1:12 pm
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17601

Get Updates ∨

---

### Text & Email Updates

---

### Tracking History

**March 4, 2019, 1:12 pm**
Delivered, Front Desk/Reception/Mail Room
LANCASTER, PA 17601
Your item was delivered to the front desk, reception area, or mail room at 1:12 pm on March 4, 2019 in LANCASTER, PA 17601.

**March 4, 2019**
In Transit to Next Facility

**February 28, 2019, 3:16 pm**
Departed USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70170190000053867415

Remove ✕

**Expected Delivery on**

# MONDAY
# 4  MARCH  by
2019 ⓘ  **8:00pm** ⓘ

## ✅ Delivered

March 4, 2019 at 7:54 pm
Delivered
LANCASTER, PA 17608

Get Updates ∨

---

| Text & Email Updates | ∨ |
|---|---|

| Tracking History | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

*Amend: C*

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking®

**FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package  +

**Tracking Number:** 70182290000148909893                                      Remove ✕

**Expected Delivery on**

# MONDAY

# 4 MARCH 2019 ⓘ   by  **8:00pm** ⓘ



## ⓥ Delivered

March 4, 2019 at 7:54 pm
Delivered
LANCASTER, PA 17608

Get Updates ⌄

---

### Text & Email Updates                                                         ⌄

---

### Tracking History                                                              ⌃

**March 4, 2019, 7:54 pm**
Delivered
LANCASTER, PA 17608
Your item was delivered at 7:54 pm on March 4, 2019 in LANCASTER, PA 17608.

**March 2, 2019, 3:54 pm**
Available for Pickup
LANCASTER, PA 17608

# Pennsylvania General Assembly

https://www.legis.state.pa.us/cfdocs/legis/LI/Public/index.cfm

03/18/2019 01:01 PM

Home / Statutes of Pennsylvania

# Statutes of Pennsylvania and the Constitution of Pennsylvania

## Consolidated Statutes

The Laws of Pennsylvania contain laws enacted as amendments to the Pennsylvania Consolidated Statutes, the official statutory codification established by the General Assembly under the act of November 25, 1970 (P.L.707, No.230). These laws have been incorporated into a separate official publication since 1975.

CLICK HERE TO VIEW THE CONSOLIDATED STATUTES

## Unconsolidated Statutes

The Laws of Pennsylvania, also referred to as the Pamphlet Laws, have been recognized as official law since December 1, 1801. Acts are numbered by the Department of State and published by the Legislative Reference Bureau as separate official documents known as slip laws before publication in bound editions as the Laws of Pennsylvania. NOTE: Amendatory acts prior to 1990 are not available.

CLICK HERE TO VIEW THE UNCONSOLIDATED STATUTES

## The Constitution of Pennsylvania

The Pennsylvania Constitution is the foundation of our state government. Our first Constitution was adopted in 1776 and was a framework for the U.S. Constitution, which did not take effect until 1789.

The complete text of the current state constitution is available in HTML, PDF, and Microsoft Word formats. The history of all legislation affecting the Constitution is also available.

CLICK HERE FOR MORE INFORMATION ON THE CONSTITUTION

Case 5:18-cv-05655-JFL   Document 18-2   Filed 03/21/19   Page 14 of 30

# Pennsylvania General Assembly

https://www.legis.state.pa.us/cfdocs/legis/CH/PUBLIC/word_search_acts.cfm?keyword=RELIGIOUS&searchType=exact

03/18/2019 01:19 PM

Home / Statutes of Pennsylvania / Unconsolidated Statutes / Browse by Act Name

## Browse by Act Name

 Amendatory acts prior to 1990 are not available.

## - RELIGIOUS -

**Unconsolidated Statutes**

| | | |
|---|---|---|
| VALIDATING CONVEYANCES TO RELIGIOUS SOCIETIES | 1731/1 | 320 |
| RELIGIOUS ORGANIZATIONS - HOLDING AND USE OF REAL ESTATE | 1842 | A129 |
| CORPORATIONS AND ESTATES HELD FOR CORPORATE, RELIGIOUS AND CHARITABLE USES | 1855 | A347 |
| RELIGIOUS CORPORATIONS, PERMITTED TO CONVEY LAND | 1879 | A18 |
| COMMONWEALTH DAY OF PRAYER AND CELEBRATION OF RELIGIOUS FREEDOM - DESIGNATION | 1996 | A61 |
| RELIGIOUS FREEDOM PROTECTION ACT | 2002 | A214 |

**Consolidated Statutes**

No consolidated titles were found containing this keyword/phrase.

**PA Code**

No PA Codes were found containing this keyword/phrase.

406 2

L. Un. States B-3rd d. Chance

U.S.A
510
T 983

# 𝔄merican 𝔈cclesiastical 𝔏aw:

## THE LAW

### OF

# RELIGIOUS SOCIETIES,

## CHURCH GOVERNMENT AND CREEDS,

## DISTURBING RELIGIOUS MEETINGS,

### AND THE LAW OF

## BURIAL GROUNDS

### IN THE

## UNITED STATES.

## WITH PRACTICAL FORMS.

By R. H. TYLER, Counselor-at-Law.

ALBANY:

WILLIAM GOULD, LAW BOOKSELLER AND PUBLISHER.

No. 68 STATE STREET.

1866.



Entered according to act of Congress, in the year one thousand eight hundred and sixty-six,

## By WILLIAM GOULD,

in the Clerks office of the District Court of the Northern District of New York.



C. Van Benthuysen & Sons,
Printers, Stereotypers and Binders,
407 Broadway, Albany.

TO THE

# HONORABLE WILLIAM F. ALLEN,

### THE ASTUTE LAWYER, THE SAFE COUNSELOR, THE EMINENT JUDGE, AND THE CHRISTIAN GENTLEMAN,

THIS VOLUME IS

RESPECTFULLY AND GRATEFULLY INSCRIBED,

AS A

## TESTIMONY OF RESPECT

FOR HIS

CHARACTER AND TALENTS, AND AN ACKNOWLEDGMENT OF THE
OBLIGATIONS WHICH I FEEL FOR THE AID OF HIS FRIENDSHIP,
WHICH IT HAS BEEN MY PRIVILEGE TO ENJOY FROM THE
EARLIEST PERIOD OF MY PROFESSIONAL LIFE.

### R. H. T.

**TABLE OF CONTENTS.**

### CHAPTER XXXIII.                                    Page

Religious Societies in Connecticut—Societies, how Formed—Officers and
Trustees—Powers of the Society—Meeting-houses and Pews—Taxes—
Expenses of Public Worship Enforced—Suits by and against Religious
Societies—Tithingmen to be Elected—The Shakers.................. 202

### CHAPTER XXXIV.

Religious Societies in New Jersey—Societies, how Incorporated—The
Trustees—Their Powers—May Elect a President and his Duties—Re-
formed Dutch Churches—German Reformed Churches—Protestant
Episcopal Churches—Evangelical Lutheran Churches and Jews....... 214

### CHAPTER XXXV.

Religious Societies in New Jersey—Societies may Sell their Lands in cer-
tain cases—How effected—Miscellaneous matters relating to such Socie-
ties—Church Members........................................... 228

### CHAPTER XXXVI.

Religious Societies in Pennsylvania—Rights Preserved—Religious Socie-
ties, how Incorporated — Charters, how Amended — Powers of a
Religious Corporation—Conveyances and Bequests to Trustees of—
Property of, not subject to Taxation—Property of a Divided Congrega-
tion—Form of Charter for the Society.............................. 229

### CHAPTER XXXVII.

Religious Societies in Ohio—Mode of Incorporation—Trustees—Their
Powers—Title to Property—May Dispose of Trust Estate—Majority of
Society Control its Officers ...................................... 238

### CHAPTER XXXVIII.

Religious Societies in Indiana—How Incorporated —Election of Trustees
and their Powers—Certificate of Election to be Recorded—Name of
Society, how Changed—Churches may be Consolidated—Manner of
Proceeding ..................................................... 243

### CHAPTER XXXIX.

Religious Societies in Michigan—How Organized—The Trustees—Their
Rights and Powers—Property of, how Vested and how Sold—Devises
to a Religious Society—Old Religious Corporations Confirmed—Form
of Certificate of Incorporation—Form of Petition and Order for Sale of
Real Estate of Society........................................... 251

### CHAPTER XL.

Religious Societies in Michigan—Organization of Protestant Episcopal
Churches—Form of Proceeding—Appointing of Trustees in certain
cases—Meeting of, and their Powers—Property of, how Held—Certain
other Societies, how Incorporated—Their Rights and Powers ......... 262

### CHAPTER XLI.

Religious Societies in Illinois—How Incorporated—Election, Duty and
Power of Trustees—Powers of the Society—Camp-grounds—Religious
Uses—Catholic Church—Episcopal Church—Church Property Exempt
from Taxation .................................................. 265

incorporated, it is competent for any person belonging to that church, on behalf of himself and of all others belonging to that church and entitled to the use of the funds, to come into a court of equity to enforce the execution of the trust. And if the church consists of various congregations, any one or more of such congregations, being incorporated, may in like manner enforce the execution of the trust. (*Associate Reformed Church* v. *Trustees of Theological Seminary*, 3 *Gr. C. R.* 77.)

---

## CHAPTER XXXVI.

RELIGIOUS SOCIETIES IN PENNSYLVANIA—RIGHTS PRESERVED—RELIGIOUS SOCIETIES, HOW INCORPORATED—CHARTERS, HOW AMENDED—POWERS OF A RELIGIOUS CORPORATION—CONVEYANCES AND BEQUESTS TO—TRUSTEES OF—PROPERTY OF, NOT SUBJECT TO TAXATION—PROPERTY OF A DIVIDED CONGREGATION—FORM OF CHARTER FOR THE SOCIETY.

§ 529. By the present Constitution of the State of Pennsylvania all the rights, privileges, immunities and estates of religious societies are preserved, and remain the same as though the Constitution of the State had not been altered or amended. (*State Const., Art. VII, Sec.* 3.)

§ 530. In the State of Pennsylvania, when any number of persons, who may be citizens of the commonwealth, are associated, or mean to associate, for any religious purpose, and may desire to become incorporated, they may prepare an instrument in writing, specifying therein the objects, articles, conditions and name, style or title under which they have associated or mean to associate, and exhibit the

same to the attorney-general of the commonwealth, who is
required to peruse and examine the same, and then transmit
the same, with a certificate thereon indorsed, testifying his
opinion touching the lawfulness of the objects, articles and
conditions therein set forth and contained, unto the Supreme
Court of the commonwealth; and the said court is required
thereupon to peruse and examine the said instrument, and
to transmit it, with a certificate thereon endorsed, testifying
also the opinion of the said court touching the lawfulness
of the objects, articles and conditions therein set forth and
contained unto the governor of the commonwealth.  (*Pur-
don's Digest of* 1862, 194, *Sec.* 1.)

§ 531. If the attorney-general and the Supreme Court
both certify their opinion as aforesaid to be that the objects,
articles and conditions in such instrument set forth and con-
tained are lawful, the governor must transmit the same to
the master of the rolls, with an order thereon indorsed
requiring him to enroll the same, at the expense of the ap-
plicants.  Upon the enrollment of such instrument, the per-
sons so associated, or meaning to associate, will, according
to the objects, articles and conditions in the said instrument
set forth and contained, become and be a corporation and
body politic, in law and in fact, to have continuance by the
name, style and title in such instrument provided and
declared.  (*Ib.*)

§ 532. Any such persons desiring to become incorporated
for religious purposes and objects, may in like manner pre-
pare such instrument in writing, and present the same to
the Court of Common Pleas of the proper county in which
such religious corporation is intended to be situated; and
the court is required to peruse and examine the same, and
if the objects, articles and conditions therein set forth and
contained shall appear lawful, and not injurious to the com-

munity, such court must direct said writing to be filed in the office of the prothonotary of said court, and also direct notice to be inserted in one newspaper printed in the proper county, for at least three weeks, setting forth that an application has been made to said court to grant such charter of incorporation; and if no sufficient reason is shown to the contrary, the court may, at the next term thereafter, decree and declare, by an order indorsed on said instrument, attested in the usual manner by the prothonotary, under the seal of said court, that the persons so associated shall, according to the articles and conditions in said instrument set forth and contained, become and be a corporation or body politic; and further direct that said charter of incorporation shall be recorded in the office for the recording of deeds in said county. (*Ib., page* 196, *Sec.* 11.)

§ 533. On the instrument aforesaid being recorded as aforesaid, the persons so associated, or meaning to associate, will, according to the objects, articles and conditions in such instrument set forth and contained, become and be a corporation or body politic in law and in fact, to have continuance by the name, style and title in such instrument provided and declared. The usual fees allowed by law for equal or similar services may be received by the respective county officers performing such services, and all the expense of procuring such charter of incorporation and recording the same, must be borne by the persons applying for the same. After such charter is recorded, the same must be duly certified to be recorded, and delivered over to the applicants, and a copy of the record, duly certified, is made as good evidence as the original might or could be. (*Ib. and Sec.* 12.)

§ 534. In case any religious corporation desires to improve, amend or alter its charter, it can do so by specifying the

improvements, amendments or alterations which are or shall be desired, and the same to exhibit and present to the attorney-general and Supreme Court as aforesaid, who must in like manner successively certify their opinion to the governor of the commonwealth touching the lawfulness of such improvements, amendments or alterations; and the same being certified, as aforesaid, to be lawful, must in like manner be directed by the governor to be enrolled by the master of the rolls at the expense of the applicant; and upon such enrollment the same will be taken and deemed to be a part of the instrument upon which such corporation was formed and established, to all intents and purposes as if the same had originally made a part thereof. (*Ib.* 195, *Sec.* 2.)

§ 535. The application to amend the charter of incorporation must be made by the corporation in its corporate capacity. And the proposed amendments are not to be deemed the act of the corporation, merely because the corporate seal is affixed. In case of question in regard to it, the court will look beyond the seal, and inquire in what manner and by what authority it was affixed. When there are different classes in the society, as in the Roman Catholic, the clerical and the lay, the majority of each class must consent before the charter can be altered, if there be no provision in the original charter respecting alterations. Neither can a charter be amended on the vote of a majority, at a stated meeting, convened without notice of the intended proposition to alter the charter. A notice that an alteration in the constitution will be proposed at a meeting, must be given to all parties interested; otherwise a bare majority will not be held sufficient. (*Case of St. Mary's Ch.* 6 *Serg. and Rawle,* 498; 7 *Ib.* 517; *National Literary Association,* 30 *Penn. S. R.* 150.)



§ 536. When the original charter of a religious society is procured by application to the Court of Common Pleas as hereinbefore specified, the application for improving, amending or altering such charter will have to be made to the same court, or to the court of quarter sessions of the commonwealth, and similar proceedings had as upon the granting of the original charter. (*Purdon's Digest*, 1862, *page* 197, *Secs.* 18 *and* 19.)

§ 537. Every religious society duly incorporated, and the successors thereof, possess full power and authority to make, have and use one common seal, with such device and inscription as they may deem proper, and the same to break, alter and renew at their pleasure; and by the name, style and title provided and declared in the charter as aforesaid, will be able and capable in law to sue and be sued, plead and be impleaded, in any court or courts, before any judge or judges, justice or justices, in all manner of suits, complaints, pleas, causes, matters and demands whatsoever, and all and every matter or thing therein to do, in as full and effectual a manner as any other person or persons, bodies politic and corporate, within the commonwealth, may or can do; and will be authorized and empowered to make rules, by-laws and ordinances, and to do everything needful for the good government and support of the affairs of such religious corporation; provided that such rules, by-laws and ordinances, or any of them, be not repugnant to the Constitution and laws of the United States, and of the commonwealth, or to the instrument upon which such corporation was formed and established. (*Ib.* 195, *Sec.* 3.)

§ 538. Every such religious corporation, by the name, style and title by it provided and declared as aforesaid, will also be able and capable in law, according to the terms and conditions of the instrument upon which the corporation

was formed and established, to take, receive and hold all, and all manner of lands, tenements, rents, annuities, franchises and hereditaments, and any sum and sums of money, and any manner and portion of goods and chattels, given and bequeathed unto it, to be employed and disposed of, according to the objects, articles and conditions of the instrument upon which the corporation is as aforesaid formed and established, or according to the articles and by-laws of the corporation, or the will and intention of the donors; provided, however, that the clear yearly value or income of the real and personal estate held by such religious corporation shall not at any time exceed the sum of five thousand dollars, or such other sum as is specified in the charter of such religious society. (*Ib.*, *Secs.* 4, 6, 7 *and* 8; *also Ib.* 145, *Secs.* 2 *and* 3; *also Ib.* 864, *Sec.* 2.)

§ 539. In ascertaining the annual value of the real and personal estate of a religious society, all vacant lots will be taken to be of the annual value at which they could be let upon ground-rent, or at the interest of the price at which they would sell for cash, and without sacrifice; and if occupied and yielding rent or income, then as of the annual value of such rent or income, or the valuation as vacant ground in manner aforesaid, whichsoever shall be of the greater amount; but no edifice used for worship, education, or an hospital, or the unproductive fund contained within the curtilege of such building, must be included in such valuation. (*Ib.*, 146, *Sec.* 3.)

§ 540. No estate, real or personal, can be bequeathed, devised or conveyed to any body politic, or to any private person, in trust for religious uses, except the same be done by deed or will, attested by two credible and, at the time, disinterested witnesses, at least one calendar month before the decease of the testator or alienor; and all dispositions of

property contrary to this provision are declared void, and the property thus disposed of will go to the residuary legatee or devisee, next of kin or heirs, according to law; provided that if the grantee of such property shall dispose of the same within said period, *bona fide* and upon a fair and valuable consideration, such disposition will not be avoided. (*Ib.*, 866, *Sec.* 10.)

§ 541. No bishop or other ecclesiastic, in any church, can hold any real or personal estate in the commonwealth, with a capacity to transmit the title thereof to his successor in office, otherwise than as any other individual holding the same in his private or natural capacity might do, and whenever any property, real or personal, shall be bequeathed, devised or conveyed to any ecclesiastical corporation, bishop, ecclesiastic or other person, for the use of any church, congregation or religious society, for religious worship or sepulture, or the maintenance of either, the same cannot be otherwise taken and held, or inure, than subject to the control and disposition of the lay members of such church, congregation or religious society, or such constituted officers or representatives thereof as shall be composed of a majority of lay members, citizens of Pennsylvania, having a controlling power, according to the rules, regulations, usages or corporate requirements thereof, so far as consistent herewith, and every charter granted by any court to any church, congregation or religious society, must require such property to be taken, held, and to inure, subject as aforesaid, or it will be void. (*Ib.*, 865 *and* 866, *Secs.* 8 *and* 9.)

§ 542. The majority, however, of the male members, of lawful age, of any unincorporated church, congregation or religious society, may choose for their trustee or trustees, any other person or persons than a layman; and whenever not previously declared, they may declare the manner in

which the title to their trust property shall be held and conveyed, and upon due proof of such consent, any court having jurisdiction over trusts, may direct the legal title to be conveyed accordingly.   (*Ib.*)

§ 543. No disposition of property made for any religious use, will fail for want of a trustee, or by reason of the objects being indefinite, uncertain, or ceasing or depending upon the discretion of a lost trustee, or being given in perpetuity, or in excess of the annual value limited by law; but it is the duty of any orphan's court, or court having equity jurisdiction in the proper county, to supply a trustee, and by its decree to carry into effect the intent of the donor or testator so far as the same can be ascertained, and carried into effect consistently with law or equity; for which purpose the proceeding must be instituted by leave of the Attorney General on the relation of the society or individual desirous of carrying such disposition into effect, and willing to become responsible for the costs thereof, subject to an appeal as in other cases.   (*Ib.*, 145, *Sec.* 1.)

§ 544. If the objects of the trusts last aforesaid be not ascertainable, or have ceased to exist, or such disposition be in excess of the annual value permitted by law, or in perpetuity, such disposition, so far as exceeding the power of the courts to determine the same by the rules of law or equity, will be taken to have been made subject to be further regulated and disposed of by the Legislature, in manner as nearly in conformity with the interest of the donor or testator, and the rules of law against perpetuities, as practicable, or otherwise to accrue to the public treasury for the public use.   (*Ib.*)

§ 545. All churches, meeting-houses or other regular places of stated religious worship, with the pews thereto annexed

for the occupancy and better enjoyment of the same, and all burial grounds belonging to any religious society or congregation, are exempt from all and every county, road, city, borough, town and school tax; though such exemption is restricted to five acres of land, together with the improvements thereon, and any excess of that amount of land will be liable to be taxed.  (*Ib.*, 942, *Secs.* 73 *and* 74.)

§ 546.  The title to the church property of a divided congregation, is in that part of it which is acting in harmony with its own law; and the ecclesiastical laws, customs, usages and principles which were accepted among them, before the dispute began, are the standard for determining which party is right.  (*McGinnis* v. *Watson*, 41 *Penn. S. R.*, 9.)

§ 547.  The charter of a religious society may be in the following form:

"We, the undersigned, citizens of the commonwealth of Pennsylvania, having associated ourselves together for religious purposes, desire to become incorporated as a religious society, and do hereby adopt and agree to be bound by the following articles of association, viz:

*First.* The name, style or title of the association under which they have associated is and shall be 'The First Presbyterian Church of Pittsburg.'

*Second.* The objects of the association are and shall be to maintain divine worship according to the rites of the Presbyterian church in the United States.

*Third.* The location of the house of worship of the society shall be in the city of Pittsburg, in the county of Alleghany.

*Fourth.* The temporal concerns of the society shall be managed by nine trustees, who shall all be members of the society, and shall hold their office for the term of three years, and shall be divided into three classes, so that three of their number shall be elected every year.

[Here add any other articles or conditions desired.]

Witness our hands at Pittsburg this       day of     18  ."

(Signatures.)

**SAMUEL E. ROHRER, MEMBER**
128TH LEGISLATIVE DISTRICT
HOUSE BOX 202020, MAIN CAPITOL
ROOM 402-B, IRVIS OFFICE BUILDING
HARRISBURG PA 17120-2020
PHONE (717) 787-8550
FAX (717) 783-7862
srohrer@pahousegop.com

DISTRICT OFFICE
29 VILLAGE CENTER DRIVE, SUITE A7
READING PA 19607
PHONE (610) 775-5130
FAX (610) 775 3736
www.samrohrer.com



*House of Representatives*
COMMONWEALTH OF PENNSYLVANIA
HARRISBURG

**COMMITTEES**
-----------------

**EDUCATION**
MAJORITY CHAIRMAN, SUBCOMMITTEE
   ON BASIC EDUCATION
APPROPRIATIONS
LABOR RELATIONS
GAME & FISHERIES
POLICY      .

**CAUCUSES**
------------------

COMMONWEALTH CAUCUS
EAST CENTRAL CAUCUS

April 18, 2006

Judge Phyllis R. Streitel
Chester County Court of Common Pleas
2 N. High St.
West Chester, PA 19380

Dear Judge Streitel:

It has recently been brought to my attention that on March 26, 2006, Mr. William Taylor Reil, a defendant in Criminal Action Number 4470-02 before the Court of Common Pleas, was found guilty of violating two provisions of the Transportation Code, 75 Pa. C.S.A. § 7122 (3) and 75 Pa. C.S.A. § 1543 (a).

I have come to know Mr. Reil very well during the past 14 years and I respect his understanding of the law concerning the right of an individual to travel, among other things. I believe Mr. Reil has a better understanding of this area of the law than many licensed attorneys.

While I am not a licensed attorney, I have asked a member of my staff who is a Pennsylvania licensed attorney to examine Mr. Reil's understanding of this complex issue. The conclusion reached by my staff member was that Mr. Reil has thoroughly researched the issue and has based his arguments on solid legal precedent. I have also performed my own in-depth research over the years and I, too, have reached the conclusion that Mr. Reil stands on solid legal footing.

The crux of the issue is whether Title 75 can properly be applied to an individual. Within an individual's right to liberty is the inherent right to travel. If one's movement can be restrained, such restraint is intrinsically a restraint of his liberty. Mr. Reil's use of an automobile is simply an extension of his personal liberty to move about as he wishes.

My research, and that of my staff, confirms that Title 75 can only properly be applied to commercial vehicles and commercial use of the roads. An individual who wishes to utilize an automobile or other means of conveyance in order to exercise his right to travel cannot lawfully be required to obtain a license to drive or to register his automobile in order to operate it freely on our roads.

I have not reached the above conclusions without understanding the vast implications that would follow from these conclusions. I am well aware that a ruling of this nature would "undo" years of enforcement of our existing laws. I am also well aware of the enormous economic impact such a ruling would have on the Department of Transportation.

However, no one today would dare argue that we should not have eliminated slavery because it was too costly to the American economy. When rights are being violated, no cost is too high to return those rights to the individuals who hold them. Slavery is the ultimate restriction of one's liberty. It limits one's rights in every conceivable way, including one's right to move about freely. Likewise, refusing to acknowledge an individual's right to travel is an unconstitutional restriction of one's liberty and should not be permitted to continue in Pennsylvania.

I respectfully request that you grant Mr. Reil's request for reconsideration of the March 27 verdict and review the facts and circumstances surrounding his request. He does not wish to perpetuate this situation any more than necessary; he is simply asking for an acknowledgement and protection of his right to travel and would like to return to living the peaceful life he has led over the years.

I would certainly be happy to speak with you concerning this issue if you would like to do so. I appreciate your willingness to consider the views I have expressed in this letter.

Sincerely,

**Samuel E. Rohrer**
State Representative
128th Legislative District

SER:jac

cc: William Taylor Reil