

5:18-CV-5655 Civic 7

## Moorish American Prayer

ALLAH the Father of the Universe, the Father of Love, Truth, Peace, Freedom and Justice. ALLAH is my Protector, my Guide, and my Salvation by night and by day, through His Holy Prophet, DREW ALI. (Amen).

## Koran Questions for Moorish Children

1. Who made you?    ALLAH.
2. Who is ALLAH?    ALLAH is the Father of the Universe.
3. Can we see Him?    No.
4. Where is the nearest place we can meet Him?    In the heart.
5. Who is Noble Drew Ali?    He is ALLAH'S Prophet.
6. What is a Prophet?    A Prophet is a Thought of Allah manifested in the flesh.
7. What is the duty of a Prophet?    To save nations from the wrath of ALLAH.
8. Who is the founder of the MOORISH SCIENCE TEMPLE OF AMFRICA?    Noble Drew Ali.
9. What year was the MOORISH SCIENCE TEMPLE OF AMERICA founded?    1913 A. D.
10. Where?    Newark, New Jersey.
11. Where was NOBLE DREW ALI born?    In the State of North Carolina, 1886.
12. What is his nationality?    Moorish-American.
13. What is your nationality?    Moorish-American.
14. Why are we Moorish-Americans?    Because we are descendants of Morrocans and born in America.
15. For what purpose was the Moorish Science Temple of America Founded?    For the uplifting of fallen humanity.

1

16. How did the Prophet begin to uplift the Moorish Americans?   By teaching them to be themselves.

17. What is our religion?   Islamism.

18. Is that a new, or is that the old time religion?   Old time religion.

19. What kind of a flag is the Moorish?   It is a red flag with a five pointed green star in the center.

20. What do the five points represent?   Love, Truth, Peace, Freedom and Justice.

21. How old is our flag?   It is over 10,000 years old.

22. Which is our Holy Day?   Friday.

23. Why?  Because Friday is the day on which man was formed in flesh, and it was on Friday when He departed out of flesh.

24. Who was Jesus?   He was a Prophet of Allah.

25. Where was He born?   In Bethlehem, of Judah, in the House of David.

26. Who were His Father and Mother?   Joseph and Mary.

27. Will you give in brief the line (geneology) through which Jesus came?   Some of the Great Fathers through which Jesus came are: Abraham, Boaz by Ruth, Jesse, King David, Solomon, Hezekiah and Joseph by Mary.

28. Why did ALLAH send Jesus to this earth?   To save the Israelites from the iron-hand oppression of the pale-skin nations of Europe, who were governing a portion of Palestine at that time.

29. How long has that been?   About two thousand years ago.

30. What was the nationality of Ruth?   Ruth was a Moabitess.

31. What is the modern name for Moabites?   Morroccans.

32. Where is the Morroccan Empire?   Northwest Amexem.

33. What is the modern name for Amexem?   Africa.

34. What is the title given to our ruler in Morocco?   Sultan.

35. Where do we get the name Jesus?   From the East.

2

36. What does the name Jesus mean? Jesus means Justice.

37. Did the Angel give to the Child that was called Jesus a Holy name?   Yes, but it cannot be used by those who are slaves to sin.

38. What is an Angel?   An Angel is a thought of ALLAH manifested in human flesh.

39. What are Angels used for?   To carry messages to the four corners of the world, to all nations.

40. What is our Prophet to us?   He is an Angel of ALLAH who was sent to bring us the Everlasting Gospel of ALLAH.

41. What is the Everlasting Gospel?   It is a Saving Power that comes from ALLAH through our Ancient Fathers, by His Prophet.

42. What is the Covenant of the Great GOD-ALLAH? Honor thy Father and thy Mother, that thy days may be long upon the Earthland which the Lord thy GOD-ALLAH hath given thee.

43. At what age did Jesus begin to teach?   At the age of twelve.

44. Where did He teach?   India, Africa and Europe.

45. How long did He teach?   Eighteen years.

46. What did Jesus say that would make you free? TRUTH.

47. What is TRUTH?   TRUTH is Aught.

48. What is Aught?   Aught is ALLAH.

49. Can TRUTH change?   TRUTH cannot change, or pass away.

50. What other name do we give to TRUTH?   HOLY BREATH.

51. What have you to say about HOLY BREATH?   All we can say it is Great. It is good. It was, it is, and evermore to be. AMEN.

52. At what place on earth was the physical part of MAN formed?   In the Garden of Eden.

53. Where is the Garden of Eden?   In the land of Canaan, in the City of Mecca.

54. What is the modern name for the Garden of Eden? MECCA.

3

55. What is the name of the first Physical Man?  His name cannot be used, only by Executive Rulers of the A. C. of the M. S. T. of A.

56. What are the words of A. C. of the M. S. T. of A? Adept Chamber of the Moorish Science Temple of America (3rd Heaven).

57. Who were Adam and Eve?  They are the mothers and fathers of the human family.   Asiatics and Moslems.

58. Where did they go?   They went into Asia.

59. What is the modern name given to their children? Asiatics.

60. Who is guarding the Holy City of MECCA today to keep the unbelievers away?   Angels.

61. What is the modern name for those Angels?  Asiatics.

62. What is the shade of their skin?   Olive.

63. Are the Moorish Americans any relation to those Angels? Yes, we all have the same father and mother.

64. Give five names that are given to the descendants of Adam and Eve: Lucifer, Satan, Devil, Dragon and Beast.

65. What is the Devil some times called?  The Lower-self.

66. How many selves are there?   Two.

67. Name them: Higher-self and Lower-self.

68. What people represent the Higher-self?   The Angels who protect the Holy City of MECCA.

69. What people represent the Lower-self?   Those who were cast out of the Holy City, and those who accept their teaching.

70. What is the Higher-self?   The Higher-self is the Mother of virtues and the harmonics of life, and breeds Justice, Mercy, Love and Right.

71. Can the Higher-self pass away?   No.

72. Why?   Because it is ALLAH in MAN.

73. What does the Lower-self breed?   Hatred, Slander, Lewdness, Murders, Theft, and everything that harms.

74. What did the Higher-self say to the Lower-self at one time when He met Him?   "Where are you going Satan?"

4

75. What was the answer that the Lower-self gave to the Higher-self? "I am going to and fro the earth seeking whom I may devour."

76. Has he finished his task of devouring?   Yes.

77. When was His time declared out? When He nailed Jesus on the cross.

78. What are the last words Jesus uttered?   It is finished.

79. What did He have reference to?   He had reference to the end of Satan.

80. Did Jesus say that He would return to conquer Him? Yes.

81. What is the name of the person into whom Jesus was first reincarnated?   Prophet MOHAMMED, the Conqueror.

82. Was Satan to be bound then?   Satan was to be bound in part.

83. When was the head of Satan taken off?   1453 (Byzantine).

84. By whom?   By Mohammed.

85. Name some of the marks that were put upon the MOORS of Northwest, by the European nations in 1774? Negro, Black, Colored and Ethiopia.

86. Negro, a name given to a river in West Africa by MOORS, because it contains black water.

87. What is meant by the word Black?   Black according to science means death.

88. What does the word colored mean?   Colored means anything that has been painted, stained, varnished or dyed.

89. What does Ethiopia mean? Ethiopia means something divided.

90. Can a man be a Negro, Black, Colored or Ethiopian? No.

91. Why?   Because man is made in the Image and after the likeness of God, Allah.

92. What title does Satan give Himself?   God.

93. Will you define the word White?   White means Purity, Purity means God, and God means the Ruler of the Land.

94. To whom do we refer to at times, as being the GREAT GOD?   ALLAH.

95. Is the Devil made in the Image and Likeness of ALLAH?   No, he is the shadow of our lower-selves and will pass away.

96. Who made the Devil?   Elohim.

97. Who is Elohim? Elohim, is the Seven Creative Spirits that created everything that ever was, is, and evermore to be.

98. What is Elohim sometimes called?   The SEVEN EYES of ALLAH.

99. How many days are in the Circle?   Seven days.

100. How many days are in a creation?   Seven days.

101. According to Science, how many days are in a year? Seven days.



6

**Questionnaire and Additional Laws for**

**The Moorish Americans**

**(BY THE PROPHET NOBLE DREW ALI)**

ACT 1.—Grand Shieks, and Governors and heads of all Temples, all Businesses; Each said Temple must be approved by the Prophet Noble Drew Ali. Before acting upon by any members, let it be finance property or any line of life that will cause the members to sacrifice finance, etc., that will cause the support of any group of members. Any former officer that violates these laws is subject to be removed from his office under heavy restriction, etc., by the Prophet or the Grand Shiek.

ACT 2.—All members are to attend their adept meetings and their public meetings promptly. If a member is found standing around on their meeting period, shall be fined 50¢ on the first case, and on the second, he will be fined one dollar ($1.00), which will go on your emergency fund. If member is working his monthly dues must be paid, and if he has money in the bank he must subscribe for as much as he is able, to the Moorish Uplifting Fund, because it takes finance to uplift a Nation.

ACT 3.—It is lawful and devine duty of every good member if he is able in finance, to aid me in saving the nation and if he does not, he is an enemy to the cause of uplifting his own people and Justice must catch you. Let it be he or she according to Love, Truth, Peace, Freedom and Justice as I have the power invested in my hands and I will have to enforce the law in order to save the nation.

ACT 4.—All members while making a public speech must not use any assertion against the American flag or speak radical against the church or any member of any organized group, because we are to teach Love, Truth, Peace, Freedom and Justice.

7

ACT 5.—All members must promptly attend their meetings and send their children to Sunday School, and the teacher must confirm himself to the questionary. And let every member exercise his five senses who is able to do so, because out from your Sunday School comes the guiders of the Nation.

ACT 6.—With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites who inhabited the North Western and South Western shores of Africa.

ACT 7.—All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple, then you are entitled to the name of "Faithful." Husband, you must support your wife and children. Wife, you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, through the guidance of his Father, God Allah.

8



**SALVATION**



**ALLAH**



**UNITY**

# The Moorish Science Temple
# of America

## The Divine Constitution and By-Laws

Act 1  The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the Prophet and the Grand body of the Moorish Science Temple of America. The assistant Grand Sheik is to assist the Grand Sheik in all affairs if he sees accordingly to Love Truth Peace Freedom and Justice and it is known before the members of the Moorish Science Temple of America.

Act 2  All meetings are to be opened and closed promptly according to the circle seven and Love Truth Peace Freedom and Justice Friday is our Holy Day of rest because on a Friday the first man departed out of flesh and ascended unto his father God Allah for that cause Friday is the Holy Day for all Moslems all over the world.

Act 3  Love Truth Peace Freedom and Justice must be proclaimed and practiced by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister. Because Allah is Love

Act 4  All Members must preserve these Holy and Divine laws, and all members must obey the laws of the government because by being a Moorish American you are a part and partial of the government and must live life accordingly

Act 5  This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to



**NOBLE DREW ALI**
Founder

Act 6  With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government and know that they are not Negroes, Colored Folks Black People or Ethiopians because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery but this is a new era of time now and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth this is the reason why Allah the Great God of the universe ordained Noble Drew Ali the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites who inhabited the North Western and South Western shores of Africa

Act 7  All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America then your are entitled to the name of "Faithful" Husband you must support your wife and children wife you must obey your husband and take care of your children and look after the duties of your household Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali through the guidance of his Father God Allah

### MOORISH AMERICAN PRAYER
Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector my guide and my salvation by night and by day thru his Holy Prophet Drew Ali, "Amen".

## THE MOORISH SCIENCE TEMPLE OF AMERICA
### Home Office of Noble Drew Ali
Office:  P.O. Box 379594

Chicago, IL 606
Noble Drew Ali

5: 18-CV-5655 civic  (T)  P.O. Box 9600
Lancaster Pennsylvania
17604

# CHAPTER 32.
## CORPORATIONS.

[*285]

### FOR PECUNIARY PROFIT.

SECTION.
1. Formed for all lawful purposes, except, etc.
2. License—how obtained.
3. Meeting to organize.
4. Organization completed.
5. Powers—restriction as to real estate.
6. Directors—officers—by-laws.
7. Stock—installments—compel payment.
8. Transfer of stock—liability of stockholder.
9. Legislative power reserved.
10. Continuance after expiration of charter.
11. Rights after expiration of charter.
12. Remedies not affected by dissolution.
13. Books of account—inspection.
14. Failure to elect officers not to dissolve.
15. Assessments, etc.
16. When directors and officers liable for debts.
17. Annual statement of directors.
18. Assuming corporate powers without complying with this act.
19. Dividends of insolvent company—liability.
20. Meetings of officers.
21. False reports, etc.—liability.
22. Stockholders' meetings.
23. Executors, etc.—liability.
24. Executor, etc.—liability for, etc.
25. Suits in equity against stockholders—powers of courts of equity.
26. Foreign corporations—real estate.
27. Certified copy of charter—evidence.
28. Location of street railroads—consent.
29. Re-incorporation.

### CORPORATIONS NOT FOR PECUNIARY PROFIT.

29. How organized.
30. Certificate of organization—record.
31. Corporate powers—whom not insurance companies.
32. Trustees, etc.—borrowing money—election—vacancies.
33. When distribution, etc., may be made—dissolution.
34. Change of articles of association.
34a. Boards of trustees, directors or managers.
34b. Change of name, etc.—effect of.
34c. Emergency.
35. Religious corporations—how organized.
36. Affidavit of organization—evidence.
37. Term of office of trustees.
38. Failure to elect trustees not to dissolve.
39. Subsequent elections—vacancies, etc.
40. Removal of trustee.
41. Property to vest in corporation, except, etc.
42. May acquire and hold land, etc.—limitation.
43. Powers of trustees and society over property.
44. Existing societies may organize under this act.
45. Camp grounds.
46. Right to publish, etc. books, etc.
47. Legislative control reserved.
48. Prior acts repealed as to future organization.
49. Repeal—saving.

### CHURCH CORPORATIONS.

49a. Power to lease, improve, mortgage, bond, or otherwise dispose of real estate.
49aa. Repeal.

### DISSOLUTION OF CORPORATIONS.

49a. Dissolution—vote of stockholders.
49b. Meeting of stockholders—notice.
49c. Meeting how conducted.
49d. Meeting of stockholders—record to be filed—notice of dissolution.
49e. When deemed dissolved—corporate name.
49f. Dissolution of associations—charitable corporations.

### CHANGING NAME AND PLACE OF BUSINESS INCREASING AND DECREASING CAPITAL STOCK AND NUMBER OF DIRECTORS, ETC.

50. Meeting of stockholders—restrictions.
51. Notice of meeting to stockholders and others.
52. Manner of voting—two-thirds necessary.
53. Certificate of vote filed—change accomplished, etc.
54. Notice of change to be published.
55. Provisions extended to corporations other than stock.

SECTION.
56. Rights preserved.
57. Consolidation of railroad companies—notice.
58. Emergency.

### AMENDATORY ACT OF 1877.

59. Meetings of stockholders to change number of directors, etc. in certain cases.
60. How special meetings for that purpose may be called.
61. Manner of voting—proxies.
62. If a change voted, certificate to be filed—effect.
63. Repeal.
64. Emergency.

### CONSOLIDATION.

65. Consolidated company liable for debts of original companies.

### CORPORATIONS ACTING BY ATTORNEY.

66. What agents appointed by letters of attorney may do.

### FOREIGN CORPORATIONS.

67. Foreign corporations may do business in this State on same terms, etc., as done here—may also buy in real estate—when same to be sold.
67a. May loan money on same terms, etc., in this State, as done here—may buy in real estate—when same to be sold.
67b. Foreign corporations must comply with act before doing business here.
67c. Must make known to Secretary of State where certificate or certificate of the site of incorporation is to be filed.
67d. Affidavit of site of office—reports shall and file and state contents, etc.
67e. Act not to be construed to apply to insurance corporations required to make deposits, etc.
67f. Secretary of State may propound interrogatories—failure to answer—revocation of authority—when Attorney General to act.
67g. Penalty.
67h. Act not to be construed as affecting certain corporations.
67i. Repeal.
67j. Act not affect foreign corporation operating a railroad.

### ELEVATED WAYS AND CONVEYORS.

68. Organization—what articles of incorporation shall contain.
69. How right of way obtained.
70. May raise material—compensation.
71. May increase capital stock.
72. Enumeration of powers—restriction.
73. How permission to operate in cities, etc., obtained.
74. When street more than one mile wide.
75. Repeal.

### TOTAL ABSTINENCE SOCIETIES.

76. Total abstinence societies.
77. Emergency.

### HOMESTEAD LOAN ASSOCIATIONS.

78a. License—how obtained.
78a. Must organize and do business under this act—penalty.
79. Meeting to organize.
80. Organization completed.
81. Corporate existence, etc.
82. Directors—officers.
83. Officers, bond, etc.
84. Power to borrow money.
85. Mature loans, etc.

86. Failure to give security for loan.
87. Payment of loan—premium refunded.
88. Premium, fines, etc., not usurious.
89. Corporate existence not to cease, etc.
90. May purchase, etc., real estate—when.
91. Existence may be extended.
91a. Annual report to auditor—penalties for not making or for making false or wrong reports.

Case 5:18-cv-05655-JFL   Document 18-3   Filed 03/21/19   Page 12 of 28

SECTION.
91b. Duty of auditor—fees.
91c. Auditors—duty—when assets are impaired, etc.
91d. Auditor—custodian—special meeting of stock-holders—report.
91e. Custodian—duties of—reports—compensation.
91f. Meeting of shareholders—reorganization—new management.
91g. Voluntary liquidation—duty of auditor and custodian.
91h. If the auditor finds that association can not be reorganized, to report to attorney-general—duty of attorney-general—proceedings.
91i. Auditing committees—compensation allowed.
91j. When association may reorganize or go into voluntary liquidation.
91k. When a meeting of shareholders to be called—notice to be given.
91l. Directors to present exhibit of the affairs to be printed.
91m. Voting—adoption of resolution to reorganize or liquidate.
91n. Power of shareholders at special meeting.
91o. Resolution passed by such special meeting—complete record of any proceedings to be made—report—notice—to be published.
91p. When receiver may be appointed.
91q. Apportionment of profits.
91r. Contingent fund.
91s. May release trust deed.
91t. Release valid.

### TO REGULATE FOREIGN BUILDING AND HOMESTEAD ASSOCIATIONS IN ILLINOIS.

91u. Deposit—conditions before transacting business.
91v. When auditor may give certificate.
91w. May use interest.
91x. Deposit—how h ld.
91y. Auditor may cancel certificate—when.
91z. Fees of auditor.
91zz. Penalty for not complying with act.
91zzz. Fees of, in building and loan associations.

### FOR THE DETECTION AND APPREHENSION OF HORSE THIEVES.

92. Who authorized to form.
93. Organization—how effected.
94. Organization completed.
95. Powers—constitution and by-laws.
96. May call to their aid peace officers of State—list of special constables.
97. Shall keep book, etc.
98. Companies organized under previous act, etc.
99. Repeal.

### SURETY BUSINESS.

100. Enacting clause.
101. On what bonds company may take surety—release of.
102. When company qualified to act as surety or guarantor—compliance with every law, etc.
102a. Certificate of superintendent of insurance to be evidence of qualification of such company and of its organization to become and be accepted as sole surety on all bonds, etc.
102b. Receiver may be allowed reasonable sum paid to obtain surety on his bond.
102c. Bond—estoppel—authority of agent to sign.
102d. When suit may be brought against a company.
102e. Repeal.

### SURETY COMPANIES.

102f. What corporations may be formed under this act.
102g. Formation of corporation under this act.
102h. When organization completed.
102i. Election of directors.
102j. Report to corporators—what to contain—insurance superintendent—examination—investing capital.
102k. Corporation—deposit with insurance superintendent, etc.—exchange of bonds—fees.
102l. Certificate of deposit—when fully organized.
102m. When unlawful for corporation to do business in this S tate.
102n. Examination by insurance superintendent—expenses of.
102o. Agent—certificate of authority.
102p. Penalty.
102q. Fees.
102r. Corporation ceasing to do business—insurance superintendent shall notify claimant to bring suit.
102s. What laws subject to.
102t. How capital stock increased.
102u. Emergency.

### INCORPORATION OF CO-OPERATIVE ASSOCIATIONS.

SECTION.
103. What statement to be filed with secretary of state—license as commissioners.
104. Limitation as to number of shares in capital stock.
105. When ten shares subscribed, meeting of subscribers—notice—election of directors.
106. Rep rt of commissioners—certificate of complete organization—when license deemed revoked.
107. Corporate powers.
108. Corporate powers, how exercised—officers—by-laws.
109. Compensation of officers—duties of secretary.
110. Amount of shares—subscriptions, when payable—forfeiture of stock.
111. Assignment of stock—liability of shareholders.
112. Dividends and profits—work, how classified and assigned—appeal.
113. Labor to be performed by shareholders—substitute.
114. What may be done with share upon death of shareholder.
115. Increasing membership of shareholders.
116. Reservation by general assembly.
117. When powers expire by limitation—liability upon dissolutions.
118. Duty of directors to keep books, etc.—right to examine same.
119. Failure to elect on day designated by by-laws or, etc.
120. Assessments upon unpaid shares of stock.
121. Individual liability of directors and officers.
122. Individual and joint liability where dividend paid when association is insolvent, etc.
123. Directors' meetings.
124. Shareholders' meetings—presiding officer—quorum.
125. Adopting, amending or repealing by-laws—voting.
126. Liability for debts.
127. Receiver to close up affairs.
128. Certified copies of articles of incorporation, evidence, etc.

### ADMINISTRATION OF TRUSTS BY TRUST COMPANIES.

129. Corporation may be appointed assignee or trustee.
130. Court may appoint corporation, etc.
131. When corporation not required to give bond.
132. Corporation to pay interest.
133. Corporation allowed compensation.
134. Corporation to deposit with auditor.
135. When deposit in bonds and mortgages.
136. Certificate of authority from auditor.
137. Statement to be filed with auditor.
138. What report to contain.
139. Power and duty of auditor.
140. Auditor to visit corporation annually.
141. May cause proceedings to be instituted against corporation.
142. Certificate may be revoked.
143. Penalty.
144. Abstract of statement to be published.
145. Fees.
146. May retire from business.
147. Repeal.

### MANUFACTURING, ETC., COMPANIES MAY HOLD STOCK OF RAILROAD COMPANIES.

148. May purchase and hold stock of railroad—when.

### CORPORATIONS—DISSOLUTION OF.

149. Dissolution of, proceedings for.
150. Proceedings—how commenced.
151. Proceedings—notice.
152. Attorney General—affidavit.
153. Practice—chancery.
154. Separate docket.
155. Upon the hearing—resolution.
156. Costs.

### GAS COMPANIES — CONSOLIDATION, ETC.

157. May sell, lease, etc., to other gas companies, etc.
158. Companies may consolidate.
159. What gas companies may distribute.

Case 5:18-cv-05655-JFL   Document 18-3   Filed 03/21/19   Page 13 of 28

*Religious.*

association or society, giving the names of such trustees, directors or managers so appointed or elected, and the term of their office, shall be filed for record in the office of the recorder of deeds in the county or counties where the business of said corporation may be carried on by such board of trustees, directors or managers.

**34b.** CHANGE OF NAME, ETC.—EFFECT OF.] § 2.  That hereafter, whenever any corporation, not for pecuniary profit, existing by virtue of any special law of this state, shall desire to avail itself of the right to change its name, to change its place of business, to enlarge or change the object for which it was formed, or to increase or decrease the number of its directors, managers or trustees, as now authorized, or as may hereafter be authorized by general law, such change shall not operate as a waiver, release or forfeiture of any of the powers, rights or privileges of such corporation granted to or secured by it under and by virtue of such special act, and all acts or parts of acts in conflict herewith are hereby repealed.

**34c.** EMERGENCY.] § 3.  Whereas, an emergency exists, therefore, this act shall take effect and be in force from and after its passage.

## RELIGIOUS CORPORATIONS.

**35.** HOW ORGANIZED.] § 35.  The foregoing provisions shall not apply to any religious corporations; but any church, congregation or society formed for the purpose of religious worship, may become incorporated in the manner following, to wit: By electing or appointing, according to its usages or customs, at any meeting held for that purpose, two or more of its members as trustees, wardens and vestrymen, (or such other officers whose powers and duties are similar to those of trustees, as shall be agreeable to the usages and customs, rules or regulations of such congregation, church or society,) and may adopt a corporate name; and upon the filing of the affidavit, as hereinafter provided, it shall be and remain a body politic and corporate, by the name so adopted.

**36.** AFFIDAVIT OF ORGANIZATION.] § 36. The chairman or secretary of such meeting shall, as soon as may be after such meeting, make and file in the office of the recorder of deeds in the county in which such congregation, church or society is organized (which shall be recorded by such recorder) an affidavit, substantially in the following form:

STATE OF ILLINOIS, } ss.
...... County.

I, .......... do solemnly swear (or affirm, as the case may be,) that at a meeting of the members of the (here insert the name of the church, society or congregation,) held at (here insert place of meeting), in the county of ......., and state of Illinois, on the ...... day of ...... A. D. 18 .. for that purpose, the following persons were elected (or appointed) (here insert their names) trustees, (or wardens, vestrymen or officers by whatever name they chose to adopt, with powers and duties similar to trustees,) according to the rules and usages of such (church, society or congregation). And said (church, society or congregation) adopted as its corporate name (here insert the name). And at said meeting this affiant acted as (chairman or secretary, as the case may be).

Subscribed and sworn to before me this ....... day of ...... A. D. 18 ..            (Name of affiant.)

Such affidavit, or a copy thereof duly certified by the recorder, shall be received as evidence of the due incorporation of such congregation, church or society.

**37.** TERM OF OFFICE OF TRUSTEES.] § 37.  The term of office of the trustees of any such corporation may be determined by the rules or by-laws of the congregation, church or society.

**38.** FAILURE TO ELECT TRUSTEES NOT TO DISSOLVE.] § 38.  A failure to elect trustees at any time shall not work a dissolution of such corporation, but the trustees last elected shall be considered as in office until their successors are elected.

**39.** SUBSEQUENT ELECTIONS—VACANCIES, ETC.] § 39.  All elections of trustees after the first, and elections to fill vacancies, may be called and conducted upon such notice and in such manner as may be provided by the rules, usages or by-laws of the congregation, church or society, but the qualification and number of the trustees shall, at all times, be the same as required in the thirty-fifth section of this act.  No certificate of election, after the first, need be filed for record.

**40.** REMOVAL OF TRUSTEES.] § 40.  A trustee may be removed from office by an election, called and conducted in like manner as elections for trustees, or his office declared vacant for a failure to act, immoral conduct, or for an abandonment of the faith of the congregation, church or society.

**41.** PROPERTY TO VEST IN CORPORATION, EXCEPT, ETC.] § 41.  Upon the incorporation of any congregation, church or society, all real and personal property held by any person or trustees for the use of the members thereof, shall immediately vest in



*Religious.*

such corporation and be subject to its control, and may be used, mortgaged, sold and conveyed the same as if it had been conveyed to such corporation by deed; but no such conveyance or mortgage shall be made so as to affect or destroy the intent or effect of any grant, devise or donation that may be made to such person or trustee for the use of such congregation, church or society.

**42.** MAY ACQUIRE AND HOLD LAND, ETC.—LIMITATION ]  § 42.  Any corporation that may be formed for religious purposes under this act, or any law of this State, for the incorporation of religious societies, may receive, by gift, devise or purchase, land not exceeding in quantity twenty (20) acres, and may erect or build thereon such houses, buildings or other improvements as it may deem necessary for the convenience and comfort of such congregation, church or society, and may lay out and maintain thereon a burying ground: *Provided*, that only ten acres of such land shall be exempt from assessment for taxation, and that all such land in excess of ten acres shall be assessed at the same valuation as if it were not a part of a cemetery; but no such property shall be used except in the manner expressed in the gift, grant or devise, or if no use or trust is so expressed, except for the benefit of the corporation, church or society for which it was intended.  [As amended by act approved June 3, 1889.  In force July 1, 1889.  L. 1889, p. 94; Legal News Ed., p. 72.

**43.** POWERS OF TRUSTEES AND SOCIETY OVER PROPERTY.]  § 43. The trustees shall have the care, custody and control of the real and personal property of the corporation, subject to the direction of the congregation, church or society; and may, when directed by the congregation, church or society, erect houses or buildings and improvements, and repair and alter the same, and may, when so directed, mortgage, incumber, sell and convey any real or personal estate of such corporation, and enter into all lawful contracts in the name of and in behalf of such corporation: *Provided*, that no mortgage, incumbrance, sale or conveyance shall be made of any such estate, so as to defeat or destroy the effect of any gift, grant, devise or bequest which may be made to such corporation; but all such gifts, grants, devises and bequests shall be appropriated and used as directed or intended by the person or persons making the same.

**44.** EXISTING SOCIETIES MAY ORGANIZE UNDER THIS ACT.]  § 44.  Any congregation, church or society, heretofore incorporated under the provisions of any law for the incorporation of religious societies, may become incorporated under the provisions of this act, relative to religious societies, in the same manner as if it had not previously been incorporated, in which case the new corporation shall be entitled [to] and invested with all the real and personal estate of the old corporation, in like manner and to the same extent as the old corporation, subject to all the debts, contracts and liabilities. The word trustees, wherever used in this act, shall be construed to include wardens and vestrymen, or such other officers as perform the duties of trustees.

**45.** CAMP GROUNDS.]  § 45.  Any congregation, church or society, incorporated under this act, may receive, by grant, devise or bequest, real estate, not exceeding forty acres, for the purpose of holding camp meetings, and may put such improvements thereon as they may deem for their comfort and convenience.  The title to such real estate shall be in such corporation, subject to like conditions as are provided in this act in regard to other real estate held by such corporation.

**46.** RIGHT TO PUBLISH, ETC., BOOKS, ETC.]  § 46.  The trustees, or any other persons designated by any such congregation, church or society incorporated under this act, shall have power to publish, print, circulate, sell or give away such religious, Sabbath school and missionary tracts, periodicals or books as they may deem necessary to the promotion of religion and morality.

GENERAL PROVISIONS.

**47.** LEGISLATIVE CONTROL RESERVED.]  § 47. This act is subject to any limitation or modification which may be hereafter enacted by general law, as to the amount of real estate and personal property to be held by the corporations respectively provided for herein for religious purposes.

**48.** PRIOR ACTS REPEALED AS TO FUTURE ORGANIZATIONS.]  § 48.  No corporation, association or society for any purpose authorized by this act shall be formed under any other act.

**49.** REPEAL—SAVING.]  § 49. All acts or parts of acts in conflict with the provisions of this act are hereby repealed: *Provided*, that the repeal of said acts shall not affect any corporations existing under any such acts, or any rights or liabilities that

*Voluntary dissolution of corporations.*

may have accrued when this act shall take effect; but such rights and liabilities shall remain as though this act had not been passed.

[NOTE.—See Statutes, ch. 131, § 6. The act of 1869 (L. 1869, p. 67,) in regard to Catholic churches, etc., is not repealed by title, but see § 45 above.]

## CHURCH CORPORATIONS.

AN ACT to give to church corporations power to lease, improve, mortgage, bond, sell, or otherwise dispose of any real estate heretofore and now held by said church corporation, in whole or in part for business purposes. [Approved April 27, 1903. In force July 1, 1903. L. 1903, p. 132; Legal News Ed., p. 115.]

**49½.** POWER TO LEASE, IMPROVE, MORTGAGE, BOND, SELL OR OTHERWISE DISPOSE OF REAL ESTATE.] § 1. *Be it enacted by the People of the State of Illinois represented in the General Assembly :* That every church corporation organized under the laws of the State of Illinois is hereby given power through its board of trustees (or such other of its officers as shall have powers and duties similar to those of trustees) to lease, improve, mortgage, bond, sell, convey, or otherwise dispose of any lot or parcel of ground heretofore acquired by it for its own use, and which has been appropriated in whole or in part to business uses. The net proceeds or income derived therefrom to be appropriated to such uses or purposes as shall be authorized by a vote of its board of trustees (or of such other of its officers as shall have powers and duties similar to those of trustees); *Provided, however,* That no part of such net proceeds or income shall be used otherwise than in defraying the cost and expenses connected with improving, maintaining, operating and caring for said property, and the improvements thereon, and in paying the obligations of the church owning the same, and for church or religious purposes.

**49½a.** REPEAL.] § 2. Every provision of any law, whether general or special, inconsistent with the provisions of this act, is hereby repealed.

## VOLUNTARY DISSOLUTION OF CORPORATIONS.

AN ACT to amend an act entitled "An act concerning corporations," approved April 18, 1872, in force July 1, 1872, by providing for the voluntary dissolution of corporations organized or hereafter organized upon the stock plan thereunder, by adding thereto four sections to be numbered sections 50, 51, 52 and 53 respectively. [Approved June 17, 1895. In force July 1, 1895. L. 1895, p. 133; Legal News Ed., p. 95.]

**49a.** DISSOLUTION—VOTE OF STOCKHOLDERS.] § 1. *Be it enacted by the People of the State of Illinois represented in the General Assembly:* That an act entitled " An act concerning corporations," approved April 18, 1872, in force July 1, 1872, be and the same is hereby amended so as to provide for the voluntary dissolution of corporations organized or hereafter organized upon the stock plan thereunder, by adding thereto the following sections to be numbered section 50, section 51, section 52 and section 53 respectively :

**49b.** MEETING OF STOCKHOLDERS—NOTICE.] § 50. Whenever two-thirds of the stockholders of any corporation organized or hereafter organized under the provisions of this act upon the stock plan may desire to abandon the corporate enterprise, surrender their charter, franchises and corporate name, and dissolve the corporation, it shall be the duty of the board of directors or managers thereof to submit the question of such dissolution to a vote of the stockholders at any annual or a special meeting of such stockholders to be called and held as herein provided.

**49c.** MEETING—HOW CONDUCTED.] § 51. Such special meeting shall be called by delivering personally or depositing in the postoffice at least thirty days before the time fixed for such meeting a notice properly addressed to each stockholder, signed by a majority of said directors or managers, stating the time, place and object of said meeting, and a general notice of the time, place and object of such meeting shall also be published for three successive weeks in some newspaper published in the county wherein the principal office of said corporation is located.

**49d.** MEETING OF STOCKHOLDERS—DISSOLUTION—RECORD TO BE FILED—NOTICE OF DISSOLUTION.] § 52. At such meeting, stockholders shall vote in person, each stockholder being entitled to one vote for each share of stock held by him, and votes represented by at least two-thirds of the whole capital stock of such corporation shall be necessary to affect a dissolution thereof, and if at any such meeting said stockholders shall in the manner herein provided agree to dissolve said corporation, they shall cause a complete record of all proceedings taken with respect thereto, reciting therein the adoption of a resolution to that effect, which shall also show that the corporate debts have been fully paid, the corporate liabilities completely discharged, and the corporate assets and property distributed among all the persons en-



Information maintained by the Legislative Reference Bureau
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws may not yet be included in the ILCS database, but they are found on this site as Public Acts soon after they become law. For information concerning the relationship between statutes and Public Acts, refer to the Guide.

Because the statute database is maintained primarily for legislative drafting purposes, statutory changes are sometimes included in the statute database before they take effect. If the source note at the end of a Section of the statutes includes a Public Act that has not yet taken effect, the version of the law that is currently in effect may have already been removed from the database and you should refer to that Public Act to see the changes made to the current law.

# BUSINESS ORGANIZATIONS
## (805 ILCS 115/) Religious Corporation Validation Act.

(805 ILCS 115/1) (from Ch. 32, par. 188.3)
     Sec. 1. In any case where any church, congregation or society formed for the purpose of religious worship has filed, or caused to be filed, prior to the effective date of this Act, an affidavit in the office of the recorder of deeds in the county in which such congregation, church or society is organized in which are set forth the name of the organization and the place where located and in good faith has proceeded to conduct worship services and otherwise to carry out the functions for which formed although the affidavit may not set forth recitals that the trustees were elected or that the corporate name was adopted in the manner provided for by Sections 35 and 36 of "An Act concerning corporations", approved April 18, 1872, as amended, or may not have been made by the chairman or by the secretary of a meeting as required by said Act, the incorporation of such church, congregation or society and all its acts and transactions which are otherwise legal are hereby declared validated and legal.
(Source: Laws 1963, p. 745.)

(805 ILCS 115/2) (from Ch. 32, par. 188.4)
     Sec. 2. Short title. This Act may be cited as the Religious Corporation Validation Act.
(Source: P.A. 86-1324.)

1ˢᵗ

This Validation of Trust is to be attached to instrument 6924814, 1829244025

**Information maintained by the Legislative Reference Bureau**
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws may not yet be included in the ILCS database, but they are found on this site as Public Acts soon after they become law. For information concerning the relationship between statutes and Public Acts, refer to the Guide.

Because the statute database is maintained primarily for legislative drafting purposes, statutory changes are sometimes included in the statute database before they take effect. If the source note at the end of a Section of the statutes includes a Public Act that has not yet taken effect, the version of the law that is currently in effect may have already been removed from the database and you should refer to that Public Act to see the changes made to the current law.

## BUSINESS ORGANIZATIONS
## (805 ILCS 115/) Religious Corporation Validation Act.

(805 ILCS 115/1) (from Ch. 32, par. 188.3)
    Sec. 1. In any case where any church, congregation or society formed for the purpose of religious worship has filed, or caused to be filed, prior to the effective date of this Act, an affidavit in the office of the recorder of deeds in the county in which such congregation, church or society is organized in which are set forth the name of the organization and the place where located and in good faith has proceeded to conduct worship services and otherwise to carry out the functions for which formed although the affidavit may not set forth recitals that the trustees were elected or that the corporate name was adopted in the manner provided for by Sections 35 and 36 of "An Act concerning corporations", approved April 18, 1872, as amended, or may not have been made by the chairman or by the secretary of a meeting as required by said Act, the incorporation of such church, congregation or society and all its acts and transactions which are otherwise legal are hereby declared validated and legal.
(Source: Laws 1963, p. 745.)

(805 ILCS 115/2) (from Ch. 32, par. 188.4)
    Sec. 2. Short title. This Act may be cited as the Religious Corporation Validation Act.
(Source: P.A. 86-1324.)

Instrument # 6419888
18236/6057

1/1


Religious Identification
Moorish Science Temple of America



**M.S.TA UNITY TEMPLE NO.**
NAME/TITLE
CyhienRa Barnes Bey, Sheik, GG
BORN DATE 05/22/1969
SEX        NATIONALITY
M          Moorish American
RACE       HEIGHT      WEIGHT
Asiatic    6 ft 2 in

ID N°: **10052269-16**









Moorish Science Temple of America
Unity Temple No. 16
Nationality and Identification Card

Name: C. Barnes-Bey
National Domicile: North America
Mailing Location: C/O 1749 Lincoln Highway East
Lancaster Territory Pennsylvania Commonwealth (17602)

Issued: 10/31/2017          Exempt No. 1010590?



**Lancaster County**
Ann M. Hess
Recorder of Deeds
150 N. Queen Street
Suite 315
Lancaster, PA 17603
Phone: 717-299-8238
Fax. 717-299-8393



INSTRUMENT # : 6419888
RECORDED DATE: 09/24/2018 09:51:01 AM



3974864-00191

### LANCASTER COUNTY ROD

| OFFICIAL RECORDING COVER PAGE | | Page 1 of 5 |
|---|---|---|
| **Document Type:**   MISC - NON MORTGAGE | **Transaction #:** | 3824799 - 1 Doc(s) |
| **Transaction Reference:** | **Document Page Count:** | 4 |
| **Document Reference:** | **Operator Id:** | lgordon |
| **RETURN TO:** (Email) | **SUBMITTED BY:** | |

**\* PROPERTY DATA:**
Parcel ID #:

Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**



INSTRUMENT # : 6419888
RECORDED DATE: 09/24/2018 09:51:01 AM

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office in
Lancaster County, Pennsylvania.

**FEES / TAXES:**

| RECORDING FEE: MISC - NON | |
|---|---|
| MORTGAGE | $13.00 |
| CRC #6544 | $2.00 |
| RIF #6543 | $3.00 |
| WRIT TAX | $0.50 |
| **Total:** | **$18.50** |

*Ann M. Hess*
**Ann M. Hess**
**Recorder of Deeds**

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always controls.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT AFTER RECORDING FOR ADDITIONAL
INFORMATION.

Digitally signed 11 27:08 .0 by has been considered to be
Certified and Digitally Signed

eCertified copy of recorded # 6419888 (page 1 of 5)
Lancaster County Recorder of Deeds



09/24/2018 09:51:01 AM                    Document #6419888                          LANCASTER COUNTY

MOORISH SCIENCE TEMPLE NO. 16

1749 Lincoln Highway East

Lancaster Pennsylvania 17602

Doc# 1823616050 Fee $60.00

KAREN A YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 08/24/2018 02:55 PM PG: 1 OF 1

### AFFIDAVIT OF APPOINTMENT pursuant to 805 ILCS 110/46B

State of Illinois
County of COOK }ss.

&, C.BARNES BEY,                    do solemnly affirm that at a meeting of the members of the MOORISH
SCIENCE TEMPLE OF AMERICA held at 932 East 79th Street Chicago, County of Cook, and State of Illinois
on October 15th, 2017  the following persons, BARNES BEY (A Corporation Sole) AND PETERS EL (A
Corporation) were appointed SHEIKS and ecclesiastical officers of the MOORISH SCIENCE TEMPLE NO. 16
according to the rules and usages the MOORISH SCIENCE TEMPLE OF AMERICA by the Ecclesiastical Body
of The Moorish Science Temple of America under and by virtue of § 46a, 46b, 46c, 46d, 46e, 46f, 46g, and 46h
805 ILCS 110 of "An act concerning corporations," approved   April 18, 1872.

And such MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name the following
MOORISH SCIENCE TEMPLE No. 16  COUNTY OF LANCASTER PENNSYLVANIA. The ecclesiastical officers
SHEIKS will exercise any power or powers of appointment in repose confidence of the whole estate at law and in
equity on the following terms: by reason of document ss. No. 10105905. In pursuance and by perfect virtue of
the authority and powers in me vested by the Great Koran of Mohammed, I hereby appoint the following
Moorish American to serve in the following capacity:

OFFICERS: SHEIKS NAMES & TITLES:

BRO. BARNES BEY - GRANDSHEIK  GRAND GOVERNOR
DIVINE MINISTER

SIS. PETERS EL SHEIKESS  ASSISTANT GRAND SHEIK  CHAIRMAN
DIVINE MINISTER

MEMBERS: NAMES AND TITLES:

BROTHER D DAVIS BEY- ASSISTANT CHAIRMAN

BROTHER T BRYANT BEY- SECRETARY CHIEF MUFTI

SISTER C JONES BEY- ASSISTANT SECRETARY

BROTHER W RUDE EL- MEDIA PRODUCTION/ MUFTI

MEMBERS CONTINUED: BRO. S LEE EL, BRO. D WHITE EL,
BANKS, BRO. A WILLAMS EL, BRO. E ONEAL EL

Unless the appointee has served its purpose well  resigns or is removed from office  the time of performance or until a
successor is duly appointed. Appointment was made in Chicago in the County of Cook and the State of Illinois.
be it remembered that on this 10 th  day of August  in the year A.D  2018

And at said meeting, this affiant acted as Presiding Officer  C BARNES BEY

Affiant Signature

Subscribed and Affirmed to be Before me this

_____  10  day of August A.D. 20 18

Notary Public  Jebroah K Moody

See Hurd's Rev. Stat, Chap 32, §36 "or appointed +Or Warden, vestrymen, or whatever name they
may adopt. See also §805 ILCS 110/46a through 805 ILCS 110/46h.

09/24/2018 09:51:01 AM

**ARTICLES**    Document #6419888    LANCASTER COUNTY
MOORISH SCIENCE TEMPLE NO.16, AN ECCLESIASTIC BODY -
CORPORATION SOLE

**ARTICLE 1.**
The name of the Religious Ecclesiastic Body-Corporation Sole is **Moorish Science Temple No.16**

**ARTICLE 2.**
The duration of this Religious Ecclesiastic Body Politic-Corporation Sole is PERPETUAL.

**ARTICLE 3.**
The name and address of the registered office/agent in Illinois:
Name: Moorish Science Temple of America
Street Address: Kingdom of Heaven
Mailing Address: 932 E 79th Street
City: Chicago    State: Illinois    Zip: exempted

**ARTICLE 4.**
This ecclesiastic body deriving its authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali, in America" The divine word of A:lah Coming Forth By Day and Night"

**ARTICLE 5**
The name of the Office of Overseer is CyhierRa Barnes Bey©™ whose office is also incorporated under the authority of the Pre-Dynastic Text "Coming forth by Day and Night"

**ARTICLE 6.**
The manner in which any vacancy occurring in the incumbency of the Overseer as required by the rules of this ecclesiastic body politic must be filled by succession

**ARTICLE 7.**
The Address of its principal office is. c/o 728 New Holland Avenue Lancaster Pennsylvania Zip Exempt

**ARTICLE 8.**
The name and address of the incorporator is Moorish Science Temple of America at 932 E 79th Street, Chicago Illinois zip exempted.

**ARTICLE 9.**
Daytime Phone Number (717) 615-0942), Email: mstoa16 pa gov/@gmail.com

**ARTICLE 10.**
I hereby Affirm, under the penalty of perjury and in harmony with Divine Law, International Law and in harmony with the laws of the State of Illinois, by virtue of sections 46a, 46b, 46c, 46d, 46e, 46f, 46g and 46h, of "An act concerning corporations," approved April 18, 1872, that the facts contained in these articles are true to the best of my knowledge and belief, and hereby executed in good faith, and attached is a certified copy of the original of the incorporator's Certificate of Appointment as Overseer, duly attested.
Done this 21st day of the ninth month, in the year two thousand eighteen.

By _____
Moorish Science Temple of America;
Incorporator

ACKNOWLEDGMENT

"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

State of Pennsylvania
County of Lancaster } ss.

On September 21 2018 before me, Deborah K Moody Notary Public, personally appeared **Barnes Bey, CyhienRa** who proved to me on the basis of satisfactory evidence to be the 'person(s) whose [name(s)] is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies). and that by his/her/their [signature(s)] on the instrument the [person(s)] or the entity upon behalf of which the [person(s)] acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct

WITNESS my hand and official seal

Signature _____ Notary Public (Seal)

Commonwealth of Pennsylvania - Notary Seal
Deborah K. Moody, Notary Public
Lancaster County
My commission expires May 9, 2021
Commission number 1314754
eCertified copy of recorded # 64^9888 (page 3 of 5):
Lancaster County Recorder of Deeds

19/24/2018 09:51:01 AM          Document #5419888          LANCASTER COUNTY

*Home office*

*Honors to Supreme Grand Sheik and Divine Minister*

*Kenu Umar Bey*

*As-well-as his Official staff*

Sheik Kozy Allende-El
Sheik Ira Mc Millam El
Sheik Prince Noble El
Sheik Jermaine Roberton Bey
Sheik Steven Lee Bey
Sheik Raoul Bey

Grand Governor
Grand Business Manager
Asst Grand Sheik
Grand Chairman
Grand Secretary
Grand Mufti

*Grand Sheiks*

Sheik Khosi Allende-El
Sheik Jamal Bey
Sheik Austin Bey
Sheikess Green Bey
Sheik Caleph Thent El
Sheik Danny Fulton Bey
Sheik Ronald Jones Bey
Sheik Stacey Allen Bey
Sheik Kacick El
Sheik Barnes Bey

Virginia Republic
Michigan Republic
Milwaukee, Wisconsin
Texas Republic
Portage, Wisconsin
Washington, DC
Kent Territory
Inglewood, California
Los Angeles, California
Virginia Beach, Virginia
Pennsylvania Republic

Looking to Vend
Vendor Fee
Contact Bro. S  Lee Bey Secretary
708-560-6736

# 90th Annual National Convention

of The

Moorish Science Temple of America

Noble Drew Ali, Founder



October 15, 16, 17, 18, 19, 20, 2017

932 East 79th Street (Ingleside)

Chicago, Illinois

eCertified copy of recorded # 54*5888 (page 5 of 5)
Lancaster County Recorder of Deeds

09/24/2018 09:51:01 AM    Document #6419888

## *Annual National Con*
### *"It takes Finance to Uplift the Nation"*

**Sunday, October 15, 2017**
Night Session 7pm-9pm Opening address of The 90th Annual National
Convention of The Moorish Science Temple of America in Chicago, IL
Prayer, Laws and Reading of the 1928 Convention Minutes,
Sheik J Robertson Bey *Chairman*
No other one thing is needed among us at this time than greater Economic
Power"
Speakers: Sheikess Dynasty Bey, Sister Auxiliary Secretary
*Sheik Kerry Allende El, Grand Sheik Temple 9*
Sheik Steven Lee Bey, *Supreme Grand Secretary*
Call for New Members and Adjournmet
Food will be provided' (at cost)

**Monday, October 16, 2017**
Business Meeting 9am-12pm Officials Only!
Sister's Auxiliary Work Shop 12 30pm-2 30pm,@
The MAUVO Center 804 E. 64th Chicago, Il 60637 Sister Mauri El
Night Session 7pm-9pm Sisters Night  Opening address of The 90th Annual
National Convention of The Moorish Science Temple of America in Chicago, IL
Prayer, Laws and Reading of the 1928 Convention Minutes,
Sheik Lodarrel El *Chairman* Temple 7
Sisters teaching on how to bring together business and professional leaders in
order to provide humanitarian services, encourage high ethical standards in all
vocations, and help build goodwill and peace in the world.
Speakers: Sis Dynasty Bey, Sister Auxiliary Secretary
Sis June Bey, Sister Auxiliary Treasurer,
Sis Melane Bey, Sister Auxiliary President
Various speakers from other republics
Call for New Members and Adjournment
Food will be provided! $7-10 (donation)

**Tuesday, October 17, 2017**
Business Meeting 9am-12pm Officials Only!,
Mufti Self Defense Class 12:30pm-2pm (may change)
Moorish Children Night Session 7pm-9pm Opening address of The 90th Annual
National Convention of The Moorish Science Temple of America in Chicago, IL
Prayer, Laws and Reading of the 1928 Convention Minutes,
Sheik Eugene Bey *Chairman Temple 8*
Obedience to Law, Respect and Loyalty to Government, We are today what our
ancient forefathers were, they did all in their power to encourage and stimulate
research in every branch of Human inquiry
Speakers: Sheik Kerry Allende El, *Supreme Grand Governor*

---

El *Grand Sheik Temple No  7*          LANCASTER COUNTY
Grd Mufti Sheik Rasul Bey, *Supreme Grand Mufti*
Call for New Members and Adjournment
Food will be provided! (at cost)

### *90th Annual National Convention*
### *"It takes Finance to Uplift the Nation"*

**Wednesday, October18, 2017**
Business Meeting 9am-12pm Officials Only'
Community Walk/ Tour of Chicago. tba
Sheik and Sheikess Night 7pm-9pm Opening address of The 90th Annual National
Convention of The Moorish Science Temple of America in Chicago, IL
Prayer, Laws and Reading of the 1928 Convention Minutes,
Sheik J Robertson Bey *Chairman*
Aims Objects and Goals moving the organization forward, planning, developing
and enforcing ways to secure us economically, socially, politically etc, in our
present conditions of endeavorments.
Various speakers from other republics,
Keynote Speaker  Sheik Kenu Umar Bey  *Supreme Grand Sheik*
Call for New Members and Adjournment
Food will be provided! (at cost)

**Thursday, October 19, 2017**
Business Meeting 9am-12pm Official s Only!,
Night Session  7pm-9pm  Opening  address of The  90th Annual National
Convention of The Moorish Science Temple of America in Chicago, IL
Prayer, Laws and Reading of the 1928 Convention Minutes,
Sheik J Robertson Bey *Chairman*
"We shall be secure in nothing until we have Economic Power"
Speakers: Sheik Kerry Allende El, *Supreme Grand Governor*
Minister Bro. Caleb Muhammad, Representative of the Nation of Islam
Bro. Skakka Borak, UINA *Representative of Marcus Garvey Institute*
Call for New Members and Adjournment
Food will be provided! (at cost)

**Friday, October 20, 2017**
Holy Day Service 7pm-8pm
Moorish Ball Entertainment at 932 East 79th  8pm-until $10 @door, Food, Music,
and Moorish Festivities, Come Dressed to Impress!!!!
It will remind us that we're descendants of a great and illustrious people whom
spread the most progressive ideas of civilization
Keynote Speaker  Sheik Kenu Umar Bey  *Supreme Grand Sheik*

3/18/2019       805 ILCS 115/ Religious Corporation Validation Act.

Case 5:18-cv-05655-JFL   Document 18-3   Filed 03/21/19   Page 24 of 28

**Information maintained by the Legislative Reference Bureau**
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws may not yet be included in the ILCS database, but they are found on this site as <u>Public Acts</u> soon after they become law. For information concerning the relationship between statutes and Public Acts, refer to the <u>Guide</u>.

Because the statute database is maintained primarily for legislative drafting purposes, statutory changes are sometimes included in the statute database before they take effect. If the source note at the end of a Section of the statutes includes a Public Act that has not yet taken effect, the version of the law that is currently in effect may have already been removed from the database and you should refer to that Public Act to see the changes made to the current law.

## BUSINESS ORGANIZATIONS
## (805 ILCS 115/) Religious Corporation Validation Act.

(805 ILCS 115/1) (from Ch. 32, par. 188.3)
Sec. 1. In any case where any church, congregation or society formed for the purpose of religious worship has filed, or caused to be filed, prior to the effective date of this Act, an affidavit in the office of the recorder of deeds in the county in which such congregation, church or society is organized in which are set forth the name of the organization and the place where located and in good faith has proceeded to conduct worship services and otherwise to carry out the functions for which formed although the affidavit may not set forth recitals that the trustees were elected or that the corporate name was adopted in the manner provided for by Sections 35 and 36 of "An Act concerning corporations", approved April 18, 1872, as amended, or may not have been made by the chairman or by the secretary of a meeting as required by said Act, the incorporation of such church, congregation or society and all its acts and transactions which are otherwise legal are hereby declared validated and legal.
(Source: Laws 1963, p. 745.)

(805 ILCS 115/2) (from Ch. 32, par. 188.4)
Sec. 2. Short title. This Act may be cited as the Religious Corporation Validation Act.
(Source: P.A. 86-1324.)



**Lancaster County**
Ann M. Hess
Recorder of Deeds
150 N. Queen Street
Suite 315
Lancaster, PA  17603
Phone: 717-299-8238
Fax:  717-299-8393



INSTRUMENT # : 6424812
RECORDED DATE: 10/22/2018 02:30:55 PM



3980608-0023W

**LANCASTER COUNTY ROD**

**OFFICIAL RECORDING COVER PAGE**                     Page 1 of 3

| | |
|---|---|
| Document Type:    MISC - NON MORTGAGE | Transaction #:    3829165 - 3 Doc(s) |
| Transaction Reference: | Document Page Count:    2 |
| Document Reference: | Operator Id:    sharpej |
| RETURN TO:  (Email) | SUBMITTED BY: |

**\* PROPERTY DATA:**
Parcel ID #:

Municipality:
School District:

**\* ASSOCIATED DOCUMENT(S):**

INSTRUMENT # : 6424812
RECORDED DATE: 10/22/2018 02:30:55 PM

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office in
Lancaster County, Pennsylvania.

**FEES / TAXES:**
RECORDING FEE: MISC - NON
MORTGAGE                     $13.00
CRC #6544                      $2.00
RIF #6543                       $3.00
WRIT TAX                       $0.50
**Total:**                          $18.50



Ann M. Hess
Recorder of Deeds

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always controls.
\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT AFTER RECORDING FOR ADDITIONAL
INFORMATION.

eCertified copy of recorded # 6424812 (page 1 of 3)
Lancaster County Recorder of Deeds

10/22/2018 02:30:55 PM          Document #6424812                    LANCASTER COUNTY

ROYAL NOBLE DREW ALI MOORISH
SHEIKS

728 New Holland Avenue

Lancaster Pennsylvania 17602

Doc# 1829244023 Fee $60.00

KAREN A YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 10/19/2018 10:50 AM PG: 1 OF 1

### AFFIDAVIT OF APPOINTMENT pursuant to §805 ILCS 110/46B

State of Illinois
County of COOK ) ss.

I, C NETER BEY , . . . . . . . . . do affirm that at a meeting of the members of **MOORISH SCIENCE TEMPLE OF AMERICA** held at Cook County, at 932 E. 79th St in the City of Chicago, State of Illinois, the following persons were appointed **SHEIK** [Ecclesiastical Officers], NETER BEY (A Corporate Sole) AND NAJAT EL (A Corporate Sole) of the OFFICE of the **ROYAL NOBLE DREW ALI MOORISH SHEIKS** according to the rules and usages of the ecclesiastical body the **MOORISH SCIENCE TEMPLE No. 16** under and by virtue of §805 ILCS 110/46h.

And such **MOORISH SCIENCE TEMPLE No. 16**, adopted as its corporate name **ROYAL NOBLE DREW ALI MOORISH SHEIKS. COUNTIES OF LANCASTER, DAUPHIN, YORK, BERKS, BUCKS CHESTER, CUMBERLAND, LEHIGH AND PHILADELPHIA, PENNSYLVANIA** As agent(s) and successors authorized and empowered to act and execute documents on behalf of said corporation sole (a) to execute stocks powers and to assign and endorse for transfer certificates representing stocks, bonds or securities now registered or hereafter registered in the name of said corporation sole and (b) to establish trading accounts with stock brokerage firms and to designate those with authority to initiate transactions through such accounts. The ecclesiastical officers will exercise any and all power of appointment in repose confidence of the whole estate at law and in equity on the following terms. by reason of document No. 10105905. **In pursuance and by perfect virtue of the authority and powers in me vested by the Great Koran of Mohammed, I hereby appoint the following Moorish Americans Moslems to serve in the following capacity**

ECCLESIASTICAL OFFICERS  SHEIKS NAMES & TITLES

NETER BEY- GRAND ROYAL SHEIK

NAJAT EL - ROYAL SHEIKESS

Unless the appointee(s) has served its purpose well, resigns or is removed from office, the time of performance or until a successor is duly appointed. Appointment was made in **Chicago in the County of Cook and the State of Illinois**, be it remembered that on this 28th day of September, in the year A.D. 2018

And at said meeting, this affiant acted as. Presiding Officer. C NETER BEY

_C N Bey_____
Affiant Signature

Subscribed and Affirmed to before me this

_____ 28 Day of Sept. A.D 20 18

Notary Public _Deborah K Moody___

Commonwealth of Pennsylvania - Notary Seal
Deborah K. Moody, Notary Public
Lancaster County
My commission expires May 9, 2021
Commission number 1116799

See Hurd's Rev. Stat. Chap 32, §36 *or appointed †Or Warden, vestrymen, or whatever name they may adopt. See also §805 ILCS 110/46a through 805 ILCS 110/46h.

Certified true ANNEXED By Karen
06 10 19 #2132610 #TRA AO RHURD1

1 of 2



eCertified copy of recorded # 6424812 (page 2 of 3)
Lancaster County Recorder of Deeds

10/22/2018  02:30:55 PM

Document #6424812                                    LANCASTER COUNTY

State of Illinois,

I, NOBLE DREW ALI,

do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE

OF AMERICA                         held at  Chicago

in the County of    Cook        and State of Illinois, on the    20th

day of    July        A D 19 28, for that purpose, the following persons were

chosen appointed                        Trustees    SHEIKS

according to the rules and usage of such

MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALI, MEALK EL, WALL BEY, LOVETT BEY, AND FORMEAN BEY.

The Moorish Science Temple of America deriving its power and authority

from the Great Koran of Mohammed to propagate the faith and extend the

learning and truth of the Great Prophet of Alli in America.  To abound

appoint and consecrate missionaries of the prophet and to establish the

FAITH OF MOORISH IN AMERICA

And said  MOORISH SCIENCE TEMPLE OF AMERICA          adopted as its

corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA

And at said meeting, this affiant acted as Presiding officer.

*Drew Ali*

Subscribed and Sworn to Before me,

Notary Public

*2 of 2.*


eCertified copy of recorded # 64248*2 (page 3 of 3)
Lancaster County Recorder of Deeds

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

Case No.: **5:18-cv-5655**

**NOBLE DREW ALI, et al**

*Plaintiff,*

*vs*

**MARY MONGIOVI SPONAUGLE, et al**

*Defendant,*

# Certificate of Service

The undersigned claimant hereby certifies that on March 20, 2017, he personally caused to be served the following a true and correct copy of the foregoing Writ of Prohibition Objection to Motion to Dismiss by mailing certified mail :

Clerk of Court ED Pa
James A. Bryne U.S Courthouse
Room 2609
601 Market Street
Philadelphia, Pennsylvania 19106

Noble Drew Ali,
Moorish Science Temple No 16
P.O Box 8606
Lancaster, Pennsylvania, 17604
717 615 0942
mstoa16.pa.gov@gmail.com

PAGE 1 OF 10