$7.65
03/20/19
41440806...

**PRIORITY MAIL 2-Day ®**

1 Lb 7.50 Oz
1006

DELIVERY DAY: 03/22/19

C019

...ARKET ST
...ELPHIA PA 19106-1729

...PS TRACKING NUMBER



5106 9621 9079 3725 21

al Flat Rate Envelope
...L February 2014
15 x 9.5



PRIORITY MAIL ★

UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Noble Drew Ali
PO Box 8606
Lancaster Pennsylvania
17604

TO: Clerk of Courts EDPa
James A Bryne U. S Courthouse
Room 260
601 Market Street
Philadelphia Pennsylvania
19106

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE ®