IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Noble Drew Ali, et.al. | : | |
|     Plaintiffs | : | No. 5:18-cv-5655 |
| | : | (Complaint filed 1/14/19) |
| v. | : | |
| | : | (Honorable Joseph F. Leeson, Jr.) |
| Mary Mongiovi Sponugle, et.al., | : | |
|     Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

Please enter the appearances of Frank J. Lavery, Jr., Esquire and Joshua M. Autry, Esquire on behalf of Defendants Mark Shivers, in his official capacity as Manheim Township Police Officer; Officer Snyder, in his official capacity as Manheim Township Police Officer; Tom Rudzinski, in his official capacity as Police Chief of Manheim Township Police Department, only relative to the above-referenced matter.

                                                    Respectfully submitted,

                                                    Lavery Law

                                                    By:  /s Frank L. Lavery, Jr.
                                                           Frank J. Lavery, Jr. , Esquire
                                                           225 Market Street, Suite 304
                                                           P.O. Box 1245
DATE:  March 26, 2019                      Harrisburg, PA 17108-1245
                                                          (717) 233-6633 (telephone)
                                                          (717) 233-7003 (facsimile)
                                                          Atty No. PA42370
                                                          flavery@laverylaw.com
                                                          Attys for Defendants Shivers, Snyder and
                                                          Rudzinski, only

|  |  |
|---|---|
| DATE:  March 26, 2019 | By: /s Joshua M. Autry<br>Joshua M. Autry, Esquire<br>225 Market Street, Suite 304<br>P.O. Box 1245<br>Harrisburg, PA 17108-1245<br>(717) 233-6633 (telephone)<br>(717) 233-7003 (facsimile)<br>Atty No. PA208459<br>jautry@laverylaw.com<br>Attys for Defendants Shivers, Snyder and Rudzinski, only |

## CERTIFICATE OF SERVICE

      I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 26th day of March, 2019, I served a true and correct copy of the foregoing Entry of Appearance via the Court's Electronic Filing System on all parties of record, and via U.S. Mail on the following:

Noble Drew Ali
PO Box 8606
Lancaster, PA  17604

                                        s/ Aimee L. Paukovits
                                        Legal Assistant to Frank J. Lavery, Jr.,
                                        Esquire and Joshua M. Autry, Esquire