UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

Case No.: **5:18-cv-5655**

**NOBLE DREW ALI, et al**

*Plaintiff,*

**AFFIDAVIT OF TRUTH NOTICE OF QUO WARRANTO**

*vs*

**AFFIDAVIT OF NOTICE OF REMOVAL PURSUANT TO**

**MARY MONGIOVI SPONAUGLE, et al**

*Defendant,*

**FILED**

MAR 25 2019

KATE BARKMAN, Clerk
By_____Dep Clerk

NOTICE OF RMOVAL TO FEDERAL COURT: ALL CAPTIONED CASES ON THE RECORDED THAT HAVE BEEN REMOVED AND JOINED ARE TO INCLUDE 28 USC § 1441-§ 1443, § 1446, LET IT REFLECT THE RECORD.

## Affidavi of Truth
## Notice of of Quo Warranto

United States Republic Supreme Court
'Acts of State' to wit
" Every Sovereign State(People) is bound to respect the independence of every other Sovereign State(People) and the Country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory).. ..

UNITED STATES. This term has several meanings. It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in family of nations, it may designate territory over which sovereignty of United States extends, or it may be collective name of the states which are united by and under the Constitution. **Hooven & Allison Co. v. Evatt, U. S. Ohio, 65 S.Ct.870, 880, 324 U.S. 652, 89 Led. 1252.**

**COMES NOW,** Special appearance not submission to the court in order within the bounds of the law, not to be adjudicated upon, but merely to clear a matter up, Natural Person, In Propria Persona, Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another) Grand Sheik, Governor and Ordained Divine Minister, Moorish Adept of the inner circle of The Moorish Science Temple of America, a Citizen of the Asiatic State Shackamaxon bearing longitude and latitude coordinates 41 2033° N, 77 1945° W, North-West

PAGE 1 OF 8

1  Shores of North-West Asia, the United States of Asiatic States of North America.

2

3  **CLAIMANT PROPERLY REMOVED CIVIL CASES TO THE FEDERAL COURT, YET**
4  **DEFENDANTS CONTINUE TO PROCEED IN CIVIL MATTERS IN VIOLATION OF**
5  **THE CONSTITUTION ARTICLE IV PRIVILRGE AND IMMUNITIES AND TITLE 28**
6  **28 U.S. Code § 1446 (D) and**Claimant has properly removed civil cases pursuant to Title 28
7
8  U.S.C § 1446 by virtue of § 1441 (A)(1) joinder to related cases and § 1331 Constitution
9  Questions and Treaties. The initial compliant removed cases SA 398 2018 and SA 128, then
10  claimant received additional civil suits for traffic violations  MJ-02102-TR-00000633-2019  E
11  0036908-4,MJ-02102-TR-00000634-2019 E 0036909-5,  MJ-02102-TR-00000635-2019  E
12  0036910-6,  MJ-021002-TR-0000630-2019,  E 0036720-5,  MJ-02102-0000013-2019,  MJ-
13  02102-TR-0000014-2019, MJ-02102-TR-0000015-2019, Defendants Sponaugle and Miller,
14  Jurisdiction was raised and never addressed, the lower courts were in want of jurisdiction and
15
16  proceeded any way  Since then the following things have happened:

17    1)  The Defendants were given an initial procedure in which defendants where to contact
18       opposing party prior to filing any motions in which both parties and seek for a resolution.
19       When these proceeding first proceed claimant field with the court a writ of advizdandum
20       to go over the matter in the judges courters to review how we are organized, in which the
21       the defendants denied ( See Annexed Moorish). The defendants counsel deliberately
22
23       violated the initial procedural order that was included in all the wavier packets that were
24       sent to each defendant

25    2)  the Defendant Miller, has continued the posture that the lower courts have maintained
26       and despite removal of civil suit for traffic infractions to federal court defendant
27       continues to proceed with civil process in violation of 28 USC § 1446 (d) by virtue of
28       § 1441(a)(1) joinder of related cases, defendant had 30 day to appeal, so claimant sent
29       notice of Removal prior to the expiration of the appeal and joined civil action to federal
30
31       civil action 5·18-cv-5655  Defendant continues to send correspondence which violates 42
32       USC § 1985 (3) threat and coercion to abrogate 5th Amendment,  due process,

33    3)  Let it reflect that it has been proven that the claimant is of a foreign state not a citizen of
34       Pennsylvania, but a Citizen of a foreign Asiatic State of Islam that shares the same
35

latitude and longitude coordinates." UNITED STATES. This term has several meanings It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in family of nations, it may designate territory over which sovereignty of United States extends, or it may be collective name of the states which are united by and under the Constitution. **Hooven & Allison Co. v. Evatt, U. S. Ohio, 65 S.Ct.870, 880, 324 U.S. 652, 89 Led. 1252.**

## MOORISH AMERICAN OFFICIALS HAVE CIVIL IMMUNITY UNDER HURDS REVISED STATUTES OF 1887, 805 ILCS RCA CHAPTER 32 STATUTE 47

Whereas as a Sheik of the Moorish Science Temple of America a Citizen of the State of Asiatic State of Shackamaxon a State of Islam, A public notice of my Free National Government was recorded in the Hurds Revised States 1928 August 1st at the station of the Sun of Leo, the rise of barberry lion in the North-West Shores of Africa also known as North America "The Moorish Americans are the Descendants of the ancient Moabites that Inhabited the North Western and South Western Shores of Africa. **Free National for the Asiatic States Divine Constitution and By-Laws Article VI Clause II.**

## MOORISH AMERICANS ARE NOT IDENTIFIED BY THE TERMS NEGRO BLACK COLORED OR ETHIOPIANS PER FREE NATIONAL DIVINE CONSTITUION AND BY-LAWS

Whereas, as a Moorish American it is against my law and religion to be classified as Negro, Black, Colored or Ethiopian. "With Us All Men Must declare their nationality and we are teaching our people that they are part and partial to this said government and know that are not Negro, Colored Folk Black People or Ethiopian because these names where given to slaves by slave holders in 1779 until 1865 during the time of slavery. But this is a new time and era now and all men must proclaim their free national name to be recognized in the government in which we live and the nations of the Earth." also in are rules and regulations( tenets) According to all true and divine records there is no Negro Black Colored or Ethiopian because all the inhabitants

of Africa are descendants' of the Ancient Canaanites from the holy land of cannon, what your ancestor where you are today without doubt or contradiction there is no man who can change the descent nature of my forefather unless their power extends beyond the Great Creator God Allah. The Holy and Divine Laws are from your Holy Prophet the founder and the Uniting of the Moorish Science Temple of America. These laws are to be strictly preserved by all Members (Citizens) of all the Temples of the Moorish Science Temple of America." **Grand Advisor and Moderator In rules and regulations The Holy Koran of the Moorish Science Temple of America Article 47 Sections 9-13**

How are we identified Our Nationality is Moorish American. Uniquely Identified as Moor, 1234-7 Hierarchal code R1 01 052.004. This classification can be found on the vital statistics website as well as the center for disease control website. We are federally classified as Race Code 463(Asiatic) and 667 (Moor). I have lawfully proclaimed my Nationality by virtue of an act of Congress 805 R.C.A ILCS Chapter 32 statute 36, through our Divine Constitution and By-Laws by virtue of the Most Holy Prophet Noble Drew Ali Article 6

1) Race Asiatic

2) National Descent Name: Moorish

3) Nationality: True American

4) Why are we Moorish American : Because we are descendants of Moroccan and born in America

5) Status White : See Federal Directive , Office of Budget Management

### MOORISH AMERICAN FREE NATIONAL FLAG

**Whereas** to be a nation one must have an ensign, as a Moorish American  I have a Free National Flag in our 101 statutes I am  instructed that I have a Red Flag  with a with the five pointed green star in the middle, that represent the five highest principles known to man was and is over 10,000 years old. **101 Questions for Moorish Children (Statues)** this flag erected by the Holy and Divine Prophet on the 17th of October in the year 1928, when the Prophet Noble Drew Ali declared my people a Nation once again. He wrapped the Moorish Flag around the youngest adept sister, Sister Grace Berry El, and wrapped the American flag around the youngest adept

brother, Brother M. Morris El, and kissed them both on the forehead raising them up upon the square and declared us a "Nation within a Nation." This is the day we celebrate our true Independence as a People. Three days earlier October the 14 1774, the first generation of Moors were stripped of their nationality and birthrights in 1774".**Most Prophet Noble Drew Ali Hadif**

## <u>ASIATIC STATE OF ISLAM DECLARED OF 805 ILCS HURDS REVISED STATUTES 1872 IN THE YEAR 1928, S</u>

Whereas, as a Moorish American we are instructed by our 101 questions for Moorish Children that our religion of Islamism is a old time Religion and there are two mandatory meetings that all members must attend according to Free National Constitution and By-Laws, " All meetings must be opened and close promptly. And Friday is our Holy Day of rest because of a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended to his father God Allah for that cause Friday is the Hoy Day for all moslems around the world" **Asiatic States Free National Constitution Divine Constitution and By-Laws.** Lastly it is mandatory for all Moorish Official who are delegates of the perspective Asiatic State to go to the Yearly Constitutional Conference From October 15 -21" He frameth his statutes with equity and wisdom; his subjects enjoy the fruits of their labor in security; and their happiness consist of the observance of the law" **Grand Advisor and Moderator rules and regulations of the Moorish Science Temple of America Article 39 Section 12 Magistrate and Subject( See Pennsylvania Senate Bill 1421 and Identical American Ecclesiastical Law know as slip laws, statues of their ecclesiastical law that date back to late 1700 ( on the record)**

## <u>DIVERSITY OF CITIZENSHIP</u>

Whereas I ,Sheik C.Barnes Bey a Moorish American Moslem being recognized by name and principle, honoring my Mother and my Father that my days may be longer on the earth land that the lard thy God has given me The Time when all men must worship under their own vine and fig tree and every tongue must declare its own. Through sin and disobedience every nation suffered slavery, due to the fact this is the reason the Moors lost their Nationality because they honored not the divine creed and principles of their forefathers **Grand Advisor and Moderator**

**rules and regulations of the Moorish Science Temple of America Article 47 Section 15-16 Magistrate and Subject.**

Whereas I Sheik C Barnes Bey Governor Ordained Divine Minister a Citizen of the Asiatic State of Shackamaxon bearing longitude and latitude coordinates 41.2033° N, 77.1945 of the Asiatic States of North America. In our State there is no application of 15th or the 14th Amendment that empowered the independent States throughout the United States of America with the Bill of Rights. Thus extending this status to its citizens creating corporate persons And extending civil rights to the citizens of the States. The Most Holy and Divine Prophet Noble Drew Ali States" that the Free National Constitutional Law that was enforced since 1774 declared all men equal and free, and if all men are declared by the Free National Constitution to be free and equal since that Constitution has never been changed, there is no need for the application of the 14th and 15th Amendment for our people and citizens. **"The Prophets Warning To The Nations Friday November 30, 1928.**

Whereas I, Sheik C. Barnes Bey Governor Ordained Divine Minister a Moorish American Moslem Citizen of an Asiatic States of the Asiatic States of North America the State of Islam is not incorporated under any State Pennsylvania nor Illinois, we have our own Sovereignty. So I, Sheik C Barnes Bey Governor Ordained Divine Minister a Moorish American Moslem Citizen of an Asiatic States foreign to the State of Pennsylvania and Pennsylvania

Whereas I, Sheik C. Barnes Bey Governor Ordained Divine Minister a Moorish American Moslem Citizen of an Asiatic States of the Asiatic States of North America the State of Islam. I am part and partial to my government and I must live my life according to my laws that I must preserve my holy and divine law and I must obey the laws of my government. " All Members(Citizens) must preserve these Holy and Divine Laws and all Members(Citizens) must obey the laws of the government because by being a Moorish American you are part and partial and must live your life accordingly" **Asiatic States Free National Constitution Divine Constitution and By-Laws.**

## LAWFUL ARGUMENT

The current laws for title 75 For the Pennsylvania Motor Vehicle Code is unconstitutionally and cannot be properly applied to private individual Citizens within an a private individual claim to life liberty and the pursuit of freedom, right to travel, who does not operate a diving company service which is regulated by the Federal Government under **49 CFR § 391.11 - General qualifications of drivers.** And **P.UC for Motor Carriers** is how title 75 is properly applied. The right to travel to a right of religious freedom to enjoy the inalienable right that was endowed by ones creator. The use of an automobile is simple an extension of a private individual liberty to transverse the highways and byways as one wishes. To go from one place to another place and stop then continue to your destiny and **yet** it is abrogated every day for the interest of the state to compelling its own interest, **Blashfield Automobile Law, Perm. Ed., sec. 1191, p. 321; Fulton v. Chouteau County Farmers' Co., 98 Mont. 48, 37 P.2d 1025; Morton v. Mooney, 97 Mont. 1, 33 P.2d 262, 263; Albrecht v. Waterloo Const. Co., 218 Iowa, 1205, 257 N.W. 183**

The fundamental essence of the Title 75 vehicle code is a commercial code applied to Natural beings, private individual excising their god given right. Title 75 abrogates the life liberties and pursuit of happiness that their creator has given them and is implemented to compel states interest. A right which is free and open is not subject of a license or tax , **Chicago v Collins NE 907; Freeburg v Dawson 274 F 240.** "License are for the conduct of a business profession, occupation, the exercise of such when they are a Privilege. Licensing is in nature of a SPECIAL PRIVILEDGE entitling licensee to do something that he would not be entitled to do without a license **San Francisco v. Liverpool, 74 Cal 113** .

It has been held that the right to travel is a fundamental claim to transport oneself and property5) *"The right of a citizen to travel upon the public highways and to transport his property thereon in the ordinary course of life and business is a common right which he has under his right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety It includes the right in so doing to use the ordinary and usual conveyances of the day, and under the existing modes of travel includes the right to drive a horse-drawn carriage or wagon thereon, or to operate an automobile thereon, for the usual and ordinary purposes of life and business "* **Thompson v. Smith, 155 Va. 367, 154 S.E. 579, 583, 71 A.L.R. 604, 610** There seems to be no

1  dissent among the authorities on this proposition. **See 11 Am. Jur. Constitutional Law, Sec.**

2  **329, p. 1135, and the language of the court in Pinkerton v. Verberg, 78 Mich. 573, 44 N.W.**

3  **579, 7 L.R.A. 507, 18 Am. St. Rep. 473.** The Free National Federal Constitution returns the

4  power to the people when they demonstrate good judgment and intelligent "Under the United

5

6  States Republic's Constitution system of Government and upon the individuality and intelligence

7  of the citizen, the state does not claim to control ones conduct to others, leaving one sole judge as

8  to all that affects oneself **Mugler v. Kansas 123 US 623, 659 -60:**

9

10  ### CONVERTING AN IALIANBLE RIGHT INTO A CRIME

11      In Islam Allah is the Highest authority in our lives, he is the only one who is authorized

12  to take a liberty that he endowed us with then take it away and attach a fee to it and as Moorish

13  American Moslems, we prefer our law that we are part and partial too, the Divine Constitution

14  and By-Lays **Murdock v.Penn., 319 US 105"** *No State shall convert a liberty into a privilege.*

15  *License it, and attach a fee to it* Then The State takes that freedom of life liberty and pursuit of

16  freedom and converts it too a crime. For a crime to exist there must be three elements involved

17  1)Mens reas a guilty mind, The sin lies in the wish and the desire not in the act. Grand Advisor

18  and Moderator rules and regulations of the Moorish Science Temple of America 2)Actus reus

19  and Moderator rules and regulations of the Moorish Science Temple of America 2)Actus reus

20  The act of the Crime" traffic infractions are not a crime _ **People vs Battle, 50 Cal. App. 3, step**

21  **1, 123 Cal. Rptr. 636,639.** And 3) Corpus Deliciti corpus (Injured body) Where and who is the

22  injured body? Who is coming forward and saying that a flesh and blood natural person is

23  harmed? Treaty of Peace and Friendship Article 20 and Article 21, See Treaty of Peace and

24  Friendship enclosed on the record. I have presented my case sowing violations committed

25  against the first Amendment and Article 6 the supremacy clause Treaty of Peace and Friendship.

26

27  The private property in question is part of a private international ecclesiastical Trust.

28

29

30  I certify that this Affidavit right and exact and is being sent to you on the date below.

31

32  Date 03/21/2019

33  Attachment:

34

35

Noble Drew Ali, Disciple in Trust Sheik C. Barnes Bey Grand Governor an Executive Ruler of the Grand Body

_ _ _ _ _ _ _ _ _ _ _

Sheik C.Barnes Bey Grand Governor, an Executive Ruler of the Grand Body

_ _ _ _ _ _ _ _ _

Noble Drew Ali,
Moorish Science Temple No.16
P.O Box 8606
Lancaster, Pennsylvania, 17604

_ _ _ _ _ _ _ _ _

sheikbarnesbey@mstoa16shackamaxon.org
mstoa16.pa.gov@gmail.com
_ _ _ _ _ _ _ _ _.

(717)615 0942

ISLAM

UNITY

**Meeting Hours**
**Friday Afternoon, 7:30 to 9pm Sunday from 2 to 4:00pm**
**"We are Uplifting Fallen Humanity"**

*UNITY TEMPLE NO. 6 LANCASTER, PA*

# Moorish Science Temple of America
## Grand-Major Temple

### Prophet Noble Drew Ali, Founder

**Home Office: 932 E. 79th St. Chicago Illinois 60619**

**To whom this matter may Concern:**

**Re:Affidavit of Truth**

**Re: CP-36-SA-OOOO128-2018**

**Re:" Adviszandum", "Curia adviaria vult" Side Bench, Private matter to be heard in Judges quarters for sensitive information.**

**Comes Now,** Special Restricted Appearance, not in subjection to admiralty or maritime jurisdictions within the bounds or the law, not to be adjudicated upon, but merely to clear matters up I, Sheik Bro. Barnes Bey, CyhtenRa, Grand Sheik/ Magistrate (Vizar) Representative of the Moorish Divine and National Movement in North America is a Moorish-American Moslem a member of the Moorish Science Temple Unity Temple No. 16 Subordinated Temple with the extened Jurisdiction of the Grand Major Temple No. 1 932 79th Street Chicago Illinois he has taken his (Shahada) declaration of faith as a Moslem and is under the Divine Laws (Shari-ah.)

The Moorish Science Temple, Moorish Divine and Notional Movement in North America Founded by the Holy and Divine Prophet in 1913 Incorporated Nov 26 1926 and then Registered in the County of Cook Chicago Illinois Corporation of Religious Organization 1928 August 1 P.M 2 52 is a lawfully charterd Religious Organization deriving its powers and authority from the Great Koran of Mohammed to propagate the faith and extend the leanring and truth of the Great Prophet of Ali in America Act 2 of our Divine Constitution and By-laws statesAs a member she is duty bound to perseve these holy and divine laws.

The Moorish Science Temple Moorish Divine and National Movement in North America is an International Ecclesiastical Govermental Islamic Body Politic (Free Islamic Asiatic State).

We the Moorish Science Temple, Moorish Divine and National Movement in North America are a Private Organizationa and are requesting Advizandum in this matter also known as Curia adviaria vult to discus the particulars in the Judges quarters.

**In Honour,**

CLERK OF COURTS
2018 JUL 11 AM 8: 56
LANCASTER COUNTY, PA

*Annexed : Moorish*

Sheik Barnes Bey, C. J , Grand Sheik/ Magestrate  Subordinate Temple Unity Temple No. 16  of
the Grand Major Temple #1 932 79ᵗʰ Street Chicago Illinois

Signature:

Sheik Sis Peters El, Michelle A.N/ Chairman/ Assistant Magistrate Subordinate Temple Unity
Temple No. 16 of the Grand Major Temple No. 1 932 79ᵗʰ Street Chicago Illinoise

Signature:

Date:     07/11/ 2018

Affixed Seals:

**Rajab 1439 MCY**
**March 21, 2019 CCY**

# THE AFFIDAVIT OF TRUTH NOTICE OF QUO WARRANTO

Exhibit
Certificate of Service

**FILED**

MAR 2 5 2019

KATE BARKMAN, Clerk
By_____Dep Clerk

It is Hereby Certified that service of the foregoing, **The Affidavit of Truth Notice of Quo Warranto,** has been made upon the following address by depositing a copy in the United States Republic by way of Priority Mail,  U S A. 21  day of March , 1439 M.C. (2019 C C Y.) addressed to:

601 Market Street
Room 2609
Philadelphia Pennsylvania 19106

Holy Seal·

/S/ Sheik Barnes Bey C. O D·Minister

Noble Drew Ali Disciple in trust , Sheik C. Barnes Bey Grand Governor, heirs and successors, an Executive Ruler of the Grand Body, Consul Ordained Divine Minister.
Moorish Science Temple of America
P.O.BOX 8606
Lancaster Pennsylvania 17604
Sheikbarnesbey@mstoa16shackamaxon.org
717 615 0942