UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

Case No.: **5:18-cv-5655**

**NOBLE DREW ALI, et al**

       *Plaintif,*

*Vs*

**DAVID MILLER, et al**

       *Defendant,*

*See defendants list*

**NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUANT TO TITLE 28 § 1441, § (C)(A)(1) JOINDER OF RELATED CASES CONSTITUTION AND TREATIES**

MJ-02102-TR-0000013-2019
MJ-02102-TR-0000014-2019
MJ-02102-TR-0000015-2019

MJ-02102-TR-00000633-2019
E 0036908-4
MJ-02102-TR-00000634-2019
E 0036909-5
MJ-02102-TR-00000635-2019
E 0036910-6
MJ-021002-TR-0000630-2019
E 0036720-5

**TITLE 28 U.S.C §1331 FEDERAL QUESTION CONSTITUTION AND TREATIES**

RE: F.R.C.P RULE: 4 2 WAVIORS OF SUMMONS FORMS, COMPLAINT AND INJUNCTION
    CERTIFIED MAIL: 70170190000053868313
    RETURN RECEIPT: 959094024303819067 4902

RE: **REMOVAL TO FEDEARAL COURT TITLE 28 U.S.C § 1441 (C)(A)(1)**
NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUANT TO TITLE 28 U.S.C § 1441 (C) (A) (1) JOINDER OF RELATED CASES

NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT TITLE 28 U.S.C § 1331 FEDERAL QUESTIONS CONSTITUTION AND TREATIES

**JOINDER RELATED CASES, TITLE 28 U.S.C § 1331 FEDERAL QUESTIONS CONSTITUTION AND QUESTIONS.**

**CERTIFIED MAIL: 70170190000053868313**

**NOTICE OF AFFIDAVIT**
**REMOVAL TO FEDERAL COURT PURSUANT TO TITLE 28 § 1331 FEDERAL QUESTIONS AND TREATIES AND TITLE 28 § 1441 (C)(A)(1) JOINDER OF RELATED CASES CONSTITUTION AND TREATIES, TITLE 28 RULE 5.1 CONSTITUTIONAL CHALLENGE TO STATUTES AND CODES OF TITLE 75**

We are in receipt of your inter office politics correspondence titled Summary Trial (MDJS 308), business letter head with no signature and another piece of correspondence with same letter head stating coercion threat and duress. The above cases are removed pursuant to **Title 28 § 1441 (c)(A)(1)** *Joinder of related cases*, **Title 28 § 1331** *Federal Questions, the district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States* and are challenged by way of **Title 28 Rule 5-1 Constitution Challenge**, *Statutes and codes,* State of Pennsylvania Title 75. The above cases have been removed from state court to Federal court with a signed procedure dated January 15th 2019 by United States District Judge Article III Joseph Leeson Jr. **Case No. 5:18-cv-5655.**

**Chain of evidence mail delivery via United States Republic Postal Service**

It is certified that the service of the foregoing, **Notice of Affidavit Removal to Federal Court pursuant Title 28 § 1441 (C) (A)(1) Joinder Related Cases and Title 28 § 1331 Federal Questions** has been made upon February 27th 2019 and delivered March 1st 2019 to the address by depositing a copy in the United States Republic Postal Service by way of **First Class, Certified Mail and Return Receipt, Article numbers 70170190000053868313 and: 9590940243038190674902 respectively** to address 2205 Oregon Pike, Lancaster Pennsylvania, 17601-4606 and also foregoing **2 WAVIOR OF SUMMONS FORMS, COMPLAINT AND INJUNCTION PURSUIANT TO F.R.C.P RULE 4(d) WAVIOR OF SUMMONS** has been made upon February 27th 2019 and delivered March 1st 2019 to the following address by depositing a copy in the United States Republic Postal Service by way of **First Class, Certified Mail, Article 70170190000053868313** to address 2205 Oregon Pike, Lancaster Pennsylvania, 17601-4606 (*See Annexed A*)

Comes now in special appearance not in subjection to this court; however to clear a matter up. I Sheik C. Barnes Bey, Governor, Magistrate and Divine Minister, Disciple in trust for Prophet Noble Drew Ali Moorish Prince, Successors and heirs in trust in (Shackamaxon 41.2033° N, 77.1945° W also known as Pennsylvania), a Jural Religious Society in the Moorish Divine and National Movement of the Moorish Science Temple, a corporate body politic (State within a State) and Adept Moorish Legal Consul Representative

Whereas we raise the Federal Questions of improper venue, Jurisdiction to this administrative tribunal, that entertains unconstitutional statutes and codes that diametrically opposes the American Constitution of 1774 and lacks Jurisdiction to entertain Constitutional law and Treaties pursuant to the adopted constitution ratified 1791 by virtue of Article VI Clause 2 "and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding" We have not nor do we agree to enter into a plea or any other contract what so ever, nor did we agree to trial in this improper venue (*Annexed B*). This is notice, that these cases are removed and will be handled in a proper

NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUIANT TO TITLE 28 U.S.C § 1441 (C) (A) (1) JOINDER OF RELATED CASES

2.

NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT TITLE 28 U.S.C § 1331 FEDERAL QUESTIONS CONSTITUTION AND TREATIES

1  venue, joined with **Federal Civil Case: 5:18-CV-5655**

2      I, Sheik C Barnes Bey Governor and Divine Minister has been endowed with wisdom of
3  the said government, in pursuant to Title 28 U.S. Code Section 2242 in manner of "Amicus
   Curie;" Moorish Legal Counsel Representatives in accordance to the Circle Seven ( Divine
4  Constitution and By Laws) and the Grand Advisor and Moderator Article 29 Section 1 and
   Section 12 Clause 1-3 Rules and Regulations of the Moorish Science Temple an Islamic Body
5  Politic and in accordance with Rubrics and Conventional International Private Civil Law of
6  1928 Article 14 and 15 and as prescribed in Article Six, Section I Clause Two of the
   Constitution of the United States....Treaty of Peace and Friendship Morocco and United States
7  1786, Articles 20 and 21 being the Supreme Law

8      Pursuant to Foreign Relations and intercourse Title 22 Chapter 2 section 141 Judiciary
9  Authority generally ( territories formerly a part of the former Ottoman Empire ( Now the Current
   Moroccan Empire ( Northwest and Southwest shores of Africa ) and Title 22 Chapter 2 section
10 143 General jurisdiction in Civil cases. The district courts shall have original jurisdiction of all
   civil actions arising under the Constitution, laws, or treaties of the United States. Such
11 jurisdiction shall embrace all controversies between citizens of the United States, or others,
12 provided by such treaties.

13 Claimant raises federal questions and removes these civil action to federal court and joinder
   related state cases: **MJ-02102-TR-0000013-2019, MJ-02102-TR-0000014-2019, MJ-02102-**
14 **TR-0000015-2019, MJ-02102-TR-00000633-2019 E 0036908-4, MJ-02102-TR-00000634-**
15 **2019 E 0036909-5, MJ-02102-TR-00000635-2019 E 0036910-6, MJ-021002-TR-0000630-**
   **2019 E 0036720-5** (*See Annexed· C and D*) **to existing Civil action and Injunction case**
16 **number 5:18-cv-5655 that has been removed from State to Federal Jurisdiction**, These
   cases abrogate life liberty and the pursuit of happiness which is enamored in the American
17 Constitution of 1774 and the Treaty of Peace and Friendship which is still enforced today.

18 I certify that this Affidavit is right and exact and is being sent to you on the date below.
19

20 Date: 03/07/2019 *[signature]* Barnes Bey, C. Grand Governor O.D Minister
21 Noble Drew Ali, Disciple in Trust Sheik C. Barnes Bey Grand Governor an Executive Ruler of
22 the Grand Body

23 _____
24
   Sheik C. Barnes Bey Grand Governor, an Executive Ruler of the Grand Body
25

26 _____
27 Noble Drew Ali,
   Moorish Science Temple No.16
28 P.O Box 8606
   Lancaster, Pennsylvania, 17604
29

30 _____
31 sheikbarnesbey@mstoa16shackamaxon.org
   mstoa16.pa.gov@gmail.com
32
33 _____
   (717)615 0942
34 NOTICE OF AFFIDAVIT REMOVAL TO FEDERAL COURT PURSUIANT TO TITLE 28 U.S.C § 1441 (C)(A)
35 (1) JOINDER OF RELATED CASES

                                                                                      3

NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT TITLE 28 U.S.C § 1331 FEDERAL
QUESTIONS CONSTITUTION AND TREATIES

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF LANCASTER |  | **NOTICE OF IMPENDING BENCH WARRANT** |
|---|---|---|

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA  17604

Docket No:  MJ-02102-TR-0000013-2019
Case Filed:  1/2/2019

**Charge(s)**

| 75 § 1301§§ A (Lead) | Dr Unregist Veh |
|---|---|

**TO THE DEFENDANT:**

You have:

1. entered a guilty plea by mail and the money forwarded with the plea is less than the amount of fine and costs specified in the citation or summons;

   **OR**

2. been sentenced to pay restitution, a fine, or costs and have defaulted on the payment;

   **OR**

3. in your absence, been tried and sentenced to pay a fine and costs, and the collateral deposited by you is less than the amount of fine and costs imposed, or the issuing authority imposes a sentence of restitution.

| Fines: | $75.00 |
|---|---|
| Costs: | $126.00 |
| Other: | $0.00 |
| Restitution: | $0.00 |
| **Total:** | **$201.00** |
| Paid to Date: | $0.00 |
| Adjustments to Date: | $0.00 |
| **Case Balance:** | **$201.00** |

PAYMENT DUE BY
MAR ? ? ???

In accordance with Pa.R.Crim.P.430 and 455, you are hereby being notified that failure to pay the full amount due or to appear for a payment determination hearing within 10 days of this notice may result in the issuance of a bench warrant for your arrest.

If you have any questions, please call this office immediately.

Make check payable to Magisterial District Court MDJ-02-1-02. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

March 14, 2019
Date

Magisterial District Judge Miller



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# DL-38 FAILURE TO PAY FINES AND COSTS

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA 17604

Docket No: MJ-02102-TR-0000015-2019
Issued Dt: 03/14/2019

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR FAILURE TO PAY FINES AND COSTS IMPOSED

You have failed to pay fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you pay the fine, costs and penalties shown within 15 days of the above date, or enter into an agreement with this court to make installment payments for the fines, costs, and penalties shown, your name will be referred to the Department of Transportation which will suspend your driving privilege until you pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0035731-3 | 01/01/2019 | 1100 BLOCK OF MARSHALL AVE | 75 § 1786 §§ F |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION |
|---|---|
| Oper Veh W/O Req'd Financ Resp | $ 377.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | DATE OF BIRTH |
|---|---|---|---|
| 22710312 | ☐ | PA | 05/22/1969 |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

STREET ADDRESS
Moorish Science Temple No. 16, C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m., P.o. Box 8606

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17604 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| | | | Chevrolet | Pickup |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING
☐ HAZARDOUS MATERIALS   ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-02-1-02"

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

March 14, 2019                    _[signature]_
Date                              Magisterial District Judge Miller

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# NOTICE OF IMPENDING BENCH WARRANT

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA  17604

Docket No: MJ-02102-TR-0000015-2019
Case Filed: 1/2/2019

### Charge(s)

| 75 § 1786 §§ F (Lead) | Oper Veh W/O Req'd Financ Resp |
|---|---|

**TO THE DEFENDANT:**

You have:

1. entered a guilty plea by mail and the money forwarded with the plea is less than the amount of fine and costs specified in the citation or summons;

   **OR**

2. been sentenced to pay restitution, a fine, or costs and have defaulted on the payment;

   **OR**

3. in your absence, been tried and sentenced to pay a fine and costs, and the collateral deposited by you is less than the amount of fine and costs imposed, or the issuing authority imposes a sentence of restitution.

| Fines: | $300.00 |
|---|---|
| Costs: | $77.00 |
| Other: | $0.00 |
| Restitution: | $0.00 |
| **Total:** | **$377.00** |
| Paid to Date: | $0.00 |
| Adjustments to Date: | $0.00 |
| **Case Balance:** | **$377.00** |

PAYMENT DUE BY
MAR 2 ? ? ?

In accordance with Pa.R.Crim.P.430 and 455, you are hereby being notified that failure to pay the full amount due or to appear for a payment determination hearing within 10 days of this notice may result in the issuance of a bench warrant for your arrest.

If you have any questions, please call this office immediately.

Make check payable to Magisterial District Court MDJ-02-1-02.  You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

March 14, 2019
Date

_____
Magisterial District Judge Miller



| COMMONWEALTH OF PENNSYLVANIA |  | **DL-38 FAILURE TO PAY FINES** |
| COUNTY OF LANCASTER | | **AND COSTS** |

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA 17604

Docket No: MJ-02102-TR-0000014-2019
Issued Dt: 03/14/2019

—

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR
## FAILURE TO PAY FINES AND COSTS IMPOSED

You have failed to pay fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you pay the fine, costs and penalties shown within 15 days of the above date, or enter into an agreement with this court to make installment payments for the fines, costs, and penalties shown, your name will be referred to the Department of Transportation which will suspend your driving privilege until you pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0035644-0 | 01/01/2019 | 1100 BLOCK OF MARSHALL AVE | 75 § 1543 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION |
|---|---|
| Driv While Oper Priv Susp Or Revoked | $ 577.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | DATE OF BIRTH | |
|---|---|---|---|---|
| 22710312 | ☐ | PA | 05/22/1969 | |
| LAST NAME | | FIRST NAME | MI | SEX |
| Barnes-Bey | | Cyhienra | J. | Male |

STREET ADDRESS
Moorish Science Temple No. 16, C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m., P.o. Box 8606

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17604 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| | | | Chevrolet | Pickup |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING
☐ HAZARDOUS MATERIALS   ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-02-1-02"
You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

March 14, 2019
Date

Magisterial District Judge Miller

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# NOTICE OF IMPENDING BENCH WARRANT

| | |
|---|---|
| Mag Dist. No. | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA 17604

Docket No:   MJ-02102-TR-0000014-2019
Case Filed:   1/2/2019

| Charge(s) | |
|---|---|
| 75 § 1543 §§ A (Lead) | Driv While Oper Priv Susp Or Revoked |

## TO THE DEFENDANT:

You have:

1. entered a guilty plea by mail and the money forwarded with the plea is less than the amount of fine and costs specified in the citation or summons;

   **OR**

2. been sentenced to pay restitution, a fine, or costs and have defaulted on the payment;

   **OR**

| | |
|---|---|
| Fines: | $500.00 |
| Costs: | $77.00 |
| Other: | $0.00 |
| Restitution: | $0.00 |
| **Total:** | $577.00 |
| Paid to Date: | $0.00 |
| Adjustments to Date: | $0.00 |
| **Case Balance:** | $577.00 |

3. in your absence, been tried and sentenced to pay a fine and costs, and the collateral deposited by you is less than the amount of fine and costs imposed, or the issuing authority imposes a sentence of restitution.

*PAYMENT DUE B*
*MAR ? ? ??*

In accordance with Pa.R.Crim.P.430 and 455, you are hereby being notified that failure to pay the full amount due or to appear for a payment determination hearing within 10 days of this notice may result in the issuance of a bench warrant for your arrest.

If you have any questions, please call this office immediately.

Make check payable to Magisterial District Court MDJ-02-1-02. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.

March 14, 2019
Date

*[signature]*
Magisterial District Judge Miller



MDJS 418
Printed: 03/14/2019 8:46:37AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
717-390-7753

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# DL-38 DEFENDANT'S COPY

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA 17604

Docket No: MJ-02102-TR-0000633-2019
Issued Dt: 03/14/2019

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR
## FAILURE TO RESPOND TO A CITATION OR SUMMONS
## OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0036908-4 | 02/19/2019 | ON NEW HOLLAND AVE 100 FEET E | 75 § 4703 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION | must see Judge Miller | OR $ 50.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | DATE OF BIRTH |
|---|---|---|---|
| 22710312 | ☐ | PA | 05/22/1969 |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

STREET ADDRESS
Moorish Science Temple No. 16, C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m., P.o. Box 8606

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17604 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| | | | Chevrolet | Pickup |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING ☐   HAZARDOUS MATERIALS ☐   COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

March 14, 2019
Date

_[signed] D.o.P. Miller_
Magisterial District Judge Miller

INSTRUCTIONS:
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-1-02".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# DL-38 DEFENDANT'S COPY

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA 17604

Docket No: MJ-02102-TR-0000630-2019
Issued Dt: 03/14/2019

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR FAILURE TO RESPOND TO A CITATION OR SUMMONS OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0036720-5 | 02/19/2019 | ON NEW HOLLAND AVE 100 FEET E | 75 § 1543 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED | must see [handwritten] | OR $ 50.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | [Judge Miller - handwritten] | DATE OF BIRTH |
|---|---|---|---|---|
| 22710312 | ☐ | PA | | 05/22/1969 |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

| STREET ADDRESS |
|---|
| Moorish Science Temple No. 16, C/o Bro C Barnes-Bey Grand Sheik Grand Gov O.d.m., P.o. Box 8606 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17604 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| | | | Chevrolet | Pickup |

| OFFENSE OCCURED WHILE DRIVING/TRANSPORTING | ☐ HAZARDOUS MATERIALS | ☐ COMMERCIAL VEHICLE |
|---|---|---|

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

March 14, 2019
Date

_[signature]_
Magisterial District Judge Miller

**INSTRUCTIONS.**

1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-1-02".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# DL-38 DEFENDANT'S COPY

| Mag. Dist. No: | MDJ-02-1-02 |
|---|---|
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA 17604

Docket No: MJ-02102-TR-0000635-2019
Issued Dt: 03/14/2019

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR
## FAILURE TO RESPOND TO A CITATION OR SUMMONS
## OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0036910-6 | 02/19/2019 | ON NEW HOLLAND AVE 100 FEET E | 75 § 1301 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| REGISTRATION AND CERTIFICATE OF TITLE REQUIRED | must see *(handwritten)* | OR $ 50.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | *Judge Miller (handwritten)* | DATE OF BIRTH |
|---|---|---|---|---|
| 22710312 | ☐ | PA | | 05/22/1969 |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

| STREET ADDRESS |
|---|
| Moorish Science Temple No. 16, C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m., P.o. Box 8606 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17604 |

| REGISTRATION NO | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| | | | Chevrolet | Pickup |

| OFFENSE OCCURED WHILE DRIVING/TRANSPORTING | ☐ HAZARDOUS MATERIALS | ☐ COMMERCIAL VEHICLE |
|---|---|---|

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

March 14, 2019
Date

*/s/ D.P. Miller*
Magisterial District Judge Miller

INSTRUCTIONS

1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-1-02".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# DL-38 DEFENDANT'S COPY

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone. | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA 17604

Docket No: MJ-02102-TR-0000634-2019
Issued Dt: 03/14/2019

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR
## FAILURE TO RESPOND TO A CITATION OR SUMMONS
## OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS
Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0036909-5 | 02/19/2019 | ON NEW HOLLAND AVE 100 FEET E | 75 § 1786 §§ F |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| REQUIRED FINANCIAL RESPONSIBILITY | $ 435.50 | OR $ 443.50 |

| DRIVERS LICENSE NUMBER | CDL | STATE | DATE OF BIRTH |
|---|---|---|---|
| 22710312 | ☐ | PA | 05/22/1969 |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

STREET ADDRESS
Moorish Science Temple No. 16, C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m., P.o. Box 8606

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17604 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| | | | Chevrolet | Pickup |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING ☐ HAZARDOUS MATERIALS ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

March 14, 2019
Date

_____
Magisterial District Judge Miller

INSTRUCTIONS:
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE. make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-02-1-02".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $8.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER



# DL-38 FAILURE TO PAY FINES AND COSTS

| | |
|---|---|
| Mag. Dist. No: | MDJ-02-1-02 |
| MDJ Name: | Honorable David P. Miller |
| Address: | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone: | 717-569-8774 |

Commonwealth of Pennsylvania
v.
Cyhienra J. Barnes-Bey

Cyhienra J. Barnes-Bey
Moorish Science Temple No. 16
C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m.
P.o. Box 8606
Lancaster, PA 17604

Docket No: MJ-02102-TR-0000013-2019
Issued Dt: 03/14/2019

## REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR FAILURE TO PAY FINES AND COSTS IMPOSED

You have failed to pay fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you pay the fine, costs and penalties shown within 15 days of the above date, or enter into an agreement with this court to make installment payments for the fines, costs, and penalties shown, your name will be referred to the Department of Transportation which will suspend your driving privilege until you pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

**THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS**

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| E 0035643-6 | 01/01/2019 | 1100 BLOCK OF MARSHALL AVE | 75 § 1301 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION |
|---|---|
| Dr Unregist Veh | $ 201.00 |

| DRIVERS LICENSE NUMBER | CDL | STATE | DATE OF BIRTH |
|---|---|---|---|
| 22710312 | ☐ | PA | 05/22/1969 |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Barnes-Bey | Cyhienra | J. | Male |

STREET ADDRESS
Moorish Science Temple No. 16, C/o Bro C Barnes-Bey Grand Sheik Grand Gov. O.d.m., P.o. Box 8606

| CITY | STATE | ZIP CODE |
|---|---|---|
| Lancaster | PA | 17604 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| | | | Chevrolet | Pickup |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING
☐ HAZARDOUS MATERIALS   ☐ COMMERCIAL VEHICLE

**SUBMIT CHECK OR MONEY ORDER PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-02-1-02"**

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

March 14, 2019
Date

_(signature)_
Magisterial District Judge Miller