**PRIORITY MAIL** — TRACKED ★ INSURED
For Domestic and International Use
Label 107R, May 2014

From:
World Wide Web Service Providers
Save Lives for Governors O.D.-Ministers
P.O. Box 7606
Lancaster Pennsylvania 17604

To:
Clerk of Courts
600 Market Street
Room 2609
Philadelphia Pennsylvania 19106

EXPECTED DELIVERY DAY: 03/25/19
USPS TRACKING NUMBER




US PM 2 LANC 1760 MAR AMO  R23C