IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOBLE DREW ALI A, MOORISH SCIENCE TEMPLE OF AMERICA AND SHEIK C. BARNES BEYs,<br><br>Plaintiffs,<br><br>v.<br><br>MARY MONGIOVI, MARK SHIVERS, HOWARD F. KNISELY, CRAIG W. STEDMAN, CAITLIN BLAZIER, ALAN BLANK, MOVELOOK, DAVID MILLER, MARK J. WILSON, BRETT I. COLE, TERI LANDON-MILLER, ANDY WAGNER, SNYDER, TOM RUDZINSKI, DAVID KILGORE, MARSHALL RIEGER, DEZERAY DAVIS, STEVEN J. GOLIGHTLY, DEPARTMENT OF CHILD SUPPORT SERVICES, MICHAEL WILKENING, NAKISHA DICKENS AND SHERRI CARTER<br><br>Defendants. | CIVIL ACTION<br>DOCKET NO. 18-05655 |

## <u>WITHDRAW OF APPEARANCE</u>

TO THE CLERK OF COURT:

Kindly withdraw the appearance of David J. MacMain, Esquire of The MacMain Law Group, LLC as counsel on behalf of Defendant, David Miller in the above matter.

**THE MACMAIN LAW GROUP, LLC**

Dated: <u>April 1, 2019</u>     By:     */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Craig W. Stedman, Caitlin Blazier, Alan Blank, Mark Wilson, Brett I. Cole, Terri Landon-Miller and Andy Wagner*

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 1st day of April 2019, a copy of the foregoing *Withdraw of Appearance* was served upon the following via first class mail:

Noble Drew Ali
Moorish Science Temple of America
Sheik C. Barnes Bey
PO Box 8606
Lancaster, PA 17604
*Pro Se Plaintiff*

THE MACMAIN LAW GROUP, LLC

Dated: April 1, 2019     By:    */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Craig W. Stedman, Caitlin Blazier, Alan Blank, Mark Wilson, Brett I. Cole, Terri Landon-Miller and Andy Wagner*