UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NOBLE DREW ALI, MOORISH SCIENCE TEMPLE OF AMERICA AND SHEIK C. BARNES BEY  Plaintiffs, | : : : : : : | |
| v. | : : : | No. 5:18-cv-5655 |
| MARY MONGIOVI SPONUGLE, et al.,  Defendants. | : : : : | |

**O R D E R**

**AND NOW**, this 10th day of April, 2019, upon consideration of the Motions to Dismiss of Defendants Howard F. Knisely, David Miller, and Mary Mongiovi Sponugle, ECF No. 5, and Defendants Craig W. Stedman, Caitlin Blazier, Alan Blank, David Miller, Mark J. Wilson, Brett I. Cole, Teri Landon-Miller, and Andy Wagner, ECF No. 17, and in the absence of a timely response, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs shall file a brief in opposition to the Motions to Dismiss **no later than Friday, April 19, 2019**.

2. Plaintiffs are advised that failure to respond to the Motions to Dismiss may result in the motions being granted as uncontested and the claims against the moving Defendants being dismissed without further notice.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] *See* E.D. Pa. L.R. 7.1 (providing that "any party opposing the motion shall serve a brief in opposition together with such answer or other response that may be appropriate, within fourteen (14) days after service of the motion and supporting brief [and i]n the absence of timely response, the motion may be granted as uncontested"); *Qadr v. Overmyer*, 642 F. App'x 100, 102 (3d Cir. 2016) ("Under Rule 41(b), a district court has authority to dismiss an action sua sponte if a litigant fails to prosecute or to comply with a court order." (citing Fed. R. Civ. P. 41(b))).