UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

NOBLE DREW ALI, et al., :
         Plaintiffs, :
          :
    v. : No.  5:18-cv-5655
          :
MARY MONGIOVI SPONUGLE, et al., :
         Defendants. :

_____

## NOTICE
No Proof of Service on Docket

TO:    Plaintiffs

    A review of the Court's records indicates that on December 31, 2018, Plaintiffs filed a Complaint in the United States District Court for the Eastern District of Pennsylvania.  In order to achieve the delay reduction goals set forth in the Civil Justice Reform Act of 1990, 28 U.S.C. §§ 471-482, Plaintiff's counsel is to serve the Summons and Complaint on all Defendants promptly.

    The Docket does not indicate that Plaintiffs have properly served Defendants, Moovelook, David Kilgore, Marshall Rieger, Dezeray Davis, Steven J. Golightly, Department of Child Support Services, Michael Wilkening, Nakisha Dickens and Sherri Carter, as of this date.  If you have already properly served said Defendants, you are to promptly file proof of service pursuant to Federal Rule of Civil Procedure 4(l).  If you have not yet made proper service, you are to promptly serve said Defendants and file proof of service with the Clerk of Court.

    If proof of service is not filed within thirty (30) days of the date of this Notice, the Court may dismiss this action as to said Defendants pursuant to Federal Rule of Civil Procedure 4(m).

                           KATE BARKMAN, Clerk of Court

                           By:/s/ Diane J. Abeles_____
                               Diane J. Abeles, Civil Deputy Clerk
                               The Honorable Joseph F. Leeson, Jr.
                               Diane_J_Abeles@paed.uscourts.gov

Date of Notice:  April 15, 2019