

Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
## Eastren District of Pennsylvania
## Philadelphia Division

| | |
|---|---|
| NOBLE DREW ALI, A JURAL RELIGIOUS SOCIETY; MOORISH SCIENCE TEMPLE OF AMERICA A CORPORATE BODY POLITIC; Et Al. | Case No. 5:18-cv-5655 *(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names )

-v-

XAVIER L. MOSLEY, Et Al.

*Defendant(s)*
(Write the full name of each defendant who is being sued If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names )

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | NOBLE DREW ALI |
| Street Address | P.O. BOX 80606 |
| City and County | LANCASTER |
| State and Zip Code | PENNSYLVANIA 17604 |
| Telephone Number | 510.260 3812 |
| E-mail Address | mstofa.ca.gov@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | XAVIER L. MOSLEY |
| Job or Title *(if known)* | Musician |
| Street Address | 7684 El Douro Dr. |
| City and County | Sacramento |
| State and Zip Code | Ca 95831 |
| Telephone Number | 415.748.3061 |
| E-mail Address *(if known)* | xmosley@mac.com |

Defendant No. 2

| | |
|---|---|
| Name | Darci J. McKean |
| Job or Title *(if known)* | Attorney at law, Offices of Sean Musgrove |
| Street Address | 75 Natoma St. |
| City and County | Folsom |
| State and Zip Code | CA 95630 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Scott L. Tedmon |
| Job or Title *(if known)* | Sacramento Superior Court Commissioner |
| Street Address | 3341 Power Inn Road |
| City and County | Sacramento |
| State and Zip Code | CA 95826 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | David Elliott |
| Job or Title *(if known)* | California Licensed Critical Social Worker |
| Street Address | 3830 Watt Ave Suite 8 |
| City and County | Sacramento |
| State and Zip Code | CA 95821 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Additional defendants:

Defendant No. 5
    UCSF BENIOFF CHILDREN'S HOSPITAL
    1975 4th St
    San Francisco, CA 94158
    (415) 476 - 9000

Defendant No. 6
    Dr. GARY BEAN
    Pediatrician
    4180 Park Blvd,
    Oakland, CA 94602
    (510) 530 - 5437

Defendant No. 7
    ANN CINNAMON
    Licensed Family and Marriage Therapist
    4112 Pennsylvania Avenue
    Fair Oaks, Sacramento, CA 95628
    (916) 961 - 6601

Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Declaration of Independence, The Articles of Confederation,The United States Constitution 1787 The Treaty of Peace and Friendship 1786-87 and 1836 know as Public Statutes at Large American Constitution of 1774 Articles of Association, United States Consitution Amendment 1, Article 6, Section 1 clause 2, Amendments 4 and 5. Compact Agreement from Noble Drew Ali Free national Divine Constiutuion and by laws. Article 1, Article 6-7, The Free National Constitution of Pennsylvania 1776, The Free National Constitution of California 1879. 42 USC Statute 1983, 18 USC Statue 242, 18 USC Part 1 - Crimes, Chapter 47 and Section 1001. 18 USC Statute 1604, F.R.C.P 60 (B)(6), 805 ILCS RCA HURDS REVISED STATUTE 1887, Pennsylvania and California Slip laws

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

  b. If the defendant is a corporation

   The defendant, *(name)*     , is incorporated under the laws of the State of *(name)*     , and has its principal place of business in the State of *(name)* .

   Or is incorporated under the laws of *(foreign nation)* ,

   and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

According to the fee schedule for violation of heirs and property in this matter, Mr. Mosley owes $1,110,000. Ms. McKean owes $250,000 and Commissioner Scott L. Tedmon owes $250,000. All other defendants owe $77,000, respectfully. UCSF Hospital owes $1,1100,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Mostly in the City and County of Sacramento in the state of California, but also in the City and County of San Francisco, California.

B. What date and approximate time did the events giving rise to your claim(s) occur?

June 2015 - Present

**...continued from page 4**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. **Xavier L. Mosley** - defendant and father of two children who are heirs, lied to the Sacramento family court on April 5, 2018, in order to gain legal and physical custody of the two children. He falsey acused the children's mother, Keniece A. Ford EL, who is also an heir, of absconding with their children. Mr. Mosley lied to the court about the children's mother blocking their son's medical care, and made disparaging assumptions to the court about Sister Ford El's mental health based on her religious practice. Mr. Mosley, Ms. Darci McKean as well as family evaluator, Mr David Elliott (another defendant in the case) has continuously shown prejudice agaisnt Sister Ford El's religion and has consipired with the court in effort to alienate their children as a result of Mr. Mosley's personal issues with Sister Ford El. Xavier L. Mosley is responsible for harassment, defamation of character He has also been responsible for keeping the children away from their mother, Sister Ford El, aginst hers and the children's desires. This has caused a lot of emotional grief and mental strain on Sister Ford El and their children. It is also in violation of our religion as she is under divine instruction to care for her children and raise them as healthy, functional members of our American and global society. The current court order impedes Sister Ford El's ability to follow divine instruction given to her by our Prophet, Noble Drew Ali as outlined in the ***Great Holy Koran Chapter 23; Verses 1 - 13***

2. **Darci Mckean** - Acting under color of law attorney to defendant, has taken this case on and made decisions and remarks as if the children are her own Without any formal proof, she suggested to the family evaluator, David Elliott, that Sister Ford El may have mental health issues becasue of her own ignorance of our religion and nationality. She has badgered, bullied, and harassed Sister Ford El througout this case for simply trying to gain more time and access to her children.

3. **Commissioner Scott L. Tedmon**, under color of law and authority of the County of Sacramento, is violating Sister Ford El's divine and constitutional right to parent and practice religion with the execution of an unlawful order. The order has been responsible for interrupting time with her children for nine months. During this time, Sister Ford El's son had a major surgery of which she was not allowed to attend becasue of this order that prohibited time with the children except for 4 hours per week in a state certified supervised facility. Sister Ford El's children were taken away from her without cause or

due process. As a commissioner of the court, Judge Scott Tedmon has no authority to separate children from their mother on the basis of accusation and hersay. This is violation of the constitution the divine right of heirs to the Noble Drew Ali Estate. Commissioner Tedmon and the Superior Court of Sacramento Family Law division was repeatedly given notice that Sister Ford El and her children are natural people who are by birthright and nationality, Moorish Americans, the true American Citizens and members of the Moorish Science Temple of America, #77, a lawfully chartered religious society and Ecclesiastical Government, that is protected by the First Amendment of The U.S. Constitution of the United States of America, which protects all of our unalienable rights given to us by God - Allah. The Moorish Science Temple of America derives its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and the truth of the Great Prophet Ali, in America.

4. **UCSF Benioff Children's Hospital**, in September of 2018, made the decision to keep Sister Ford El from being present for her son before, during, and after he received a major head surgery in their hospital after several attempts made by Sister Ford El to secure a supervisor to satisfy the order given by Commissioner Scott Tedmon. The hospital concluded Sister For El was not allowed to visit at all.

5. **David Eliott**, the court ordered family evaluator in this case evaluated the family from April 2018 - December 2018. Mr. Eliott attempted to discredit Sister Ford El and her religion by suggestion to the court she "took her children to Los Angeles to make them a part of her religion". The children and the mother are one. What the mother is, the children are. Mr. Eliott has no authority to suggest anything different. He also made a recommendation to the court that the children be kept from their mother  Mr. Eliott dismissed Sister Ford El's claims of domestic violence as well as all evidence against Mr. Mosley suoorting her claim.

6. **Dr. Gary Bean**, pediatricain to both children in this matter since they were both infants, performed immunization shots on both children, several times in 2018, after being told repeatedly throughout the years that this act was against the family's religion.

7. **Ann Cinnamon**, therapist to the male child in this matter, refuses to communicate with the child's mother, Sister Ford El and continues to hold her son's records after repeated attempts to retrieve them.

C. What are the facts underlying your claim(s)? *(For example What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Two children, who are heirs of Noble Drew Ali, under the authority of the Sacramento Family Law court, were taken from their mother, who is also an heir. Legal and physical custody was suspended, without casue or due proccess. This event caused a plethora of other events to occur, all of which ultimately resulted in gross neglagence and deprivation of the rights of both mother and her children.

Please see attatchment, including attached Writ of Mandamus for more information.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The injuries here are irreparable, as injuries are still ocurring and has caused loss time and space between the claimant and her natural children. The claimant's natural children continue to be affected as they are not allowed daily access to their mother but instead are being raised by nannies. The children have repeatedly asked to live with their mother. Mother is also instructed by her religious law to care for her children on a daily basis. Mother's son is under medical supervision for a rare disease of which has resulted in two craniotomy's. The defendant and child's father, Mr. Mosley, is refusing the claimant/mother participation in deciding the route to curing their son. This is being supported by the current court order that has granted father sole legal custody without injury or due process. Doctor's are preparing to perform another surgery on their son but mother hasn't been allowed her input including her professional perspective as an integrative health professional These decisions will affect their son for the rest of his life. Mother should be in the decision making. The Sacramento Family court has no authority to take this unalianable right from mother

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All fees are according to our fee schedule for violations such as these. We are seeking $1,110,000 from Mr. Mosley for creating this issue as well as his lies, defamation, abuse, and harassment. Ms. McKean is being sued for harassment and participating in the conspiracy to deprive rights: $250,000; Commissioner Tedmon, for deprivation of rights: $250,000; UCSF: $1,110,000: pain and suffering; Dr. Bean: $77,000, pain and suffering; Mr. Eliott: $77,000 for Harassment, pain, and suffering; Ms. Cinnamon: $77,000, for harassment, pain, and suffering.

....continued from page 5


As Moorish American Moslems, My Children and myself raise a claim under a violation that has been committed by the defendants mentioned in this claim in their collective capacity of the whole, orchestrated to violated our inalienable rights secured by our Free National Constitution - The Divine Constitution and by laws, the Great Koran which consist of the Holy Koran of the Moorish Science Temple of America aka The Grand Adviser and Moderator rules and regulations and the Holy Koran of Mohammad, The 101 Statutes of Allah (Questionnaire For Moorish Children) which also Proclaims of Our Authority for Moorish American Moslems - known as the Public Statutes at Large - The United States Constitution 1787, Declaration of Independence, Articles of Confederation, Treaty of Peace and Friendship 1786-87, 1836 and the American Constitution of 1774 Articles of Association Continent Congress The Great Seal. A clear Violation of the 1st Amendment Establishment clause and Free Exercise Clause, The Defendants are Refusing to recognize our Nationality, rules and regulations of our Asiatic Islamic Nation state that has been lawfully Chartered and proclaimed by virtue of form 10105905, Our Authority and Form 1099, In the County of Cook under the laws of Illinois Congress Hurds Revised Statutes of 1887 re-titled 805 ILCS R.C.A. We are under no State Law except our own Asiatic State of Islam. All Proceedings were held in the wrong Jurisdiction. Freedom of exercise clause, The defendants have collectively collaborated in abrogation afforded to My Children and Myself by My Free National Constitution, The Divine Constitution and Bylaws Article 6, "With us All Members must Proclaim their Nationality", (a lawful Nationalization process (An Act of Congress), to each member that proclaims their Nationality in our Moorish Government, Asiatic Islamic State) a comity state of the several states which was made possible by the Federal Constitution Article 4 Section 3, through Special Legislation that exist in Pennsylvania as we as California congressional legislation known as slip laws or American Ecclesiastical Laws, Separation of State and Religion. Thus the Defendants in this claim had no subject matter jurisdiction to act, because my children and myself are entitled to be heard by an Article III, Section 2 Judge Jurisdiction Citizens of Different states, Diversity of Citizenship (Christian Body Politic and Islamic Body Politic) and Article 6 Clause 1 Section 2 Supremacy Clause (Treaties). We as Moorish AmericansMoslems are Descendants of Moroccans and born in America our Nationalization process by virtue of Article VI of our Divine Constitution and By laws our "With Us" our Allegiance has been restored back to our Sultanate Theocratic Government Moorish Empire, thus by virtue of the Most Holy Prophet we have been united back to ancestors who were party to the Treaty Peace and Friendship and we are our ancestors without doubt our contradiction and there is no man who can change the descent nature of our forefathers unless his power extends beyond the Great Universal Creator Allah Himself. Thus states can not hear cases that are of an executive agreement between the President and a Foreign Country, thus Judgments are void because they were defective in language, because the court had no jurisdiction to issue the writ. The defendants lacked Subject matter and Personum Jurisdiction, The United States District Court has original jurisdiction per

Title 22 Chapter 2 Section 143 and codified under Title 28 Statute 1331 Constitutional law and treaties, thus to separate the Moorish American Moslem Family that consist of a Mother Mooring for 9 months and bearing a Child, The Fruit of the Great God Allah, the Union that no man can divide and take away.

**Statement of Facts**

I AM C. Barnes Bey a Moorish American Moslem preamble Citizen free National Being of the Constitution for the United States of America Republic and a Citizen of my Moorish State of Islam Moorish Divine and National Movement of the Asiatic States of North America, Propia Persona Sui Juris and I Proclaim these facts to be true and exact.

As a Governor Executive ruler, Ordained Divine Minister, Moorish Consul per Title 22 Chapter 2 Section 143 General Jurisdiction in all Civil Cases, a Moorish American Moslems Adept, I raise a claim under Federal Free National Constitutional that has been committed in the past and present by the defendants mentioned in this claim in their official and personal capacity. Each defendant to further their compelling interest functioned as a whole and orchestrated to violated my free national inalienable rights secured by my Free National Constitution The Divine Constitution and bylaws, The Great Koran which consist of the Holy Koran of the Moorish Science Temple of America aka The Grand Adviser and Moderator rules and regulations and the Holy Koran of Mohammad, The 101 Statutes of Allah ( Questionnaire For Moorish Children) which regulate our Society consisting of Religious and Secular Laws and Proclaims that Our Authority is derived from Islam for Moorish American Moslems, our laws conform with the Public Statutes at Large: United States Constitution 1787, Articles of Association/ Declaration of Independence 1774-1776 , Articles of Confederation 1781, Treaty of Peace and Friend Ship 1786-87, 1836. A clear violation of the 1st Amendment Establishment clause and Free Exercise Clause, The Defendants are Refusing to recognize our Nationality, rules and regulations of our Asiatic Islamic Nation state that has been lawfully Chartered and proclaimed by virtue of form 10105905 Our Authority and Form 1099, In the County of Cook under the laws of Illinois Congress Hurds Revised Statutes of 1887 re-titled 805 ILCS R.C.A.

WHERAS are under not under State Law, our law is the inspired word of Allah handed down to us by our Prophet Nobel Drew Ali for the benefit of our Asiatic State of Islam. All Proceedings were held in the wrong Jurisdiction. Freedom of exercise clause, The defendants have collectively collaborated and the perpetual abrogation of afforded to My Children and Myself by My Free National Constitution The Divine Constitution and Bylaws Article 6 with us All Members must Proclaim their Nationality ( a lawful Nationalization process (An Act of Congress)) to each member that proclaims their Nationality in our Moorish Government Islamic State) a comity state of the several states which was made possible of the Federal Constitution Article 4 Section 3 ( Through Special Legislation there exist in Pennsylvania as we as California congressional legislation known as slip laws or American Ecclesiastical Laws Separation of State and Religion). Thus the Defendants in this claim had no subject matter jurisdiction to act, because my claims are to be heard by a United States District Judge that has original jurisdiction in all civil cases that deal with constitution law and Treaties, Article III Section 2 Between Citizens of Different states Diversity of Citizenship (Christian Body Politic and Islamic Body Politic) and Article 6 Clause 1 Section 2 Supremacy Clause( Treaties )

WHERSAS as Moorish Americans Moslems are Descendants of Moroccans and born in America our Nationalization process by virtue of Article VI of our Divine Constitution and Bylaws "With Us" our Allegiance has been restored by to our Sultanate Theocratic Government in Morocco thus by virtue of the Most Holy Prophet we have been united back to ancestors who were party to the peace and friendship treaty and we are our ancestors without doubt our contradiction and there is no man who can change the descent nature of my forefathers unless his power extends beyond the Great Universal Creator Allah Himself. Thus states cannot hear cases that are of an executive agreement between the President and a Foreign Country, Thus Judgments are void because they were defective in language, because the court had no jurisdiction to issue the writ. The defendants lacked Subject matter and Personum Jurisdiction,

The United States District Court has original jurisdiction per Title 22 Chapter 2 Section 143 and codified under Title 28 Statute 1331 Constitutional law and treaties, Thus the defendants nor a state a compel a free national being to submit to identifications that are against the laws of the constitution and the supreme laws of the land. The defendants on documents labelled social security cards, birth certificates and other tentacles that reach to other agencies causes the clamant irreparable harm, because it subjects claimant to loss of nationality and inalienable rights as a free national being and subjects claimant to special laws that are enacted to target a class of people that are subjected to such laws.

WHEREAS claimants Holy and divine prophet Noble Drew Ali Instructed Us in our Rules and Regulations instructs us that we are not to use the application of the 14th and 15th amendment since the Constitutional Law that was enforced since 1774 declared all men equal and free and if all men are declared free and equal by the free national constitution to be free and equal since that Constitution has never been changed, there is no need for the application of the 14th and 15th for the salvation of our people. These instruments mentioned above are creatures of the Spurious Name in all Capital letters a fictitious entity connected to a domestic trust without the knowledge of the beneficiary, and holds the beneficiary accountable as trustee when a debt is to be collected appears to be the same as the birth name given by the mother.

WHEREAS the defendants laws and codes Titled: Title 75 is unconstitutional for private citizens that are not engaging in business, but are merely using the private conveyance as an extension of one's body to realize the limits of the Federal Free National Constitution Life Liberty and the pursuit of happiness, this is expressed in our religious laws which state that Man cannot make laws that Allah Forbids nor Forbid laws that Allah Permits. The Freedom and liberty to travel freely either by walking or using an extension of man such as a bicycle, horse, wagon or automobile must be governed by ones moral compass to realize that man is bound to every living thing and if man harms or kills the meanest worm he shakes the throne of Allah and shake the sword of life in its sheath.

WHEREAS the Defendants title 75 abrogates the 1st Amendment of the Federal Free National Constitutional and my Divine Constitution and Bylaw of My Free National Government. Title 75 requirement to register a private vehicle in the state is giving the state ownership of Private Property that belongs to An Asiatic State. This too is a violation of our rules and regulations of our Asiatic state, we are instructed "We, as a clean and pure nation descended from the inhabitants of Africa, do not desire to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve the gods of their religion, because our forefathers are the true and divine founders of the first religious creed, for the redemption and salvation of mankind on earth." **Article XLVIII Section: 6 Clause 1**.

WHEREAS our property is subjected to our law, contingent that we are using due care and not harming any one depriving someone else the ability to express their rights. The Claimants Free National Government Allah is the Sovereign thus we have a theocratic Government and no law is above his law.

"He Hath instituted laws for the governments of the world: He hath wonderfully varied them in all beings: and each, by his nature conformeth to His will." **Article XXXV Section 10 Clause 1-2**. *"This day I have perfected for you your religion and completed My favor upon you and have approved for you Islam as religion."* **Sura 5 Ayatt 3** The treaty of peace and friendship **Article 20 and Article 21** included and not limited to the United States Constitution for the United States of America of federal legislation, Christian Nations cannot make laws for Moslems and Moslems Nations and Public Statues at Large of the United States of America a part Moslem Nations cannot make laws for Christian nation also the Treaty of Tripoli article 11 the United states was not founded on the Christian Religion i.e. Christian Nation.

Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   April 16, 2019

Signature of Plaintiff     /S/ Noble Drew Ali Sheik Johns El, S Grand Governor Disciple in Trust

Printed Name of Plaintiff   Noble Drew Ali Sheik Johns El, S Grand Governor Disciple in Trust

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address






# DEFENDANT LIST

1) SPONAUGLE, MARY MONGIOVI, DBA MARY MONGIOVI SPONAUGLE IN HER OFFICIAL CAPACITY DISTRICT MAGISTRATE 02-02-02 MANHIEM TOWNSHIP LANCASTER TOWNSHIP

2) SHIVERS, MARK, DBA MARK SHIVERS IN HIS OFFICIAL CAPACITY OF MANHIEM TOWNSHIP POLICE OFFICER LANCASTER TOWNSHIP.

3) KNISELY, HOWARD F.DBA HOWARD F KNISELY IN HIS OFFICIAL CAPACITY AS BUSINESS ADMINISTRTOR OF TRIBUNIAL COMMON PLEAS, PENNSYLVANIA, COUNTY OF LANCASTER.

4) STEDMAN W. CRAIG, DBA CRAIG W. STEDMAN IN HIS OFFICIAL CAPACITY OF DISTRICT ATTORNEY OF LANCASTER COUNTY

5) BLAZIER CAITLIN, DBA CAITLIN BLAZIER IN HER OFFICIAL CAPACITY OF DISTRICT ATTORNEY/ SOLICITOR OF LANCASTER COUNTY.

6) BLANK, DBA BLANK IN OFFICIAL COMPACITY OF COURT REPORTER OF LANCASTER COUNTY.

7) MOVELOOK, DBA MOVELOOK IN OFFICIAL CAPACITY AS CLERK OF COURTS LANCASTER PENNSYLVANIA

8) MILLERS, DAVID, DBA DAVID MILLER IN HIS OFFICIAL

# DEFENDANT LIST

CAPACITY OF DISTRICT MAGISTRATE 02-01-02 LANCASTER COUNTY.

9) WILSON, MARJ J DBA MARK J WILSON IN HIS OFFICIAL CAPACITY AS ADDMINISTRATIVE COLLECTION ENFORCEMENT UNIT.

10) COLE, BRETT I DBA BRETT I. COLE IN HIS OFFICIAL CAPACITY AS DEPUTY CHIEF OFFICE OF SUPERVISION.

11) MILLER-LANDON, TERI LANDON DEPUTY CHIEF OFFICE OF SDMINISTRATION SERVICES.

12) WAGNER, ANDY COLLECTION ENFORCEMENT UNIT ADULT PROBATION AND PAROLE SERVICES.

13) Steven J. Golightly IN HIS OFFICIAL CAPACITY Director, Los

14) Angeles County CSSD dba STEVEN J. GOLIGHTLY 5500 S. Eastern Ave. Commerce, CA 90040

15) Department of Child Support Services P.O. Box 419064 Rancho Cordova, CA 95741-9064

16) Michael Wilkening as in HIS Official capacity as SECRETARY of

17) the California Department of Health Care Services dba MICHAEL

# DEFENDANT LIST

WILKENING P.O. Box 997413, MS 0000 Sacramento, CA 95899

18) NAKISHA DICKENS 545 Chestnut Ave #117 Long Beach, Ca 90802 600 COMMONWEALTH LOS ANGELES 90005

19) SHERRI CARTER IN HER CAPACITY AS DEPUTY CLERK OF SUPERIOR COURT OF CALIFORNIA SOUTH DISTRICT DBA SHERRI

20) CARTER 275 Magnolia Ave Long Beach, Ca 9080

Defendants Added

21) XAVIER L. MOSLEY 7684 El Douro Dr., Sacramento, CA 95831

22) DARCI J. MCKEAN, ATTORNEY AT LAW, 75 Natoma St., Folsom, CA 95630

23) SCOTT L. TEDMON IN HIS OFFICIAL CAPACITY AS COMMISIONER OF SACRAMENTO COUNTY SUPERIOR COURT DBA JUDGE SCOTT L. TEDMON

24) DAVID ELLIOTT 3830 Watt Ave Suite 8, Sacramento, CA CA 95821

25) UCSF BENIOFF CHILDREN'S HOSPITAL 1975 4th St., San Francisco CA 94158

26) Dr. GARY BEAN 4180 Park Blvd, Oakland, Alameda County CA 94602

# DEFENDANT LIST

27) ANN CINNAMON 4112 Pennsylvania Avenue, Fair Oaks, Sacramento, CA 95628

28) Pfuricsh Jaquelin dba JAQUELIN PFURICSH in her official capacity as Clerk of Courts Lancaster Pennsylvania, 50 North Duke Street Lancaster Pennsylvania.

29) Parson Joshua G. dba JOSHUA G. PARSON COUNTY COMMISSIONER, 150 North Queen Seventh floor Suite 715 Street Lancaster Pennsylvania

⊿

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

| | |
|---|---|
| **NOBLE DREW ALI, et al** | Case No.: **5:18-cv-5655** |
| *Plaintiff,* | **RE: 15FL02801** |
| Vs | |
| **Xavier Mosley, et al** | |
| *Défendant,* | |

RECEIVED APR 18 2019

## Certificate of Service

The undersigned claimant hereby certifies that on April 2019 he personally caused to be served the following a true and correct copy of the foregoing Removal to Federal Court Title 28 1441- `1442 1443, 1446 Notice Writ Emergency Writ of Mandamus with Exhibits , Notice Emergency Injunction by mailing certified mail., Complaint and Injunction:

Clerk of Courts ED Pa
James A Bryne U.S Courthouse
Room 2609
601 W. Market Street
Philadelphia. Pennsylvania 19106

/s/ Noble Drew Ali Sheik S. Johns El Grand
    Governor Disciple in Trust
    Noble Drew Ali,
    Moorish Science Temple No.16
    P.O Box 8606
    Lancaster, Pennsylvania, 17604
    717 615 0942
    mstoa16.pa.gov@gmail.com

PAGE 1 OF 1

