## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOBLE DREW ALI A, MOORISH SCIENCE TEMPLE OF AMERICA AND SHEIK C. BARNES BEYs, : : : : Plaintiffs, : : v. : : MARY MONGIOVI, MARK SHIVERS, : HOWARD F. KNISELY, CRAIG W. : STEDMAN, CAITLIN BLAZIER, ALAN : BLANK, MOVELOOK, DAVID MILLER, : MARK J. WILSON, BRETT I. COLE, : TERI LANDON-MILLER, ANDY : WAGNER, SNYDER, TOM RUDZINSKI, : DAVID KILGORE, MARSHALL : RIEGER, DEZERAY DAVIS, STEVEN J. : GOLIGHTLY, DEPARTMENT OF : CHILD SUPPORT SERVICES, MICHAEL : WILKENING, NAKISHA DICKENS AND : SHERRI CARTER : : Defendants. : | CIVIL ACTION DOCKET NO. 18-05655 |

## **ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Laurie A. Fiore, Esquire of The MacMain Law Group, LLC as counsel on behalf of Defendants, Craig W. Stedman, Caitlin Blazier, Alan Blank, Mark Wilson, Brett I. Cole, Teri Landon-Miller, and Andy Wagner in the above matter.

**THE MACMAIN LAW GROUP, LLC**

Dated: <u>April 22, 2019</u>     By:     <u>*/s/ Laurie A. Fiore*</u>
                                                    Laurie A. Fiore
                                                    Attorney I.D. No. 80027
                                                    433 W. Market Street, Suite 200
                                                    West Chester, PA 19382
                                                    *Attorney for Defendants, Craig W. Stedman, Caitlin Blazier, Alan Blank, Mark Wilson, Brett I. Cole, Terri Landon-Miller and Andy Wagner*

## **CERTIFICATE OF SERVICE**

I, Laurie A. Fiore, Esquire, hereby certify that on this 22nd day of April 2019, a copy of the foregoing *Entry of Appearance* was served upon the following via first class mail:

Noble Drew Ali
Moorish Science Temple of America
Sheik C. Barnes Bey
PO Box 8606
Lancaster, PA 17604
*Pro Se Plaintiff*

**THE MACMAIN LAW GROUP, LLC**

Dated: April 22, 2019    By:    */s/ Laurie A. Fiore*
Laurie A. Fiore
Attorney I.D. No. 80027
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Craig W. Stedman, Caitlin Blazier, Alan Blank, Mark Wilson, Brett I. Cole, Terri Landon-Miller and Andy Wagner*