IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Noble Drew Ali, et.al. | : | |
| Plaintiffs | : | No. 5:18-cv-5655 |
| | : | (Complaint filed 1/14/19) |
| v. | : | |
| | : | (Honorable Joseph F. Leeson, Jr.) |
| Mary Mongiovi Sponugle, et.al., | : | |
| Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

**MOTION TO DISMISS BY DEFENDANTS MARK SHIVERS (OFFICIAL CAPACITY),
OFFICER SNYDER (OFFICIAL CAPACITY), AND TOM RUDZINSKI, CHIEF OF
MANHEIM TOWNSHIP POLICE DEPARTMENT**

**Operative Complaint**

1. Plaintiffs filed their initial complaint in this matter on December 31, 2018.  (Doc. 1).

2. On February 15, 2019, Plaintiffs filed an amended complaint.  (Doc. 4).

3. Plaintiffs filed yet another "amended complaint" on April 18, 2019 that raises claims completely unrelated to their previous filings.  (Doc. 28).

4. The amended complaint should be treated as the operative complaint in this matter, as the "second amended complaint" was filed without leave of Court.  *See* Fed. R. Civ. Pro. 15.

**Grounds for Dismissal**

5. Plaintiffs' amended complaint should be dismissed because:

    a. The complaint fails the concise pleading requirements of Fed. R. Civ. P. 8;

    b. Plaintiffs lack standing to sue;

    c. The complaint alleges no personal involvement by any Defendant;

    d. The legal claims that can be gleaned from the amended complaint are meritless.

WHEREFORE, Moving Defendants respectfully request that this Court dismiss

Plaintiffs' suit with prejudice.

Respectfully submitted,

**Lavery Law**

By:  /s Frank L. Lavery, Jr.
        Frank J. Lavery, Jr. , Esquire
        Atty No. PA 42370
        Joshua M. Autry, Esquire
        Atty No. PA 208459
        225 Market Street, Suite 304
        P.O. Box 1245

DATE:  April 29, 2019        Harrisburg, PA 17108-1245
        (717) 233-6633 (telephone)
        (717) 233-7003 (facsimile)
        flavery@laverylaw.com
        Attys for Defendants Shivers, Snyder and
        Rudzinski, only