IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Noble Drew Ali, et.al. | : | |
| Plaintiffs | : | No. 5:18-cv-5655 |
| | : | (Complaint filed 1/14/19) |
| v. | : | |
| | : | (Honorable Joseph F. Leeson, Jr.) |
| Mary Mongiovi Sponugle, et.al., | : | |
| Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Dismiss filed by Defendants Mark Shivers (official capacity), Officer Snyder (official capacity), and Tom Rudzinski, said Motion is hereby GRANTED.  All of Plaintiffs' complaints in this matter are hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____

J.