IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Noble Drew Ali, et.al. | : | |
|     Plaintiffs | : | No. 5:18-cv-5655 |
| | : | (Complaint filed 1/14/19) |
| v. | : | |
| | : | (Honorable Joseph F. Leeson, Jr.) |
| Mary Mongiovi Sponugle, et.al., | : | |
|     Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to the Initial Procedural Order in this case (Doc. 3), Counsel for Moving Defendants assert that this Motion falls into the category of cases detailed in Local Rule of Civil Procedure 16.2 for which it is unnecessary to seek concurrence. Specifically, this is a pro se civil rights lawsuit.

Respectfully submitted,

**Lavery Law**

By: /s Frank L. Lavery, Jr.
    Frank J. Lavery, Jr. , Esquire
    225 Market Street, Suite 304
    P.O. Box 1245
DATE: April 29, 2019    Harrisburg, PA 17108-1245
    (717) 233-6633 (telephone)
    (717) 233-7003 (facsimile)
    Atty No. PA42370
    flavery@laverylaw.com
    Attys for Defendants Shivers, Snyder and Rudzinski, only