IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Noble Drew Ali, et.al. | : | |
|     Plaintiffs | : | No. 5:18-cv-5655 |
| | : | (Complaint filed 1/14/19) |
| v. | : | |
| | : | (Honorable Joseph F. Leeson, Jr.) |
| Mary Mongiovi Sponugle, et.al., | : | |
|     Defendants | : | (electronically filed) |
| | : | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 29th day of April, 2019, I served a true and correct copy of the foregoing Brief via the Court's Electronic Filing System on all parties of record, and via U.S. Mail on the following:

Noble Drew Ali
PO Box 8606
Lancaster, PA  17604

Martha Gale, Esquire
Administrative Office of PA Courts
1515 Market Street, Ste. 1414
Philadelphia, PA  19102

David J. MacMain, Esquire
The MacMain Law Group, LLC
433 W. Market Street, Ste. 200
West Chester, PA  19382

Laurie Ann Fiore, Esquire
The MacMain Law Group, LLC
433 W. Market Street, Ste. 200
West Chester, PA  19382

                                              s/ Aimee L. Paukovits
                                              Legal Assistant to Frank J. Lavery, Jr.,
                                              Esquire and Joshua M. Autry, Esquire