UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

| | |
|---|---|
| NOBLE DREW ALI, et al | Case No.: **5:18-cv-5655** |
| *Plaintiff,* | RE: **15FL02801** |
| *vs* | |
| Xavier Mosley, et al | |
| *Defendant,* | |

# Certificate of Service

The undersigned claimant hereby certifies that on April 30, 2019 he personally caused to be served the following a true and correct copy of the foregoing Removal to Federal Court Title 28 1441- `1442 1443, 1446 Writ of Mandamus with Exhibits, Notice Emergency Injunction, Complaint and Request, Notice of Joinder, Civil Complaint with Defendants, Summons in Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, by mail to:

Clerk of Courts ED Pa
James A Bryne U.S. Courthouse
Room 2609
601 W. Market Street
Philadelphia. Pennsylvania 19106


UCSF BENIOFF CHILDREN'S HOSPITAL
1975 4th Street
San Francisco, CA 94158

April 30, 2019

/s/ Noble Drew Ali, Sheik Johns El, S Grand Governor, Disciple in Trust
Sheik S. Johns El   Moorish American Moslem
Noble Drew Ali,
Moorish Science Temple No.16
P.O Box 8606
Lancaster, Pennsylvania, 17604
717 615 0942
mstoa16.pa.gov@gmail.com

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

NOBLE DREW ALI, et al            Case No.: **5:18-cv-5655**

*Plaintiff,*                     RE: **15FL02801**

*vs*

Xavier Mosley, et al

*Defendant,*

# Certificate of Service

    The undersigned claimant hereby certifies that on April 30, 2019 he personally caused to be served the following a true and correct copy of the foregoing Removal to Federal Court Title 28 1441- `1442 1443, 1446 Writ of Mandamus with Exhibits, Notice Emergency Injunction, Complaint and Request, Notice of Joinder, Civil Complaint with Defendants, Summons in Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, by mail:

Clerk of Courts ED Pa                 Xavier L. Mosley
James A Bryne U.S Courthouse     7684 El Douro Drive
Room 2609                             Sacramento, Ca. 95831
601 W. Market Street
Philadelphia. Pennsylvania 19106

April 30, 2019

    /s/ Noble Drew Ali, Sheik Johns El, S Grand Governor, Disciple in Trust
    Sheik S. Johns El   Moorish American Moslem
                          Noble Drew Ali,
                          Moorish Science Temple No.16
                          P.O Box 8606
                          Lancaster, Pennsylvania, 17604
                          717 615 0942
                          mstoa16.pa.gov@gmail.com

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

NOBLE DREW ALI, et al

*Plaintiff,*

vs

Xavier Mosley, et al

*Defendant,*

Case No.: **5:18-cv-5655**

RE: 15FL02801

# Certificate of Service

The undersigned claimant hereby certifies that on April 30, 2019 he personally caused to be served the following a true and correct copy of the foregoing Removal to Federal Court Title 28 1441- `1442 1443, 1446 Writ of Mandamus with Exhibits, Notice Emergency Injunction, Complaint and Request, Notice of Joinder, Civil Complaint with Defendants, Summons in Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, by mail to:

Clerk of Courts ED Pa
James A Bryne U.S. Courthouse
Room 2609
601 W. Market Street
Philadelphia. Pennsylvania 19106


Commissioner Scott L. Tedmon
William R. Ridgeway Family Relations CourtHouse
Sacramento, CA 95826

April 30, 2019

/s/ Noble Drew Ali, Sheik Johns El, S Grand Governor, Disciple in Trust
Sheik S. Johns El   Moorish American Moslem
Noble Drew Ali,
Moorish Science Temple No.16
P.O Box 8606
Lancaster, Pennsylvania, 17604
717 615 0942
mstoa16.pa.gov@gmail.com

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

NOBLE DREW ALI, et al

*Plaintiff,*

vs

Xavier Mosley, et al

*Defendant,*

Case No.: **5:18-cv-5655**

RE: **15FL02801**

# Certificate of Service

The undersigned claimant hereby certifies that on April 30, 2019 he personally caused to be served the following a true and correct copy of the foregoing Removal to Federal Court Title 28 1441- `1442 1443, 1446 Writ of Mandamus with Exhibits, Notice Emergency Injunction, Complaint and Request, Notice of Joinder, Civil Complaint with Defendants, Summons in Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, by mail to:

Clerk of Courts ED Pa
James A Bryne U.S. Courthouse
Room 2609
601 W. Market Street
Philadelphia. Pennsylvania 19106


Dr. Gary Bean
4180 Park Blvd,
Oakland, CA 94602

April 30, 2019

/s/ Noble Drew Ali, Sheik Johns El, S Grand Governor, Disciple in Trust
Sheik S. Johns El   Moorish American Moslem
Noble Drew Ali,
Moorish Science Temple No.16
P.O Box 8606
Lancaster, Pennsylvania, 17604
717 615 0942
mstoa16.pa.gov@gmail.com

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

**NOBLE DREW ALI, et al**

*Plaintiff,*

vs

**Xavier Mosley, et al**

*Defendant,*

Case No.: **5:18-cv-5655**

RE: 15FL02801

## Certificate of Service

The undersigned claimant hereby certifies that on April 30, 2019 he personally caused to be served the following a true and correct copy of the foregoing Removal to Federal Court Title 28 1441- `1442 1443, 1446 Writ of Mandamus with Exhibits, Notice Emergency Injunction, Complaint and Request, Notice of Joinder, Civil Complaint with Defendants, Summons in Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, by mail to:

Clerk of Courts ED Pa
James A Bryne U.S Courthouse
Room 2609
601 W. Market Street
Philadelphia. Pennsylvania 19106

David Elliott
3830 Watt Ave, Suite 8
Sacramento, CA 95821

April 30, 2019

        <u>/s/ Noble Drew Ali, Sheik Johns El, S Grand Governor, Disciple in Trust</u>
        Sheik S. Johns El   Moorish American Moslem
                      Noble Drew Ali,
                      Moorish Science Temple No.16
                      P.O Box 8606
                      Lancaster, Pennsylvania, 17604
                      717 615 0942
                      mstoa16.pa.gov@gmail.com

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

NOBLE DREW ALI, et al

*Plaintiff,*

vs

Xavier Mosley, et al

*Defendant,*

Case No.: **5:18-cv-5655**

RE: **15FL02801**

# Certificate of Service

  The undersigned claimant hereby certifies that on April 30, 2019 he personally caused to be served the following a true and correct copy of the foregoing Removal to Federal Court Title 28 1441- `1442 1443, 1446 Writ of Mandamus with Exhibits, Notice Emergency Injunction, Complaint and Request, Notice of Joinder, Civil Complaint with Defendants, Summons in Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, by mail to:

Clerk of Courts ED Pa
James A Bryne U.S Courthouse
Room 2609
601 W. Market Street
Philadelphia. Pennsylvania 19106


Ann Cinnamon
4112 Pennsylvania Avenue
Fair Oaks, CA 95628

April 30, 2019

<u>/s/  Noble Drew Ali, Sheik Johns El, S Grand Governor, Disciple in Trust</u>
Sheik S. Johns El   Moorish American Moslem
Noble Drew Ali,
Moorish Science Temple No.16
P.O Box 8606
Lancaster, Pennsylvania, 17604
717 615 0942
mstoa16.pa.gov@gmail.com

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

| | |
|---|---|
| NOBLE DREW ALI, et al | Case No.: **5:18-cv-5655** |
| *Plaintiff*, | RE: 15FL02801 |
| *vs* | |
| Xavier Mosley, et al | |
| *Defendant,* | |

# Certificate of Service

    The undersigned claimant hereby certifies that on April 30, 2019 he personally caused to be served the following a true and correct copy of the foregoing Removal to Federal Court Title 28 1441- `1442 1443, 1446 Writ of Mandamus with Exhibits, Notice Emergency Injunction, Complaint and Request, Notice of Joinder, Civil Complaint with Defendants, Summons in Civil Action, Notice of Lawsuit and Request to Waive Service of Summons, by mail to:

Clerk of Courts ED Pa
James A Bryne U.S Courthouse
Room 2609
601 W. Market Street
Philadelphia. Pennsylvania 19106

Darci J. McKean Attorney at law,
Offices of Sean Musgrove 75 Natoma St.
Folsom, CA 95630

April 30, 2019

      /s/  Noble Drew Ali, Sheik Johns El, S Grand Governor, Disciple in Trust
      Sheik S. Johns El   Moorish American Moslem
                      Noble Drew Ali,
                      Moorish Science Temple No.16
                      P.O Box 8606
                      Lancaster, Pennsylvania, 17604
                      717 615 0942
                      mstoa16.pa.gov@gmail.com

      /s/  Noble Drew Ali, Sheik Johns El, S Grand Governor, Disciple in Trust