

FROM:
Noble Drew Ali
Moorish Science Temple #16
P.O. Box 8606
Lancaster, PA
17604