Noble Drew Ali
P.O BOX 8606
Lancaster Pennsylvania 17604

  

7018 3090 0000 4552 7441

 

U.S.M.S
X-RAY

Clerk of Courts
James A. Byrne U.S. Court
Room 2609
601 Market Street
Philadelphia Pennsylvania