Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

_____ Division

NOBLE DREW ALI. et al

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   5 :18-cv-5655

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names )*

-v-

David Kilgore Director of COUNTY OF LOS
ANGELES CHILD SUPPORT SERVICES and all
agents, et al

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above  please*
*write "see attached" in the space and attach an additional page*
*with the full list of names )*

# FILED

MAY 1 ᵔ 2019

KATE BARKMAN, Clerk
By_____Dep Clerk

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.**    **The Parties to This Complaint**

    **A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Noble Drew Ali, et al |
| Street Address | P.O BOX 8606 |
| City and County | Lancaster County |
| State and Zip Code | Pennsylvania 17604 |
| Telephone Number | 717 615 0942 |
| E-mail Address | mstoa16.pa.gov@gmail.com |

    **B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Jennifer Kent |
| Job or Title *(if known)* | Director of California Department of Health and Human Services |
| Street Address | P.O. Box 997413, MS 0000 ATTN: Authorization Request |
| *City and County* | Sacramento Sacramento, CA 95899-7413 (916) 440-5049 |
| State and Zip Code | CA 95899-7413 |
| Telephone Number | (916) 440-5049 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jackie Lacey |
| Job or Title *(if known)* | Los Angeles County District Attorney |
| Street Address | 211 West Temple Street, Suite 1200 |
| City and County | Los Angeles California, Los Angeles |
| State and Zip Code | California, 90012 |
| Telephone Number | (213) 974-3512 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Nakisha Dickens |
| Job or Title *(if known)* | Parent |
| Street Address | 545 Chestnut Ave #117 Long Beach, Los Angeles CA 90802 |
| City and County | Long Beach, Los Angeles |
| State and Zip Code | CA 90802 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Public Statutes at Large for The United States Constitution; Articles of Association, Declaration of Independence, Article of Confederation, Treaty of Peace and Friendship  United States Constitution Amendment 1; Article IV Privileges and Immunities and, Article III, Article VI Section 1 Clause 2 , Bill of Rights, first  10 Amendments, Amendment 13 with 20 Sections Nobility Clause, Compact Agreement Noble Drew Ali  Free National Divine Constitution and By Laws Article I through Article  VII, The Great

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship   *HURDS Revised Statues 1872, 805 ILCS R.CA  Chapter 32*

1.    The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ _____ , is a citizen of the

   State of *(name)* _____ _____

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ _____

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
My name on the Passport denial list and is preventing me from traveling to work for my family and provide for them. Also they are garnishing my past and present royalties and revenues due to the judgment and I'm being deprived of my passport because of unvalidated debt I do not owe. The amount that is damaging me well is over $250,000.00 not including punitive damages. I'm entitled to well over $1 Million dollars due to loss of contracts.

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Superior Court of California, County of Los Angeles Family Court

B.    What date and approximate time did the events giving rise to your claim(s) occur?
9/22/1988,
12/23/1994
10/20/2005
1/23/2017

C.   What are the facts underlying your claim(s)?  *(For example. What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*
The listed IV-D cases are depriving me of an inherent and indefeasible rights, privileges, and immunities
secured by the federal and state constitution. I am being denied due process (See Attached Wages and
Earnings Assignment Order)  I am being held liable for this without a contract that I never gave consent
to nor have I volunteered for the IV-D program and in addition paternity was not never established in
neither of the above cases. IV-D is voluntary in nature, and I have not volunteered for the IV-D program
before these default judgement orders were signed by Commissioners Althea Baker and Marshall
Rieger, who are not a judges. When I applied for a passport and was denied because my name was put
on the Passport denial list by the California Department of Health and Human Resources. (See attached
letter United States Department of State) and the Defendants have garnished my earnings and have
caused loss of revenue to earn for my family due to not being able to travel and work because of my
passport being denied. The Local child support agency provides services on behalf of the County of Los
Angeles and the District Attorney & Director of Child Support and the Department of Health and Human

ATTACHED STATEMENT CONTINUED See Attachment

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

Loss of the time & finance and the work relationships that have been severed because of the inability to travel
and contract and provide for my family.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

I am seeking emergency injunctive relief from the Judgements Signed by 2 commissioners who are not judges,
and who I have not given consent to reside over any matter of the above mentioned cases of the Superior Courts
of the County of Los Angeles, and the  Department of Health and Human services has my name on the Passport
denial list and is preventing me from traveling to work for my family and provide for them. Also they are garnishing
my past and present royalties and revenues due to the judgment and I'm being deprived of my passport because
of unvalidated debt I do not owe. The amount that is damaging me well is over $250,000.00 not including punitive
damages. I'm entitled to well over $1 Million dollars due to loss of contracts.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          *0 4/28/2019*

Signature of Plaintiff

Printed Name of Plaintiff          /S/NOBLE DREW ALI, Disciple in trust Sheik S. Johns El  heirs and

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Reversionary Statement

We, Johns-El, Steffon; Ford-El, Keniece; Barnes-Bey, CyhienRa J. - Moorish American Moslems, Free National Beings and rightful heirs. We are not at sea. We affirm and declare our right of reversion of estate and we make no claim with respect to misrepresented (name / *nom de guerre being a title STEFFON LESTER JOHNS, STEFFON JONES, STEFFON DAVIS; FORD KENIECE, FORD-EL ANGELIQUE KENIECE; CYHIENRA BARNES BEY, CYHIENRA J BARNES BEY (or any other corporate construct contrived). The spurious creations of the foreign De facto UNITED STATES Corporate, operates actors and owners.* We surrender and assign any and all 'Reversionary Interest' to the foreign UNITED STATES and subsidiaries for full 'Acquittance Discharge Settlement' and closure of our reliance Title 12 USC 95a, part 2; *and we assume no liability or debt however contrived among its associates.* I do not consent to stand as 'Surety' for the foreign UNITED STATES, US Corporate entity, Owner, Director or Administrators, nor any Subsidiaries or Associates at any point, moment in time. Section 7: " *Therefore we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their earthly salvation, Sections 8: " While we, the Moorish Americans are returning to Islam, which was founded by our forefathers for our earthly and divine salvation."* Article XLVIII Sections 7 and 8, Grand Advisor and Moderator rules and regulations of the Holy Koran of the Moorish Science Temple of America

I AM:  /s/ Sheik Johns- El. S. Executive Ruler Magistrate

Sheik S. JOHNS EL, SHEIK ~~Trustee~~-Authorize Representative

Free National Being, In Propria Persona:

Re: *Steffon Lester Johns/ Steffon Jones/ Steffon Davis; FORD KENIECE, FORD-EL ANGELIQUE KENIECE*

All Rights Reserved without Prejudice or Recourse

I AM  /s/ Sheik Barnes-Bey, C. Executive Ruler Magistrate

Sheik C, BARNES-BEY SHEIK  ~~TRUSTEE~~-Authorize Representative

Free National Being, In Propria Persona

Re: **C.BARNES BEY, CYHIENRA BARNES- BEY ETC.**

All Rights Reserved without Prejudice or Recourse

NOTICE OF EMERGENCY INJUNCTION - 2

*Statement of Facts*

## Statement of Facts

RE: case of BD129909

1. This case should have never been opened because the claim this case was opened on 9/22/1988, 2 weeks prior to the said child in questions birth on 10/02/1988. There was no paternity established before the default judgement order was signed by Commissioner Althea Baker, which violates the Title I-VD requirements to establish first before paternity to qualify [**See Attached California Child Support Self Service - Case Overview**]

2. The Wages and Earning Assignment order has STEFFON JONES AND STEFFON JOHNS listed in the order security number is listed for (Steffon Jones 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 [**See Attached Wages and Earnings Assignment Order**] which in both cases.

3. Sheik Steffon Johns El is neither STEFFON JOHNS nor STEFFON JONES and it somehow has been attached to his free national being and credit history, and now is causing him injury. This is void ab initio and fraud on its face. Who was the case opened against? And why is he being held liable for this debt without a contract consented to or signed by him? It is not clear who are the correct the parties listed as the defendants and obligors.

5. Commissioner Althea Baker, who is not a judge, but signed a defective writ for the default wage earnings order and exceeded her jurisdiction to act upon and place a lien on his free national being which is a direct violation of the American Constitution of 1774 the stated all men are free and equal and if all men are equal and free the the free national constitution that has never been changed their is no need for the application of the 14th

and 15th amendment for the salvation for my people Moorish American Moslems, therefore void coram non-judice for lack of jurisdiction.

6.  When claimant applied for a passport and was denied because his name was unlawfully added onto the Passport Denial list by the California Department of Health and Human Services, (See attached letter United States Department of State).

7. Claimant also has had garnishments of his earnings by the California Disbursement Unit and loss of revenue to earn for his family due to not being able to travel and work because of his passport being denied is a blatant injury which is a violation of the U.S Constitution 4th Amendment and the State Constitution of California.

RE: case of BY0766984, BYO76698X (see attached Child & Spousal Support Order) 1.Sheik Steffon Johns-El is not the father listed on Birth Certificate and there is no father listed on the birth certificate (see attached Authenticated Birth Certificate)
2.Sheik Steffon Johns-El has never been the spouse of Dezeray Davis.
3. Ms. Davis listed on the the Attached Judgement Parental Obligations & Child & Spousal Support Order a marriage to Steffon Davis who is not Sheik Steffon Johns-El. A marriage certificate should have been produced to validate her claim from the beginning of Ms. Davis's claim in her Petition for this case and until then is void ab initio and fraud on its face.
4. Sheik Steffon Johns-El never was served properly nor made aware that these suits were being brought against him in the first place which is why he never appeared for the hearings.
5. It is required according to Title 42 §654 (3) to make the parties aware of the consequences for volunteering for the IV-D program.
6. There was no paternity established before the default judgement order was signed by Commissioner Marshall Reiger which violates the Title I-VD requirements to establish first before paternity to qualify .

7. Commissioner Marshall Reiger, who is not a judge, but signed a defective writ for the default wage earnings order and exceeded her jurisdiction to act upon and place a lien on his free national being which is a direct violation of the American Constitution of 1774 the stated all men are free and equal and if all men are equal and free the the free national constitution that has never been changed their is no need for the application of the 14th and 15th amendment for the salvation for my people Moorish American Moslem's, therefore void coram non-judice for lack of jurisdiction.

8. IV-D is voluntary in nature, and claimant did not volunteer for the IV-D program.

9. The above IV-D cases are depriving claimant of an inherent and inalienable rights, privileges, and immunities secured by the federal and state constitutions. 42 U.S.C. § 1983, which provides that every "person" who, under color of any statute, ordinance, regulation, custom, or usage of any State subjects, or "causes to be subjected," any person to the deprivation of any federally protected rights, privileges, or immunities shall be civilly liable to the injured party.

10. Furthermore, Title 42 of the U.S. Codes which houses the IV-D of the Social Security Act **is not enacted into positive law and imposes no obligation upon those who do not "volunteer" or consent to be subject to it. Therefore, you will terminate the above case numbers, effective immediately, and you will also issue me a full refund within 5 business days after receipt of this document.**

**RE: case of NF012997**

1. This defendant named in the above mentioned case is not Sheik Steffon Johns El. 2. The order is defective in nature and language because the court did not have jurisdiction to issue the writ because the defendant named the wrong party in the initial complaint.

3. Sheik Steffon Johns-El never was served properly nor made aware that these suits were being brought against him in the first place which is why he never appeared for the hearings to be able to defend against the Petition Establish Parental Relationship and Temporary Restraining Order which is a violation of

Due Process in 4th Amendment of the Constitution of the united States of America.

4. Commissioner Sherri Carter, who is not a judge, but signed a defective writ for the default wage earnings order and exceeded her jurisdiction to act upon and place a lien on his free national being which is a direct violation of the American Constitution of 1774 the stated all men are free and equal and if all men are equal and free the the free national constitution that has never been changed their is no need for the application of the 14th and 15th amendment for the salvation for my people Moorish American Moslems, therefore void coram non-judice for lack of jurisdiction.

Redacted From Page

## Statement of Facts

I AM Keniece Angelique Ford El, a Moorish American Moslem and preamble Citizen, free National Being of the Constitution for the United States of America Republic and a Citizen of my Moorish State of Islam Moorish Divine and National Movement of the Asiatic States of North America, Propia Persona Sui Juris and I Proclaim these facts to be true and exact:

As a first inhabitant, Moorish American Moslem, I raise a claim under Federal Free National Constitution, one that has been committed in the past and present by the defendants mentioned in this claim in their official and personal capacity, each defendant, to further their compelling interests as a whole, orchestrated to violate my free national inalienable rights as secured by my Free National Constitution; The Divine Constitution and bylaws, The Great Koran, which consist of the Holy Koran of the Moorish Science Temple of America also known as The Grand Adviser and Moderator's rules and regulations, the Holy Koran of Mohammed, and The 101 Statutes of Allah (Questionnaire For Moorish Children). These documents regulate our society consisting of Religious and Secular Laws and Proclaims that Our Authority is derived from Islam for Moorish American Moslems. Our laws conform with the Public Statutes at Large: United States Constitution 1787, Articles of Association/Declaration of Independence 1774-1776, Articles of Confederation 1781, Treaty of Peace and Friendship 1786-87, 1836.

A clear violation of the 1st Amendment Establishment Clause and Free Exercise Clause, the defendants are refusing to recognize our Nationality and rules and regulations of our Asiatic Islamic Nation state that has been lawfully Chartered and proclaimed by virtue of form 10105905, Our Authority and Form 1099, in the County of Cook under the laws of Illinois Congress, Hurds Revised Statutes of 1887, re-titled 805 ILCS R.C.A.

WHEREAS we are not under State Law, our law is the inspired word of Allah handed down to us by our Prophet Noble Drew Ali for the benefit of our Asiatic States of North America. All Proceedings were held in the wrong Jurisdiction. Freedom of exercise clause, the defendants have collectively collaborated the perpetual abrogation afforded to my children and myself, by our Free National Constitution; The Divine Constitution and Bylaws Article 6 that states, "with us All Members must Proclaim their Nationality (a lawful process of Proclaiming a Nationality, an act of Congress)". To each member that proclaims their Nationality in our Moorish Government, Islamic State) a comity state of the several states which was made possible by the Federal Constitution Article 4 Section 3 (through Special Legislation, there exists in Pennsylvania, as well as California, congressional legislation known as slip laws or American Ecclesiastical Laws - Separation of State and Religion). Thus the Defendants in this claim had no subject matter jurisdiction to act, because my claims are to be heard by a United States District Judge that has original jurisdiction in all civil cases that deal with constitution law and Treaties, Article III Section 2 Between Citizens of Different states; Diversity of Citizenship (Christian Body Politic and Islamic Body Politic), and Article 6 Clause 1 Section 2 Supremacy Clause (Treaties)

WHEREAS as Moorish Americans Moslems are Descendants of Moroccans and born in America and our Proclamation of Nationality process by virtue of Article VI of our Divine Constitution and Bylaws "With Us" our Allegiance has been restored to our Sultanate Theocratic Government in Morocco via **Question 34. What title is given to our Ruler in Morocco?** **Sultan, in The 101 Statutes of Allah (Questionnaire For Moorish Children)** thus by virtue of

the Most Holy Prophet we have been united back to ancestors who were party to the Peace and Friendship Treaty and we are our ancestors without doubt our contradiction and there is no man who can change the descent nature of my forefathers unless his power extends beyond the Great Universal Creator Allah Himself. Thus states cannot hear cases that are of an executive agreement between the President and a Foreign Country. Thus, judgments are void because they were defective in language, because the court had no jurisdiction to issue the writ. The defendants lacked Subject matter and Personum Jurisdiction. The United States District Court has original jurisdiction per Title 22 Chapter 2 Section 143 and codified under Title 28 Statute 1331 Constitutional law and treaties. Thus, the defendants nor a state can compel a free national being to submit to identifications that are against the laws of the constitution and the supreme laws of the land. The defendants on documents labelled social security cards, birth certificates and other tentacles that reach to other agencies causes the clamant irreparable harm, because it subjects claimant to loss of nationality and inalienable rights as a free national being and subjects claimant to special laws that are enacted to target a class of people that are subjected to such laws.

WHEREAS claimants' Holy and Divine prophet Noble Drew Ali Instructed Us in our Rules and Regulations that we are not to use the application of the 14th and 15th amendment since the Constitutional Law that was enforced since 1774 declared all men equal and free, and if all men are declared free and equal by the free National Constitution to be free and equal since that Constitution has never been changed, there is no need for the application of the 14th and 15th for the salvation of our people. These instruments mentioned above are creatures of the Spurious Name in all Capital letters, a fictitious entity connected to a domestic trust without the knowledge of the beneficiary, and holds the beneficiary accountable as trustee when a debt is to be collected, appears to be the same as the birth name given by the mother.

WHEREAS the defendants laws and codes Titled: Title 75 is unconstitutional for private citizens that are not engaging in business, but are merely using the private conveyance as an extension of one's body to realize the limits of the Federal Free National Constitution: Life Liberty, and the Pursuit of Happiness, this is expressed in our religious laws which state that, "Man cannot make laws that Allah Forbids nor Forbid laws that Allah Permits". The Freedom and liberty to travel freely either by walking or using an extension of man such as a bicycle, horse, wagon or automobile, must be governed by one's moral compass to realize that "man is bound to every living thing and if man harms or kills the meanest worm he shakes the throne of Allah and shake the sword of life in its sheath".

WHEREAS the Defendants title 75 abrogates the 1st Amendment of the Federal Free National Constitutional and my Divine Constitution and Bylaw of My Free National Government, Title 75 requirement to register a private vehicle in the state is giving the state ownership of Private Property that belongs to An Asiatic State. This too is a violation of our rules and regulations of our Asiatic state, we are instructed "We, as a clean and pure nation descended from the inhabitants of Africa, do not desire to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve the gods of their religion, because our forefathers are the true and divine founders of the first religious creed, for the redemption and salvation of mankind on earth." **Article XLVIII Section: 6 Clause 1.**

WHEREAS our property is subjected to our law, contingent that we are using due care and not harming anyone depriving someone else the ability to express their rights. The Claimants Free National Government Allah, is the Sovereign thus we have a theocratic Government and no law is above his law.

*"He Hath instituted laws for the governments of the world: He hath wonderfully varied them in all beings: and each, by his nature conformeth to His will." Article XXXV Section 10 Clause 1-2. "This day I have perfected for you your religion and completed My favor upon you and have approved for you Islam as religion." Sura 5 Ayatt 3,* The Treaty of Peace and Friendship **Article 20 and Article 21,** included and not limited to the United States Constitution for the United States of America of federal legislation, Christian Nations cannot make laws for Moslems and Moslems Nations and Public Statutes at Large of the United States of America, just as equally, Moslem Nations cannot make laws for Christian nation also the Treaty of Tripoli article 11 the United states was not founded on the Christian Religion i.e. Christian Nation.

**Statement of Facts**

I AM C. Barnes Bey a Moorish American Moslem preamble Citizen, a free National Being of the Constitution for the United States of America Republic and a Citizen of my Moorish State of Islam Moorish Divine and National Movement of the Asiatic States of North America, Propia Persona Sui Juris and I Proclaim these facts to be true and exact:.

As a Sheik; an Governor Executive Ruler; Ordained Divine Minister; Moorish Consul per **Title 22 Chapter 2 Section 143 General Jurisdiction in all Civil Cases,** a descendant of Moroccan and born in America ( Moroccan Nationality) Moorish American Moslems; an adept; a protected class, free national being per treaty of Madrid Article 15 fote note 9 9 (See Annexed: A-1-TRUTH-222-141-143) I raise a claim Constitutional violations under Federal Free National Constitutional that has been committed in the past and present by the defendants mentioned in this claim in their official and personal capacity. Each defendant in order to further their compelling interest functioned as a whole and orchestrated and violated my free national being inalienable rights secured by my Free National Constitution The Divine Constitution and bylaws; The Great Koran which consist of the Holy Koran of the Moorish Science Temple of America aka The Grand Adviser and Moderator laws and customs and the Holy Koran of Mohammed, The 101 Statutes of Allah ( Questionnaire For Moorish Children) which regulate our Society consisting of Religious and Secular Laws and Proclaims that Our Authority is derived from Islam for Moorish American Moslems, our laws conform with and embedded in the Public Statutes at Large: United States Constitution 1787, Articles of Association/ Declaration of Independence 1774-1776 , Articles of Confederation 1781, Treaty of Peace and Friendship 1786-87, 1836. A clear violation of the 1st Amendment Establishment clause and Free Exercise Clause, The Defendants are Refusing to recognize our Nationality, rules and regulations of our Asiatic Islamic Nation State that has been lawfully Chartered and proclaimed by virtue of form **10105905** Our Authority and Form 1099, In the County of Cook under the laws of Illinois Congress **Hurds Revised Statutes of 1887 re-titled 805 ILCS R.C.A.**

**WHEREAS** our authority is not derived not under State Law, it is derived from our Sovereign Prophet Noble Drew Ali, our law is the inspired word of Allah handed down to us by our Prophet Noble Drew Ali for the benefit of our Moorish Asiatic Nation of Islam. All Proceedings were held with the express consent from our Supreme Council, Grand Body or Local Body of our Moorish Nation and was deliberately executed in the wrong Jurisdiction. **united State for America Constitution 1st Amendment Freedom of exercise clause,** The defendants have collectively collaborated and the perpetual abrogation of my inalienable rights that afforded to my free national being **Free National Constitution The Divine Constitution and Bylaws Article 6"** with us" All Members must Proclaim their Nationality ( a lawful Nationalization process (An Act of Congress) to each Member(Citizen) that proclaims their Nationality in our Moorish National Government Islamic State represented by the emblem that bears Mohammed's Mountain The all Seeing Eye of Allah over the Pyramid) a comity state of the several states which was made possible of the Federal Constitution **Article 4 Section 3** ( Through Special Legislation there exist in Pennsylvania as well as California congressional legislation known as slip laws or American Ecclesiastical Laws Separation of State and Religion). Thus the Defendants in this claim had no subject matter jurisdiction to act, because my claims are to be heard by a United States District Judge that has original jurisdiction in all civil cases that deal with constitution law

and Treaties, Article III Section 2 Between Citizens of Different states Diversity of Citizenship (Christian Body Politic and Islamic Body Politic) and Article 6 Clause 1 Section 2 Supremacy Clause (Treaties)

**WHEREAS** as Moorish Americans Moslems are Descendants of Moroccans and born in America our Nationalization process by virtue of **Article VI of our Divine Constitution and Bylaws** "With Us" our Allegiance has been restored by to our Sultanate Theocratic Government in the Moroccan Empire  thus by virtue of the Most Holy Prophet we have been united back to our ancestors who were party to the Peace and Friendship treaty, Treaty of Tripoli, Treaty of Madrid etc...

**WHEREAS** I, and we are our ancestors without doubt our contradiction and there is no man who can change the descent nature of our forefathers unless his power extends beyond the Great Universal Creator Allah Himself.  Thus states cannot hear cases that are of an executive agreement between the President and a Foreign Country, Thus Judgments are void and defective in language, because the court had no jurisdiction to issue the writs. The defendants lacked Subject matter and Personum *Moslem Status Jurisdiction (*Sura **17 Ayat 65"** *My servants- **thou hast no authority over them**. And thy Lord suffices as having charge of affairs*, **Sura 14 Ayat 22"***And the devil will say, when the matter is decided: Surely Allah promised you a promise of truth, and I promised you, then failed you. **And I had no authority over you**, except that I called you and you obeyed me; so blame me not but blame yourselves. I cannot come to your help, nor can you come to my help*. I deny your associating me with Allah before. Surely for the unjust is a painful chastisement"). The United States District Court has original jurisdiction per **Title 22 Chapter 2 Section 143 and codified under Title 28 Statute 1331** Constitutional law and treaties, Thus the defendants nor a state a compel a free national being to submit to identifications( Negro, Black, Colored, Ethiopian, African American or any other name that deludes to slavery and unjust treatment) that are against the laws of Free National Constitutions and the Supreme Laws of the Land that the Judges in every State shall be bound thereby. The defendants have affixed sinful and unconstitutional classifications on my free National Being  documents labelled social security cards, birth certificates and these agencies deny my free National being from removing or correcting these unconstitutional classifications that have no relevance to my Free National being. These unconstitutional classifications have formed tentacles that reach to other agencies causes the clamant irreparable harm, because it subjects claimant to violate divine and secular laws such as loss of nationality and inalienable rights as a free national being and subjects claimant to special laws that are enacted to target a class of people that are outside the constitutional fold of men are subjected to such laws that cause them to be misused, exiled and imprisoned.

**WHEREAS**  claimants Holy and divine Prophet Noble Drew Ali Instructed Us in our Laws, Regulations and Customs that we are not to use the application of the 14th and 15th amendment since the Constitutional Law  that was enforced since 1774 declared  all men equal and free  and if all men are declared free and equal by the free national constitution to be free and equal since that Constitution has never been changed , there is no need for the application of the 14th and 15th for the salvation of our people. These instruments mentioned above are creatures of the Spurious Name in all Capital letters a fictitious entity connected to a domestic trust without the knowledge of the beneficiary, and holds the beneficiary accountable as trustee

when a debt is to be collected appears to be but is not the same as the birth name given by the mother.

**WHEREAS** the defendants laws and codes Titled: Title 75 is unconstitutional for private citizens that are not engaging in business, but are merely using the private conveyance as an extension of one's body to realize the limits of the Federal Free National Constitution Life Liberty and the pursuit of happiness, this is expressed in our religious laws which state that Man cannot make laws that Allah Forbids nor Forbid laws that Allah Permits. The Freedom and liberty to travel freely either by walking or using an extension of man such as a bicycle, horse, wagon or automobile must be governed by one's moral compass to realize that man is bound to every living thing and if man harms or kills the meanest worm he shakes the throne of Allah and shake the sword of life in its sheath.

**WHEREAS** the Defendants title 75 abrogates the 1st Amendment of the Federal Free National Constitutional and my Divine Constitution and Bylaw of My Free National Government. Title 75 requirement to register a private vehicle in the state is giving the state ownership of Private Property that belongs to An Asiatic State of the Moorish Nation of Islam. This too is a violation of our laws, customs, rules and regulations of our Asiatic state, we are instructed "We, as a clean and pure nation descended from the inhabitants of Africa, do not desire to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve the gods of their religion, because our forefathers are the true and divine founders of the first religious creed, for the redemption and salvation of mankind on earth." **Article XLVIII Section: 6 Clause 1.** documentation was presented to the defendants peace officers yet they failed to recognize and were compelled to pursue their states interest.

**WHEREAS** our property is subjected to our law, contingent that we are using due care and not harming anyone, depriving someone else the ability to express their rights or breaking the peace. The Claimants Free National Government Allah is the Sovereign thus we have a theocratic Government and no law is above his law. In our Religious Society Our Free **National Constitution Article 1**" States the the Grand Sheik and the Chairman of the Moorish Science Temple are in power to make laws and enforce laws in conjunctions with the Holy Prophet and the Grand Body" In our laws, customs, rules and regulations of the Moorish Science Temple **Article XLVII Section 13:** "These laws are to be strictly preserved by the members of all the Temples, of the Moorish Science Temple of America a part of the Moorish Asiatic State of Islam,. That they will learn to open their meeting and guide it according to the principles of Love, Truth, Peace, Freedom and Justice". **Section 14:**" Every subordinate Temple of the Grand-Major Temple is to form under the covenant of Love, Truth, Peace, Freedom and Justice; and to create their own laws and customs, in conjunction with the laws of the Holy Prophet and the Grand Temple. I, the Prophet, Noble Drew Ali, was sent by the great God, Allah, to warn all Asiatics of America to repent from their sinful ways; before that great and awful day that is sure to come". **Section: "15.** The time has come when every nation must worship under its own vine and fig tree, and every tongue must confess his own".. Section 16: Through sin and disobedience every nation has suffered slavery, due to the fact that they honored not the creed and principles of their forefathers. Allah is our Sovereign and his laws were passed down to us through his Holy and Divine Prophet Noble Drew Ali to Us the Moorish American Moslems, The Asiatic States of Islam in North-West Asia (North America) "He Hath instituted laws for the governments of the world: He hath wonderfully varied them in all beings: and each, by his nature conformeth to His will." **Article XXXV Section 10 Clause 1-2.**

"*This day I have perfected for you your religion and completed My favor upon you and have approved for you Islam as religion.*" **Sura 5 Ayatt 3** The treaty of peace and friendship **Article 20 and Article 21** included and not limited to the United States Constitution for the United States of America of federal legislation, Christian Nations cannot make laws for Moslems and Moslems Nations and Public Statutes at Large of the United States of America a part Moslem Nations cannot make laws for Christian nation also the Treaty of Tripoli article 11 the United states was not founded on the Christian Religion i.e. Christian Nation.

**WHEREAS** Claimant during our Constitutional Convention Held October 15th to 21 was appointed to SHEIK and received a Charter by virtue of the power vested in the Most Holy Prophet and Jurisdiction was extended to Pennsylvania County of Lancaster October 17 2017 according to our Laws and Customs of the Moorish Science Temple of America. Per **Article XLVII   Section 4 Clause 1:** "*The Moorish Science Temple of America is a lawfully chartered and incorporated organization. Any subordinate Temple that desires to receive a charter; the prophet has them to issue to every state throughout the United States*", etc. Claimant verified and properly recorded appointment and our Religious Society, ASIATIC STATE OF ISLAM Shackamaxon 41.2033° N, 77.1945° W in the county of Cook Chicago Illinois( Lower Egypt) Verified  on the 08/24/2018 : Instrument # 1823616050 then 09/24/2018  extended Jurisdiction in Pennsylvania, County of Lancaster, Recorder of Deeds Office **Instrument Number: 6419888.** On October the 13th 2018 claimant was appointed as Governor of the ASIATIC STATE OF ISLAM Shackamaxon 41.2033° N, 77.1945° W and a verified Affidavit instrument : **1829244025** of appointment according to Laws and Customs of the Moorish Science Temple of America was recorded in the County of Cook Chicago Illinois( Lower Egypt) 10/19/2018 and then Recorded in Pennsylvania the County of Lancaster instrument No: **6424814.**Claimant then Recorded the ~~Trustees~~ Royal Sheiks office of the King Juba and Moabite a Foreign Expressed Trust By way of **Affidavit Instrument Number:1829244023** on 10/19/2018 in the County of Cook Recorder Deeds Office Chicago Illinois( Lower Egypt) then in the County of Lancaster, Pennsylvania  the Recorder of Deeds Office on 10/22/2018 additional filing was recorded in the County of Cook Chicago Illinois (Lower Egypt) by way of Affidavit Instrument Number:**18292424024** then later in Pennsylvania in the County of Lancaster instrument Number: **6424813. On 10/05/2018 an affidavit of Truth Lawful Notice bearing our Asiatic State of Islam Seal Under the Crescent and the Star and a seal under the State of Pennsylvania was sent out by United States Postal Service Certified Mail :to the following agencies stating the arrival of our ASIATIC STATE OF ISLAM Shackamaxon 41.2033° N, 77.1945° W : Leppler, Christopher; Captain Sheriff Office( 7017 0190 0000 5389 5982); Governor's Office and Attorney General Office(7017 0190 0000 5389 6002 and 7017 0190 0000 5389 5999); Housner Christina Lancaster County Solicitor's Office( 7017 0190 0000 5389 6019); State Police Office, Captain(7017 0190 0000 5389 5944).**

**WHEREAS**  the foreign Moorish American Moslem entities stilled as C. BARNES BEY, CYHIENRA BARNES BEY, CYHIENRA J BARNES BEY AND any other derivative of this entity is the sole Property of the Most Holy Prophet Noble Drew Ali. it is the expressed property of the ASIATIC STATE OF ISLAM,  The defendants do not have the jurisdiction to use these entities without the expressed permission of  The Most Holy Prophet or his Representatives of the Executive Rulers of the Moorish Science Temple of America, they have been pre claimed in 1928 by the Most Holy Prophet Noble Drew Ali and  then proclaimed by each Moorish American

by Virtue of Article VI of the Divine Constitution and By-Laws " With Us" in 2015 by way of Nationality and Identification Card. Verified , evidence of this was recorded in 1928 in  the County of Cook Chicago Illinois(Lower Egypt) Where Our Notice of Proclamation of OUR AUTHORITY: Which stated Our Government; Our Law of Islam and the Entities ALI, BEY and El that are the express property of the Most Holy Prophet Noble Drew Ali.

# RIGHT OF PROTECTION IN MOROCCO

*Convention signed at Madrid July 3, 1880*
*Effective from July 3, 1880*
*Ratifications exchanged at Tangier May 1, 1881*
*Senate advice and consent to ratification May 5, 1881*
*Ratified by the President of the United States May 10, 1881*
*Proclaimed by the President of the United States December 21, 1881*
*Ratification of the United States deposited at Tangier March 9, 1882*
*Amendment, implementation, and termination in part: Provisions of*
*the General Act of Algeciras of April 7, 1906,[1] prevail over any*
*conflicting provisions; article 11 implemented by article 60 of*
*the General Act; extraterritorial jurisdiction in Morocco relin-*
*quished by the United States October 6, 1956;[2] article 15 relating*
*to Moroccan nationality obsolete and without effect[3]*

22 Stat. 817; Treaty Series 246

[TRANSLATION]

His Excellency the President of the United States of America; His Majesty the Emperor of Germany, King of Prussia; His Majesty the Emperor of Austria, King of Hungary; His Majesty the King of the Belgians; His Majesty the King of Denmark; His Majesty the King of Spain; His Excellency the President of the French Republic; Her Majesty the Queen of the United Kingdom of Great Britain and Ireland; His Majesty the King of Italy; His Majesty the Sultan of Morocco; His Majesty the King of the Netherlands; His Majesty the King of Portugal and the Algarves; His Majesty the King of Sweden and Norway;

Having recognized the necessity of establishing, on fixed and uniform bases, the exercise of the right of protection in Morocco, and of settling certain questions connected therewith, have appointed as their plenipotentiaries at the conference assembled for that purpose at Madrid, to wit:

His Excellency the President of the United States of America, General Lucius Fairchild, Envoy Extraordinary and Minister Plenipotentiary of the United States near His Catholic Majesty;

---

[1] TS 456, *post*, p. 464; see art. 123 of the General Act.
[2] *Department of State Bulletin,* Nov. 26, 1956, p. 844.
[3] See footnote 9, p. 77.

*Annexed : A-1-TRUTH -ZZZ 141-143*

His Majesty the Emperor of Germany, King of Prussia, Count Eberhardt de Solms-Sonnewalde, Knight Commander of the first class of his Order of the Red Eagle with oak leaves, Knight of the Iron Cross, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the Emperor of Austria, King of Hungary, Count Emanuel Ludolf, his Privy Councillor in actual service, Grand Cross of the Imperial Order of Leopold, Knight of the first class of the Order of the Iron Crown, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the King of the Belgians, Mr. Edward Anspach, Officer of his Order of Leopold, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the King of Spain, Don Antonio Cánovas del Castillo, Knight of the distinguished Order of the Golden Fleece, etc., etc., President of his Council of Ministers;

His Excellency the President of the French Republic, Vice-Admiral Jaurès, Senator, Knight Commander of the Legion of Honor, etc., etc., Ambassador of the French Republic near His Catholic Majesty;

Her Majesty the Queen of the United Kingdom of Great Britain and Ireland, the Honorable Lionel Sackville Sackville West, her Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty who is likewise authorized to represent His Majesty the King of Denmark;

His Majesty the King of Italy, Count Joseph Greppi, Grand Officer of the Order of Saint Maurice and Saint Lazarus, of that of the Crown of Italy, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the Sultan of Morocco, the Taleb Sid Mohammed Vargas, his Minister of Foreign Affairs and Ambassador Extraordinary;

His Majesty the King of the Netherlands, Jonkheer Maurice de Heldewier, Commander of the Royal Order of the Lion of the Netherlands, Knight of the Order of the Oaken Crown of Luxemburg, etc., etc., his Minister Resident near His Catholic Majesty;

His Majesty the King of Portugal and the Algarves, Count de Casal Ribeiro, Peer of the Realm, Grand Cross of the Order of Christ, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the King of Sweden and Norway, Mr. Henry Åkerman, Knight Commander of the first class of the Order of Wasa, etc., etc., his Minister Resident near His Catholic Majesty;

Case 5:18-cv-05655-JFL   Document 38   Filed 05/15/19   Page 22 of 28

Who, in virtue of their full powers, recognized as being in good and due form, have agreed upon the following articles:

### ARTICLE 1 [*]

The conditions under which protection may be conceded are those established in the British and Spanish treaties with the Government of Morocco, and in the convention made between that Government, France and other powers in 1863, with the modifications introduced by the present convention.

### ART. 2

Foreign Representatives at the head of a Legation may select their interpreters and employees from among the subjects of Morocco or others.

These protected persons shall be subject to no duty, impost or tax whatever, other than those stipulated in articles 12 and 13.

### ART. 3

Consuls, Vice consuls or Consular Agents having charge of a post, and residing within the territory of the Sultan of Morocco, shall be allowed to select but one interpreter, one soldier and two servants from among the subjects of the Sultan, unless they may require a native secretary.

These protected persons shall, in like manner, be subject to no duty, impost or tax whatever, other than those stipulated in articles 12 and 13.

### ART. 4

If a Representative shall appoint a subject of the Sultan to the office of Consular Agent in a town on the coast, such agent shall be respected and honored, as shall the members of his family occupying the same dwelling with him, and they, like him shall be subject to no duty, impost or tax whatever, other than those stipulated in articles 12 and 13; but he shall not have the right to protect any subject of the Sultan other than the members of his own family.

---

[*] A U.S. note of Feb. 13, 1914, addressed to the French Ambassador at Washington, stated in part:

"The provisions of the convention of 1863 appear to be substantially the same as the 'regulations relative to protection adopted by common consent by the Legation of France and the Government of Morocco, August 19, 1963,' reprinted in 'Treaties in Force, 1904,' at the end of the Madrid convention. . . . The British and Spanish treaties mentioned in Article I of the Madrid convention are presumably the general treaty of December 9, 1856, between Great Britain and Morocco, and the treaty of commerce and navigation of November 20, 1861, between Spain and Morocco." (1914 For. Rel. 909.) For background, see II Hackworth 554.

For text of the 1863 regulations, see p. 78; for the general treaty of Dec. 9, 1856, between Great Britain and Morocco, see *British and Foreign State Papers*, vol. 46, p. 176; for the treaty of commerce and navigation of Nov. 20, 1861, between Spain and Morocco, see *ibid.*, vol. 53, p. 1089.

He may, however, for the exercise of his functions, have a protected soldier.

Officers in acting charge of Vice Consulates being subjects of the Sultan, shall, during the exercise of their functions, enjoy the same rights as Consular Agents who are subjects of the Sultan.

### Art. 5

The Government of Morocco recognizes the right of Ministers Chargés d'Affaires and other Representatives, which is granted to them by treaties, to select the persons whom they employ, either in their own service or that of their governments, unless such persons shall be sheiks or other employees of the Government of Morocco, such as soldiers of the line or of the cavalry, in addition to the Maghaznias in command of their guard. In like manner they shall not be permitted to employ any subject of Morocco who is under prosecution.

It is understood that civil suits commenced before protection, shall be terminated before the courts which have instituted such proceedings. The execution of the sentence shall suffer no hindrance. Nevertheless, the local authorities of Morocco shall take care to communicate, without delay, the sentence pronounced, to the Legation, Consulate or Consular Agency upon which the protected person is dependent.

As to those persons formerly protected, who may have a suit which was commenced before protection was withdrawn from them, their case shall be tried by the court before which it was brought.

The right of protection shall not be exercised towards persons under prosecution for an offense or crime, before they have been tried by the authorities of the country, or before their sentence, if any has been pronounced, has been executed.

### Art. 6

Protection shall extend to the family of the person protected. His dwelling shall be respected.

It is understood that the family is to consist only of the wife, the children, and the minor relatives dwelling under the same roof.

Protection shall not be hereditary. A single exception, which was established by the convention of 1863, but which is not to create a precedent, shall be maintained in favor of the Benchimol family.

Nevertheless, if the Sultan of Morocco shall grant another exception, each of the contracting powers shall be entitled to claim a similar concession.

### Art. 7

Foreign representatives shall inform the Sultan's Minister of Foreign Affairs, in writing, of any selections of an employee made by them.

Case 5:18-cv-05655-JFL    Document 38    Filed 05/15/19    Page 24 of 28

They shall furnish annually to the said Minister a list of the names of the persons protected by them or by their Agents throughout the States of the Sultan of Morocco.

This list shall be transmitted to the local authorities, who shall consider as persons enjoying protection only those whose names are contained therein.

### ART. 8

Consular officers shall transmit each year to the authorities of the district in which they reside a list, bearing their seal, of the persons protected by them. These authorities shall transmit it to the Minister of Foreign Affairs, to the end that, if it be not conformable to the regulations, the Representatives at Tangier may be informed of the fact.

A consular officer shall be required to give immediate information of any changes that may have taken place among the persons protected by his Consulate.

### ART. 9

Servants, farmers and other native employees of native secretaries and interpreters shall not enjoy protection. The same shall be the case with Moorish employees or servants of foreign subjects.

Nevertheless, the local authorities shall not arrest an employee or servant of a native officer in the service of a Legation or Consulate, or of a foreign subject or protected person, without having notified the authority upon which he is dependent.

If a subject of Morocco in the service of a foreign subject shall kill or wound any person, or violate his domicile, he shall be arrested immediately, but the diplomatic or consular authority under which he is shall be notified without delay.

### ART. 10

Nothing is changed with regard to the situation of brokers, as established by the treaties and by the convention of 1863, except what is stipulated, relative to taxes, in the following articles.

### ART. 11 [5]

The right to hold property is recognized in Morocco as belonging to all foreigners.

The purchase of property must take place with the previous consent of the Government, and the title of such property shall be subject to the forms prescribed by the laws of the country.

---

[5] Implemented by art. 60 of General Act of Algeciras of Apr. 7, 1906 (TS 456), *post*, p. 479.

Any question that may arise concerning this right shall be decided according to the same laws, with the privilege of appeal to the Minister of Foreign Affairs stipulated in the treaties.

### Art. 12 [6]

Foreigners and protected persons who are the owners or tenants of cultivated land, as well as brokers engaged in agriculture, shall pay the agricultural tax. They shall send to their Consul annually, an exact statement of what they possess delivering into his hands the amount of the tax.

He who shall make a false statement, shall be fined double the amount of the tax that he would regularly have been obliged to pay for the property not declared. In case of repeated offense this fine shall be doubled.

The nature, method, date and apportionment of this tax shall form the subject of a special regulation between the Representatives of the Powers and the Minister of Foreign Affairs of His Shereefian Majesty.

### Art. 13 [7]

Foreigners, protected persons and brokers owning beasts of burden shall pay what is called the gate-tax. The apportionment and the manner of collecting this tax which is paid alike by foreigners and natives, shall likewise form the subject of a special regulation between the Representatives of the Powers and the Minister of Foreign Affairs of His Shereefian Majesty.

The said tax shall not be increased without a new agreement with the Representatives of the Powers.

### Art. 14

The mediation of interpreters, native secretaries or soldiers of the different Legations or Consulates, when persons are concerned who are not [8] under the protection of the Legation or Consulate, shall be permitted only when they are the bearers of a document signed by the head of a mission or by the consular authority.

---

[6] Regulations in execution of art. 12 were signed at Tangier Mar. 30, 1881 (Great Britain, *Command Papers,* 1882, C. 3163; *British and Foreign State Papers,* vol. 72, p. 636 (French)).

[7] Regulations in execution of art. 13 were signed at Tangier Mar. 30, 1881 (Great Britain, *Command Papers,* 1882, C. 3163; *British and Foreign State Papers,* vol. 72, p. 636 (French)), and on June 2, 1896 (Gustav Roloff, *Das Staatsarchiv,* vol. LXIV, p. 337 (French)).

[8] The word "not" was omitted in the translation of the convention as it was printed in 22 Stat. 823. A memorandum in the files of the Department of State dated Apr. 28, 1883, takes note of the error in the English translation and directs that the correction be made in the "pamphlet copy" of the convention.

Case 5:18-cv-05655-JFL   Document 38   Filed 05/15/19   Page 26 of 28

## Art. 15 [9]

Any subject of Morocco who has been naturalized in a foreign country, and who shall return to Morocco, shall after having remained for a length of time equal to that which shall have been regularly necessary for him to obtain such naturalization, choose between entire submission to the laws of the Empire and the obligation to quit Morocco, unless it shall be proved that his naturalization in a foreign country was obtained with the consent of the Government of Morocco.

Foreign naturalization heretofore acquired by subjects of Morocco according to the rules established by the laws of each country, shall be continued to them as regards all its effects, without any restriction.

## Art. 16

No irregular or unofficial protection shall be granted in future. The authorities of Morocco will recognize no protection, of any kind whatever, save such as is expressly provided for in this convention.

Nevertheless, the exercise of the customary right of protection shall be reserved for those cases only in which it may be desired to reward signal services rendered by a native of Morocco to a foreign power, or for other altogether exceptional reasons.

The Minister of Foreign Affairs at Tangier shall be previously informed of the nature of the services, and notified of the intention to reward them, in order that he may, if need be, present his observations thereon; yet the final decision shall be reserved for the Government to which the service shall have been rendered.

The number of persons thus protected shall not exceed twelve for each power, and this number is fixed as the maximum unless the consent of the Sultan shall be obtained.

The status of persons who have obtained protection in virtue of the custom which is henceforth to be regulated by this stipulation shall be without limitation of the number of persons belonging to this class and now so protected, the same for themselves and their families as that which is established for other protected persons.

---

[9] A U.S. note of Mar. 17, 1959, addressed to the Moroccan Ministry of Foreign Affairs, referred to a note from the Ministry dated Oct. 8, 1958, in which the Embassy had been informed that the Moroccan Government had decided to strike all prescriptions relating to Moroccan nationality from the text of the Madrid convention. The U.S. note said, in part:

"The Government of the United States of America, having unilaterally relinquished certain rights in Morocco with the reemergence of Morocco into independence in 1956, considers that in line with historical developments Article XV of the Madrid Convention on Protection of 1880 has become obsolete and without effect.

"The Government of the United States takes due cognizance, therefore, of the action taken by the Moroccan Government as set forth in its above cited Note, which the United States Government understands to refer only to Article XV of the Madrid Convention on Protection of 1880."

78          MULTILATERAL AGREEMENTS, 1776–1917

### Art. 17

The right to the treatment of the most favored nation is recognized by Morocco as belonging to all the powers represented at the Madrid conference.

### Art. 18

This convention shall be ratified. The ratifications shall be exchanged at Tangier with as little delay as possible.

By exceptional consent of the high contracting parties the stipulations of this convention shall take effect on the day on which it is signed at Madrid.

In faith whereof the respective plenipotentiaries have signed this convention, and have thereunto affixed the seals of their arms.

Done at Madrid, in thirteen originals, this third day of July, one thousand eight hundred and eighty.

| | | |
|---|---|---|
| [For the United States:] | [For the United Kindom and for Denmark:] | |
| Lucius Fairchild          [SEAL] | L. S. Sackville West          [SEAL] | |
| [For Germany:] | [For Italy:] | |
| E. de Solms          [SEAL] | J. Greppi          [SEAL] | |
| [For Austria-Hungary:] | [For Morocco:] | |
| E. Ludolf          [SEAL] | Mohammed Vargas [signature in arabic]          [SEAL] | |
| [For Belgium:] | [For the Netherlands:] | |
| Anspach          [SEAL] | Heldewier          [SEAL] | |
| [For Spain:] | [For Portugal:] | |
| A. Cánovas del Castillo          [SEAL] | Casal Ribeiro          [SEAL] | |
| [For France:] | [For Sweden and Norway:] | |
| Jaurès          [SEAL] | Akerman          [SEAL] | |

[TRANSLATION]

REGULATIONS RELATIVE TO PROTECTION ADOPTED BY COMMON CONSENT BY THE LEGATION OF FRANCE AND THE GOVERNMENT OF MOROCCO, AUGUST 19, 1863 [19]

Protection is individual and temporary.

It consequently does not in general apply to the relatives of the person protected.

It may apply to his family, that is to say, to his wife and children living under the same roof. It lasts at the longest for a person's lifetime and is never hereditary, with the single exception of the Benchimol family, which has furnished for several generations and still furnishes persons who act in the capacity of Brokers and interpreters for the post at Tangier.

Protected persons are divided into two classes.

The first class comprises natives employed by the Legation and by the various French consular officers.

[19] I Malloy 1226. For background on acceptance prior to the Madrid convention of regulations relative to protection, see G. Fr. de Martens, *Nouveau recueil général de traités* (2d series), vol. VI, p. 525.

The second class consists of native factors, brokers, or agents, employed by French merchants for their business affairs. It is proper here to refer to the fact that the term merchant is only applied to a person carrying on the import or export trade on a large scale, either in his own name or as the agent of others.

The number of native brokers enjoying French protection is limited to two for each commercial house.

By way of exception commercial firms having establishments in different ports may have two brokers attached to each of these establishments, who may as such enjoy French protection.

French protection is not extended to natives employed by French citizens in agricultural occupations.

Nevertheless, in consideration of the existing state of things, and by agreement with the authorities of Morocco, the benefit of the protection which has hitherto been granted to the persons referred to in the foregoing paragraph shall be extended to the said persons for two months from the first of September next.

It is, moreover, understood that agricultural laborers, herdsmen, or other native peasants, in the service of French citizens shall not be legally prosecuted without immediate information thereof being communicated to the competent consular officer, in order that the latter may protect the interests of his countrymen.

The list of all protected persons shall be delivered by the proper consulate to the competent magistrate of the place, who shall likewise be informed of any changes that may subsequently be made in the said list.

Each protected person shall be furnished with a card in French and in Arabic, mentioning his name and stating the services which secure this privilege to him.

All these cards shall be issued by the Legation of France at Tangier.

TANGIER, *Aug. 19, 1863.*