# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania Division

Noble Drew Ali, et al

_____

*Plaintiff*

Vs.

COUNTY OF LOS ANGELES, David Kilgore,
Director for the Los Angeles County California
Department of Child Support, et al

_____

*Defendant*

Case No : **5 :18-cv-5655**

*RE :*  **BYO766984, BD129909, NF012997,**

**FILED**

MAY 1 5 2019

KATE BARKMAN, Clerk
By_____Dep Clerk

---

**In Re: Noble Drew Ali's Jural Religious Society
EMERGENCY WRIT OF MANDAMUS**

---

REMOVAL TO FEDERAL COURT PURSUANT TO TITLE 28 § 1441, 1442, 1443 AND
1446, LOWER COURT CASE NO(s). **BY0766984, BD129909, NF012997**

# TABLE OF CONTENTS

TABLE OF DIVINE AUTHORITY.............................................................................. 2

RELIGIOUS AFFIDAVIT OF FACTS........................................................................ 3

INTRODUCTION...................................................................................................... 6

PROHIBITED DUTIES OF THE COURT................................................................. 8

REDRESS AND REMEDY........................................................................................ 9

NOTICE TO THE COURT..................................................................................... 11

EVIDENCE BEFORE THE COURT ....................................................................... 11

ORDER................................................................................................................... 12

# TABLE OF DIVINE AUTHORITY

1. Free  National Divine Constitution and By-Laws:
   a. Article 1
   b. Article 4 and 5
   c. 6 and 7
   d. *Grand Advisor and Moderator rules and regulations Moorish Science Temple of America:*
      *Article 23: Sections 1 - 13*
      *Article 47: Section 9 - 13 & 15*

2. 101  Statutes Questionnaire
3. United States Federal Constitution
   Article 4
   Article 6 Clause 2 Supremacy Clause

   1st Amendment thru 10th Amendment pg. 7

<u>RELIGIOUS AFFIDAVIT OF FACTS</u>

I, Sheik S. Johns-El, Claimant in this case declare:

RE: case of BD129909

1. On December 21, 1994 a judgment for a Parental Relationship and Child Support Order was issued by California Superior Court Commissioner Althea Baker. This case was opened two weeks prior to the birth of the child that was the subject of the above noted order. The child subject to the above noted order was born on October 2, 1988. At the time that the order was entered, paternity had not been established because the child had not yet been born. In light of the foregoing, Commissioner Althea Baker violated the Title I-VD requirements to first establish paternity before entering a default judgment for Parental Relationship and Child Support Order. **[See Attached Order and California Child Support Self Service - Case Overview]**

2. The Wages and Earning Assignment order has STEFFON JONES AND STEFFON JOHNS listed and the order security number is listed for (Steffon Jones 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). **[See Attached Wages and Earnings Assignment Order]**

3. Sheik Steffon Johns El is neither STEFFON JOHNS nor STEFFON JONES and somehow both names have been attached to his free national being and credit history, and now is causing him and his family injury. This is void ab initio and fraud on its face. It is not clear who the correct parties listed as the defendants and obligors.

5. Commissioner Althea Baker, who is not a judge, signed a defective writ for the default wage earnings order. She exceeded her jurisdiction to act upon and placed a lien on Claimant's free national being, which is a direct violation of the American Constitution of 1774 which states that all men are free and equal and if all men are equal and free according to the free national constitution that has never been changed, then there is no need for the application of the 14th and 15th amendment for the salvation for our people, therefore this judgment order is void coram

3

non-judice due to lack of jurisdiction.

6. Claimant applied for a passport and was denied because his true name was unlawfully added onto the Passport Denial list by the California Department of Health and Human Services, (See attached letter United States Department of State).

7. Claimant also has had unlawful garnishments of his earnings authorized by the California Disbursement Unit and loss of revenue to earn for his family due to not being able to travel and work because of his passport being denied. This is a blatant injury which is a violation of the U.S. Constitution 4th Amendment and the State Constitution of California. (see attached Earnings Loss)

RE: case of BY0766984, BYO76698X (see attached Child & Spousal Support Order)

1. On 10/20/2005 a default judgement for Child and Spousal Support was issued by Commissioner Marshall Rieger.

2. Sheik Steffon Johns-El is not the father listed on Birth Certificate and there is no father listed on the birth certificate (see attached Authenticated Birth Certificate) .

3. Sheik Steffon Johns-El has never been the spouse of Dezeray Davis. Ms. Davis listed on the Attached Judgment Parental Obligations & Child & Spousal Support Order a marriage to Steffon Davis who is not Sheik Steffon Johns-El. A marriage certificate should have been produced to validate the petition from the beginning of Ms. Davis' claim. Therefore, her Petition for the opening of this case is void ab initio and fraud on its face.

4. Sheik Steffon Johns-El never was properly served and therefore never made aware that these suits were being brought against him and only until now, is aware, which is the reason he never appeared in court.

5. It is required, according to Title 42 §654 (3), that parties be made aware of the consequences for volunteering for the IV-D program.

6. There was no paternity established before the default judgement order was signed by

4

Commissioner Marshall Reiger which violates the Title I-VD requirements to establish first before paternity to qualify.

7. Commissioner Marshall Reiger, who is not a Article 3 judge, but did sign a defective writ for the default wage earnings order and exceeded her jurisdiction to act upon and place a lien on his free national being which is a direct violation of the American Constitution of 1774 the stated all men are free and equal and if all men are equal and free according to the free national constitution that has never been changed, then there is no need for the application of the 14th and 15th amendment for the salvation for our people, therefore this judgement order is void coram non-judice due to lack of jurisdiction.

8. IV-D is voluntary in nature, and claimant did not volunteer for the IV-D program.

9. The above IV-D cases are depriving claimant of an inherent and inalienable rights, privileges, and immunities secured by the federal and state constitutions. 42 U.S.C. § 1983, which provides that every "person" who, under color of any statute, ordinance, regulation, custom, or usage of any State subjects, or "causes to be subjected," any person to the deprivation of any federally protected rights, privileges, or immunities shall be civilly liable to the injured party.

10. Furthermore, Title 42 of the U.S. Codes is a product of the 14th amendment, which houses the IV-D of the Social Security Act **is not enacted into positive law and imposes no obligation upon those who do not "volunteer" or consent to be subject to it. Therefore, you will terminate the above case numbers, effective immediately, and you will also issue me a full refund within 5 business days after receipt of this document.**

**RE: case of NF012997**

1. This defendant named in the above case is not Sheik Steffon Johns El.

2. The order is defective in nature and language because the court did not have jurisdiction to issue the writ because the defendant named the wrong party in the initial complaint.

3. Sheik Steffon Johns-El never was served properly nor made aware that these suits were being brought against him in the first place which is why he never appeared for the hearings to defend against the Petition to Establish a Parental Relationship and Temporary Restraining Order, which is a violation of Due Process in 4th Amendment of the Constitution of the United States of America.

4. Commissioner Sherri Carter, who is not a judge, signed a defective writ for the default wage earnings order. She exceeded her jurisdiction to act upon and place a lien on his free national being, which is a direct violation of the American Constitution of 1774 the stated all men are free and equal and if all men are equal and free according to the free national constitution that has never been changed, then there is no need for the application of the 14th and 15th amendment for the salvation for our people, therefore this judgement order is void coram non-judice due to lack of jurisdiction.

*Per 28 U.S. Code § 1746 I, Sheik S. Johns-El, a first inhabitant, Moorish American Moslem, a True American National and natural person declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed on May 2, 2019

/S/ Johns El, Sheik S.

Sheik S. Johns-El

## INTRODUCTION

**INTENTION OF THE CLAIMANT IS CLEAR THAT A VOID JUDGMENT IS CAUSING PAIN AND SUFFERING AND IS REQUIRING THIS COURT TO PERFORM ITS DUTY UNDER SUPREMACY CLAUSE ARTICLE 6 SECTION 1 CLAUSE 2 (TREATIES) TO REMEDY THE RIGHTS BEING DEPRIVED IN PURSUANCE OF THE CONSTITUTION OF THE UNITED STATES**

The intention of the **claimant** by notice is to demand the court to set aside a void judgment, *FRCP, Federal Rule 60(b)(4),* or State law equivalent that requires a State court to provide equal protection of law and

6

prescribe a remedy in response to the evidence before the court of a void judgment made by a person not a judge coram non-judice.

A judgment by a person not a judge, **Coram Non-judice**, is void for being in violation of due process of law under the 5th Amendment as prescribed by The **Supreme Court of The United States Burnham V. Superior Court 495 U.S. 604 (1990)**.

The Supreme Court of The United States is a court of last resort, thereby this court is inferior and is bound by the precedence set by the supreme court and must follow the precedent set by The Supreme Court in matter **Burnham V. Superior Court 495 U.S. 604 (1990)**, or this court and judge reading this petition is trespassing upon rights of the petitioner and is depriving rights secured by the constitution for the **United States Article Iii, Section 2, Clause 1**. . "*The Judicial Power Shall Extend To All Cases, In Law And Equity, Arising Under This Constitution, The Laws of The United States*"

A void judgment issued by a person not a judge is void coram non-judice as prescribed by The Supreme Court of The United States **Burnham V. Superior Court 495 U.S. 604 (1990)**

A void judgment was issued *coram non judice* by a person not a judge, where The United States Supreme Court, the Court of last resort in matter Burnham V. Superior Court 495 U.S. 604 (1990) prescribed that a judgment was void for lack of jurisdiction and void for violating the 5th amendment. This court is without discretion to ignore the Supreme Court of The United States under doctrine of precedent or stare decisis and must void any judgment issued by a person not a judge coram non-judice to maintain the appearance of impartiality.

Further proof the judgment is void, arises from the 4th Amendment of The Bill of Rights, which protects against unreasonable search and seizure of property.

Under the 4th Amendment of The Bill of Rights, property cannot be seized unless by warrant or a fair trial by jury as guaranteed by the 7th amendment. The support order is not a warrant nor did it arise from a trial by jury as required by due process of the law of the land.

## DUTIES OF THE AMERICAN COURTS ARE BOUND TO ACT IN PURSUANCE OF THE CONSTITUTION UNDER ARTICLE 6 SECTION 1 Clause 2 "*This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*"

1. Ensure that this matter is adjudicated in law and equity arising under the judicial power of the constitution, the Laws of the United States. "*The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States*" ARTICLE III, SECTION 2, CLAUSE 1

2. Ensure that the judicial officer adjudicating this matter remains impartial and act in pursuance of the United States Constitution according to oath of office sworn under Article 6 section 3. "*The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution*"*ARTICLE VI SECTION 3*

3. Ensure that precedence by other courts is honored under Article IV Section 1 Full Faith and Credit Clause.

4. Ensure that property is not seized unless by warrant or after fair litigation by trial by jury.

7

5. Ensure the State has provided an opportunity for full and fair litigation of a Fourth Amendment claim. *Stone v Powell, 428 US 465, 483 n. 35, 96 S. Ct 3037, 49 L Ed. 2d 1067 (1976).*

6. It is the duty of the court to render an impartial remedy based upon facts and clear and convincing evidence proving the moving party was injured by the conduct of the respondent/defendant, and this evidence must be cited in the findings of the court's determination.

7. It is the duty of the courts to provide unbiased and impartial due process and equal protection of law.

8. It is the duty of the courts to provide impartial remedy and relief.

9. It is the duty of the courts to protect against stealthy encroachments upon the rights of the people.

10. The court is without discretion to deny vacating a void judgment under Federal Rule 60(b)(4) and article 3 section 2 clause 1. ***"The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States"*** ARTICLE III, SECTION 2, CLAUSE 1

## PROHIBITED DUTIES OF THE COURT UNDER ARTICLE 6 SECTION 3

1. It is not the duty of the courts to defend void judgments because a void judgment cannot be made whole once rendered.

2. It is not the duty of the courts to explain how and why it is appropriate to deprive property under unconstitutional state statutes that clearly deprive guaranteed due process of law of a private citizen under the 5th Amendment, it is against the claimants laws and customs to use the application 14th amendment or any of its tentacles because the American Constitution of 1774 declared all men free and equal and if all men are free and equal there is no need for the 14th and 15 amendment because the American Constitution of 1774 is still being enforced today; an unconstitutional law has no standing in a court and is unenforceable. The claimant is neither a person or an individual as defined in law, but a free National being, that has his own Free National Name, Feer National Flag Free National Constitution and Free National Customs and Principles.

3. It is not prohibited for a private citizen to challenge the constitutionality of a state statute on the grounds that it is unconstitutional Under Ex Parte Young, suit is not barred by the Eleventh Amendment.

4. It is prohibited for a judicial actor to practice law from the bench.

5. It is prohibited for the court to rely upon presumptions, for presumptions are not facts.

6. It is prohibited for the courts to render orders without citing the evidence-granting jurisdiction to the court.

7. It is prohibited for a person not a judge to render a judgment causing the deprivation of life, liberty, or property.

## ADMINISTRATIVE PROCEDURES ESTABLISHING A SUPPORT ORDER UNDER EXECUTIVE BRANCH IS CONSISTENT WITH VIOLATION OF SEPARATION OF POWERS DOCTRINE THEREFORE SUPPORT ORDER IS VOID

Administrative Procedures conducted by a separate organizational unit within the executive branch pursuant 42 USC section 654(3) is not due process of law guaranteed under the United States Constitution and is a clear violation of separation of powers doctrine as held by the State of Minnesota Supreme Court of Appeals

8

*"Holmberg v. Holmberg, 578 N.W.2d 817 (Minn. Ct. App. 1998)". [Administrative Procedure A method by which support orders are made and enforced by an executive agency rather than by courts and judges https://www.acf.hhs.gov/sites/default/files/programs/css/child_support_glossary.pdf]*

## REDRESS AND REMEDY

1. The remedy in this matter is to vacate the void judgment, evidence before the court. This void judgment is causing harm and suffering therefore this court is without discretion to deny a demand to vacate a void judgment cf. Federal Rule 60(b)(4) or state law equivalent when evidence is brought before the court supporting the claims made by the claimant.

2. This void judgment is being used to seize the property of Sheik, Steffon Johns El, an American Citizen, who, without uttering a word in an American Court was and is presumed innocent and was and is standing upon inalienable rights guaranteed by the United States Bill of Rights first ten amendments, therefore under the 5th amendment equal protection clause, a protected class which requires strict scrutiny of the law an American Court is required to support and defend the undersigned claimant inalienable rights.

3. Courts are established to provide unbiased and impartial due process.

4. Under the 5th Amendment, state statutes that deprive due process of law are unconstitutional and all orders made in support of such state statutes are void and unenforceable.

5. Under the 5th Amendment, statutes that cause the deprivation of property without due process of law are unconstitutional

6. Under the Article IV Privileges and Immunities Clause, it renders unconstitutional a state statute which discriminates on a matter of fundamental interest in favor of the states own interest on its own citizens and Citizens of other states and claimant is a citizen of the Moorish Asiatic State of Islam. The states prefer there law over clamantis laws. A Christian body politic can not impose their laws and customs on a Moslem and a Moslem can not impose its laws and Customs on Christians. See **Treaty of Tripoli article 11 and see Treaty of Peace and Friendship articles 20 and 21 also see united States Constitution Article VI  Section 1 Clause 2** *Supreme Law of the Land( Treaties) and the Judge in every State shall be bound thereby*, **any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

7. The Supreme Court has held, when an adjudicator has a pecuniary interest in the final outcome, the adjudicator is neither impartial or unbiased [violation of judicial code] and is a violation of due process of law clause and equal protection under the 5th amendment. *"Tumey v Ohio and Caperton ET AL  v A.T Massey Coal"*

## THE SIGNATURE BELOW BY THE CLAIMANT SUPPORTS THIS STATEMENT OF FACTS THAT SUPPORT ORDER WAS ACHIEVED CORAM NON JUDICE BEFORE A PERSON NOT A JUDGE THEREFORE VOID FOR LACK OF JURISDICTION AS PRESCRIBED BY THE SUPREME COURT OF THE UNITED STATES A COURT OF LAST RESORT

1.  A support order was created in clear violation of due process by Commissioner Marshall Rieger, Sherri Carter, and Althea Baker whom in their persons are not judges, or coram non-judice, therefore all judgments by these persons are void as prescribed by the Supreme Court of the United States, a court of last resort, meaning this court is inferior and must adhere to the Supreme Court's prescription and void this judgment under Burnham v Superior Court a hearing officer with a direct or indirect pecuniary interest in the final outcome of the support hearings

2.  The purpose of support hearing is for the establishment and enforcement of support orders under 42 USC section 654(3) used for the recoupment of state welfare expenditures and are not intended to help families, but intended for the state to recoup welfare expenditures as held by Blessing v Freestone US Supreme Court.

3.  The administrative procedures were for the establishment and enforcement of support orders as incentive for Title IV-D payments from the federal government Department of Health and Human Services

4.  The presiding officer's salary is paid partially or wholly from the federal funds received as a result of the findings of the fact finder who authorized the support order, therefore the fact finder has a pecuniary interest for every support order he or she writes, therefore has a motivation to violate due process under color of law.

5.  Under the due process of law clause and equal protection under the 5th Amendment requires impartial adjudicators and strict scrutiny for protected class, whereby the Title IV-D payments for the establishment and enforcement of support are indisputable proof that the support proceedings were never unbiased nor impartial.

6.  A support order was created under the false premise that child support enforcement is mandatory, when the ***11th Circuit Federal Court of Appeals in Wehunt v G. Ledbetter*** stated clearly that the state's participation in Title IV-D services are voluntary, which proves it is not a law and if it is voluntary for the state, then it is voluntary for the parent being forced to pay support. Further under 45 CFR. Part 232.11 the custodial parent receiving assistance is required to cooperate and assign rights for support or will lose benefits This testimony used for assessment of paternity is consistent with duress and offers the possibility that false information will be offered to keep benefits and establishment of paternity is tainted. It's an elaborate fraud for the states to receive into their treasuries federal Title IV-D funds and fraud is an exception to any order of support and proof that the support order is void.

7.  Whereby, any judgments or orders resulting from these proceedings are void for failure to follow due process of law.

8.  The Supreme Court of the United States has held in matters "*Tumey v Ohio and Caperton ET AL. v A.T. Massey Coal* " that when there is a pecuniary interest in the final outcome or a state statute that deprives due process of law, subsequent judgments and orders are void under the due process of law clause of the 4TH & 14th amendment.

9.  Federal Rule 60(b)(4) requires that void judgments made in violation of due process are void and the court where the remedy is sought has no discretion and must vacate void judgments ab initio (from the beginning). ***"United States v. Indoor Cultivation Equip. from High Tech Indoor Garden Supply, 55 F.3d 1311, 1317 (7th Cir.1995)."***

## NOTICE TO THE COURT THE CLAIMANT IS NOT A LEGAL PROFESSIONAL AND CANNOT BE HELD TO STRINGENT STANDARDS OF A LEGAL PROFESSIONAL NOR BE OBSTRUCTED FROM A REMEDY BY COURT PERSONNEL ENFORCING COURT RULES AND PROCEDURES

1. Further, this notice to the court is brought by a man, an American Citizen, a victim of a void judgment and though he has no legal training or education, the Supreme Court has held that "pro se" pleadings and paperwork are not to be held to a standard of a legal profession and the clerk's office must accept and file these pleadings.
2. Please refrain from using excessive local rules and laws as an obstacle to achieve a remedy and relief by the undersigned. "*Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449* "*The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice* "

### EVIDENCE BEFORE THE COURT

EXHIBIT A: COPY OF SUPPORT ORDER SIGNED BY PERSON NOT A JUDGE for case **BD129909**
EXHIBIT B: COPY OF SUPPORT ORDER SIGNED BY PERSON NOT A JUDGE for case **BYO766984**
EXHIBIT C: COPY OF ORDER SIGNED BY PERSON NOT A JUDGE for case **NF012997**

EXHIBIT D: Denial Letter From Department of State
EXHIBIT E: LOSS OF WAGES FROM GARNISHMENTS BY STATE OF CALIFORNIA DISBURSEMENT UNIT.
:

*Per 28 U.S. Code § 1746 I, Sheik Steffon Johns-El, a first inhabitant, Moorish American Moslem, a True American  Moslem and free national being  declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed on April 28, 2019

/s/  Noble Drew Ali, Sheik Johns El, S. Grand Governor, Disciple in    Trust
Sheik S. Johns El   Moorish American Moslem

Noble Drew Ali
P.O. Box 8606
Lancaster Pennsylvania 17604
mstofa.ca.gov@gmail.com
mstoa16.pa.gov@gmail.com
717 615 094

11

ATTORNEY OR PARTY WITHOUT ATTORNEY
GIL GARCETTI DISTRICT ATTORNEY
BUREAU OF FAMILY SUPPORT OPERATIONS
421 MAXHAM STREET
EL SEGUNDO, CALIFORNIA 90248

TELEPHONE NUMBER (310) 297-3400
FOR # 467
DA# 413-46-39

**FILED**

DEC 21

EDWARD M. KRITZMAN, CLERK

M. THOMAS DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS 600 SOUTH COMMONWEALTH AVENUE
MAILING ADDRESS 600 SOUTH COMMONWEALTH AVENUE
CITY AND ZIP CODE LOS ANGELES, CA 90005
BRANCH NAME CENTRAL CIVIL WEST

PLAINTIFF COUNTY OF LOS ANGELES

DEFENDANT STEFFON JOHNS

**WAGE AND EARNINGS ASSIGNMENT ORDER**
☐ Modification    ☒ Child Support    ☐ Spousal or Family Support

CASE NUMBER N0129909

TO THE PAYOR: This is a court order. You must withhold a portion of the earnings of (obligor's name and date of birth)
STEFFON JONES, 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
and pay as directed below. (An explanation of this order is printed on the reverse.)

THE COURT ORDERS YOU TO
1. Pay part of the earnings of the employee or other person ordered to pay support as follows.
   a. ☒ $ 152.00   per month current child support
   b. ☐ $           per month current spousal support
   c. ☐ $           per month current family support
   d. ☐ $           per month child support arrearages.
   e. ☐ $           per month spousal support arrearages.
   f. ☐ $           per month family support arrearages.
   g. Total deductions per month: $

2. ☒ The payments ordered under items 1a, 1b, and 1c shall be sent to (name, address)
   COURT TRUSTEE, P.O. BOX J544, LOS ANGELES, CALIFORNIA 90051
3. ☐ The payments ordered under items 1d, 1e, and 1f shall be paid to (name, address)
   COURT TRUSTEE, P.O. BOX J544, LOS ANGELES, CALIFORNIA 90051

4. The payments ordered under item 1 shall continue until further written notice from payee or the court.
5. ☐ This order modifies an existing order. The amount you must withhold may have changed. The existing order continues in effect until this modification is effective.
6. This order affects all earnings payable beginning as soon as possible but not later than 10 days after your receive it.
7. Give the obligor a copy of this order within 10 days.
8. ☒ Other (specify): No provision of this assignment shall prohibit collection by any other legal method.
   ☐ 1 g An amount which together with the amount in 1 a, equals 50% of the employee's disposable earnings.

For purposes of this order the arrearages are set as follows:
|  | Amount | As of (date) |
|---|---|---|
| 9. a. ☒ Child Support | $4256.00 | 07/01/91 – 10/31/93 |
| b. ☐ Spousal Support | | |
| c. ☐ Family Support | | |

All arrearages stated are without prejudice and may not include statutory interest, which is not waived.

Date DEC 21 1994

ALTHEA BREER Judge

ALTHEA BAKER, Judge of the Superior Court

(See reverse for information and instructions)

**WAGE AND EARNINGS ASSIGNMENT ORDER**
(Family Law · Domestic Violence Prevention · Uniform Parentage)

Exhibit A1

SRI SHARLETTE DISTRICT ATTORNEY
BUREAU OF FAMILY SUPPORT OPERATIONS
627 MAIN STREET EL SEGUNDO CA 90241-4623     (310) 267-2400

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

600 S COMMONWEALTH AVENUE
LOS ANGELES CALIFORNIA 90005
CENTRAL CIVIL WEST

PLAINTIFF    **COUNTY OF LOS ANGELES**

DEFENDANT   **STEFFON JOHNS**

**FILED**

DEC 21 1994

EDWARD M KRITZMAN CLERK

M. _____

BD4428999

| JUDGMENT | [X] PARENTAL RELATIONSHIP |
|---|---|
| **ESTABLISHING** | [X] CHILD SUPPORT |

1 This proceeding was heard as follows:  [ ] default or uncontested   [ ] by affidavit   [ ] contested
   [ ] Defendant(s) appeared in court without counsel and was/were advised of the rights pertinent to this action.
   a. Date  DEC 21 1994        Dept.  88 / 36      Rm.  888 / 1812
   b. Judge (name)  _____ ALTHEA BAKER   [X] Temporary Judge
   c. [X] Plaintiff appeared by (name) (not applicable)  LONNIE S. STEWART
   d. [ ] Defendant(s) present in court   [ ] Attorney present in court (name)

2 [X] The Court makes its findings in accordance with the Court's Findings and Guidelines Worksheet filed herein.

3 THE COURT ORDERS GOOD CAUSE APPEARING
   a Defendant(s) is/are the parent(s) of and shall pay child support for the following children:

TOMORA ASHLEY JOHNS, born October 2, 1988                    $152.00

(1) [X] A total of $ 152.00        payable on the first day of each month commencing (date)  November 1, 1993
(2) [ ] Other (specify)

Any support ordered shall continue until further order of court, or until said child marries, dies, is emancipated, reaches age 19, or reaches age 18 and is not a full-time high school student residing with a parent, whichever occurs first.

b. [ ] Defendant(s) shall pay child support for the period  9-1-91  thru  10-31-93
   in the total amount of $4256.00
   (1) [ ] Payable $                  on the first day of each month commencing (date)
   (2) [ ] Forthwith   (3) [ ] Other (specify)

No provision of this judgment shall operate to limit any right to assess and collect interest and penalties on each installment as it becomes due. All installment payments for previously accrued support shall be subject to modification. An order for installment payments shall operate to limit only the right to collect arrearages from obligor's salary or wages and only so long as all payments are made by their due date. No further notice to obligor shall be required. There shall be no limitation on collection from sources other than salary or wages as allowed by law. No further notice to obligor shall be required.

c. All payments ordered above shall be made to:   COURT TRUSTEE, P.O. BOX 3544, LOS ANGELES, CA 90051

d. [ ] Defendant(s) shall provide health insurance coverage for children. a Health Insurance Coverage Assignment is ordered; and defendant(s) shall complete a DHS 6110 form and return same to the Office of the District Attorney within 20 calendar days.

e. [X] Defendant(s) shall provide written notification to the Superior Court Clerk of any change in residence and to the Office of the District Attorney of any change in residence, income or employment within ten days of such event and within ten days of any change thereafter. If defendant(s) fail to notify the Office of the District Attorney of a change of employment, any order thereafter shall be retroactive to the first date employment. Notification shall be in writing, by certified mail, return receipt requested.

f. [X] A wage and earnings assignment shall issue.

g. [ ] The court further orders (specify).

DATE  DEC 21 1994                        _____
                                          JUDGE OF THE SUPERIOR COURT
4 Number of pages attached  none          ALTHEA BAKER  Commissioner

**JUDGMENT ESTABLISHING PARENTAL RELATIONSHIP/CHILD SUPPORT**
**GOVERNMENTAL**

*Exhibit   A2*

| PETITIONER/PLAINTIFF: COUNTY OF LOS ANGELES | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: STEFFON JOHNS | BY0755984 |
| OTHER PARENT: DEZARAY D DAVIS | |

6.b. (3) ☐ The low-income adjustment applies

☐ The low-income adjustment does not apply because *(specify reasons)*.

(4) Any support ordered will continue until further order of court, unless terminated by operation of law.

c. ☐ Obligor must pay child support for the past periods and in the amounts set forth below:

| Name | Date of birth | Period of support | Amount |
|---|---|---|---|
| | | | |

(1) ☐ Other *(specify)*

(2) ☐ For a total of $ payable $: on the: day of each month
beginning *(date)*:

(3) ☐ Interest accrues on the entire principal balance owing and not on each installment as it becomes due.

d. If this is a judgment on a *Supplemental Complaint*, it does not modify or supersede any prior judgment or order for support or arrearage, unless specifically provided.

e. No provision of this judgment can operate to limit any right to collect the principal (total amount of unpaid support) or to charge and collect interest and penalties as allowed by law. All payments ordered are subject to modification.

f. All payments must be made to *(name and address of agency)*:
COURT TRUSTEE
P.O. BOX 513544
LOS ANGELES, CA 90051-1544

g. An *Order/Notice to Withhold Income for Child Support* (form FL-195) will issue.

h. ☐ Obligor ☐ Obligee must (1) provide and maintain health insurance coverage for the children if it is available through employment or a group plan, or otherwise available at no or reasonable cost, and must keep the local child support agency office informed of the availability of the coverage; (2) if health insurance is not available, provide coverage when it becomes available; (3) within 20 days of the local child support agency's request, complete and return a health insurance form; (4) provide to the local child support agency all information and forms necessary to obtain health-care services for the children; (5) present any claim to secure payment or reimbursement to the other parent or caretaker who incurs costs for health-care services for the children; and (6) assign any rights to reimbursement to the other parent or caretaker who incurs costs for health-care services for the children. If the "Obligor" box is checked, a health insurance coverage assignment will issue.

i. The parents must notify the local child support agency in writing within 10 days of any change in residence or employment.

j. The form *Notice of Rights and Responsibilities—Health Care Costs and Reimbursement Procedures and Information Sheet on Changing a Child Support Order* (form FL-192) is attached.

k. ☒ The following person (the "other parent") is added as a party to this action under Family Code section 17404
*(name)* DEZARAY D DAVIS

l. ☐ Obligor must pay costs of: $

m. ☐ The court further orders *(specify)*:

Date:

7. Number of pages attached: 1

| Approved as conforming to court order. | JUDICIAL OFFICER |
|---|---|
| Date: | ☒ SIGNATURE FOLLOWS LAST ATTACHMENT |
| ▶ | |
| (SIGNATURE OF ATTORNEY FOR OBLIGOR) | |

FL-630 [Rev. January 1, 2005]   **JUDGMENT REGARDING PARENTAL OBLIGATIONS**   Page 2 of 2
**(Governmental)**

Exhibit: B1

lifornia Home

elcome to *California*

SS Home
ssroom
gram
ormation
l
vices
te
bursement
it
ntact
cal Office
stomer
sources
equently
ked
estions
AQ)
ference
brary
ojects
rideline
lculator
out
SS



porting
ifornia's
ildren

/eb
n-line
eedback

ecorded
essages
toll free)
866) 249-
773

Sacramento)
916) 464-
000

TY
866) 399-
096

ilingual
ervices
en español)

ecorded
essages
toll free)
866) 249-
773

**California Child Support Self Service**                    **Participant ID Card**      **Logout**

**JOHNS, STEFFON  - Participant Number:**
**0370409399894**

Home    **My Profile**    **My Payments**    **My Documents**    Contact Us

| Account Highlights | My Appointments |
| --- | --- |

**Case Overview**

## Case Information

| | |
| --- | --- |
| Case Number: | 0370013132473 |
| County: | LOS ANGELES |
| Role: | NON CUSTODIAL PARENT |
| Status: | OPEN |
| Opened Date: | 09/22/1988 |
| Monthly Support: | |
| Past Due Support Installment Due: | $ 0.00 |
| Total Past Due Support:[1] | $ 75,552.28 |

[1] This amount may or may not include interest. To determine the actual amount owed please *Contact Us* or call us at 1-866-901-3212.

I would like to *Provide Locate Information* för this case.

## Legal Activities [2]

| Type | File Date △ | Service Date |
| --- | --- | --- |

[2] These fields are blank if you are not receiving child enforcement services through a California county local child support agency.

## Support Orders for this Case

| Filed Date △ | County | Court Case Number | Order Status |
| --- | --- | --- | --- |
| 12/21/1994 | LOS ANGELES | BD0129909 | ACTIVE |
| 12/21/1994 | LOS ANGELES | BD0129909 | HISTORIC |

## Case Status History

| Status | Date △ |
| --- | --- |
| OPEN | 09/22/1988 |

*Exhibit A5*

BY0766984

| Government Agency | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Child Support Services Dept. Division 1 | | |

| Father | Father | |
|---|---|---|
| Attorney | | |
| Mother | Mother | Petitioner |
| Attorney | | |
| Minor children: 1 | | |

**Child and Spousal Support Order**    Case: ~~illegible~~

| Monthly Income | | Father | Mother |
|---|---|---|---|
| Gross income | | 1,170 | 4,275 |
| Net disposable income used to calculate child support | | 1,019 | 3,570 |
| Net disposable income used to calculate spousal support | | 1,019 | 3,570 |

| Monthly Taxes (not including tax effects of spousal support) | | Father | Mother |
|---|---|---|---|
| Filing status | | Single | HH/MLA |
| Number of exemptions | | 1 | 2 |
| Federal income tax | | 49 | 293 |
| FICA | | 90 | 327 |
| Self-employment tax | | 0 | 0 |
| State income tax | | 1 | 39 |
| State disability insurance tax | | 13 | 46 |
| Total taxes, including credits | | 151 | 705 |

| Other Monthly Deductions | | Father | Mother |
|---|---|---|---|
| Union dues | | 0 | 0 |
| Mandatory retirement | | 0 | 0 |
| Health insurance | | 0 | 0 |
| Child and Spousal support paid other relationships | | 0 | 0 |
| Hardship deduction for other supported children | | 0 | 0 |
| Other hardship deductions | | 0 | 0 |
| Other guideline deductions | | 0 | 0 |
| Total deductions, including taxes shown above | | 151 | 705 |

| Monthly Support Order | | Father | Mother |
|---|---|---|---|
| Amount allocated for support of children of this relationship | | 255 | 893 |
| Average timeshare for all children of this relationship | | 0.00% | 100.00% |

Child support:    ~~illegible~~
Temporary spousal support:    0
Add-on payment:    ~~220 pd by Father~~
Total support:    ~~illegible pd by Father~~

| Monthly Child Support Order Per Child | Basic CS | Add-ons | Presumed CS |
|---|---|---|---|
| Child 1 | 255  pd by Father | 220  pd by Father | 475  pd by Father |

| | |
|---|---|
| Judicial Officer: _____ | Date: _____ |
| Approved as conforming to court order | |
| Attorney for Child Support Obligor _____ | Date: _____ |
| Attorney for Spousal Support Obligor _____ | Date: _____ |

2005

(Warning: altering this form is a copyright violation)

Exhibit B:2

| PETITIONER/PLAINTIFF COUNTY OF LOS ANGELES | CASE NUMBER BY0766984 |
|---|---|
| RESPONDENT/DEFENDANT Steffon Lewis | |
| OTHER PARENT Dezaray D. Davis | |

Should obligor become incarcerated for a period of at least 60 consecutive days and not have available assets to satisfy the support obligation ordered herein, the support obligation shall be suspended for the entire period of incarceration. The support obligation, ordered herein, shall be reinstated 60 days after obligor is released from incarceration. Obligor is required to notify the local child support agency in writing within 15 days upon release. If obligor fails to notify the local child support agency, the support obligation may be reinstated to the date of release.

The other parent shall cooperate with the local child support agency in documenting the incurrence of childcare costs or the fact that childcare costs are not being incurred. The other parent's failure to cooperate may result in termination of the enforcement of childcare costs by the local child support agency 60 days after the local child support agency notices the custodial parent of its attempt to verify ongoing childcare costs.

**COMM. M. RIEGER**

Date:
'OCT 2 0 2005

_____
JUDICIAL OFFICER

Exhibit: B 3

COUNTY OF LOS ANGELES · REGISTRAR-RECORDER/COUNTY CLERK

**NON-NEGOTIABLE**
ACCEPTED FOR VALUE
All related endorsements, front and back,
in accordance with
Uniform Commercial Code 3-419 and
House Joint Resolution 192 of June 5th, 1933
DATE: May 27, 2010
SIGNATURE:

2618806400002

OFFICE OF THE GRAND SEAL
TEMPLE 24
Los Angeles

CERTIFICATE OF LIVE BIRTH     1200119006520
STATE OF CALIFORNIA
USE BLACK INK ONLY

| | | | |
|---|---|---|---|
| THIS CHILD | RIKI (first) | TYMANI (middle) | DAVIS (last) |
| | SEX: FEMALE | SINGLE | DATE OF BIRTH: 01/04/2001 | HOUR: 2232 |
| PLACE OF BIRTH | KAISER FOUNDATION HOSPITAL | 9400 E. ROSECRANS | HOSPITAL |
| | BELLFLOWER | LOS ANGELES | |
| FATHER OF CHILD | -- | -- | -- |
| MOTHER OF CHILD | DEZARAY | DENISE | DAVIS | CA | 06/13/1965 |

INFORMANT CERTIFICATION: I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION... Dezaray Davis — MOTHER — 01/15/2001

OW. LIM MD 9400 E ROSECRANS BELLFLOWER — G34879 — 01/19/2001

LOCAL REGISTRAR — Mark Glover — 02/20/2001

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.     MAY 25 2010

Dean C Logan
DEAN C. LOGAN
Registrar-Recorder/County Clerk

*000376706*

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*Exhibit B:4*

Thank you for your recent passport application. Unfortunately, you are ineligible to receive passport services because the Department of Health and Human Services (HHS) certified that you owe child support

● Section 51.60(a)(2) of Title 22 of the Code of Federal Regulations reads as follows:

51.60   Denial of Passports
(a) The Department may not issue a passport, except a passport for direct return to the United States, in any case in which the Department determines or is informed by a competent authority that.
(2) The applicant has been certified by the Secretary of Health and Human Services as notified by a state agency under 42 U S C. 652(k) to be in arrears of child support in an amount determined by the statute

*Neither this passport agency nor the Department of State has information concerning your child support obligation.* A list of state child support enforcement agencies and their contact information can be found on-line at
.    . .

You must contact and make appropriate arrangements with the relevant state child support agency within ninety (90) days from the date of this letter. After you have made these arrangements, you must notify our office in writing or by calling the National Passport Information Center (NPIC) at the number listed below. Please allow 5 - 10 business days before calling NPIC to give HHS enough time to notify Passport Services

Once the Secretary of Health and Human Services has certified to the Secretary of State that you have satisfied the child support arrearage, your name will be removed from the certified list Please note that several states require a zero dollar ($0.00) balance before allowing passport issuance to an individual who was previously in arrearage. **All questions regarding such policies must be addressed to the appropriate state child support office.** If satisfactory payment arrangements have not been made with the relevant state within 90 days of the date of this letter, your application will be denied. The Department of State cannot change, override, or appeal this policy.

If you have any questions please contact the National Passport Information Center 1-877-487-2778 (TTY/TDD: 1-888-874-7793).

**For general passport information or to check the status of your passport application, please visit us on-line at** .

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO THE ADDRESS LISTED ABOVE INCLUDING THE +4 ZIP CODE.**

Sincerely,

Celeste I.

Exhibit A

4/18/19, 9:42 PM



California Home

Welcome to California

XCSS Home
ressroom
rogram
formation
nd
ervices
tate
isbursement
nit
ontact
ocal Office
ustomer
esources
requently
sked
uestions
FAQ)
Reference
ibrary
rojects
Guideline
alculator
bout
DCSS

**California Child Support Self Service**

**Participant ID Card**      **Logout**

**JOHNS, STEFFON - Participant Number: 0370409399894**

**Home**   **My Profile**   **My Payments**   **My Documents**   **Contact Us**

Payments I Made      Payments Sent to Me      Make or Receive Electronic Payments

**Payments I Made**

To view payment information, click on a Payment Date below.

## Payments

| Payment Date [1] | Amount | Payment Type |
|---|---|---|
| 03/07/2019 | $ 4,697.06 | CALIFORNIA STATE LOTTERY INTERCEPT |
| 06/06/2016 | $ 0.73 | FTB-FULL COLLECTION |
| 10/05/2009 | $ 300.00 | NCP-REGULAR PAYMENT |
| 09/15/2009 | $ 2,350.75 | FTB-CALIFORNIA STATE TAX INTERCEPT |
| 05/29/2009 | $ 8,165.61 | FMS-IRS TAX INTERCEPT |
| 05/29/2009 | $ (7,859.50) | IRS NEGATIVE ADJUSTMENT |
| 04/27/2009 | $ 5,421.61 | FTB-CALIFORNIA STATE TAX INTERCEPT |
| 06/12/2007 | $ 8.63 | INCOME WITHHOLDING ORDER |
| 06/20/2006 | $ 100.00 | NCP-REGULAR PAYMENT |

Records 1 - 9

[1]Payments made prior to May 2006 may not appear on this list.

Every effort has been made to ensure the information displayed on this page is accurate. However, in the event that the displayed information differs from the records maintained by the Local Child Support Agency or the Department of Child Support Services (DCSS), the LCSA and DCSS records control. If you have questions or concerns about the information displayed here, please contact (866) 901-3212.

pporting
lifornia's
ildren

Web
n-line
eedback

ecorded
essages
toll free)
866) 249-
773

Sacramento)
916) 464-
000

TY
866) 399-
096

ilingual
ervices
en español)

ecorded
essages
oll free)
866) 249-
773

Exhibit : E

Sacramento)
916) 464-
000

© 2006 State of California. Conditions of Use Privacy Policy

.

tps://www.cse.ca.gov/ChildSupport/cse/selfService/participant/loggedIn/myPayments/paymentsIMade?conv_id=none&conv_instance=7eb0f4bf-95c6-48a8-9007-d1d6dc9c2baa

Page 2 of 2

## **ORDER**

*Based on the evidence of the Lower Court's unwillingness to protect the best interest of our Religious*

*Freedoms and Inalienable rights guaranteed and protected by the American Constitution I raise this*

*order sua sponte, this claim shall be granted according to the remedy prescribed in this writ which are*

*in accordance the United States Constitution, laws and treaties and the laws and customs of claimants*

*best interest, family Members(Citizens) of claimants Religious Society  that is protected by the*

*supreme laws of the land  Article VI and Amendment 1 of  the Constitution for the United States.*


*According to claimants  religious laws and customs, Claimant is to care for the children on a daily*

*basis according to their laws and customs and therefore will have 50% lawful and physical custody of*

*any and all children (Idris Kush Al-Baqir El and Taj Jai Al-Baqir El associated with in the case*

*No.NF012997.*

- *The Lower courts will terminate any and all void judgements which exceed the jurisdiction of the*
  *lower courts associated with the said cases that have caused injury to Sheik Steffon Johns El and*
  *claimants  family due to lack of personam and subject matter jurisdiction and violation of 5th*
  *Amendment Due Process , equal protection : protected class and Denial of Rights under the*
  *color of Law.*
- *Debts associated with the voluntary Title IV D program with Sheik Steffon Johns El will be*
  *removed,  released immediately from California Department of Health and Human Services*
  *"Passport Denial list" and will be restrained by Emergency Injunction until the Federal*
  *Question is heard and the facts have been adjudicated.*

12

- *Sheik Steffon Johns El will not be held liable for any debts associated with any said void judgements.*
- *Passport of Sheik Steffon Johns El in an effort to promote gainful trade, will be released immediately by the United States Department of State and Passport Agency.*

**AND NOW** this_____day of May, 2019, upon Consideration of Claimants  Praecipe to Enter Writ of Emergency Mandamus, Exhibits  and Notice of Emergency Injunction Removal to Federal Court" and the Responses filed on behalf against Defendants Mary Mongiovi Sponaugle, Howard Knisely and David Miller et al in their personal and official Capacity, it is **ORDERED**  and **DECREED** that Claimants pleading is hereby **GRANTED WITH PREJUDICE** .

BY THE COURT:

/S/_____

**Honorable Joseph F .Leeson, Jr.,  United States District Judge**

13