Nolo Drew Ali
POBOXSG06
Lancaster Pennsylvania 17604



EXPECTED DELIVERY DAY: 05/16/19

USPS TRACKING NUMBER



**PRIORITY**
★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES
POSTAL SERVICE®

For Domestic and International Use

Label 107R, May 2014

U.S.M.S
X-RAY

Clerk of Court
James H. Byrne U.
room 2009
601 Market Street
Philadelphia Pennsylvania



1006



19106





U.S POSTAG
PM 2-DAY
LANCASTER,
17604
MAY 14, 19
AMOUNT
**$7.3**
R2303S1000