





Niolo Drew Ali
P.O. Box 8606
Lancaster Pennsylvania 17604

Clerk of Court
James A. Byrne U.
Room 2609
601 Market Street
Philadelphia Pennsylvania