# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PHILADELPHIA DIVISION

| | |
|---|---|
| **NOBLE DREW ALI, et al**<br><br>*Plaintiff,*<br>**Vs**<br><br>**COUNTY OF LOS ANGELES, David Kilgore, Director for the Los Angeles County California Department of Child Support, et al**<br><br>*Defendant,* | Case No.: **5:18-cv-56556**<br><br>**NOTICE OF FEDERAL REMOVAL PURSUANT TO TITLE 28 § 1441 §1443 AND § 1446 AND F.R.C.P PERMISSIVE JOINDER RULE 20(a)(B) AND FOREIGN RELATIONS AND INTERCOURSE TITLE 22 CHAPTER 2 SECTION 143 CODIFIED AS TITLE 28 STATUTE 1331, CONSTITUTION, LAWS AND TREATIES TREATY TERRITORIES FORMERLY PART OF THE OTTOMAN EMPIRE INCLUDING EGYPT**<br><br>**RE: JOINDER CASE NO(s). BY0766984, BD129909, NF01299 WITH ABOVE CAPTIONED FEDERAL CASE**<br><br>**FILED**<br>MAY 15 2019<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

**PRAECIPE TO ENTER COMPLAINT AND INJUNCTION WRIT OF EMERGENCY MANDAMUS EXHIBITS AND NOTICE OF EMERGENCY <u>INJUNCTION REMOVAL TO FEDERAL COURT PURSUANT TITLE 28 1441, 1443 AND 1446</u> F.R.C.P PERMISSIVE JOINDER RULE 20(a)(B) AND FOREIGN RELATIONS AND INTERCOURSE TITLE 22 CHAPTER 2 SECTION 143 CODIFIED AS TITLE 28 STATUTE 1331, CONSTITUTION , LAWS AND TREATIES TREATY, TERRITORIES FORMERLY PART OF THE OTTOMAN <u>EMPIRE INCLUDING EGYPT TO TO CLERK OF COURTS:</u>**

Kindly enter this Instrument titled: *Complaint And Injunction and Writ of Mandamus, Exhibits Notice of Emergency Injunction, <u>Removal to Federal Court pursuant Title 28 1441, 1443 and 1446</u> F.R.C.P Permissive Joinder Rule 20(a)(B) and Foreign Relations and Inercourse Title 22 Chapter 2 Section 143 codified as Title 28 Statute 1331, constitution, laws and treaties treaty territories formerly part of the Ottoman Empire including Egyp*t
for the above captioned case.

In Honour,

/s/ Noble Drew Ali, Disciple in Trust Sheik S. Johns El, Grand Governor
   Moorish Science Temple 77 and 80
   c/o Moorish Science Temple No.16
   P.O Box 8606
   Lancaster, Pennsylvania, 17604
   717 615 0942
   mstofa.ca.gov@gmail.com
   mstoa16.pa.gov@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PHILADELPHIA DIVISION

| | |
|---|---|
| **NOBLE DREW ALI, et al**<br><br>*Plaintif,*<br><br>*Vs*<br><br>**DAVID KILGORE, DIRECTOR FOR THE LOS ANGELES COUNTY CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, et al**<br><br>*Defendant,*<br><br>*See defendants list* | Case No.: **5:18-cv-5655**<br>**RE:BYO766984, BD129909, NF012997**<br><br>**NOTICE OF AFFIDAVIT**<br>**REMOVAL TO FEDERAL COURT PURSUANT TO TITLE 28§ 1441,§ (C)(A)(1)**<br>**JOINDER OF RELATED CASES AND PERMISSIVE JOINDER RULE 20 (A)(1)(B):**<br>    RE: **BYO766984, BD129909, NF012997**<br><br>**TITLE 28 U.S.C §1331 FEDERAL - QUESTION United States Republic Constitution Moorish American** Free National Constitution Divine Constitution Articles 1 Through 7 And By-laws Articles 1-7, Treaties (Peace And Friendship Articles 20 And Articles 21 1786-87 And 1836, Federal Free National Constitution 1787 1786-1787, Article 6 Clause 2 (Supremacy Clause) Article 3, 4, 5, 6 1st, 4th, 5th Amendments. |

1

RE: **BYO766984, BD129909, NF01299**

## NOTICE OF JOINDER
## TITLE 28 § 1441 (C)(A)(1) JOINDER OF RELATED CASES, F.R.C.P PERMISSIVE JOINDER RULE 20 (a) (1)(B) TITLE 28 § 1331 FEDERAL QUESTIONS CONSTITUTION LAW AND TREATIES.

Comes now in special appearance not in subjection to this court; however to clear a matter up. I Sheik S. Johns El, Governor, Magistrate and Divine Minister, Disciple in trust for Prophet Noble Drew Ali Moorish Prince, Successors and heirs in trust in ( Califa 41.2033° N, 77.1945° W also known as California), a Jural Religious Society in the Moorish Divine and National Movement of North America, a corporate body politic (State within a State). Pursuant to Title 28 U.S. Code Section 2242 and Title 22 Chapter 2 Section 141 Consul in manner of "Amicus Curiae;" Moorish Legal Counsel Representatives in accordance to the Circle Seven ( Divine Constitution and By Laws) and the Grand Advisor and Moderator Article 29 Section 1 and Section 12 Clause 1-3 Rules and Regulations of the Moorish Science Temple an Islamic Body Politic and in accordance with Rubrics and Conventional International Private Civil Law of 1928 Article 14 and 15 and as prescribed in Article Six, Section I Clause Two of the

2

Constitution of the United States....Treaty of Peace and Friendship Morocco and United States 1786, Articles 20 and 21 being the Supreme Law.

Whereas Bro. Steffon Johns El and members of any Branch Moorish Science Temple of America are free National Beings, and descendants of Moroccans and born in America, Moorish American Moslems whom are Citizens of the Asiatic States of North America and are under the Divine laws of the Holy Koran of Mecca and raise the Federal Questions of improper venue, Jurisdiction to this administrative tribunal courts, that entertains unconstitutional statutes and codes that is diametrically opposed to the American Constitution of 1774/Articles of Association/Declaration of Independence, and abrogates the 1st Amendment of the Organic Constitution of the united States of America Republic, Violates the Treaty of Peace and Friendship Articles 20 and 21 in matters of civil disputes arising from Christian Nation (States) imposing their laws on this Islamic Nation (Asiatic States of North America = Subordinate Temples under Charter issued out by the Prophet Noble Drew Ali per Article 47 section 13-14 of The Grand Advisor and Moderator ) or vice versa and lacks Jurisdiction to entertain Constitutional law and Treaties pursuant to the adopted constitution ratified in 1791 by and are prohibited to hear or adjudicate cases that are party to Article VI "and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding". Thus, will be properly enjoined to **Federal Civil Case: 5:18-CV-5655.**

Pursuant to Foreign Relations and intercourse **Title 22 Chapter 2 section 141** *Judiciary Authority generally* (territories formerly a part of the **former Ottoman Empire** [Now the

3

Current Moroccan Empire] Northwest and Southwest shores of Africa = North, South, Central America and adjoining islands) and **Title 22 Chapter 2 section 143** *General jurisdiction in Civil cases.* Such Officers are invested with all judicial authority necessary to execute the provisions of such treaties, respectively, in regards to civil rights, whether property or person; and they shall entertain jurisdiction in matters of contract, at the port where, or nearest to which the damage complained of was sustained. Provided such port be one of the ports at which the United States are represented by consuls, such jurisdiction shall embrace all controversies between citizens of the United States or other, provided for by such treaties respectively (R.S§ 4085).

Claimant raises federal questions and removes this civil action to federal court and joinder State Case titled: Case No(s): BYO766984, BD129909, NF01299 and remove to proper **Federal Jurisdiction,** The Defendants lacks free Natural being Personum and Subject Matter Jurisdiction and these cases are based solely upon the defendant's compelling interest and cares not if it abrogates life liberty and the pursuit of happiness which is enamored in the American Constitution of 1774 and the Treaty of Peace and Friendship Articles 20 and 21, which is still enforced today.

I certify that this Affidavit is right and exact and is being sent to you on the date below.

Date: ~~04/28/2019~~
05/10/2019

/S/Noble Drew Ali Sheik Johns El, S

---

1. Noble Drew Ali, Disciple in Trust Sheik S. Johns El Grand Governor and Ordained Divine Minister, an Executive Ruler of the Grand Body of the Moorish American Divine and National Movement of North America

4

Sheik S. Johns El Grand Governor and Ordained Divine Minister, an Executive Ruler of the Grand Body of the Moorish American Divine and National Movement of North America.

Noble Drew Ali,
Moorish Science Temple No.16
P.O Box 8606
Lancaster, Pennsylvania, 17604

mstofa.ca.gov@gmail.com
mstoa16.pa.gov@gmail.com
(510) 260 3812
(717)615 0942