UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PHILADELPHIA

| | |
|---|---|
| **NOBLE DREW ALI, et al** | Case No. **5:18-cv-5655** |
| *Plaintiff,* | RE:BYO766984, BD129909, NF012997 |
| vs | |
| COUNTY OF LOS ANGELES, David Kilgore, Director for the Los Angeles County California Department of Child Support, et al | |
| *Defendant,* | FILED<br>MAY 15 2019<br>KATE BARKMAN, Clerk<br>By _____ Dep. Clerk |

## Certificate of Service

The undersigned claimant hereby certifies that on May 12, 2019 He personally caused to be served the following a true and correct copy of the foregoing Kindly enter this Instrument titled *Complaint And Injunction and Writ of Mandamus, Exhibits Notice of Emergency Injunction, <u>Removal to Federal Court pursuant Title 28 1441, 1443 and 1446</u> F.R.C.P Permissive Joinder Rule 20(a)(B) and Foreign Relations and Inercourse Title 22 Chapter 2 Section 143 codified as Title 28 Statute 1331, constitution, laws and treaties treaty territories formerly part of the Ottoman Empire including Egypt* by mailing certified mail

Clerk of Courts
James Byrne U.S Courthouse
Room 2609
601 Market Street suite 1414
Philadelphia Pennsylvania 19102

/S/Noble Drew Ali,
Moorish Science Temple No.16
P O Box 8606
Lancaster, Pennsylvania, 17604
717 615 0942
mstofa ca.gov@gmail.com
mstoa16 pa gov@gmail com

PAGE 1 OF 1