Ndolo Drew Ali
P O Box 8606
Lancaster Pennsylvania 17604





EXPECTED DELIVERY DAY: 05/16/19

USPS TRACKING NUMBER

Clerk of Court
James A. Byrne U.
Room 2609
601 Market Street
Philadelphia Pennsylvania





U.S. POSTAGE
PM 2-Day
LANCASTER, 17604
MAY 14, 19
AMOUNT
$7.3
R2303S1000