IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Noble Drew Ali, et al., | : | No. 5:18-CV-5655 |
|     Plaintiffs, | : | |
| | : | (Complaint filed 1/14/19) |
| v. | : | |
| | : | (Honorable Joseph F. Leeson, Jr.) |
| Judge Mary Mongiovi Sponaugle, et al., | : | |
|     Defendants. | : | (Electronically Filed) |
| | : | JURY TRIAL DEMANDED |

**MOTION FOR INJUNCTION AGAINST FURTHER FRIVOLOUS FILINGS BY PLAINTIFFS, BY DEFENDANTS MARK SHIVERS (OFFICIAL CAPACITY), OFFICER SNYDER (OFFICIAL CAPACITY), AND TOM RUDZINSKI, CHIEF OF MANHEIM TOWNSHIP POLICE DEPARTMENT**

1. This Motion is based on a string of frivolous documents and pleadings submitted by Plaintiffs.

2. In situations where litigants bombard opposing counsel and the Court with continual meritless filings, the Court is empowered by the All Writs Act to enjoin "abusive, groundless and vexatious litigation." *Brow v. Farrelly*, 994 F.2d 1027, 1038 (3d Cir. 1993).

3. Moving Defendants request an injunction on this basis.

4. The injunction should be limited to the period of time necessary for the Court to decide all of the Defendants' Motions to Dismiss and be confined to Plaintiffs' filings in this litigation.

WHEREFORE, this Court should enter the proposed order and enjoin Plaintiffs from submitting further filings in this matter until all of the Defendants' Motions to Dismiss have been decided.

                                            Respectfully submitted,

                                            **Lavery Law**

DATE: May 30, 2019                By: <u>s/Frank J. Lavery, Jr.</u>
                                            Frank J. Lavery, Jr., Esquire
                                            Attorney No. PA 42370
                                            Josh Autry, Esquire
                                            Attorney No. PA 208459
                                            225 Market Street, Suite 304
                                            P.O. Box 1245
                                            Harrisburg, PA 17108-1245
                                            (717) 233-6633 (telephone)
                                            (717) 233-7003 (facsimile)
                                            flavery@laverylaw.com
                                            jautry@laverylaw.com
                                            Attorneys for Defendants Shivers,
                                            Snyder, and Rudzinski, only

## **CERTIFICATE OF SERVICE**

I, Katy Reilly, an employee with the law firm of Lavery Law, do hereby certify that on this __30th__ day of May, 2019, I served a true and correct copy of the foregoing Motion to Enjoin upon all parties of record as indicated below:

**Via First Class Mail:**

Noble Drew Ali
P.O. Box 8606
Lancaster, PA 17604
*Pro Se Plaintiff*

**Via E-Filing:**

Martha Gale, Esquire
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
*Attorney for Defendants Magisterial District Judge Mary Mongiovi Sponaugle, Honorable Howard F. Knisely, and Magisterial District Judge David P. Miller*

David J. MacMain, Esquire
Laurie A. Fiore, Esquire
The MacMain Law Group, LLC
433 West Market Street, Suite 200
West Chester, PA 19382
dmacmain@macmainlaw.com
lfiore@macmainlaw.com
*Attorneys for Defendants Craig W. Stedman, Caitlin Blazier, Alan Blank, Mark Wilson, Brett I. Cole, Terri Landon-Miller, and Andrew Wagner*

                                                s/Katy Reilly
                                                Legal Assistant to Frank J. Lavery, Jr., Esquire and
                                                Josh Autry, Esquire