N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Noble Drew Ali, et al., | : | No. 5:18-CV-5655 |
| Plaintiffs, | : | |
| | : | (Complaint filed 1/14/19) |
| v. | : | |
| | : | (Honorable Joseph F. Leeson, Jr.) |
| Judge Mary Mongiovi Sponaugle, et al., | : | |
| Defendants. | : | (Electronically Filed) |
| | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to the Initial Procedural Order in this case (Doc. 3), Counsel for Moving Defendants assert that this Motion falls into the category of cases detailed in Local Rule of Civil Procedure 16.2 for which it is unnecessary to seek concurrence. Specifically, this is a pro se civil rights lawsuit.

Respectfully submitted,

**Lavery Law**

DATE: May 30, 2019

By: s/Frank J. Lavery, Jr.
Frank J. Lavery, Jr., Esquire
Attorney No. PA 42370
Josh Autry, Esquire
Attorney No. PA 208459
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (telephone)
(717) 233-7003 (facsimile)
flavery@laverylaw.com
jautry@laverylaw.com
Attorneys for Defendants Shivers, Snyder, and Rudzinski, only