IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Noble Drew Ali, et al., | : | No. 5:18-CV-5655 |
|     Plaintiffs, | : | |
| | : | (Complaint filed 1/14/19) |
| v. | : | |
| | : | (Honorable Joseph F. Leeson, Jr.) |
| Judge Mary Mongiovi Sponaugle, et al., | : | |
|     Defendants. | : | (Electronically Filed) |
| | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of June, 2019, upon consideration of the Motion for Injunction against Further Frivolous Filings by Plaintiffs submitted by Defendants Mark Shivers (Official Capacity), Officer Snyder (Official Capacity), and Tom Rudzinski, Chief of Manheim Township Police Department, said Motion is hereby **GRANTED**. In accordance therewith, Plaintiffs are hereby enjoined from submitting any further filings in the above-captioned matter, until the Court rules on Defendants' Motions to Dismiss (Docs. 33, 34, 36, 44), and with the exception of the following:

(1) Plaintiffs shall have an opportunity to submit a Brief showing cause why they should not be enjoined from future filings. Said Brief must be submitted within **14 DAYS** of the entry of this Order, and shall not exceed twenty (20) pages in length.

(2) Plaintiffs shall be allowed to submit responsive Briefs in Opposition to any Motion to Dismiss their claims to which they have not already responded. Said Briefs shall only address the arguments raised in the respective Motions to Dismiss and shall not seek to introduce new matter to this case.

BY THE COURT:

_____, J.