UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NOBLE DREW ALI, MOORISH
SCIENCE TEMPLE OF AMERICA AND
SHEIK C. BARNES BEY
    Plaintiffs,

v.     No. 5:18-cv-5655

MARY MONGIOVI SPONAUGLE, et al.,
    Defendants.

# O R D E R

**AND NOW**, this 29th day of May, 2019, for the reasons expressed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss Plaintiffs' Complaint by Defendants Howard F. Knisely, David Miller, Mary Mongiovi Sponaugle, ECF No. 5, is **GRANTED**.

2. The Motion to Dismiss Plaintiffs' Amended Complaint by Defendants Craig W. Stedman, Caitlin Blazier, Alan Blank, David Miller, Mark J. Wilson, Brett I. Cole, Teri Landon-Miller, and Andrew Wagner, ECF No. 17, is **GRANTED**.

3. The Motion to Dismiss for Failure to State a Claim by Defendants Mark Shivers, Officer Snyder, and Tom Rudzinski, ECF No. 33, is **GRANTED**.

4. Plaintiffs' First Amended Complaint, ECF No. 4, is **DISMISSED with prejudice** against all Defendants.

5. The Motion to Dismiss Plaintiffs' Second Amended Complaint by Defendants Craig W. Stedman, Caitlin Blazier, Alan Blank, Mark J. Wilson, Brett I. Cole, Teri Landon-Miller, and Andrew Wagner, ECF No. 34, is **GRANTED**.

6. The Motion to Dismiss Plaintiffs' Second Amended Complaint by Defendants Howard F. Knisely, David Miller, and Mary Mongiovi Sponaugle, ECF No. 36, is **GRANTED**.

7. Plaintiffs' Second Amended Complaint, ECF No. 28, is **STRICKEN**.

8. The Motion to Dismiss Plaintiffs' Third Amended Complaint by Defendants Craig W. Stedman, Caitlin Blazier, Alan Blank, Mark J. Wilson, Brett I. Cole, Teri Landon-Miller, and Andrew Wagner, ECF No. 44, is **GRANTED**.

9. Plaintiffs' Third Amended Complaint, ECF No. 38, is **STRICKEN**.

10. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


 */s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge