UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOBLE DREW ALI, MOORISH SCIENCE TEMPLE OF AMERICA AND SHEIK C. BARNES BEY<br>           Plaintiffs,<br><br>       v.<br><br>MARY MONGIOVI SPONAUGLE, et al.,<br>           Defendants. | : : : : : : : : : : : : | No. 5:18-cv-5655 |

**O R D E R**

**AND NOW**, this 8th day of August, 2019, upon consideration of this Court's Order of May 30, 2019, dismissing Plaintiffs' claims in their entirety and ordering this case closed, ECF No. 48, **IT IS ORDERED THAT**:

1. Defendants' Motion to Enjoin, ECF No. 45, is **DENIED as moot**.

2. The Clerk of Court shall **TERMINATE** the Motion to Enjoin.

                                                            BY THE COURT:


                                                            */s/ Joseph F. Leeson, Jr.*
                                                            JOSEPH F. LEESON, JR.
                                                            United States District Judge